IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.  1:18-cv-01356 (RC) |

**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

  As the Court is aware, this District has been making the transition to NextGen ECF over the past several days.  Undersigned counsel successfully registered for NextGen ECF but, yesterday evening, undersigned counsel was unable to file the Department's motion for summary judgment in this case because of what appeared to be a service outage (one that was also experienced by undersigned counsel's colleagues).  Pursuant to this Court's ECF procedures, undersigned counsel transmitted a copy of the filing to the Court's ECF email address (copying Plaintiff's counsel).  The clerk's office has instructed undersigned counsel to file the motion normally through ECF.  To the extent an extension of time is necessary, undersigned counsel respectfully asks this Court to grant a one-day extension of time and accept the attached materials for filing.

Dated:  October 8, 2019       Respectfully submitted,

                   HASHIM MOOPPAN
                   Deputy Assistant Attorney General

                   ELIZABETH J. SHAPIRO
                   Deputy Director
                   Federal Programs Branch

                   <u>/s/ Andrew M. Bernie</u>

ANDREW M. BERNIE (DC Bar No. 995376)
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8488 | Fax: (202) 616–8470
andrew.m.bernie@usdoj.gov

*Counsel for Defendant*