# Exhibit A



**Judicial Watch®**
*Because no one
is above the law!*

*FOIA*

December 15, 2017

**VIA CERTIFIED MAIL**

FOIA/PA Mail Referral Unit
Department of Justice
LOC Building, Room 115
Washington, DC 20530-0001

**Re:  Freedom of Information Act Request**

Dear Freedom of Information Officer:

Judicial Watch, Inc. ("Judicial Watch") hereby requests that the U.S. Department of Justice ("DOJ") produce the following records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"):

> 1. **Any and all text messages sent to or from DOJ official Andrew Weissmann regarding Donald Trump and/or Hillary Clinton between August 8, 2016 and the present.**
> 2. **Any and all calendar entries, whether in physical or electronic form, for DOJ official Andrew Weissmann from January 1, 2015 to the present.**

Please determine whether to comply with this request within the time period required by FOIA and notify us immediately of your determination, the reasons therefor, designee. 5 U.S.C. § 552(a)(6)(i).  Please also produce all responsive records in an electronic format ("pdf" is preferred), if convenient.  We also are willing to accept a "rolling production" of responsive records if it will facilitate a more timely production.

Judicial Watch also hereby requests a waiver of both search and duplication fees. We are entitled to a waiver of search fees because we are a "representative of the news media." *See* 5 U.S.C. § 552(a)(4)(A)(ii)(II); *see also Cause of Action v. Federal Trade Comm.*, 799 F.3d 1108 (D.C. Cir. 2015); *Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381 (D.C. Cir. 1989).  For more than twenty years, Judicial Watch has used FOIA and other investigative tools to gather information about the operations and activities of government, a subject of undisputed public interest.  We submit over 400 FOIA requests annually.  Our personnel, which includes experienced journalists and professional writers on staff and under contract, use their editorial skills to turn this raw information into distinct works that are disseminated to the public via our monthly newsletter, which has a circulation of over 300,000, weekly email update, which has over 600,000 subscribers, investigative bulletins, special reports, www.judicialwatch.org website, *Corruption Chronicles* blog, and social media, including Facebook and Twitter, among other

**U.S. Department of Justice/FOIA Request**
**December 15, 2017**
**Page 2 of 2**

distribution channels. We have authored several books, including *Corruption Chronicles* by Tom Fitton (Threshold Editions, July 24, 2012), and another book, *Clean House* by Tom Fitton (Threshold Editions, Aug. 30, 2016), is forthcoming. In 2012, we produced a documentary film, "District of Corruption," directed by Stephen K. Bannon. Our "news media" status has been confirmed in court rulings. *See, e.g., Judicial Watch, Inc. v. U.S. Dep't of Defense*, 2006 U.S. Dist. LEXIS 44003, *1 (D.D.C. June 28, 2006); *Judicial Watch, Inc. v. U.S. Dep't of Justice,* 133 F. Supp.2d 52 (D.D.C. 2000). As a tax exempt, 501(c)(3) non-profit corporation, we have no commercial interests and do not seek the requested records for any commercial use. Rather, we intend to use the requested records as part of our on-going investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

Judicial Watch also is entitled to a waiver of both search fees and duplication fees because "disclosure of the information is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records undoubtedly will shed light on "the operations or activities of the government." *Cause of Action*, 799 F.3d at 1115 (*quoting* 5 U.S.C. § 552(a)(4)(A)(iii)). Disclosure also is "likely to contribute significantly to the public understanding" of those operations or activities because, among other reasons, Judicial Watch intends to disseminate both the records and its findings to "a reasonably broad audience of persons interested in the subject" via its newsletter, email updates, investigative bulletins, website, blog, and its other, regular distribution channels. *Cause of Action*, 799 F.3d at 1116 (*quoting Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 815 (2d Cir. 1994)). Again, Judicial Watch does not seek the requested records for any commercial benefit or for its own "primary" benefit, but instead seeks them as part of its ongoing investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

In the event our request for a waiver of search and/or duplication costs is denied, Judicial Watch agrees to pay up to $300.00 in search and/or duplication costs. Judicial Watch requests that it be contacted before any such costs are incurred, in order to prioritize search and duplication efforts.

If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact us immediately at 202-646-5172 or bmarshall@judicialwatch.org.

Thank you for your cooperation.

Very respectfully,

William F. Marshall
Judicial Watch, Inc.

# Exhibit B



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

February 2, 2018

Mr. William F. Marshall
Judicial Watch, Inc.
425 Third Street NW
Suite 800
Washington, DC 20024                    Re:    DOJ-2018-001887 (OIP)
bmarshall@judicialwatch.org                     VAV:KJK

Dear Mr. Marshall:

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated December 15, 2017, and received in this Office on January 4, 2018, in which you requested text messages and calendar entries of Department of Justice official Andrew Weissmann. This response is made on behalf of the Office of Information Policy. [1]

The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances." See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time we have assigned your request to the complex track. In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options.

We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether fees will be assessed for this request. I note that in your request you agree to pay fees up to $300 in the event a fee waiver is not granted.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at the above number or you may write to me at the above address. You may also contact our FOIA Public Liaison, Douglas Hibbard, for any further assistance and to discuss any aspect of

---

[1] Your request was originally directed to the Criminal Division (CRM), who forwarded it to this Office for processing. The CRM tracking number associated with this request is CRM-300645913.

-2-

your request at: Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001; telephone at 202-514-3642; or facsimile at 202-514-1009.

Lastly, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kim Kochurka
Government Information Specialist

Exhibit C



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

May 7, 2019

William F. Marshall
Judicial Watch, Inc.
425 3rd Street, SW
Suite 800                                     Re:     DOJ-2018-001887 (OIP)
Washington, DC  20024                                 18-cv-1356 (D.D.C.)
bmarshall@judicialwatch.org                           VRB:JMB:BRB

Dear William F. Marshall:

This responds to your Freedom of Information Act (FOIA) request dated December 15, 2017, and received in this Office on January 4, 2018, for various text messages and calendar entries of Department of Justice official Andrew Weissmann.

Please be advised that a search has been conducted and records responsive to your request were located.  Specifically, we located sixty-six pages containing calendars and five pages containing text messages.  I have determined that these pages are appropriate for release with excisions made pursuant to Exemptions 5, 6, 7(A), 7(C), 7(D), and 7(E) of the FOIA, 5 U.S.C. § 552(b)(5), (b)(6), (b)(7)(A), (b)(7)(C), (b)(7)(D), and (b)(7)(E).  Exemption 5 pertains to certain inter- and intra-agency communications protected by the deliberative process privilege.  Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy.  Exemption 7(A) pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings.  Exemption 7(C) pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy.  Exemption 7(D) pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identity of a confidential source.  Exemption 7(E) pertains to records or information compiled for law enforcement purposes, the release of which would disclose techniques or procedures for law enforcement investigations or prosecutions.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2012 & Supp. V 2017).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

-2-

If you have any questions regarding this response, please contact Andrew Bernie of the Department's Civil Division, Federal Programs Branch at 202-616-8488.

Sincerely,

Vanessa R. Brinkmann
Senior Counsel

Enclosures

Exhibit D



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

October 7, 2019

William F. Marshall
Judicial Watch, Inc.
425 3rd Street, SW
Suite 800                                    Re:    DOJ-2018-001887 (OIP)
Washington, DC 20024                                 18-cv-1356 (D.D.C.)
bmarshall@judicialwatch.org                          VRB:JMB:BRB

Dear William F. Marshall:

This is a supplemental response to your Freedom of Information Act (FOIA) request dated December 15, 2017, and received in this Office on January 4, 2018, for various text messages and calendar entries of Department of Justice official Andrew Weissmann.

Please be advised that we are re-releasing the seventy-one pages containing records responsive to your request, which were previously released on May 7, 2019, and have attached an updated version of this release. At this time, we have determined that Exemptions 6 and 7(C) and 7(A) no longer apply to information withheld in many of the calendar entries.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have any questions regarding this response, please contact Andrew Bernie of the Department's Civil Division, Federal Programs Branch at 202-616-8488.

Sincerely,

Jonathan Breyan
Senior Reviewing Attorney
for
Vanessa R. Brinkmann
Senior Counsel

Enclosure

Exhibit E

# May 15, 2017 - May 21, 2017

May 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

June 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

**Monday, May 15**

**Tuesday, May 16**

**Wednesday, May 17**

**Thursday, May 18**

**Friday, May 19**

**Saturday, May 20**

**Sunday, May 21**

OIP - 1

# May 22, 2017 -
# May 28, 2017

May 2017
SuMo TuWe Th Fr Sa
          1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

June 2017
SuMo TuWe Th Fr Sa
                1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, May 22**

**Tuesday, May 23**

**Wednesday, May 24**

**Thursday, May 25**

**Friday, May 26**

**Saturday, May 27**

**Sunday, May 28**

# May 29, 2017 - June 4, 2017

May 2017
SuMo TuWe Th Fr Sa
       1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

June 2017
SuMo TuWe Th Fr Sa
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, May 29**

**Tuesday, May 30**

**Wednesday, May 31**

**Thursday, June 1**

**Friday, June 2**

**Saturday, June 3**

**Sunday, June 4**

OIP - 3



# June 5, 2017 - June 11, 2017

**June 2017**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

**July 2017**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

## Monday, June 5

- **11:00am - 11:30am Interview - Andrew Goldstein** (Patrick Henry Building, 601 D Street, NW, Suite 1600) - JSR
- **1:30pm - 2:00pm Phone Interview -** (b) (6) - AAW (SC)
- **2:00pm - 3:30pm Strategy Meeting** (Large Conference Room) - RSMSC
- **4:30pm - 5:00pm Interview -** (b) (6) (Patrick Henry Building, Suite 1600) - JSR

## Tuesday, June 6

- **2:30pm - 3:30pm Re: Meeting with FARA counsel** (CES, 600 E Street, NW, 10th floor) - AAW (SC)

## Wednesday, June 7

- **8:30am - 9:00am** at FBI (b)(6), (b)(7)C
- **10:30am - 11:00am Interview - Kyle Freeny** (Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW (SC)
- **11:30am - 12:30pm** (b) (6)
- **1:30pm - 1:40pm** (b) (6) call
- (b) (6)

## Thursday, June 8

- (b) (6)
- **12:00pm - 12:15pm Re: Contact**
- **1:00pm - 2:00pm** conference call -1) Telephone # is (b) (6), (b) (7)(C), (b) (7)(A) (b) (6) AAW (SC)
- **2:30pm - 3:30pm Call with EDNY** - AAW
- **3:30pm - 4:30pm -** (b) (6), (b) (7)(C) (FBI)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Friday, June 9

- **9:30am - 10:30am** SIOC - AAW (b)(6), (b)(7)C
- **10:30am - 11:00am Interview - Rush Atkinson** (Special Counsel's Office, Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- **12:15pm - 12:45pm Interview -** (b) (6) (Patrick Henry Building, 601 D Street, Suite 1600) - AAW
- **1:00pm - 1:15pm Call**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Saturday, June 10

## Sunday, June 11

OIP - 4

# June 12, 2017 - June 18, 2017

| June 2017 | July 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 | 1 |
| 4 5 6 7 8 9 10 | 2 3 4 5 6 7 8 |
| 11 12 13 14 15 16 17 | 9 10 11 12 13 14 15 |
| 18 19 20 21 22 23 24 | 16 17 18 19 20 21 22 |
| 25 26 27 28 29 30 | 23 24 25 26 27 28 29 |
| | 30 31 |

## Monday, June 12

- ■ **10:00am - 10:30am Interview -** (b) (6) (Special Counsel's office, Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- ■ **3:00pm - 5:00pm FBI**
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC■
- ■ **8:30pm - 10:00pm Andres**

## Tuesday, June 13

- (b) (6) (b) (7)(C), (b) (6) **- cancelled**
- ■ **10:00am - 10:30am Interview -** (b) (6) (Special Counsel's office, Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- ■ **11:00am - 11:30am Interview - Greg Andres** (Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- ■ **12:00pm - 12:30pm Call with MLARS/FBI**
- ■ **1:30pm - 2:00pm** (b) (6)
- ■ **2:00pm - 2:30pm RE: Cyprus MLAT** - AAW
- ■ **2:45pm - 3:15pm RE: are you around in 30 minutes?** - AAW
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC■
- ■ **5:30pm - 6:00pm Re: knock and talks** - AAW

## Wednesday, June 14

- ■ **8:00am - 8:30am Cyprus MLAT (Call-In )** - (b) (6), (b) (7)(C) (FBI)
- ■ **9:30am - 10:00am NY knock-and-talks** (call-in ) - (b)(7)(C), (b) (6) (FBI)
- ■ **12:15pm - 12:45pm Re: personnel matter**
- ■ **1:00pm - 1:30pm Interview -** (b) (6) (Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC■

## Thursday, June 15

- ■ **9:15am - 9:45am** (b) (6) - AAW
- ■ **11:30am - 12:30pm** (b) (7)(E)
- ■ **12:30pm - 1:30pm taping meeting** (large conference room) - AAW
- ■ **1:30pm - 2:00pm HOLD - Interview -** (b) (6) (SCO) - AAW
- ■ **2:00pm - 3:00pm Ethics Training Session** (Large Conference Room) - (b)(6)
- ■ **3:30pm - 4:00pm Interview -** (b) (6) (Special Counsel's Office, Patrick Henry Building, 601 D Street, NW, Suite 1600) - AAW
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC■

## Friday, June 16

- ■ **11:00am - 11:45am Congressional Updates/Decisions Meeting** (OSC Large Conference Room) - AMZ
- ■ **11:30am - 12:30pm Fwd:** (b) (6)
- ■ **2:15pm - 2:45pm RE: Call**
- ■ **2:15pm - 2:45pm Call with** (AAW's office ) - ZNA (b)(7)(E)
- ■ **4:00pm - 4:30pm RE: Rule 4.2 in VA and D.C.** (AW office) - AAW
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC■

## Saturday, June 17

## Sunday, June 18

OIP - 5

# June 19, 2017 - June 25, 2017

| June 2017 | | | | | | | | July 2017 | | | | | |
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | 1 | 2 | 3 | | | | | | | 1 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 | 30 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | 30 | 31 | | | | | |

## Monday, June 19

**10:00am - 12:00pm Case Discussion w/ A. Weissmann** (Large Conference room) - (b)(6)

**12:30pm - 2:00pm mtg with FBI**

**2:30pm - 3:30pm** (b)(7)(A), (b)(7)(E) **case meeting** (b)(7)(E) - ZNA

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

**5:30pm - 6:00pm** (b)(7)(A), (b)(7)(E)

**6:15pm - 6:30pm Re: RE:** - AAW

**8:30pm - 10:00pm** (b)(6)

## Tuesday, June 20

**8:00am - 9:00am Response to Cyprus MLAT** (Conference Call - info below ) - (b)(6), (b)(7)(C) (FBI)

**8:00am - 8:30am** (b)(7)(E) **Call Tuesday**

**9:00am - 9:30am** (b)(7)(A), (b)(7)(E)

**10:00am - 11:00am SCO Meet and Greet** (Conf. Rm 1613) - (b)(6)

**11:00am - 12:00pm** (b)(6), (b)(7)(C),(A),(E) (Conference Call ) - (b)(6), (b)(7)(C) (WF) (FBI)

**12:00pm - 12:30pm Call** (b)(6)

**2:30pm - 3:00pm Tsao**

**2:30pm - 3:00pm Call with Andrew Weissmann** (Dial-in) - Tsao, Leo (CRM)

**4:00pm - 4:30pm RE: Meeting**

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Wednesday, June 21

**9:00am - 10:00am SIOC meeting** - AAW

**10:00am - 11:30am** (b) (6), (b)(7)(C), (b) (7)(E)

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Thursday, June 22

**9:30am - 10:30am Storage Locker Evidence Review** (Call) - (b)(6), (b)(7)(C) (FBI)

**11:00am - 11:30am** (b) (6) (Large Conference room) - (b) (6)

**12:30pm - 1:30pm** (b)(6), (b)(7)(C)

**1:00pm - 2:30pm All Hands Meeting** (Large Conference Room) - LSG

**3:30pm - 4:00pm 3:30 pm** (b), (7)(E) **call w/DOJ re: production matters** (b) (6), (b) (7)(C) (UPDATED DIAL IN: (b) (6) (b) (6) - (b) (6), (b) (7)(C)

**4:30pm - 5:00pm Bank outreach** (large conference room) - AAW

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

**6:00pm - 6:30pm Re: [External] Re: Consortium**

**7:30pm - 9:30pm** (b) (6)

## Friday, June 23

**7:00am - 7:30am Cyprus MLAT** (Conference Call ) - (b)(6), (b)(7)(C) (b)(6), (b)(7)(C) (FBI)

**9:00am - 5:00pm Witness interview**

**12:00pm - 1:30pm DOJ Panel**

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Saturday, June 24

## Sunday, June 25

# June 26, 2017 -
# July 2, 2017

June 2017
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

July 2017
Su Mo Tu We Th Fr Sa
                     1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, June 26
- 1:40pm - 2:10pm RE: GjS
- 2:00pm - 2:30pm RE: Tomorrow's knock and talks
- 2:30pm - 2:45pm RE: Tomorrow's Knock and Talks
- 3:00pm - 4:30pm FW: Special Counsel Briefing (JCC Situatioon Room) - (b) (6) (NSD)
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

## Tuesday, June 27
- 10:00am - 10:45am Team Leader Meeting (SCO Conf Room) - AMZ
- 11:00am - 11:15am Re: (b) (7)(A) /Paul Manafort
- 11:30am - 12:00pm Interview with (b) (6) (resume attached to this appointment) (Conference table by Peter Carr's workstation (or a spot TBD)) - BAM
- 12:30pm - 1:00pm 1st Interview w/ (b) (6) (New Office - Conference Room No. TBD) - (b) (6)
- 1:00pm - 1:30pm Interview with (b) (6) (resume attached)
- 1:30pm - 2:00pm Re: phone - AAW
- 2:30pm - 4:00pm Tax meeting - AAW
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

## Wednesday, June 28
- 10:00am - 12:00pm (b) (6), (b) (7)(C), (b) (7)(E), (b) (7)(A)
- 10:00am - 11:30am (b) (6), (b) (7)(C), (b) (7)(E) FBI)
- 11:00am - 12:00pm Grand Jury
- 12:00pm - 12:45pm Canceled: Update From Lawyers Meetings (TBD) - AMZ
- 2:00pm - 2:30pm 1st Interview w/ (b) (6) (New Office - Conference Room No. To Be Determined) - (b) (6)
- 2:30pm - 3:00pm Pre-meet before meeting (SCO -- Z&B's office) - ZNA (b)(7)(E)
- 3:00pm - 4:30pm Meeting with (b) (7)(E) (SCO) - ZNA
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- 5:00pm - 5:45pm Daily Ops Meeting (SCO Conference Room) - RSMSC

## Thursday, June 29
- 10:00am - 10:45am Team Leader Meeting (OSC SCIF) - AMZ
- 11:30am - 12:15pm GJ Issues (Large Conference Room) - (b) (6)
- 12:30pm - 1:00pm Re: is 11 today good to talk re your call yesterday
- 2:00pm - 3:00pm (b) (7)(E) Meeting w/ Andrew (Conference Room) - ACJ
- 2:00pm - 2:30pm Re: (b)(7)(E) meetings - AAW
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- (b) (6)

## Friday, June 30
- 12:30pm - 1:30pm Re: meeting/call
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

## Saturday, July 1

## Sunday, July 2

# July 3, 2017 - July 9, 2017

July 2017
Su Mo Tu We Th Fr Sa
                    1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
Su Mo Tu We Th Fr Sa
         1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, July 3**
- 10:00am - 12:00pm Case Discussion w/ A. Weissmann (Large Conference room) - ▮▮
- 1:00pm - 1:30pm Interview w/ ▮▮ (Conference Room) - ▮▮
- 2:00pm - 2:30pm Re: ▮▮/Manafort - Log of Privileged Documents ( )
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Tuesday, July 4**
- 10:00am - 10:45am Team Leader Meeting (SCO Conf Room) - AMZ ▮
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Wednesday, July 5**
- 10:00am - 11:30am ▮▮ (FBI)▮
- 12:00pm - 12:30pm Call to Discuss Work Product Assertions ▮▮ ) - ▮▮
- 12:00pm - 12:30pm Re: Subpoena to ▮▮ - AAW
- 1:00pm - 1:45pm GJ Appearance on July 6th (Large Conference Room) - AMZ
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮
- 6:00pm - 6:45pm Hiring/Personnel (Large Conference room) - ▮▮

**Thursday, July 6**
- 9:00am - 12:30pm Re: GJ
- 2:00pm - 3:00pm RE: Manafort/Gates/DMP
- 2:00pm - 2:30pm RE: Manafort/Gates/DMP
- 3:30pm - 4:00pm OIA call ▮▮ ) - AAW
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮
- 6:00pm - 7:00pm ▮▮ call. ▮▮

**Friday, July 7**
- 10:00am - 10:30am Re: Manafort/Gates/DMP
- 11:00am - 12:30pm ▮▮ - AAW
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮
- 6:00pm - 6:30pm ▮▮ call - AAW

**Saturday, July 8**

**Sunday, July 9**

# July 10, 2017 -
# July 16, 2017

**July 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

**August 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

## Monday, July 10
- **1:30pm - 2:30pm Re: Meeting this afternoon**
- **3:00pm - 4:00pm Special Counsel Meeting**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- ▮ **(b) (6)** ▮

## Tuesday, July 11
- **10:00am - 10:45am Team Leader Meeting** (SCO Conf Room) - AMZ ▮
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- ▮ **(b) (6)** ▮

## Wednesday, July 12
- **10:00am - 11:00am Important Records Meeting** (PP1 Lg. Conf. Rm.) **(b)(6)**
- **11:30am - 12:15pm** ▮ **Meeting** (Large Conference Room) - **(b) (6)**
- **3:30pm - 4:30pm FW:** **(b)(7)(E)** **Strategy Discussion** (Conference Room) - RSMSC
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- **5:30pm - 7:30pm** **(b) (6)** ▮

## Thursday, July 13
- **10:00am - 10:45am Team Leader Meeting** (OSC SCIF) - AMZ ▮
- **11:30am - 12:00pm Interview w/** **(b) (6)** (Large Conference Room) - ▮
- **1:30pm - 2:00pm 1:30pm Conf call with** **(b) (6)** (Jeannie's office -- **(b) (6)** ) - ADG
- **4:00pm - 5:00pm Prep for Friday** - KRF
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Friday, July 14
- **1:00pm - 2:30pm Re: SCO Search Warrant Application for Friday**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Saturday, July 15
- **12:15pm - 12:30pm** **(b) (6), (b) (7)(C), (b) (7)(A)** ▮ LRA

## Sunday, July 16
- ▮ **(b) (6)** ▮

# July 17, 2017 -
# July 23, 2017

July 2017
Su Mo Tu We Th Fr Sa
                   1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, July 17

- **10:00am - 12:00pm Case Discussion w/ A. Weissmann** (Large Conference room) -
- **11:45am - 12:15p** (b) (6), (b) (7)(C), (b) (7)(A) - LRA
- **12:00pm - 12:30pm Re** (b)(6), (b)(7)(C) AAW
- **1:00pm - 1:30pm Interview (by Telephone) w/** (b) (6) (Large Conference Room) -
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC
- **6:00pm - 9:00pm GJ prep** - AAW

## Tuesday, July 18

- **11:00am - 11:30am RE:** PM (b)(6), (b)(7)(C)
- **4:00pm - 4:45pm Team Leader Meeting** (SCO Conf Room) - AMZ
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Wednesday, July 19

- **1:30pm - 2:30pm CALL W/** (b) (6), (b) (7)(C) (CAPITAL ONE) AND SPECIAL COUNSEL'S OFFICE (Dial In No (b) (6) ) - AMZ
- **1:30pm - 2:00pm** (b)(7)(E) **Call** (Dial In) - (b) (6), (b) (7)(C)
- **4:00pm - 5:00pm** (b) (5) (Large table near the press/leg affairs desks) - MRD
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC
- (b) (6)

## Thursday, July 20

- **9:30am - 10:00am** call - AAW (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)
- **10:00am - 10:45am Team Leader Meeting** (OSC SCIF) - AMZ
- **10:30am - 11:30am** (b) (6), (b) (7)(C) - ASJZ
- **1:00pm - 5:00pm** interview - AAW (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Friday, July 21

- **9:00am - 5:00pm Grand jury** - AAW
- **2:30pm - 3:00pm Case Discussion** (Conference Room) - RSMSC
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Saturday, July 22

## Sunday, July 23

# July 24, 2017 -
# July 30, 2017

| July 2017 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

| August 2017 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

## Monday, July 24
- **10:40am - 11:00am Meeting re** ▮▮ ▮▮▮▮▮▮▮▮▮▮▮
- **12:15pm - 12:45pm Case discussion**  - AMZ
- **2:00pm - 3:00pm Meeting with IRS and FDIC** - (b) (6), (b) (7)(C) (FBI)
- **4:30pm - 5:00pm PM Search Warrant - Swearing Out** (Judge Howell Chambers) - LRA
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Tuesday, July 25
- **10:00am - 10:45am Team Leader Meeting** (SCO Conf Room) - AMZ ▮
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Wednesday, July 26
- **2:30pm - 3:00pm SW - Swearing Out** (Howell, CJ Chambers ) - LRA
- **3:00pm - 4:00pm tax meeting**
- **3:00pm - 3:30pm Team Manafort Meeting 3pm**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Thursday, July 27
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Friday, July 28
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Saturday, July 29
- (b) (6) ▮▮▮▮▮▮▮▮▮▮

## Sunday, July 30

# July 31, 2017 -
# August 6, 2017



July 2017
Su Mo Tu We Th Fr Sa
                        1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, July 31

- **10:00am - 12:00pm Case Discussion w/ A. Weissmann** (Large Conference room) - █████
- **1:30pm - 4:00pm Conference Room - Monday @ 1:30pm**
- **1:30pm - 3:00pm** ███████ **presentation** (4th Floor Conference Room) - KRF
- **3:00pm - 4:00pm Team Manafort Meeting** (PP Large Conference Room) - ████████████ (FBI)
- **4:00pm - 4:30pm call with** ███ (b)(7)(D), (b)(7)(E)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC██

## Tuesday, August 1

- **10:00am - 10:45am Team Leader Meeting** (SCO Conf Room) - AMZ
- **3:30pm - 4:00pm FW: Special Counsel** (b) (7)(E)
- **4:00pm - 4:45pm** ███████ **Meeting** (SCO Conference Room) - RSMSC██
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC██

## Wednesday, August 2

- **10:00am - 11:00am BIDMAS training** (PP1, 395 E St SW, 3rd Floor) - ████████████████████ (FBI)
- **10:30am - 11:00am Prosecutor Meeting w/ AAW** (AMZ's Office) - AMZ
- **12:00pm - 12:30pm call with sdny** - AAW
- **2:30pm - 3:30pm reverse prep** - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC██

## Thursday, August 3

- **1:30pm - 3:00pm Manafort reverse Proffer** - AAW
- **4:00pm - 4:30pm Team M Meeting with SC Mueller** - (b)(6), (b)(7)(C) ███ (FBI)
- **4:00pm - 4:30pm Team M Timeline Meeting** (Conference Table in SCIF) - RSMSC
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC██
- **5:30pm - 5:45pm scope** (SCO conf) - AMZ

## Friday, August 4

- **12:30pm - 1:00pm RE: Availability**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC██

## Saturday, August 5

## Sunday, August 6

# August 7, 2017 - August 13, 2017

| August 2017 | September 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|      1  2  3  4  5 |            1  2 |
|  6  7  8  9 10 11 12 |  3  4  5  6  7  8  9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 |

## Monday, August 7
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Tuesday, August 8
- **4:00pm - 4:45pm Team Leader Meeting** (SCO Conf Room) - AMZ
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Wednesday, August 9
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Thursday, August 10
- **10:00am - 10:45am Team Leader Meeting** (OSC SCIF) - AMZ
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Friday, August 11
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC
- **5:45pm - 6:15pm** (b) (6), (b) (7)(C)

## Saturday, August 12

## Sunday, August 13

# August 14, 2017 - August 20, 2017

August 2017
Su Mo Tu We Th Fr Sa
 1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

September 2017
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

## Monday, August 14
- **10:00am - 12:00pm Case Discussion w/ A. Weissmann** (Large Conference room) - (b) (6)
- **11:30am - 12:00pm** (b) (7)(E) **Call** (dial-in below) - (b) (6), (b) (7)(C)
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Tuesday, August 15
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Wednesday, August 16
- **10:00am - 3:00pm Interview o**(b) (6), (b) (7)(C) (Interview Room) - KRF
- **10:00am - 10:15am FW: [Ext] RE:** (b)(7)(E)
- **4:30pm - 5:00pm Re**(b)(7)(E)**Production of Work Product Protected Materials** - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Thursday, August 17
- **11:00am - 12:00pm Canceled: Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI)
- **11:30am - 4:30pm Interview -** (b)(6), (b)(7)(C) (Patriots Plaza - Conference Room) - KRF
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Friday, August 18
- **1:00pm - 1:30pm SDNY call** - AAW
- **3:00pm - 3:30pm call with NYAG** (Telephone #(b) (6) ) - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Saturday, August 19

## Sunday, August 20

OIP - 14

# August 21, 2017 - August 27, 2017

August 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

September 2017
Su Mo Tu We Th Fr Sa
                    1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, August 21**
- **11:00am - 11:30am Call w/** (b) (6), (b) (7)(C) ████ BMR
- **2:30pm - 3:00pm Call w/** (b) (6), (b) (7)(C), (b) (7)(D), (b)(7)(E) (AAW's office) - BMR
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ██

**Tuesday, August 22**
- **9:00am - 12:00pm** (b)(6), (b)(7)(C),(A),(D) **Tentative)** - GDA
- **10:00am - 11:30am Tier III** (Large Conference room) - AMZ
- **11:00am - 2:00pm** (b)(7)(C), (b)(6), (b)(7)(E) GDA
- **3:30pm - 4:00pm Call w/** (b) (7)(E) ████ - BMR
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ██

**Wednesday, August 23**
- **10:30am - 11:00am Discussion** (RSM's office) - AMZ
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ██

**Thursday, August 24**
- **10:00am - 10:45am Team Leader Meeting** (OSC SCIF) - AMZ ██
- **11:00am - 11:15am Celebration of August Birthdays** (b) (b) ██ Goodies ████ at the table near Peter Carr's workstation) - BAM
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) ████ (FBI)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ██

**Friday, August 25**
- **9:30am - 10:00am Downing call**
- **10:00am - 10:30am Call Attorney** - (b)(6)
- **3:30pm - 4:00pm Call with** (b) (6) ██ - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ██

**Saturday, August 26**

**Sunday, August 27**

# August 28, 2017 - September 3, 2017

| August 2017 | | | | | | | September 2017 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| | | 1 | 2 | 3 | 4 | 5 | | | | | | 1 | 2 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 27 | 28 | 29 | 30 | 31 | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## Monday, August 28
- **9:30am - 10:30am** Edny call
- **10:00am - 12:00pm** Case Discussion w/ A. Weissmann (Large Conference room) - (b) (6)
- **2:30pm - 3:30pm** Team Manafort Meeting (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC

## Tuesday, August 29
- **10:00am - 3:00pm** Interview of (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E) (W3-312 in PPII) - KRF
- **10:00am - 10:45am** Team Leader Meeting (SCO Conf Room) - AMZ
- **4:00pm - 6:00pm** (b) (7)(E) (Interview Room (Room 3406)) - AAW
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC
- **6:00pm - 6:30pm** prep for NSD meeting (AZ's office) - AMZ

## Wednesday, August 30
- **10:00am - 3:00pm** Interview of (b) (6), (b) (7)(C) (W3-312 in PPII) - KRF
- **10:00am - 12:30pm** Interview (b) (6), (b) (7)(C), (b) (7)(D), (b)(7)(E)
- **3:00pm - 3:45pm** FARA (tbd) - AMZ
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC

## Thursday, August 31    (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
- **9:30am - 4:00pm** Proffer (PPII (Security Division) - 10th Floor) - AAW
- **10:00am - 3:00pm** (b) (6), (b) (7)(C), (b) (7)(D), (b)(7)(E) (W3-312 in PPII) - KRF
- **11:00am - 12:00pm** Team Manafort Meeting (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- **3:00pm - 4:00pm** RE: tax - AAW
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC

## Friday, September 1
- **9:00am - 11:00am** Grand jury - AAW
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC

## Saturday, September 2

## Sunday, September 3

# September 4, 2017 - September 10, 2017

September 2017
Su Mo Tu We Th Fr Sa
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, September 4
- 2:30pm - 3:30pm **Team Manafort Meeting** (PP Large Conference Room) - ▮(b) (6), (b) (7)(C)▮ (FBI)▮
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC▮

## Tuesday, September 5
- 10:00am - 10:45am **Team Leader Meeting** (Room 3023) - AMZ▮
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC▮

## Wednesday, September 6
- 10:00am - 11:00am **Meeting with Andrew Weissmann** (RSM's office)
- 12:00pm - 12:45pm **Resource Projection Meeting** (Room 3023) - AMZ
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC▮
- 5:30pm - 9:00pm **Interview of** (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E) (b) (6), (b) (7)(C), (b) (7)(C) **(b) (6)**

## Thursday, September 7
- 10:00am - 10:45am **Team Leader Meeting** (Room 3023) - AMZ▮
- 11:00am - 12:00pm **Team Manafort Meeting** (PP Large Conference Room) - ▮(b) (6), (b) (7)(C)▮ FBI)▮
- 11:00am - 11:30am **Meeting w/** (b) (6), (b) (7)(C), (b) (7)(A), (b) (7)(E) (Interview Rm 3025 (Secret)) - BMR
- 12:00pm - 1:30pm **Meeting with Counsel for Podesta** - GDA
- 1:00pm - 6:00pm **Interview of** (b) (6), (b) (7)(C), (b) (7)(E) (b) (7)(A), (b) (6), (b) (7)(C)
- 2:00pm - 2:45pm **All Hands Meeting** (Outside RSM's office ) - RSMSC
- 3:00pm - 5:00pm **[HOLD]** (b) (6), (b)(7)(C),(b)(7)(E) **Interview** (PP1) - LRA
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC▮

## Friday, September 8
- 9:00am - 11:00am **[HOLD]** (b) (6), (b) (7)(C), (b) (7)(D), (b)(7)(E) ) - LRA
- 11:00am - 3:30pm ▮ ▮nterview (TBD) - KRF
- 1:00pm - 1:30pm ▮(b)(6), (b)(7)(C),(b)(E)▮ AAW
- 4:00pm - 4:15pm **Call to discuss** ▮ **prep** **(b) (6)** ▮- KRF (b)(6), (b)(7)(C), (D), (E)
- 4:00pm - 4:30pm **Call w/** (b) (6), (b) (7)(C) ▮ - BMR
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC▮

## Saturday, September 9

## Sunday, September 10

# September 11, 2017 - September 17, 2017



September 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

October 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |

**Monday, September 11**
- 10:00am - 12:00pm Case Discussion w/ A. Weissmann (Large Conference room) - (b) (6)
- 1:30pm - 4:30pm Interview of (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E) (TBD) - KRF
- 2:30pm - 3:30pm Team Manafort Meeting (PP Large Conference Room) - (b) (6), (b)(7)(C) (b)(6), (b)(7)(C) FBI)
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- 5:30pm - 6:30pm Mtg. w/Counsel for (b) (6), (b) (7)(C), (b) (7)(E) (Room 3025) - KRF

**Tuesday, September 12**
- 9:00am - 9:30am (b) (6), (b)(7)(C) meeting - AAW
- 10:00am - 10:45am Team Leader Meeting (Room 3023) - AMZ
- 1:00pm - 2:30pm (b)(6) (b) (6), (b) (7)(C) - AAW
- 4:30pm - 5:00pm Call re: (b)(6), (b)(7)(C),(E),(E) Testimony (Tel: ) - KRF
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

**Wednesday, September 13**
- 10:00am - 2:00pm Interview of (b) (6), (b) (7)(C), (b) (7)(E) - GDA
- 3:00pm - 6:30pm (b) (6), (b)(7)(C) (b)(7)(E) - GDA
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

**Thursday, September 14**
- 11:00am - 12:00pm Team Manafort Meeting (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI)
- 12:00pm - 1:00pm team meeting re law issues (Maple) - AAW
- 4:30pm - 5:00pm Re: [Ext] Today's call re: (b)(7)(E) productions
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- (b) (6)
- 6:00pm - 6:30pm RE: meeting

**Friday, September 15**
- 10:15am - 10:30am Call (b) (6)
- 1:30pm - 4:00pm (b) (6), (b)(7)(C),(D),(E) (3025) - GDA
- 3:00pm - 3:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

**Saturday, September 16**
- (b) (6)

**Sunday, September 17**

OIP - 18



# September 18, 2017 - September 24, 2017

September 2017
Su Mo Tu We Th Fr Sa
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, September 18**
- **10:00am - 11:00am** (b)(6), (b)(7)(C)
- **11:30am - 12:30pm** ████ call  (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
- **1:00pm - 1:15pm** Fwd: WITNESS DISCUSSION  (SEQUOIA) - AMZ
- **2:30pm - 3:30pm** Team Manafort Meeting (PP Large Conference Room) - ████ FBI)  (b)(6), (b)(7)(C)
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC ██
- **5:20pm - 5:50pm** RE: (b) (7)(E) productions

**Tuesday, September 19**
- **10:00am - 11:00am** (b) (6), (b) (7)(C)  (Video Lync) - ███  (b)(6), (b)(7)(C)
- **10:00am - 10:45am** Prosecutor Meeting (Sequoia Conference Room) - AMZ  (b)(6), (b)(7)(C),(A),(D)   (b)(6), (b)(7)(C),(D),(E)
- **11:00am - 5:00pm** Re: ████ - AAW  (b) (6), (b) (7)(C)
- **11:00am - 4:00pm** Second Interview of (b) (6), (b) (7)(C), (b) (7)(E)  (TBD) - KRF
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC ██

**Wednesday, September 20**
- **10:00am - 10:15am** September Birthday Celebration (b)(6) (b)(6) (Maple Conference Room) - BAM
- **2:00pm - 2:45pm** Mandatory Records Management Briefing for Legal/Non-FBI Team Members (Elm Conference Room) - BAM (b) (6)
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC ██

**Thursday, September 21**
- **11:00am - 12:00pm** Team Manafort Meeting (PP Large Conference Room) - (b)(6), (b)(7)(C) FBI)
- **4:00pm - 4:30pm** (b) (5)  Meeting (RSM's office) - RSMSC
- **5:00pm - 5:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC ██

**Friday, September 22**
- **3:00pm - 3:45pm** Daily Ops Meeting (Conference Room 3023) - RSMSC ██

**Saturday, September 23**

**Sunday, September 24**

OIP - 19

# September 25, 2017 - October 1, 2017

September 2017
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, September 25**
- 9:30am - 10:00am **Team M lawyer meeting** (Aw office) - AAW
- 10:00am - 12:00pm **Case Discussion w/ AAW** (SEQUOIA) - AMZ
- 2:30pm - 3:30pm **Team Manafort Meeting** (PP Large Conference Room) - ██ (b), (b)(7)(C) ████ FBI)██ (b)(6), (b)(7)(C)
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC██
  (b) (6)
  ████████████████████

**Tuesday, September 26**
- 10:00am - 10:45am **Prosecutor Meeting** (Sequoia Conference Room) - AMZ██
- 1:00pm - 1:15pm **RE:** (b)(7)(C) **Subpoena** - AAW
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC██

**Wednesday, September 27**
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC██

**Thursday, September 28**
- 10:00am - 10:30am **Discussion with Bruce Swartz** - AMZ
- 1:30pm - 4:00pm **Interview of** (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E), (TBD) - KRF
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC██

**Friday, September 29**
- 3:00pm - 3:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC██

**Saturday, September 30**

**Sunday, October 1**

# October 2, 2017 - October 8, 2017

October 2017

Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

November 2017

Su Mo Tu We Th Fr Sa
1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, October 2

**9:30am - 10:00am Meeting** - AAW

**11:00am - 12:00pm Team M** ▨▨▨▨▨ **Overview** (Sequoia Conference Room) - RSMSC

**2:00pm - 2:15pm** ▨▨▨▨

**2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - ▨▨▨▨ (FBI) ▨

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▨

▨▨▨

## Tuesday, October 3

☐ **10:00am - 10:45am Canceled: Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▨

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▨

## Wednesday, October 4

**1:00pm - 1:30pm RE: Order**

**2:30pm - 3:30pm Indictment** (Sequoia) - AMZ

**5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▨

## Thursday, October 5

**9:45am - 10:15am Meeting re: Team M** (RSM's office) - RSMSC

**1:45pm - 2:00pm Motor Pool Pick Up at 1:45PM** (Destination - NSD Meeting ) - AMZ

**2:00pm - 3:00pm Potential FARA Charges Meeting** (NSD OAAG Front Conference Room 7331) - Hickey, Adam (NSD)

**3:00pm - 3:15pm Motor Pool Pickup at 3:00PM** (NSD - Return to Office) - AMZ

**5:00pm - 5:45pm FW: Daily Ops Meeting** (Conference Room 3023) - RSMSC ▨

## Friday, October 6

**3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▨

## Saturday, October 7

## Sunday, October 8

OIP - 21

# October 9, 2017 - October 15, 2017

October 2017
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

November 2017
Su Mo Tu We Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, October 9
- **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ▮
- **2:00pm - 2:15pm** ▮▮ **call**
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - ▮▮ (FBI) ▮   (b)(6), (b)(7)(C)

## Tuesday, October 10
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Wednesday, October 11
- **11:30am - 12:30pm meeting** (AW office) - AAW
- **1:00pm - 2:30pm Meeting** (Main Conf. Rm. 4141 AAG  (Tax)) - Goldberg, Stuart M. (TAX)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Thursday, October 12
(b)(6), (b)(7)(C)
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - ▮▮ (FBI) ▮
- **2:00pm - 2:30pm downing**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Friday, October 13
- **3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Saturday, October 14

## Sunday, October 15

# October 16, 2017 - October 22, 2017

| October 2017 | November 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

## Monday, October 16
(b)(6), (b)(7)(C)
- ■ 2:30pm - 3:30pm Team Manafort Meeting (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- ■ 5:30pm - 6:00pm Meeting (RSM's office) - RSMSC

## Tuesday, October 17
- ■ 10:00am - 10:45am Prosecutor Meeting (Sequoia Conference Room) - AMZ
- ■ 10:45am - 11:15am team meeting (AW office) - AAW
- ■ 11:30am - 12:30pm T/c re FARA (b) (6) ) - Hickey, Adam (NSD)
- ■ 3:00pm - 3:30pm Re: BofI - AAW
- ■ 3:30pm - 4:00pm Discovery meeting (Table outside AW office) - AAW
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

## Wednesday, October 18
- ■ 9:30am - 10:00am Call with (b)(6), (b)(7)(C),(b)(4) - GDA
- ■ 9:30am - 10:00am Re: call - AAW
- ■ 1:30pm - 2:30pm FW: - Security Briefing (Sequoia) - SCO Conference Rooms (SCO)
- ■ 2:30pm - 3:00pm (b)(6) Meeting (RSM's office) - RSMSC
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- ■ 7:30pm - 8:00pm Grand Jury Prep - GDA

## Thursday, October 19
- ■ 9:00am - 10:00am FW: (b)(6) - Security Briefing (Sequoia) - SCO Conference Rooms (SCO)
(b)(6), (b)(7)(C)
- ■ 11:00am - 12:00pm Team Manafort Meeting (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC

## Friday, October 20
- ■ 2:00pm - 2:30pm Call with Downing - AAW
- ■ 3:00pm - 3:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC
- ■ 5:00pm - 5:30pm call with (b) (6) - AAW

## Saturday, October 21

## Sunday, October 22
- ■ 2:00pm - 2:30pm RE: Follow-up

OIP - 23

# October 23, 2017 - October 29, 2017

| October 2017 | November 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

**Monday, October 23**
- **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ▮
- **10:00am - 10:30am State Dept passport meeting** - AAW
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - ▮(b),(b)(7)(C)▮ FBI) ▮ (b)(6), (b)(7)(C)
- **3:30pm - 4:30pm PM loan mtg**
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

**Tuesday, October 24**
- **9:00am - 10:00am follow up**
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
- **1:00pm - 2:30pm RE: Meeting request** - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

**Wednesday, October 25**
- **11:00am - 11:30am Citizens Bank** (b) (6)      (b) (6)
- **1:30pm - 1:45pm Planning Meeting with Team M** (RSM's Office) - RSMSC
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

**Thursday, October 26**
- **11:00am - 11:30am Farewell for** (b) (6)       - Thursday @ 11 am
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C)     (FBI) ▮         (b)(6), (b)(7)(C)
- **1:30pm - 2:30pm** (b)(6), (b)(7)(C),(A),(E)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

**Friday, October 27**
- **3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

**Saturday, October 28**

**Sunday, October 29**

# October 30, 2017 - November 5, 2017

| October 2017 | November 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

## Monday, October 30
- 9:00am - 9:30am ███████ call                    (b)(6), (b)(7)(C)
- 2:30pm - 3:30pm **Team Manafort Meeting** (PP Large Conference Room) - ███████████ (FBI)█
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC█

## Tuesday, October 31
- 9:00am - 9:30am **Citizens Bank** ████ - ███████████
- 10:00am - 10:45am **Prosecutor Meeting** (Sequoia Conference Room) - AMZ█
- 11:00am - 11:30am ███████ AAW
- 1:00pm - 2:00pm **Discovery Meeting** - GDA
- 2:00pm - 2:30pm **Team m meeting** (AW office) - AAW
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC█
- 5:30pm - 6:00pm **RE:** ███████ **Production of Documents**

## Wednesday, November 1
- 11:00am - 11:30am **Gates meeting** - GDA
- 3:00pm - 3:30pm **Small Team M Meeting** (RSM's office) - RSMSC
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC█

## Thursday, November 2
- 10:30am - 11:00am **Re: are you around this morning** - AAW
- 11:00am - 12:00pm **Team Manafort Meeting** (PP Large Conference Room) - ████████████ FBI)█                    (b)(6), (b)(7)(C)
- 5:00pm - 5:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC█

## Friday, November 3
- 12:30pm - 1:00pm **RE:** ███████████
- 3:00pm - 3:45pm **Daily Ops Meeting** (Conference Room 3023) - RSMSC█
- 6:00pm - 6:30pm **RE: Follow-up**

## Saturday, November 4
- 10:00am - 10:30am **Call**

## Sunday, November 5

OIP - 25

# November 6, 2017 - November 12, 2017

November 2017
SuMo TuWe Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, November 6

- **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ▮
- **1:00pm - 1:30pm** ▮▮▮▮ **meeting** - AAW (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - ▮(b) (6), (b)(7)(C) ▮▮▮ (FBI) ▮ (b)(6), (b)(7)(C)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- **5:30pm - 6:30pm Meeting** - AAW

## Tuesday, November 7

- **9:30am - 10:00am RE:** Follow-up
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Wednesday, November 8

- **10:00am - 12:30pm RE:**
- **3:30pm - 4:00pm Re: Gates /** ▮(b) (6), (b) (7)(C)
- **3:30pm - 4:00pm** ▮(b) (6), (b) (7)(C) **Call** - GDA
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Thursday, November 9

- **10:30am - 11:00am Marine Corps Birthday and Veterans Day Celebration** (Sequoia Conference Room) - BAM
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - ▮(b) (6), (b) (7)(C) ▮▮ FBI) ▮ (b)(6), (b)(7)(C)
- **3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Friday, November 10

- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Saturday, November 11

## Sunday, November 12

# November 13, 2017 - November 19, 2017

November 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

December 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |    |    |    |    |    |    |

## Monday, November 13

- **11:15am - 11:45am Meet with Kyle** - AAW
- **1:00pm - 1:30pm Gates tax mtg** - AAW
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b)(7)(C) FBI) (b)(6), (b)(7)(C)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC (b) (6)

## Tuesday, November 14

- **10:30am - 11:15am Prosecutor Meeting** (Sequoia Conference Room) - AMZ
- **2:00pm - 2:30pm** (b) (6), (b) (7)(C)
- **2:00pm - 2:30pm Special Counsel Call** - (b) (6), (b) (7)(C)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Wednesday, November 15

- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Thursday, November 16

- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI) (b)(6), (b)(7)(C)
- **3:30pm - 4:00pm RE: Re:** - AAW
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC (b) (6)

## Friday, November 17

- **10:30am - 11:00am Re: [Ext] RE:** (b) (7)(E) - AAW
- **2:00pm - 2:30pm** (b)(6), (b)(7)(C),(b),(E)
- **3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC

## Saturday, November 18

(b) (6)

## Sunday, November 19

# November 20, 2017 - November 26, 2017

November 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, November 20

■ **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ■
■ **1:00pm - 2:00pm** ■ **proffer** (b)(6)/(b)(7)(C)
■ **1:00pm - 1:30pm Call re van der Zwaan** (Cooley to call Andrew Weissman (b)(6)
■ **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) ) (FBI) ■ (b)(6), (b)(7)(C)
■ **3:30pm - 4:30pm Recognition of FBI employees who participated in PP1 construction** (Sequoia Conference Room) - BAM
■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

## Tuesday, November 21

■ **10:00am - 11:00am U.S. Marshalls Service (USMS) Employee Threat Assessment** (Maple Conference Room) - (b)(6)
■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

## Wednesday, November 22

■ **9:00am - 9:30am Re: RE:**

## Thursday, November 23

■ **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI) ■

## Friday, November 24

## Saturday, November 25

## Sunday, November 26


# November 27, 2017 - December 3, 2017

November 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, November 27**
- 10:00am - 10:30am Team m meeting (AW office) - AAW
- 1:30pm - 2:00pm RE: Consent Motion re 9/15 GJS
- 2:00pm - 2:30pm RE: ████████        (b)(6), (b)(7)(C)
- 2:30pm - 3:30pm Team Manafort Meeting (PP Large Conference Room) - ████████ (FBI)█
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC█

**Tuesday, November 28**
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC█

**Wednesday, November 29**
- 10:30am - 11:00am Telecon re Discovery ████ (b) (6) ████
- 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC█

**Thursday, November 30**
- 9:00am - 6:00pm hold for ███████ (oak) - BMR
- 11:00am - 12:00pm Team Manafort Meeting (PP Large Conference Room) - ████████ (FBI)█
- 3:00pm - 4:00pm FW: ████████ - Second Production of Documents ████
- 4:00pm - 4:30pm Re: ████████ - AAW
- 6:00pm - 6:30pm Relativity Discussion (Sequoia Conference Room) - ████

**Friday, December 1**
- 9:00am - 6:00pm hold for ████████ oak) - BMR
- 3:00pm - 3:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC█

**Saturday, December 2**

**Sunday, December 3**

# December 4, 2017 - December 10, 2017

| December 2017 | January 2018 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 | 1 2 3 4 5 6 |
| 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 |
| 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 24 25 26 27 28 29 30 | 28 29 30 31 |
| 31 | |

## Monday, December 4

- **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ▮
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - ▮(b) (6), (b) (7)(C)▮ (FBI)▮ (b)(6), (b)(7)C
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Tuesday, December 5

- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
- **11:00am - 2:00pm Agency review** - AAW
- **4:00pm - 6:00pm** ▮ **meeting** (Elm) - BMR (b)(7)(E)
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- **5:30pm - 6:00pm Re: [Ext] discovery_agreement_with_OSC_krf.DOCX** - AAW
- **6:30pm - 7:00pm Re: [Ext] discovery_agreement_with_OSC_krf.DOCX** ▮(b) (6)▮

## Wednesday, December 6

- **9:30am - 10:00am BIDMAS MEETING - AMZ** (MAPLE) - AMZ
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Thursday, December 7

- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - ▮(b)(6), (b)(7)(C)▮ (FBI) (b)(6), (b)(7)(C)
- **3:00pm - 3:30pm** ▮ **call** - BMR (b)(7)(E)
- **3:00pm - 3:30pm** ▮(b) (7)(A)▮ **- follow-up call** (b) (6) ▮(b) (6)▮
- **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮
- **6:00pm - 6:30pm Brady.Discovery.Ltr - DRAFT.12.6.17** (Sequoia) - BMR

## Friday, December 8

- **2:00pm - 2:30pm** ▮(b) (7)(E)▮
- **3:00pm - 3:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ▮

## Saturday, December 9

## Sunday, December 10

# December 11, 2017 - December 17, 2017

| December 2017 | January 2018 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 | 1 2 3 4 5 6 |
| 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 |
| 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 24 25 26 27 28 29 30 | 28 29 30 31 |
| 31 | |



**Monday, December 11**
- ■ 9:30am - 10:30am Court appearance  (b)(6), (b)(7)(C),(A),(D),(E)
- ■ 11:30am - 1:00pm ▮▮▮ attorney proffer (oak) - AAW
- ■ 11:30am - 1:00pm ▮▮▮ proffer - AAW  (b)(6), (b)(7)(C),(A),(D),(E)
- ■ 2:30pm - 3:30pm Team Manafort Meeting (PP Large Conference Room) - ▮▮(b)(6), (b)(7)(C)▮▮ FBI)  (b)(6), (b)(7)(C)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Tuesday, December 12**
- ■ 10:00am - 10:45am Prosecutor Meeting (Sequoia Conference Room) - AMZ▮
- ■ 1:00pm - 4:30pm ▮▮▮ interview  (b)(6), (b)(7)(A),(C),(D),(E)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Wednesday, December 13**
- ■ 11:30am - 2:00pm SCO Progressive Potluck Holiday Party (Elm, Sequoia and the Breakroom) - BAM
- ■ 2:00pm - 5:00pm ▮▮▮ interview  (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Thursday, December 14**
- ■ 10:00am - 10:30am Team M Resource Planning Meeting (Maple Conference Room) - AMZ
- ■ 11:00am - 12:00pm Team Manafort Meeting (PP Large Conference Room) - ▮▮(b)(6), (b)(7)(C)▮▮ (FBI)▮  (b) (6), (b)(7)(C)
- ■ 5:00pm - 5:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Friday, December 15**
- ■ 3:00pm - 3:45pm Daily Ops Meeting (Conference Room 3023) - RSMSC▮

**Saturday, December 16**

**Sunday, December 17**

# December 18, 2017 - December 24, 2017

December 2017
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

January 2018
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, December 18
- ■ **10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ ■
- ■ **1:00pm - 1:15pm** (b) (7)(A), (b) (7)(E)
  (b) (6), (b)(7)(C)
- ■ **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b)(7)(C) (FBI) ■
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

## Tuesday, December 19
- ■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■
- ■ **2:30pm - 3:00pm** (b) (7)(E) **Call** - BMR
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

## Wednesday, December 20
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■
- (b) (6) ■

## Thursday, December 21
(b)(6), (b)(7)(C)
- ■ **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI) ■
- ■ **11:30am - 12:30pm** (b) (6) **Going Away Lunch**
- ■ **2:30pm - 5:30pm** ■ **Interview** (Elm Conference Room) - ZNA (b) (6), (b)(7)(C) (D),(E)
- ■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

## Friday, December 22
- ■ **9:30am - 10:00am Team M - HOLD** (seq.) - AMZ
- ■ **10:00am - 1:00pm** ■ **Interview** (Oak Conference Room) - ZNA
  (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)

## Saturday, December 23

## Sunday, December 24

OIP - 32

# December 25, 2017 - December 31, 2017

| December 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| January 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**Monday, December 25** (b)(6), (b)(7)(C)

■ **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI) ■

■ **2:30pm - 3:30pm FW: Team M** (Conference Room ) - (b)(6)

■ **5:00pm - 5:45pm Daily Ops Meeting** (Conference Room 3023) - RSMSC ■

**Tuesday, December 26**

**Wednesday, December 27**

**Thursday, December 28** (b)(6), (b)(7)(C)

■ **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) (FBI) ■

**Friday, December 29**

**Saturday, December 30**

**Sunday, December 31**

# January 1, 2018 - January 7, 2018

January 2018
Su Mo Tu We Th Fr Sa
　　 1　 2　 3　 4　 5　 6
 7　 8　 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
Su Mo Tu We Th Fr Sa
　　　　　　 1　 2　 3
 4　 5　 6　 7　 8　 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

## Monday, January 1
(b)(6), (b)(7)(C)
- 2:30pm - 3:30pm **Team Manafort Meeting** (PP Large Conference Room) - ▮▮ (b)(6), (b)(7)(C) ▮▮ (FBI) ▮

## Tuesday, January 2
- 10:00am - 10:45am **Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
- 3:00pm - 3:30pm **Re: call** - AAW
- 4:30pm - 5:00pm **Gates Call** - GDA
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Wednesday, January 3
- 9:45am - 10:15am **Re: Alex van der Zwaan** (call in AW office) - AAW
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Thursday, January 4
(b)(6), (b)(7)(C)
- 11:00am - 12:00pm **Team Manafort Meeting** (PP Large Conference Room) - ▮ (b)(6), (b)(7)(C) ▮ (FBI) ▮
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Friday, January 5
- 9:30am - 10:30am (b)(7)(A), (b)(7)(E) - AAW
- 3:00pm - 3:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮
- 5:30pm - 6:00pm **RE: Hi**

## Saturday, January 6
(b)(6)

## Sunday, January 7

# January 8, 2018 - January 14, 2018

January 2018
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

## Monday, January 8
- **9:00am - 5:00pm** ████ (b)(7)(A), (b)(7)(E) ████ - AAW
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) ████ (FBI) ██  (b)(6), (b)(7)(C)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ██

## Tuesday, January 9
- **9:00am - 9:30am RE: call**
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ██
- **2:00pm - 5:00pm RE:** ████ **- Schedule**  (b) (6), (b) (7)(C),(A),(D),(E)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ██

## Wednesday, January 10
- **11:00am - 11:30am Team mtg re status conference** - AAW
- **2:00pm - 2:30pm Relativity meeting at 2 pm**
- **3:00pm - 3:20pm** (b)(7)(E) ██ **Mtg.** (AAW's office) - KRF
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ██
- **6:00pm - 6:30pm Meeting re: 2703(d) Order** (Maple) - ZNA

## Thursday, January 11
- **10:00am - 10:30am** (b)(7)(A), (b) ██ **- AMZ** (MAPLE) - AMZ
(7)(E)
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b)(6), (b)(7)(C) ████ (FBI) ██  (b)(6), (b) (7)(C)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ██

## Friday, January 12
- **AVZ GJ**
- **1:15pm - 1:45pm Team M** (RSM office) - AMZ
- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ██

## Saturday, January 13

## Sunday, January 14

# January 15, 2018 - January 21, 2018

| January 2018 | | | | | | | | February 2018 | | | | | |
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | | | |

## Monday, January 15

- **2:30pm - 3:30pm FW: Team M** (Conference Room ) - (b) (b)
- **2:30pm - 3:30pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI) (b) (6), (b) (7)(C)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC

## Tuesday, January 16

- **9:30am - 11:00am Activity in Case 1:17-cr-00201-ABJ USA v. MANAFORT et al Order on Motion for Miscellaneous Relief**
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ
- **1:00pm - 1:30pm Discovery and witness interview meeting** (table outside cubicles) - AAW
- **2:30pm - 4:30pm Case Discussion w/ AAW** (SEQUOIA) - AMZ
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC

## Wednesday, January 17

- **11:00am - 11:30am EDVA indictment** (aw office) - AAW
- **2:00pm - 2:30pm January Birthday(s) celebration - Let's eat cake** (Sequoia Conference Room) - BAM
- **3:30pm - 5:00pm** - AAW (b) (6), (b) (7)(C),E)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC
- **7:30pm - 8:30pm Plans** - ZNA

## Thursday, January 18

- (b) (6)
- **9:30am - 4:00pm** (b) (7)(A), (b) (7)(b) Oak Conference Room)
- **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C) (FBI) (b) (6), (b) (7)(C)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC
- (b) (6)

## Friday, January 19

- **2:00pm - 3:00pm RE:** (b) (6), (b) (7)(C), (b) (7)(b), (b) (7)(E)
- **3:00pm - 3:15pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC
- **3:15pm - 3:45pm RE:** (b)(6), (b)(7)(C)(D)(E) - AAW

## Saturday, January 20

## Sunday, January 21

# January 22, 2018 - January 28, 2018

January 2018
Su Mo Tu We Th Fr Sa
   1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
Su Mo Tu We Th Fr Sa
             1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**Monday, January 22**
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Tuesday, January 23**
□ **10:00am - 10:45am Canceled: Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■
■ **4:30pm - 5:00pm conference call with Downing and Wu** - AAW
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Wednesday, January 24**
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Thursday, January 25**                                (b) (6), (b) (7)(C).
■ **11:00am - 12:00pm Team Manafort Meeting** (PP Large Conference Room) - (b) (6), (b) (7)(C)        (FBI)
■ **12:00pm - 5:00pm** ████ **interview** - AAW (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Friday, January 26**
■ **9:30am - 10:00am AVZ GJ** - AAW
■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Saturday, January 27**

**Sunday, January 28**

# January 29, 2018 - February 4, 2018

January 2018
Su Mo Tu We Th Fr Sa
       1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
Su Mo Tu We Th Fr Sa
          1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

## Monday, January 29

- **10:00am - 10:30am Case Discussion w/ AAW** (SEQUOIA) - AMZ ■
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
- **6:00pm - 6:30pm RE: [Ext] interviews**
- **6:00pm - 6:30pm Team M** ■ **Discovery Mtg.** (Sequoia) - KRF

## Tuesday, January 30

- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■
- **11:00am - 12:30pm AVZ**
- **2:00pm - 4:00pm** ■ **Mtg.** (4th Floor Conference Room) - KRF
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Wednesday, January 31

- **11:00am - 11:30am Team M** ■ **Discovery Meeting** (Maple) - KRF
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
- **5:30pm - 6:00pm Team M** ■ **Discovery Meeting** (TBD) - KRF

## Thursday, February 1

- **9:15am - 9:45am Call re: Van der Zwaan** - ■
- **11:15am - 11:30am Welcome and Farewell Cake - new time** (area near ■ desk) - BAM
- **3:00pm - 5:00pm Interview of** ■ (Oak) - KRF
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
- **5:30pm - 6:00pm Team M attorney meeting** (AW office) - AAW
- **6:30pm - 7:00pm FW: TELEPHONE CALL W/** ■ **AND A. ZEBLEY**

## Friday, February 2

- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
- **3:30pm - 4:00pm meeting re to do items** (aw office) - AAW
- **4:00pm - 4:30pm Re: [Ext] Re: Status Update** (aw office) - AAW

## Saturday, February 3

## Sunday, February 4

# February 5, 2018 - February 11, 2018

February 2018
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2018
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, February 5

- 2:00pm - 2:30pm ▮▮▮▮ (RSM's office) - RSMSC
- 3:00pm - 6:00pm ▮▮▮ interview  (b)(6), (b)(7)(C),(D),(E)
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▮▮

## Tuesday, February 6

- 10:00am - 10:45am Prosecutor Meeting (Sequoia Conference Room) - AMZ ▮▮
- 3:00pm - 3:30pm AVZ appeal - AAW
- 3:30pm - 5:30pm ▮▮▮▮ (Oak) - KRF  (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▮▮

## Wednesday, February 7

- 10:30am - 11:30am Activity in Case 1:17-cr-00201-ABJ USA v. MANAFORT et al Order - AAW
- 12:30pm - 1:00pm Re: question
- 1:00pm - 2:00pm ▮▮▮▮ (b)(6), (b)(7)(C), (b)(7)(A) - AAW
- 2:00pm - 4:00pm Farewell Event for CES Chief David Laufman (DOJ/RFK, 7th Floor Conference Center) - ▮(b)(6) NSD)
- 4:00pm - 4:30pm ▮▮ Call - BMR (b)(7)(E)
- 4:00pm - 4:30pm ▮(b)(7)(E) - call to discuss documents ▮▮▮▮▮ (b)(6)
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▮▮

## Thursday, February 8

- 10:00am - 3:00pm RE: ▮▮▮ - AAW  (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▮▮

## Friday, February 9

- 8:40am - 9:00am Team M issue (RSM office) - AMZ
- 3:00pm - 3:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▮▮

## Saturday, February 10

## Sunday, February 11

- 2:00pm - 3:00pm Call re: Van der Zwaan ▮▮▮▮▮▮ (b)(6)

# February 12, 2018 - February 18, 2018

February 2018
Su Mo Tu We Th Fr Sa
              1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2018
Su Mo Tu We Th Fr Sa
              1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, February 12

■ **3:45pm - 4:45pm Case Discussion w/ AAW** (SEQUOIA) - AMZ■
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Tuesday, February 13

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ■
■ **4:00pm - 4:30pm Gates discussion** (AW office) - AAW
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Wednesday, February 14

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Thursday, February 15

■ (b)(1) (b)
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Friday, February 16

☐ **Grand Jury AVZ**
■ **1:30pm - 2:00pm Team M Discovery Update** (Sequoia) - ■
■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Saturday, February 17

## Sunday, February 18

■ **1:00pm - 2:00pm** (b)(1)(b)(A), (b)(C)

OIP - 40

# February 19, 2018 - February 25, 2018

February 2018
SuMo TuWe Th Fr Sa
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2018
SuMo TuWe Th Fr Sa
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, February 19

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Tuesday, February 20

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ█

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Wednesday, February 21

■ **1:00pm - 3:30pm** (b) (6), (b) (7) - AAW

■ **4:00pm - 5:00pm Team M█ meeting** (Sequoia) - BMR  (b) (7)(E, (b)(7)(A))

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Thursday, February 22

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

■ **5:30pm - 7:30pm** (b) (6) departure

## Friday, February 23

■ **10:00am - 11:00am Activity in Case 1:17-cr-00201-ABJ USA v. MANAFORT et al Order**

■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Saturday, February 24

■ **10:00am - 11:00am** (b) (6), (b) (7)(C) call

## Sunday, February 25

# February 26, 2018 - March 4, 2018

February 2018
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2018
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, February 26**

■ **9:00am - 9:15am** (b) (7)(A); (b) (7) (C)

■ **10:00am - 11:00am Case Discussion w/ AAW** (SEQUOIA) - AMZ ■

■ **11:00am - 11:30am TEAM M MEETING - AMZ** (RSM's Office) - AMZ ■

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Tuesday, February 27**

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■

■ **11:00am - 12:00pm** ___ AAW (b) (6), (b) (7)(C), (b) (7)(A)

■ **3:30pm - 4:30pm** (b) (6), (b) (7)(C), (b) (7)(A), (b) (7)(E) - AAW

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Wednesday, February 28**

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Thursday, March 1**

■ **10:00am - 10:30am RE: Prudential search request** - AAW

■ **4:30pm - 5:00pm RE: time for a quick call?**

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Friday, March 2**

■ **9:30am - 10:00am** (b) (7) (E) - AAW

■ **12:00pm - 1:00pm RE: Judge Ellis Individual Rules** - AAW

■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

**Saturday, March 3**

**Sunday, March 4**

OIP - 42

# March 5, 2018 - March 11, 2018

| March 2018 | April 2018 |
|---|---|
| Su Mo TuWe Th Fr Sa | Su Mo TuWe Th Fr Sa |
| 1 2 3 | 1 2 3 4 5 6 7 |
| 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | 29 30 |

## Monday, March 5

■ **1:00pm - 1:30pm Meeting** (AAW's office) - ZNA
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
■ **5:30pm - 6:00pm AMZ meeting** - AAW

## Tuesday, March 6

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ■
■ **3:00pm - 3:30pm RE: Canceled: Team M Talk** - AAW
☐ **3:00pm - 3:30pm Canceled: Meeting** (Maple) - ACJ
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
■ **5:30pm - 6:00pm Call with** [(b)(6), (b)(7)(C),(D),(A),(E)] (AAW's office) - ZNA

## Wednesday, March 7

■ **4:00pm - 4:30pm Meeting w/ AMZ and AAW** (AAW's Office) - AMZ
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
■ (b) (6)

## Thursday, March 8

■ **12:00pm - 1:00pm EDVA meeting**
■ **1:00pm - 2:30pm Activity in Case 1:18-cr-00083-TSEVAED USA v. Manafort et al Set/Reset Hearings**
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
■ **5:30pm - 7:30pm RU t** (TBD) - AMZ

## Friday, March 9

■ **10:00am - 10:30am Team M Issues Meeting** (RSM's office) - AMZ
■ **12:00pm - 12:30pm Re: are you around today**
■ **12:30pm - 1:30pm Re: follow up**
■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Saturday, March 10

## Sunday, March 11

OIP - 43

# March 12, 2018 -
# March 18, 2018

March 2018
SuMo TuWe Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2018
SuMo TuWe Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

## Monday, March 12

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Tuesday, March 13

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ■

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Wednesday, March 14

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Thursday, March 15

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Friday, March 16

## Saturday, March 17

■ **10:00am - 11:00am T/C SCO re FARA Matter**
(b) (6)                                  - Hickey, Adam (NSD)

■ **10:00am - 11:00am T/C SCO re FARA Matter**
(b) (6)                       - AAW

## Sunday, March 18

OIP - 44

# March 19, 2018 -
# March 25, 2018

March 2018
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2018
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, March 19**

■**10:00am - 12:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ■

■**11:30am - 12:00pm polling** (AW office) - AAW

■**12:30pm - 1:00pm RE: RE: RE:**

☐**2:00pm - 2:30pm Call** (b) (6), (b) (7)(C)

■**2:30pm - 3:00pm legal meeting**

■**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

■**5:15pm - 5:45pm T/C re next steps with SCO/NSD** (b) (6) - Hickey, Adam (NSD)

**Tuesday, March 20**

■**10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ■

■**11:00am - 12:00pm Meeting w/** (b) (6), (b) (7)(C),(A), (b), (E) (Oak Conference Room) - ZNA

■**4:00pm - 6:30pm Meeting with** (b) (6) ELM conference room) - AAW

■**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

**Wednesday, March 21**

■**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

**Thursday, March 22**

■**11:00am - 11:30am RE: Call** - AAW

■**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

**Friday, March 23**

■**9:00am - 11:00am** (b)(6), (7)(7)(A),(C) - ZNA

■**3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

**Saturday, March 24**

**Sunday, March 25**

# March 26, 2018 - April 1, 2018

March 2018
Su Mo Tu We Th Fr Sa
            1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

## Monday, March 26

■ **1:30pm - 2:00pm Team M Issue Meeting** (RSM's office) - RSMSC
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
■ **6:00pm - 6:30pm Re: [Ext] schedule** - AAW

## Tuesday, March 27

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ■
■ **1:00pm - 2:00pm Meeting re:  Sentencing** (RSM's office) - RSMSC
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Wednesday, March 28

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Thursday, March 29

■ **9:30am - 11:00am Order of Proof** - GDA
■ **1:00pm - 2:00pm** ███████████ GDA
■ **4:00pm - 4:30pm ICE Meeting** (phone AAW office) – ████
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Friday, March 30

■ **10:15am - 10:45am Re: call**
■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Saturday, March 31

## Sunday, April 1

# April 2, 2018 -
# April 8, 2018

April 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, April 2

- **10:30am - 11:30am Meeting w/** ██████████████ (Oak Conference Room) - ZNA
- **1:00pm - 3:00pm Fwd: Manafort (Civil) Moot—Today at 1:00 pm.** (20 Massachusetts Ave. NW, Room 7400) - Schwei, Daniel S. (CIV)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Tuesday, April 3

- **12:30pm - 2:00pm Team M Trial Meeting -** ████
- **3:00pm - 3:30pm MLAT discussion** - BMR
- **3:30pm - 4:00pm TIMELINE MEETING - DWA** (SEQUOIA) - DWA
- **4:00pm - 6:00pm** ██████ **Prep Session** (Elm) - ZNA
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Wednesday, April 4

- **10:00am - 11:30am FW: Manafort Hearing**
- **1:00pm - 3:00pm Case Discussion w/ AAW** (SEQUOIA) - AMZ██
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Thursday, April 5

- **10:00am - 11:00am** ████████████████ (RFK) - AAW
- **1:00pm - 1:30pm Team M Records Chat with** ████ (Your Office) - ██
- **2:30pm - 3:30pm Relativity Training** (Maple Conference Room) - ██
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Friday, April 6

- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Saturday, April 7

## Sunday, April 8

# April 9, 2018 - April 15, 2018

April 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

May 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## Monday, April 9

- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Tuesday, April 10

- ■ **10:00am - 10:45am Prosecutor Meeting** (Maple Conference Room) - AMZ
- ■ **11:30am - 2:00pm SCO Spring Fling Potluck** (Elm, Sequoia, Break Room) - (b) (6)
- ■ **1:30pm - 2:00pm Manafort motions** (Maple) - SACM
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Wednesday, April 11

- ■ **9:30am - 10:00am Meeting re:  Team M Issue** (RSM's office) - RSMSC
- ■ **3:15pm - 3:45pm Call re:  Inquiries Concerning S. Patten** (b) (6)
- ■ **4:00pm - 4:30pm RE: do you have 15 mins to chat later today? thx** - AAW
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Thursday, April 12

- ■ **11:30am - 1:30pm Re: [Ext] RE: Proposed Meeting** (RFk building) - AAW
- ■ **11:30am - 1:30pm** (b) (7)(A); (b) (7)(B) 1644 rfk) - Hickey, Adam (NSD)
- ■ **4:30pm - 5:00pm RE:** (b) (7)(A); (b) (7)(B)
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Friday, April 13

- ■ **9:30am - 10:00am Re: [Ext] RE: Meeting Tomorrow**
- ■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Saturday, April 14

## Sunday, April 15

# April 16, 2018 -
# April 22, 2018

April 2018
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2018
SuMo TuWe Th Fr Sa
1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, April 16
- ■ 9:15am - 9:45am ████ (b) (7)(C) █ (b) (6)
- ■ 10:00am - 12:00pm Case Discussion with AAW (Sequoia Conference Room) - AMZ█
- ■ 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC█
- ■ 7:30pm - 8:00pm RE: Hello

## Tuesday, April 17
- ■ 10:00am - 10:45am Prosecutor Meeting (Sequoia Conference Room) - AMZ█
- ■ 11:00am - 1:00pm Manafort motion to dismiss moot court for Michael, Adam, and Elizabeth:  New time (Maple) - MRD
- ■ 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC█

## Wednesday, April 18
- ■ 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC█
- ■ 7:00pm - 7:30pm Call re:  Sam Patten ████ (b) (6)

## Thursday, April 19
- ■ 1:00pm - 3:00pm ████ (b) (7)(C), █ (b) (7)(E)  and (b) (6), (b) (7)(C) █ (b) (7)(E) : GDA/AAW - ████
- ■ 3:30pm - 4:00pm TEAM RESOURCES MEETING - AMZ (MAPLE) - AMZ
- ■ 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room) - RSMSC█
- ■ 5:30pm - 6:00pm RE: Sam Patten

## Friday, April 20
- ■ 9:00am - 11:00am EDVA Interviews - GDA
- ■ 9:00am - 10:30am interviews
- ■ 11:00am - 1:30pm GJ
- ☐ 5:00pm - 5:30pm Canceled: Daily Ops Meeting (Sequoia Conference Room) - RSMSC█

## Saturday, April 21

## Sunday, April 22

# April 23, 2018 -
# April 29, 2018

April 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2018
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, April 23

■ 12:00pm - 2:30pm (b)(7)(E)  ▮▮▮▮ - AAW
■ 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Tuesday, April 24

■ 10:00am - 10:45am **Prosecutor Meeting** (Sequoia Conference Room) - AMZ ▮
■ 1:00pm - 2:00pm **TEAM M CONTINUING INVESTIGATION MEETING - AMZ** (SEQUOIA) - AMZ

## Wednesday, April 25

▢ **Re: Flynn**
■ 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Thursday, April 26

■ 10:00am - 12:00pm **Patten transcript review** (Hart Senate Office Building) - ▮▮▮
■ 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Friday, April 27

■ 1:30pm - 2:00pm **Call w/** ▮▮▮▮ (re ▮▮▮▮ **logistics**)
**(b) (6)** ▮▮▮▮▮▮ #) - BMR
■ 3:00pm - 3:30pm **Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▮

## Saturday, April 28

## Sunday, April 29

# April 30, 2018 - May 6, 2018

April 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 30**

■ ███████████

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC █

**Tuesday, May 1**

■ **9:00am - 10:30am** ██ out of office

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ █

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC █

**Wednesday, May 2**

■ **10:00am - 10:30am Team M Meeting** (Elm) - ██

■ **12:45pm - 1:00pm OFFICE PLANNING ISSUES w/ AAW AND** ██ (AAW's OFFICE) - AMZ

■ **2:30pm - 3:30pm Manafort EDVa Scope moot court for MRD** (Maple) - MRD

■ **4:00pm - 5:30pm Patten Attorney** (Elm) - ██

■ **4:00pm - 5:30pm Re: Sam Patten - Consent to OSC Review of Interview Transcript**

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC █

**Thursday, May 3**

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC █

**Friday, May 4**

**Saturday, May 5**

**Sunday, May 6**

# May 7, 2018 - May 13, 2018

**May 2018**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**June 2018**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## Monday, May 7

- ██ **4:00pm - 4:45pm TENTATIVE HOLD Aug 2 Memo** (Sequoia) - AMZ
- ██ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Tuesday, May 8

- ██ **2:00pm - 2:30pm RE:** ████████████████ - AAW
- ██ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Wednesday, May 9

- ██ **12:00pm - 1:30pm RE: Sam Patten**
- ██ **12:00pm - 12:30pm RE:** ████████████ - AAW
- ██ **12:30pm - 1:15pm Team M meeting** (Sequoia ) - ████
- ██ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██
- ██ ████████

## Thursday, May 10

- ██ **10:00am - 11:30am Case Discussion with AAW** (Sequoia Conference Room) - AMZ██
- ██ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Friday, May 11

- ☐ **AW in NY for interviews**
- ██ **9:00am - 5:00pm DOJ Witness Interviews (AW)** (USANYE-CIcr618) - Young, Susan (USANYE)
- ██ **9:00am - 5:00pm DOJ Witness Interviews (AW)** (USANYE-CIcr618) - USANYE-Conf-CI
- ██ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

## Saturday, May 12

## Sunday, May 13

# May 14, 2018 - May 20, 2018

May 2018
Su Mo Tu We Th Fr Sa
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2018
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

## Monday, May 14

- ■ **4:00pm - 4:30pm RE:** ▮▮▮▮ **- Call and Proffer Session**
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Tuesday, May 15

- ☐ Ellis trial
- ■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■
- ■ **12:00pm - 1:00pm Patten**
- ■ **4:00pm - 4:30pm RE:** ▮▮▮▮ **May 16 at 1:00pm in DC** - AAW
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
- ■ **5:30pm - 6:00pm** ▮▮▮ **call** - AAW

  (b)(6), (b)(7)(C),(D),(E)

## Wednesday, May 16

- ■ **9:30am - 10:00am Re:** ▮▮▮▮ **- Call and Proffer Session** - AAW
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Thursday, May 17

- ■ **2:00pm - 4:00pm Manafort suppression roundtable** (Maple) - SACM
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Friday, May 18

- ■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Saturday, May 19

## Sunday, May 20

OIP - 53

# May 21, 2018 -
# May 27, 2018

| | May 2018 | | June 2018 | |
|---|---|---|---|---|

May 2018
SuMo TuWe Th Fr Sa
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2018
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

## Monday, May 21
■ **9:00am - 5:00pm** ▮▮▮▮▮▮
■ **2:00pm - 3:30pm Manafort suppression moots** (Maple) - SACM
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
■ ▮▮▮▮▮▮▮▮▮▮▮▮▮

## Tuesday, May 22
■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ■
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
■ **5:15pm - 5:45pm Meeting re:  Team M Issue** (RSM's office) - RSMSC

## Wednesday, May 23
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Thursday, May 24
■ **10:00am - 10:45am** ▮▮▮ **ISSUES - AMZ** (RSM's OFFICE) - AMZ
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■

## Friday, May 25
■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ■
■ **4:00pm - 4:30pm Re:** ▮▮▮▮▮▮ **Document Production**

## Saturday, May 26

## Sunday, May 27

OIP - 54

# May 28, 2018 - June 3, 2018

May 2018
Su Mo Tu We Th Fr Sa
       1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2018
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

### Monday, May 28

### Tuesday, May 29

**10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - AMZ ██

**11:00am - 12:00pm Re:** ██████████████ **May 31 (10:00A)** - AAW

**2:00pm - 2:30pm Fwd: TEAM M MEETING RE** ████████ - **AMZ** (MAPLE) - AMZ

**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

**6:30pm - 7:00pm** ████████

### Wednesday, May 30

**3:00pm - 4:00pm Trial Chart Meeting** - ████

**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

### Thursday, May 31

**3:30pm - 4:00pm RE: call**

**4:15pm - 4:45pm RE:** ████████ **Document Production** - AAW

**5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC██

### Friday, June 1

**9:00am - 11:00am Leaks Motion Moot** (Maple) - SACM

**12:30pm - 1:00pm** ████████

**2:00pm - 2:30pm** ████████ - BMR

### Saturday, June 2

### Sunday, June 3

# June 4, 2018 - June 10, 2018

June 2018
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2018
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, June 4
- **12:30pm - 1:00pm HOLD re Team M issue** (RSM's Office) - AMZ
- **5:15pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█
- **6:00pm - 6:15pm RE: call**

## Tuesday, June 5
- **9:30am - 2:00pm** (b) (6), (b) (7)(C) (4th Floor Conference Room) - (b) (6)
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - RSMSC█
- **2:00pm - 2:30pm** (b)(6) **and SCO** (1-877-465-7995) - BMR
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Wednesday, June 6
- **11:15am - 11:30am** (b) (7)(A), (b) (7)(C) - Hickey, Adam (NSD)
- **12:00pm - 1:00pm Patten** - AAW
- **2:00pm - 2:45pm Team M -** (b)(6),(b)(7)(C) (RSM's office) - RSMSC
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Thursday, June 7
- **10:00am - 11:00am Mtg with** (b) (6), (b)(7)(C) **prep** (Aw office) - AAW
- **1:30pm - 2:15pm Team M Meeting** (b)(6)(7)(C) (Sequoia Conference Room) - RSMSC
- **2:30pm - 3:30pm RE: Meeting re:** (b) (6) **IRS Revenue Agent Testimony**
- **2:30pm - 3:30pm** (b) (6) **IRS Revenue Agent Testimony (Manafort)** (Sequoia (SCO)) - Asonye, Uzo (USAVAE)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Friday, June 8
- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC█

## Saturday, June 9

## Sunday, June 10

# June 11, 2018 -
# June 17, 2018

June 2018
Su Mo Tu We Th Fr Sa
              1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, June 11

- **10:00am - 1:30pm** Call ▓▓ meeting at Special Counsel Office **(202-616-0800)** ▓▓ DC) ▓
- **1:00pm - 2:30pm** Re: Debrief
- **4:00pm - 4:30pm** Connecting
- **5:00pm - 5:30pm** Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▓
- **5:30pm - 6:00pm** SDNY call

## Tuesday, June 12

- **10:00am - 10:45am** Prosecutor Meeting (Sequoia Conference Room) - RSMSC ▓
- **11:30am - 12:30pm** RE: Revenue Agent
- **11:30am - 12:00pm** Call with IRS Revenue Agent - Asonye, Uzo (USAVAE)
- **3:45pm - 4:15pm** Re: Requested production of screen shots from ▓
- **5:00pm - 5:30pm** Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▓

## Wednesday, June 13

- **10:30am - 11:00am** Call ▓ - BMR
- **11:30am - 12:00pm** ▓ is leaving......maybe
- **3:00pm - 3:15pm** May/June birthdays - celebrate with cake (Sequoia) - BAM
- **5:00pm - 5:30pm** Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▓

## Thursday, June 14

- **2:30pm - 2:45pm** Team M Issue (RSM's office) - RSMSC
- **4:00pm - 5:00pm** Moot - AAW
- **5:00pm - 5:30pm** Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▓

## Friday, June 15

- **2:30pm - 3:00pm** RE: gates ▓ chat
- **3:00pm - 3:30pm** Daily Ops Meeting (Sequoia Conference Room) - RSMSC ▓

## Saturday, June 16

## Sunday, June 17

# June 18, 2018 -
# June 24, 2018

June 2018
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2018
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, June 18
- **12:00pm - 12:30pm Team M meeting** (sequoia) - AAW
- **4:00pm - 4:05pm Team M Timeline with AAW and AMZ** (AMZ's office) - AMZ
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▇

## Tuesday, June 19
- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - RSMSC ▇
- **2:00pm - 3:00pm Jury Instruction Meeting** (Andrew's Office) - Asonye, Uzo (USAVAE)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▇

## Wednesday, June 20
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▇

## Thursday, June 21
- **1:00pm - 2:30pm Case Discussion with Team M** (Sequoia Conference Room) - AMZ ▇
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▇
- **5:15pm - 5:45pm** (b)(7)(E)   (b) (6) ▇▇▇▇

## Friday, June 22
- **1:00pm - 1:30pm RE: NSD** - AAW
- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC ▇

## Saturday, June 23

## Sunday, June 24

# June 25, 2018 -
# July 1, 2018

June 2018
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2018
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

---

## Monday, June 25

- **9:30am - 10:00am Citizens**
- **4:00pm - 5:00pm Team M attorney meeting** - AAW
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■
- **5:15pm - 5:45pm Re: For Monday (or Tuesday)** - AAW

## Tuesday, June 26

- **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - RSMSC■
- **10:00am - 2:00pm** (b) (6), (b) (7)(C), (b) (7)(E), (b) (7)(F) **Prep** (Mueller's Office in DC) - (b) (6)
- **1:00pm - 5:00pm** (b) (6), (b) (7)(C) **interview**
- **1:30pm - 3:00pm** (b) (6), (b) (7)(C), (b) (7)(E) (NSD OAAG) - Hickey, Adam (NSD)
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Wednesday, June 27

- **12:30pm - 1:00pm RE: [Ext] phone**
- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Thursday, June 28

- **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Friday, June 29

- **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room) - RSMSC■

## Saturday, June 30

## Sunday, July 1



# July 2, 2018 - July 8, 2018

| July 2018 | | | | | | | | August 2018 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | | 1 | 2 | 3 | 4 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 29 | 30 | 31 | | | | | | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, July 2

- ■ **2:00pm - 6:00pm** (b)(6), (b)(7)(C), (b)(7) **meeting at Special Counsel Office (202-616-0800)** (b)(6), (b)(7)(C) , DC) - (b) (b)

- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Tuesday, July 3

- ■ **2:00pm - 2:45pm Prosecutor Meeting** (Sequoia Conference Room) - RSMSC
- ■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Wednesday, July 4

- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Thursday, July 5

- ■ **10:00am - 11:00am Trial 2 meeting** (Aw office or Maple) - AAW
- ■ **12:30pm - 1:00pm Farewell for Brian Richardson** (Sequoia ) - BAM
- ■ **3:00pm - 4:00pm EDVA Call with Defense re: Stipulations** - GDA
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Friday, July 6

- ■ **10:00am - 11:30am RE: Sam Patten** (Oak)
- ■ **12:00pm - 12:30pm Re: DC jury questionnaire** - AAW
- ■ **1:00pm - 4:00pm** (b)(6),(7)(C),(D),(E)
- ■ **3:00pm - 3:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Saturday, July 7

## Sunday, July 8

# July 9, 2018 - July 15, 2018

July 2018
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2018
SuMo TuWe Th Fr Sa
1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, July 9
- 9:15am - 9:30am Re: Next meeting
- 9:30am - 10:00am (b) (7)(E)          - call with OSC & Hunton (b) (b)
- 9:30am - 10:00am (b) (7)(E)
- 10:00am - 10:30am RE: Call
- 10:15am - 10:30am Re: (b) (b) (7)(C)(a, (b) (7)(C), (b) (7)(E)
- 11:00am - 11:30am Manafort bail appeal (Phone call) - MRD
- 12:00pm - 1:00pm DDC trial to Do List (Sequoia) - JRW (b) (b)
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC
- 5:30pm - 5:45pm (b) (7)(A), (b) (7)(E) call

## Tuesday, July 10
- (b) (7)(A)(b)(7) (b)(A)(b)(7) (b) (b), (b) (7)(C)
- 5:00pm - 5:30pm Daily Ops Meeting (LOCATION CHANGE - Maple) - RSMSC

## Wednesday, July 11
- 1:00pm - 2:00pm Fwd: DC trial meeting (Sequoia) - JRW
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC
- 7:00pm - 7:30pm RE: [Ext] phone

## Thursday, July 12
- 2:00pm - 3:00pm FW: (b) (7)(E) (b) (b)
- 5:00pm - 5:30pm Daily Ops Meeting (LOCATION CHANGE - Maple Conference Room ) - RSMSC
- 5:30pm - 6:00pm Venue (TBD) - (b) (b)

## Friday, July 13
- 1:00pm - 2:00pm DC trial prep (Sequoia) - (b) (b)
- 3:00pm - 3:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Saturday, July 14

## Sunday, July 15

# July 16, 2018 -
# July 22, 2018

July 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2018
Su Mo Tu We Th Fr Sa
      1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, July 16
- RE: Proposed final - DC Circ Response to PM Motion for Release
- 3:30pm - 4:00pm meeting - GDA
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Tuesday, July 17
- 9:00am - 1:00pm (b) (6), (b) (7)(C), Prep (EDVA ) - (b) (6)
  (b) (7)(D), (b) (7)(E)
- 9:00am - 11:30am Re: interview - AAW
- 10:00am - 10:45am Prosecutor Meeting (Sequoia Conference Room) - RSMSC
- 4:00pm - 4:30pm RE: Sam Patten - AAW
- 4:15pm - 4:45pm RE: (b) (6), (b) (7)(C) requests - AAW
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Wednesday, July 18
- 10:30am - 11:00am Re: Sam Patten - AAW
- 12:00pm - 12:30pm Re: (b)(6)
- 2:00pm - 2:45pm Team M Meeting (Maple Conference Room) - RSMSC
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Thursday, July 19
- Disclosure form
- 5:00pm - 5:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Friday, July 20
- 10:00am - 12:30pm (b)(6), (b)(7)(C), (b)(7)(D), interview (SCO or (b)(6) office) - (b)(6), (b)
- 1:00pm - 2:00pm RE: follow up (aw office) - AAW
- 3:00pm - 3:30pm Daily Ops Meeting (Sequoia Conference Room ) - RSMSC

## Saturday, July 21

## Sunday, July 22

# July 23, 2018 -
# July 29, 2018

July 2018
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2018
Su Mo Tu We Th Fr Sa
          1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, July 23

■ **9:15am - 9:45am Team M Meeting** (RSM's office) - RSMSC
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Tuesday, July 24

■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - RSMSC ■
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■
■ (b) (6) ████████████

## Wednesday, July 25

■ **10:00am - 10:30am HOLD Team M discussion** (Maple Conference Room) - AMZ
■ **12:00pm - 12:30pm Re: Batch D - Draft exhibit list for defense counsel**
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■
■ **5:30pm - 6:00pm RE: Follow Up - Confidential** - AAW

## Thursday, July 26

■ **9:30am - 11:00am** (b) (6); (b) (7)(C); (b) (7)(D), (b)(7)(E) ) (Oak) - (b)(6)
■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

## Friday, July 27

■ **9:30am - 11:00am RE: State documents**
■ **2:00pm - 3:30pm Manafort Opening Moot** (Sequoia) - UEA

## Saturday, July 28

## Sunday, July 29

OIP - 63

## July 30, 2018 - August 5, 2018

**July 2018**
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**August 2018**
SuMo TuWe Th Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

### Monday, July 30
- ■ **11:00am - 1:00pm RE: follow up** (Oak) - AAW
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■
- ■ **5:30pm - 6:00pm Re: SDNY doc production**

### Tuesday, July 31
- ■ **10:00am - 10:45am Prosecutor Meeting** (Sequoia Conference Room) - RSMSC ■
- ☐ **5:00pm - 5:30pm Canceled: Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

### Wednesday, August 1
- ■ **4:00pm - 5:00pm RE:** (b) (6), (b) (7)(C)
- ■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

### Thursday, August 2
- ■ **9:30am - 5:00pm** (b) (7)(A), (b) (7)(B) (PP2 4th Floor Conference Room (Room 312)) - AAW

### Friday, August 3
- ■ **10:00am - 11:00am Interview of** (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E) ) - (b) (6)
- ■ **2:00pm - 2:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ■

### Saturday, August 4

### Sunday, August 5

# August 6, 2018 -
# August 12, 2018

August 2018
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2018
Su Mo Tu We Th Fr Sa
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

### Monday, August 6

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC■

### Tuesday, August 7

■ **12:30pm - 1:00pm July and August Birthday Celebration** (Sequoia) - BAM                          (b)(6),(b)(7)(A),(C),(D)

■ **2:00pm - 5:00pm Interview of** (b)(6), (b)(7)(C-1,3),(E) (SCO (Room TBD)) - (b)(6)

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC■

### Wednesday, August 8

■ **9:00am - 10:00am Patten- DC meeting** - AAW

■ **1:00pm - 3:00pm Interview of** (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)              - (b),(6)

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC■

### Thursday, August 9

■ **5:00pm - 5:30pm Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC■

### Friday, August 10

■ **9:00am - 11:00am Interview of** (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)              ■ (b) (6)

### Saturday, August 11

### Sunday, August 12

# August 13, 2018 - August 19, 2018

| August 2018 | | | | | | | | September 2018 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | 1 | 2 | 3 | 4 | | | | | | | | 1 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 26 | 27 | 28 | 29 | 30 | 31 | | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | | 30 | | | | | | |

## Monday, August 13

- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ███

## Tuesday, August 14

- (b)(6),(7)(C)
- 3:30pm - 4:00pm (b) (6), (b) (7)(C), (b) (7)(D), (b) (7)(E)
- 4:00pm - 4:30pm following up - AAW
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ███

## Wednesday, August 15

- 9:30am - 10:30am (b)(6), (b) (7)(C) meeting
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ███

## Thursday, August 16

- 9:00am - 9:30am Call
- 11:00am - 11:30am RE: (b) (6), (b) (7)(C), (b) (7)(E) Follow Up
- 11:00am - 11:15am (b)(7)(A), Call (SDNY to Call AAW at (b) (6) (b)(7)(E) (b)(7)(A)
- 11:15am - 11:45am Check In -- **Joint Pretrial Statement due 8/20** (Team M Area / Andrew's Office) - LMM
- 1:00pm - 2:00pm **Witnesses and Exhibits Meeting** (Sequoia) - JRW
- 5:00pm - 5:30pm **Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ███

## Friday, August 17

- 9:00am - 9:30am Re: (b) (6), (b) (7)(C), (b) (7)(E) Follow Up
- 3:00pm - 5:00pm Patten (Front Office Conference Room ) - (b) (b) ███ )
- 3:00pm - 3:30pm **Daily Ops Meeting** (Sequoia Conference Room ) - RSMSC ███

## Saturday, August 18

- 9:00am - 9:30am Re: (b) (6)(7)(C)(E)

## Sunday, August 19



**900080004000**

Text Message
Sun, Mar 11, 4:53 PM

Welcome to United Kingdom. For full details on your International travel plan please contact your Account Administrator. If you need help call +1.908.559.4899. Enjoy your trip.





<div align="center">iMessage
Thu, Mar 15, 2:49 PM</div>

Long time no see. Re reports that OSC subpoenaing documents at Trump's business, my sources say you must take a hard look at



<div align="center">The sender is not in your contact list.
**Report Junk**</div>







Text Message
Thu, Mar 29, 10:54 PM

Hi Andrew. Sorry for intrusion. If you're online it looks like ▇▇▇▇ would like to have a call tonight.







Exhibit F

Judicial Watch v. DOJ, 18-cv-1356 (D.D.C.)

OIP *Vaughn* Index

This index contains descriptive information related to records withheld by OIP pursuant to FOIA Exemptions 5, 6, 7(A), 7(C), 7(D), and 7(E). It is meant to be read in tandem with OIP's Declaration, filed concurrently. Information withheld pursuant to FOIA Exemptions 6, 7(C), and 7(E) has been coded to explain the withholdings in more detail. The codes correspond to the follow categories of withholdable information, which are discussed in detail in OIP's Declaration of Vanessa R. Brinkmann, filed concurrently:

- **(b)(6)-1**: names and contact information of individuals being interviewed for a position at the SCO who were ultimately not hired by SCO
- **(b)(6)-2**: names and contact information of an SCO or other DOJ employee
- **(b)(6)-3**: names and contact information of third-party individuals (non-government employees) merely mentioned
- **(b)(6)-4**: telephone numbers, conference call-in information, addresses;
- **(b)(6)-5**: personal calendar entries of Mr. Weissmann
- **(b)(6)/7(C)-1**: names and contact information of third parties of investigative interest.
- **7(E)-1**: the identity of the organizational structure of the SCO
- **7(E)-2**: the investigative focus of specific investigations and prosecutions
- **7(E)-3**: confidential sources

Acronyms & Abbreviations:
DPP: deliberative process privilege
AWP: attorney work-product privilege

| Calendar Date | Time of Entry | Exemption & Code (if applicable) | More Information |
|---|---|---|---|
| **2017** | | | |
| June 5 | 1:30pm | (b)(6)-1; (b)(6)-4 | |
| | 4:30pm | (b)(6)-1 | |
| June 7 | 8:30am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 11:30am | 7(E) per FBI | FBI Unit Location/Identity; *See Hardy Declaration* |
| | 1:30pm | (b)(6)-3 | |
| | n/a | (b)(6)-5 | |
| June 8 | n/a | (b)(6)-5 | |
| | 1:00pm | 6, 7(C), 7(A) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 1:00pm | (b)(6)-4 | |
| | 3:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| June 9 | 9:30am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |

| | 12:15pm | (b)(6)-1 | |
|---|---|---|---|
| June 12 | 10:00am | (b)(6)-1 | |
| June 13 | n/a | 6, 7(C), 7(A), 7(E) per FBI | Investigative Interest; Pending Investigation, Investigative Focus; *See Hardy Declaration* |
| | 10:00am | (b)(6)-1 | |
| | 1:30pm | (b)(6)-3 | |
| June 14 | 8:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 9:30am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 1:00pm | (b)(6)-1 | |
| June 15 | 9:15am | (b)(6)-2 | |
| | 11:30am | 7(E) per FBI | Investigative Focus; *See Hardy Declaration* |
| | 1:30pm | (b)(6)-1 | |
| | 2:00pm | (b)(6)-2 | |
| | 3:30pm | (b)(6)-1 | |
| June 16 | 11:30am | (b)(6)-5; (b)(6)-2 | |
| | 2:15pm | 7(E) | |
| June 19 | 10:00am | (b)(6)-2 | |
| | 2:30pm | 6, 7(C), 7(A) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 2:30pm | 7(E) per FBI | FBI Unit Location/Identity; *See Hardy Declaration* |
| | 5:30pm | 7(A), 7(E) | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 8:30pm | (b)(6)-5 | |
| June 20 | 8:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 8:00am | 7(E) per FBI | FBI Unit Location/Identity; FBI Investigative Focus; *See Hardy Declaration* |
| | 9:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 10:00am | (b)(6)-2 | |
| | 11:00am | 6, 7(C), 7(A), 7(E) per FBI | Investigative Interest; Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 12:00pm | (b)(6)-3 | |
| June 21 | 10:00am | 6, 7(C), 7(E) per FBI | FBI employee; FBI Unit Location/Identity; FBI Investigative Focus; *See Hardy Declaration* |

| June 22 | 9:30am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|---|---|---|---|
| | 11:00am | (b)(6)-1 | |
| | 11:00am | (b)(6)-2 | |
| | 12:30pm | (b)(6)/(b)(7)(C)-1 | |
| | 3:30pm | 7(E) | |
| | 3:30pm | (b)(6)/7(C)-1 | |
| | 3:30pm | (b)(6)-4 | |
| | 3:30pm | (b)(6)/7(C)-1 | |
| | 7:30pm | (b)(6)-5 | |
| June 23 | 7:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| June 26 | 3:00pm | (b)(6)-2 | |
| June 27 | 11:00am | 7(E) | |
| | 11:30am | (b)(6)-1, (b)(6)-2 | |
| | 12:30pm | (b)(6)-1 | |
| | 12:30pm | (b)(6)-2 | |
| | 1:00pm | (b)(6)-1 | |
| June 28 | 10:00am | 6, 7(C), 7(E), 7(A) per FBI | FBI employee; FBI Unit Location/Identity; FBI Investigative Focus; *See Hardy Declaration* |
| | 10:00am | 6, 7(C), 7(E) per FBI | FBI employee; FBI Unit Location/Identity; FBI Investigative Focus; *See Hardy Declaration* |
| | 2:00pm | (b)(6)-1 | |
| | 2:00pm | (b)(6)-2 | |
| | 2:30pm | 7(E)-2 | |
| | 3:00pm | 7(E)-2 | |
| June 29 | 11:30am | (b)(6)-2 | |
| | 2:00pm | 7(E)-1 | |
| | 2:00pm | 7(E)-1 | |
| | n/a | (b)(6)-5 | |
| July 3 | 10:00am | (b)(6)-2 | |
| | 1:00pm | (b)(6)-1 | |
| | 1:00pm | (b)(6)-2 | |
| | 2:00pm | 7(E)-2 | |
| July 5 | 10:00am | 6, 7(C), 7(E) per FBI | FBI employee; FBI Unit Location/Identity; FBI Investigative Focus; *See Hardy Declaration* |
| | 12:00pm | (b)(6)-4 | |
| | 12:00pm | (b)(6)-2 | |
| | 12:00pm | 7(E)-2 | |
| | 6:00pm | (b)(6)-2 | |
| July 6 | 3:30pm | (b)(6)-4 | |
| | 6:00PM | (b)(6)/7(C)-1 | |
| July 7 | 11:00am | (b)(6)/7(C)-1 | |

| | 6:00pm | 7(E)-2 | |
|---|---|---|---|
| July 10 | n/a | (b)(6)-5 | |
| July 11 | n/a | (b)(6)-5 | |
| July 12 | 10:00am | (b)(6)-2 | |
| | 11:30am | 5 (DPP) | |
| | 11:30am | (b)(6)-2 | |
| | 3:30pm | 7(E)-1 | |
| | 5:30pm | (b)(6)-5 | |
| July 13 | 11:30am | (b)(6)-1 | |
| | 11:30am | (b)(6)-2 | |
| | 1:30pm | 5 | |
| | 1:30pm | (b)(6)-4 | |
| July 15 | 12:15pm | 6, 7(C), 7(A) per FBI | Mere Mention; Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| July 16 | n/a | (b)(6)-5 | |
| July 17 | 10:00am | (b)(6)-2 | |
| | 11:45am | 6, 7(C), 7(A) per FBI | Mere Mention; Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 12:00pm | (b)(6)/7(C)-1 | |
| | 1:00pm | (b)(6)-1 | |
| | 1:00pm | (b)(6)-2 | |
| July 18 | 11:00am | 6, 7(C) per FBI | Investigative Interest; *See Hardy Declaration* |
| July 19 | 1:30pm | (b)(6)/7(C)-1 | |
| | 1:30pm | (b)(6)-4 | |
| | 1:30pm | 7(E) | |
| | 1:30pm | (b)(6)/7(C)-1 | |
| | 4:00pm | 5 (AWP and DPP) | |
| | n/a | (b)(6)-5 | |
| July 20 | 9:30am | (b)(6)/7(C)-1, 7(D), 7(E) | |
| | 10:30am | (b)(6)/7(C)-1 | |
| | 1:00pm | (b)(6)/7(C)-1, 7(D), 7(E) | |
| July 24 | 10:40am | 5 (DPP) | |
| | 2:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| July 29 | n/a | (b)(6)-5 | |
| July 31 | 10:00am | (b)(6)-2 | |
| | 1:30pm | 7(E)-2 | |
| | 3:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 4:00pm | 7(D), 7(E) | |
| August 1 | 3:30pm | 7(E)-2 | |
| | 4:00pm | 7(E)-1 | |
| August 2 | 10:00am | 6, 7(C), 7(E) per FBI | FBI employee; FBI Unit Location/Identity; *See Hardy Declaration* |

| August 3 | 4:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|---|---|---|---|
| August 7 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| August 10 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| August 11 | 5:45pm | (b)(6)/7(C)-1 | |
| August 14 | 10:00am | (b)(6)-2 | |
| | 11:30am | 7(E)-2 | |
| | 11:30am | (b)(6)/7(C)-1 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| August 16 | 10:00am | (b)(6)/7(C)-1 | |
| | 10:00am | 7(E)-2 | |
| | 4:30pm | 7(E)-2 | |
| August 17 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 11:30am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| August 18 | 3:00pm | (b)(6)-4 | |
| August 21 | 11:00am | (b)(6)/7(C)-1 | |
| | 2:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| August 22 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 11:00am | (b)(6)/7(C)-1, 7(E)-2 | |
| | 3:30pm | 7(E)-2 | |
| August 24 | 11:00am | (b)(6)-2 | |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| August 25 | 10:00am | (b)(6)-2 | |
| | 3:30pm | (b)(6)-3 | |
| August 28 | 10:00am | (b)(6)-2 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| August 29 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 4:00pm | 7(E)-2 | |
| August 30 | 10:00am | (b)(6)/(b)(7)(C)-1 | |
| | 10:00am | (b)(6)/(b)(7)(C)-1, 7(D), 7(E)-3 | |
| August 31 | 9:30am | (b)(6)/(b)(7)(C)-1, 7(D), 7(E)-3 | |
| | 10:00am | (b)(6)/(b)(7)(C)-1, 7(D), 7(E)-3 | |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| September 4 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| September 6 | 5:30pm | (b)(6)/(b)(7)(C)-1, 7(D), 7(E)-2, 7(E)-3 | |

| | 5:30pm | 6, 7(C), 7(E) | FBI employee; FBI Unit Location/Identity; *See Hardy Declaration* |
|---|---|---|---|
| | n/a | (b)(6)-5 | |
| September 7 | 11:00am | 6, 7(C), 7(A), 7(E) per FBI | FBI employee; *See Hardy Declaration* |
| | 11:00am | 6, 7(C), 7(A), 7(E) per FBI | Investigative Interest; Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 1:00pm | (b)(6)/(b)(7)(C)-1, 7(E)-2 | |
| | 1:00pm | 6, 7(C), 7(E) per FBI | FBI employee; FBI Unit Location/Identity; *See Hardy Declaration* |
| | 3:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| September 8 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 11:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 1:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 4:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 4:00pm | (b)(6)-4 | |
| | 4:00pm | (b)(6)/7(C)-1, (b)(6)-4 | |
| September 11 | 10:00am | (b)(6)-2 | |
| | 1:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3, 7(E)-2 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 5:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| September 12 | 9:00am | 7(A), 6, 7(C) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 1:00pm | (b)(6)-3 | |
| | 1:00pm | (b)(6)/7(C)-1 | |
| | 4:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 4:30pm | (b)(6)-4 | |
| September 13 | 10:00am | (b)(6)/7(C)-1, 7(E)-2 | |
| | 3:00pm | (b)(6)/7(C)-1 | |
| | 3:00pm | 7(E)-2 | |
| September 14 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 4:30pm | 7(E)-2 | |
| | n/a | (b)(6)-5 | |
| September 15 | 10:15am | (b)(6)-3 | |
| | 1:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| September 16 | n/a | (b)(6)-5 | |
| September 18 | 10:00am | 7(A) 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 11:30am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |

|  | 5:20pm | 7(E)-2 |  |
|---|---|---|---|
| September 19 | 10:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|  | 10:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|  | 11:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 11:00am | (b)(6)/7(C)-1 |  |
|  | 11:00am | (b)(6)/7(C)-1, 7(E)-2 |  |
| September 20 | 10:00am | (b)(6)-2 |  |
|  | n/a | (b)(6)-5 |  |
| September 21 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|  | 4:00pm | 5 (AWP and DPP) |  |
| September 25 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|  | n/a | (b)(6)-5 |  |
| September 26 | 1:00pm | 7(E)-2 |  |
| September 28 | 1:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
| October 2 | 11:00am | 7(A), 7(E)-1 |  |
|  | 11:00am | 7(A), 6, 7(C) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
|  | 2:00pm | 6, 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
|  | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|  | n/a | (b)(6)-5 |  |
| October 9 | 2:00pm | (b)(6)/7(C)-1 |  |
|  | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 12 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 16 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 17 | 11:30am | (b)(6)-4 |  |
| October 18 | 9:30am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 1:30pm | (b)(6)-2 |  |
|  | 2:30pm | 5 (AWP and DPP) |  |
| October 19 | 9:00am | (b)(6)-2 |  |
|  | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 20 | 5:00pm | (b)(6)-3 |  |
| October 23 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 25 | 11:00am | (b)(6)-4 |  |
|  | 11:00am | (b)(6)-3 |  |
| October 26 | 11:00am | (b)(6)-2 |  |

| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|---|---|---|---|
| | 1:30pm | 6, 7(C), 7(A), 7(E) per FBI | FBI employee; Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| October 30 | 9:00am | (b)(6)/7(C)-1 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| October 31 | 9:00am | (b)(6)-4 | |
| | 9:00am | (b)(6)-3 | |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 5:30pm | 7(E)-2 | |
| November 2 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 3 | 12:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| November 6 | 1:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 8 | 3:30pm | (b)(6)/7(C)-1 | |
| | 3:30pm | (b)(6)/7(C)-1 | |
| November 9 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 13 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | n/a | (b)(6)-5 | |
| November 14 | 2:00pm | (b)(6)/7(C)-1 | |
| | 2:00pm | (b)(6)/7(C)-1 | |
| November 16 | 11:00am | 6, 7(C) | FBI employee; *See Hardy Declaration* |
| | n/a | (b)(6)-5 | |
| November 17 | 10:30am | 7(E) per FBI | Investigative Focus; *See Hardy Declaration* |
| | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| November 18 | n/a | (b)(6)-5 | |
| November 20 | 1:00pm | (b)(6)/7(C)-1 | |
| | 2:30pm | (b)(6)-4, (b)(6)-3 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 21 | 10:00am | (b)(6)-2 | |
| November 23 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 27 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| November 29 | 10:30am | (b)(6)-4 | |
| | 10:30am | (b)(6)-3 | |

| | | | |
|---|---|---|---|
| November 30 | 9:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 3:00pm | 7(E)-2 | |
| | 3:00pm | (b)(6)-4, (b)(6)-3 | |
| | 4:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 6:00pm | (b)(6)-2 | |
| December 1 | 9:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| December 4 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| December 5 | 4:00pm | 7(E)-2 | |
| | n/a | (b)(6)-5 | |
| December 7 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 3:00pm | 7(E)-2 | |
| | 3:00pm | 7(E)-2 | |
| | 3:00pm | (b)(6)-4, (b)(6)-3 | |
| December 8 | 2:00pm | 7(E)-2 | |
| December 11 | 11:30am | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| | 11:30am | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| December 12 | 1:00pm | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| December 13 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| December 14 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| December 18 | 1:00pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| December 19 | 2:30pm | 7(E)-2 | |
| December 20 | n/a | (b)(6)-5 | |
| December 21 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 11:30am | (b)(6)-2 | |
| | 2:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| December 22 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| December 25 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 2:30pm | (b)(6)-2 | |

| December 28 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
|---|---|---|---|
| **2018** | | | |
| January 1 | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| January 4 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| January 5 | 9:30am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| January 6 | n/a | (b)(6)-5 | |
| January 8 | 9:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| January 9 | 2:00pm | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| January 10 | 3:00pm | 7(E)-2 | |
| January 11 | 10:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| January 15 | 2:30pm | (b)(6)-2 | |
| | 2:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| January 17 | 3:30 | 6, 7(C), 7(E) | |
| January 18 | n/a | (b)(6)-5 | |
| | 9:30am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | n/a | (b)(6)-5 | |
| January 19 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 3:15pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| January 25 | 11:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 12:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| January 29 | 6:00pm | 7(A), 7(E)-1 | |
| January 30 | 2:00pm | 7(E)-2 | |
| January 31 | 11:00am | 7(E)-1 | |
| | 5:30pm | 7(E)-1 | |
| February 1 | 9:15am | (b)(6)-3 | |
| | 11:15am | (b)(6)-2 | |
| | 3:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 6:30pm | (b)(6)-2 | |
| February 5 | 2:00pm | 5 (AWP and DPP) | |

| | 3:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
|---|---|---|---|
| February 6 | 3:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| February 7 | 1:00pm | 6, 7(C), 7(A) per FBI | Investigative Interest; Mere Mention; Pending Investigation; *See Hardy Declaration* |
| | 2:00pm | (b)(6)-2 | |
| | 4:00pm | 7(E)-2 | |
| | 4:00pm | 7(E)-2 | |
| | 4:00pm | (b)(6)-4 | |
| February 8 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| February 11 | 2:00pm | (b)(6)-4, (b)(6)-3 | |
| February 15 | n/a | (b)(6)-5 | |
| | n/a | (b)(6)-5 | |
| February 16 | 1:30pm | (b)(6)-2 | |
| February 18 | 1:00pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| February 21 | 1:00pm | (b)(6)/7(C)-1 | |
| | 4:00pm | 7(A), 7(E)-1 | |
| | n/a | (b)(6)-5 | |
| February 22 | 5:30pm | (b)(6)-2 | |
| February 24 | 10:00am | (b)(6)/7(C)-1 | |
| February 26 | 9:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| February 27 | 11:00am | 6, 7(C), 7(A) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 3:30pm | 6, 7(C), 7(A), 7(E) per FBI | Investigative Interest; Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| March 2 | 9:30am | 7(E)-2 | |
| March 6 | 5:30pm | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| March 7 | n/a | (b)(6)-5 | |
| March 17 | 10:00am | (b)(6)-4 | |
| | 10:00am | (b)(6)-4 | |
| March 19 | 2:00pm | (b)(6)/7(C)-1 | |
| | 5:15pm | (b)(6)-4 | |
| March 20 | 11:00am | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| | 4:00pm | 5 (AWP and DPP) | |
| March 23 | 9:00am | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| March 29 | 1:00pm | (b)(6)/7(C)-1 | |
| | 4:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |

| | | | |
|---|---|---|---|
| April 2 | 10:30am | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| April 3 | 12:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 4:00pm | (b)(6)/7(C)-1, 7(A), 7(D), 7(E)-3 | |
| April 5 | 10:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 1:00pm | (b)(6)-2 | |
| | 1:00pm | (b)(6)-2 | |
| | 2:30pm | (b)(6)-2 | |
| April 10 | 11:30am | (b)(6)-2 | |
| | 3:15pm | (b)(6)-4 | |
| April 12 | 11:30am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 4:30pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| April 16 | 9:15am | 7(E)-2 | |
| | 9:15am | (b)(6)-4 | |
| April 18 | 7:00pm | (b)(6)-4, (b)(6)-3 | |
| April 19 | 1:00pm | (b)(6)/ 7(C)-1 | |
| | 1:00pm | 7(E)-2 | |
| | 1:00pm | (b)(6)/ 7(C)-1 | |
| | 1:00pm | 7(E)-2 | |
| | 1:00pm | (b)(6)-2 | |
| April 23 | 12:00pm | 7(E)-2 | |
| April 26 | 10:00am | (b)(6)-2 | |
| April 27 | 1:30pm | (b)(6)/7(C)-1 | |
| | 1:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 1:30pm | (b)(6)-4 | |
| April 30 | n/a | (b)(6)-5 | |
| May 1 | 9:00am | (b)(6)-2 | |
| May 2 | 10:00am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 12:45pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | 4:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| May 8 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| May 9 | 12:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 12:30pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| | n/a | (b)(6)-5 | |
| May 14 | 4:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| May 15 | 4:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 5:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |

| May 16 | 9:30am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
|--------|--------|------------------------------|---|
| May 21 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | n/a | (b)(6)-5 | |
| May 24 | 10:00am | 6, 7(C), 7(A) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| May 25 | 4:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| May 29 | 11:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 2:00pm | 5 (AWP and DPP) | |
| | 6:30pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| May 30 | 3:00pm | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| May 31 | 4:15pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| June 1 | 12:30pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 2:00pm | (b)(6)/7(C)-1 | |
| | 2:00pm | (b)(6)-4 | |
| June 5 | 9:30am | (b)(6)/7(C)-1 | |
| | 9:30am | (b)(6)-2 | |
| | 2:00pm | 5 (AWP and DPP) | |
| | n/a | (b)(6)-5 | |
| June 6 | 11:15am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| | 2:00pm | 7(A), 6, 7(C) per FBI | Investigative Interest; Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| June 7 | 10:00am | (b)(6)/7(C)-1 | |
| | 1:30pm | 7(A), 6, 7(C) per FBI | Investigative Interest; Pending Investigation; *See Hardy Declaration* |
| | 2:30pm | 5 (AWP and DPP) | |
| | 2:30pm | 5 (AWP and DPP) | |
| June 11 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 10:00am | (b)(6)-3 | |
| | 10:00am | (b)(6)-3 | |
| June 12 | 3:45pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| June 13 | 10:30am | 5 (AWP and DPP) | |
| | 11:30am | 6, 7(C) per FBI | FBI employee; *See Hardy Declaration* |
| June 15 | 2:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| June 21 | 5:15pm | 7(E)-2 | |
| | 5:15pm | (b)(6)-4, (b)(6)-3 | |
| June 26 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 | |
| | 10:00am | (b)(6)-3 | |
| | 1:00pm | (b)(6)/7(C)-1 | |

OIP *Vaughn* Index – Page 13

|  | 1:30pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
|---|---|---|---|
| July 2 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 2:00pm | (b)(6)-4 |  |
|  | 2:00pm | (b)(6)-3 |  |
| July 6 | 1:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
| July 9 | 9:30am | 7(E)-2 |  |
|  | 9:30am | (b)(6)-3, (b)(6)-4 |  |
|  | 9:30am | 7(E)-2 |  |
|  | 10:15am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | n/a | (b)(6)-5 |  |
|  | 5:30pm | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| July 10 | n/a | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | n/a | (b)(6)/7(C)-1 |  |
| July 12 | 2:00pm | 7(E)-2 |  |
|  | 2:00pm | (b)(6)-3, (b)(6)-4 |  |
|  | 5:30pm | (b)(6)-2 |  |
| July 13 | 1:00pm | (b)(6)-2 |  |
| July 17 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 9:00am | (b)(6)-3 |  |
|  | 4:15pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
| July 18 | 12:00pm | (b)(6)/7(C)-1 |  |
| July 20 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 10:00am | (b)(6)/7(C)-1 |  |
|  | 10:00am | (b)(6)-2 |  |
| July 24 | n/a | (b)(6)-5 |  |
| July 26 | 9:30am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 9:30am | (b)(6)-2 |  |
| August 1 | 4:00pm | (b)(6)/ 7(C)-1 |  |
| August 2 | 9:30am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
| August 3 | 10:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 10:00am | (b)(6)-2 |  |
| August 7 | 2:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 2:00pm | (b)(6)-2 |  |
| August 8 | 1:00pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 1:00pm | (b)(6)-2 |  |
| August 10 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3, 7(E)-2 |  |
|  | 9:00am | (b)(6)-2 |  |
| August 14 | n/a | (b)(6)/7(C)-1 |  |
|  | 3:30pm | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |
|  | 3:30pm | (b)(6)-2 |  |
| August 15 | 9:30am | (b)(6)/7(C)-1 |  |
| August 16 | 11:00am | (b)(6)/7(C)-1, 7(E)-2 |  |

|  | 11:00am | 7(A), 7(E) per FBI | Pending Investigation; Investigative Focus; *See Hardy Declaration* |
|---|---|---|---|
|  | 11:00am | (b)(6)-4 |  |
|  | 11:00am | (b)(6)-2 |  |
| August 17 | 9:00am | (b)(6)/7(C)-1, 7(E)-2 |  |
|  | 3:00pm | (b)(6)-2 |  |
| August 18 | 9:00am | (b)(6)/7(C)-1, 7(D), 7(E)-3 |  |

| **Text Messages** | |
|---|---|
| **Bates Page Number** | **Exemption & Code (if applicable)** |
| OIP-68 | (b)(6)/7(C)-1, (b)(6)-4 |
| OIP-68 | (b)(6)/7(C)-1, 7(A) |
| OIP-69 | (b)(6)/7(C)-1, (b)(6)-2 |
| OIP-69 | (b)(6)/7(C)-1, 7(A) |
| OIP-70 | (b)(6)-4 |
| OIP-70 | (b)(6)-3 |
| OIP-71 | (b)(6)-4 |