# CUNNINGHAM DECLARATION EXHIBIT 2

# December 29, 2014 - January 4, 2015

| December 2014 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| January 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Monday, December 29**

**Tuesday, December 30**

**Wednesday, December 31**

**Thursday, January 1**

**Friday, January 2**

**Saturday, January 3**

**Sunday, January 4**

# January 5, 2015 –
# January 11, 2015

January 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

February 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**Monday, January 5**

**Tuesday, January 6**

**Wednesday, January 7**

**Thursday, January 8**
■3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting  (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R■

**Friday, January 9**

**Saturday, January 10**

**Sunday, January 11**

# January 12, 2015 - January 18, 2015

| January 2015 | February 2015 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
|             1  2  3 |  1  2  3  4  5  6  7 |
|  4  5  6  7  8  9 10 |  8  9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | |

**Monday, January 12**

**Tuesday, January 13**

**Wednesday, January 14**

**Thursday, January 15**

**Friday, January 16**

**Saturday, January 17**

**Sunday, January 18**

# January 19, 2015 -
# January 25, 2015

January 2015
SuMo TuWe Th Fr Sa
            1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2015
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

**Monday, January 19**

**Tuesday, January 20**

**Wednesday, January 21**

**Thursday, January 22**

■ **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting**  (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R■

**Friday, January 23**

**Saturday, January 24**

**Sunday, January 25**

# January 26, 2015 - February 1, 2015

January 2015
SuMo TuWe Th Fr Sa
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2015
SuMo TuWe Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

**Monday, January 26**

**Tuesday, January 27**

**Wednesday, January 28**

**Thursday, January 29**

**Friday, January 30**

**Saturday, January 31**

**Sunday, February 1**

# February 2, 2015 - February 8, 2015

| February 2015 | | | | | | | March 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | 29 | 30 | 31 | | | | |

**Monday, February 2**

**Tuesday, February 3**

**Wednesday, February 4**

**Thursday, February 5**

█ **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R█

**Friday, February 6**

**Saturday, February 7**

**Sunday, February 8**

# February 9, 2015 - February 15, 2015

February 2015

| SuMo TuWe Th Fr Sa |
|---|
| 1 2 3 4 5 6 7 |
| 8 9 10 11 12 13 14 |
| 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 |

March 2015

| SuMo TuWe Th Fr Sa |
|---|
| 1 2 3 4 5 6 7 |
| 8 9 10 11 12 13 14 |
| 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 |
| 29 30 31 |

**Monday, February 9**

**Tuesday, February 10**

**Wednesday, February 11**

**Thursday, February 12**

**Friday, February 13**

**Saturday, February 14**

**Sunday, February 15**

# February 16, 2015 –
# February 22, 2015

February 2015
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

March 2015
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, February 16**

**Tuesday, February 17**

**Wednesday, February 18**

**Thursday, February 19**

█3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting  (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R█

**Friday, February 20**

**Saturday, February 21**

**Sunday, February 22**

# February 23, 2015 - March 1, 2015

February 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

March 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**Monday, February 23**

**Tuesday, February 24**

**Wednesday, February 25**

**Thursday, February 26**

**Friday, February 27**

**Saturday, February 28**

**Sunday, March 1**

# March 2, 2015 – March 8, 2015

| March 2015 | April 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

**Monday, March 2**

**Tuesday, March 3**

**Wednesday, March 4**

**Thursday, March 5**

■ **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R ■

**Friday, March 6**

**Saturday, March 7**

**Sunday, March 8**

# March 9, 2015 -
# March 15, 2015

March 2015
SuMo TuWe Th  Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

April 2015
SuMo TuWe Th  Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, March 9**

**Tuesday, March 10**

**Wednesday, March 11**

- **10:00am - 11:00am Admin & Management Unit Overview** (Andrew's office) - Stellmach, William
- **11:00am - 12:00pm Overview** (Andrew's office) - Stellmach, William
- **2:30pm - 3:30pm (b) (5) Briefing** (Andrew's Office) - Gobena, Gejaa
- **3:30pm - 4:30pm (b) (5)** (Andrew's office) - Stellmach, William
- **4:30pm - 6:00pm FW: SFF Meeting with A. Weissmann** (Andrew's Office) - Singer, Benjamin

**Thursday, March 12**

- **9:00am - 9:30am RE:** - Weissmann, Andrew (CRM)
- **2:00pm - 3:30pm HCF Fraud Unit Presentation** (Andrew's office) - Stellmach, William
- **3:30pm - 4:00pm Individual Accountability Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **4:30pm - 5:00pm Executive Assistant Candidate Interview** (RM 4100) - Crews, Edward (CRM)

**Friday, March 13**

- **9:30am - 10:00am Briefing and review of Executive Assistant candidates resumes** (RM 4100) - Crews, Edward (CRM)
- **10:00am - 10:30am Executive Assistant candidate interview (b) (6)** (b) (6) RM 4100) - Crews, Edward (CRM)
- **10:30am - 11:00am Suh call** - Weissmann, Andrew (CRM)
- **11:00am - 11:30am Executive Assistant candidate interview with (b) (6)** (RM 4100) - Crews, Edward (CRM)
- **12:00pm - 1:00pm meeting at 4:30 - here until 5:50**
- **12:30pm - 1:30pm FW: Lunch with Andrew** (VTC, 4th Floor) - Hays, Zachary (CRM)
- **1:30pm - 3:00pm FCPA Unit Overview** (Andrew's office) - Stellmach, William
- **3:00pm - 4:00pm (b) (5)** (Andrew's office) - Stellmach, William
- **3:00pm - 4:00pm (b) (5) briefing** (Andrew's office) - Stellmach, William

**Saturday, March 14**

**Sunday, March 15**

# March 16, 2015 - March 22, 2015

| March 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| April 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## Monday, March 16

- 9:30am - 10:00am Call re (b) (5) (Becky to place call) - Rohr, Rebecca
- 12:00pm - 12:30pm Meet re (b) (6) (Andrew's office) - McGovern, Kathleen
- 1:45pm - 2:25pm Tour of 1301 New York space (Meet in Bond lobby) - Stellmach, William
- 2:30pm - 3:30pm Meeting re Space and Record Retention (Andrew's office) - Stellmach, William
- 3:30pm - 4:30pm Meeting re Case Management System (Andrew's office) - Stellmach, William
- 5:00pm - 6:00pm Briefing (Andrew's office) - Stellmach, William

## Tuesday, March 17

- 8:15am - 9:15am (b) (6) Cases (First Wave) - Confirmed (Poste Moderne Brassiere, 555 8th Street, N.W., (202) 783-6060) - Caldwell, Leslie R
- 10:00am - 11:00am Meeting re Budget (Andrew's office) - Stellmach, William
- 12:00pm - 1:00pm Meeting on (b) (6) Andrew's Office) - Singer, Benjamin
- 12:00pm - 1:00pm RE: are you both available at noon - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm Virginia Romano lunch (Bond Building) - Weissmann, Andrew (CRM)
- 1:30pm - 2:30pm Meeting re (b) (6) Task Force (Andrew's office) - Stellmach, William
- 2:30pm - 3:00pm (b) (6) update (Andrew's office) - Stellmach, William
- 3:00pm - 4:00pm Facilities (Office space) meeting with Senior Section Management, Facilities and IT (TBD (A conference room on 4th floor of Bond) ) - Dorwin, Thomas
- 4:30pm - 5:15pm (b) (5) Meeting (ATR-AAG-Conf. Rm. 3109) - Adams, Denise
- 5:30pm - 6:30pm (b) (5) Discussion (AW's Office) - Stokes, Patrick

## Wednesday, March 18

- 12:00pm - 1:00pm Lunch with (b) (6) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm DAAG- Fraud call - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Working Groups (Andrew's Office) - Acker, Nicholas S
- 2:30pm - 3:30pm (b) (6) Weissmann, Andrew (CRM)
- 2:30pm - 4:30pm DAAG/FRD Weekly (4th Floor VTC, Bond) - Stellmach, William
- 3:30pm - 4:00pm RE: Welcome - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm hulser
- 4:30pm - 5:30pm Hiring Process (Andrew's office) - Stellmach, William
- 7:45pm - 9:45pm Dinner Andrew Weissmann (Confirmed) (DBGB, 931 H Street, N.W. 202-695-7660) - Caldwell, Leslie R

## Thursday, March 19

- 12:00pm - 1:00pm FW: ADM Brown Bag (Bond Building - 5th Floor Conference Room) - Melton, Tracy
- 1:30pm - 2:30pm (b) (5) Briefing (AW's office) - Stellmach, William
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 4:30pm - 5:30pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

## Friday, March 20

- 10:00am - 10:30am Executive Interview with (b) (6) (4421) - Luo, Jessica
- 10:45am - 11:15am Executive Interview with (b) (6) (4421) - Luo, Jessica
- 11:30am - 12:00pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 12:00pm - 1:00pm Andrew Weissmann Lunch (11 Large) - Stokes, Patrick
- 1:00pm - 1:30pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 1:45pm - 2:15pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 2:30pm - 3:00pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 3:15pm - 3:45pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 4:00pm - 4:30pm Executive Interview with (b) (6) (4421) - Luo, Jessica
- 4:45pm - 5:15pm Guidelines Amendment (AW's office) - Stellmach, William
- 4:45pm - 5:15pm Executive Interview with (b) (6)
- 6:30pm - 7:30pm (b) (5) Fraud Discussion (Andrew to call (b) (6) ;

## Saturday, March 21

## Sunday, March 22

# March 23, 2015 -
# March 29, 2015

March 2015
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

April 2015
Su Mo Tu We Th Fr Sa
         1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, March 23

- **11:00am - 11:30am** (b) (5) **Overview** (AW's office) - Stellmach, William
- **3:00pm - 4:00pm Space & Facilities Meeting** (AW's office) - Stellmach, William
- **4:00pm - 5:00pm** (b) (5) **(FCPA)** (AW's office) - Stellmach, William
- **5:00pm - 6:00pm Sentencing Guidelines proposal** (AW's office) - Stellmach, William

## Tuesday, March 24

- **11:00am - 11:30am** (b) (5) **ead** - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm carr weissmann lunch** - Weissmann, Andrew (CRM)
- **2:00pm - 3:00pm** (b) (5) **(FCPA) Briefing**
- **2:30pm - 3:00pm** (b) (5) **briefing** (AW's office) - Stellmach, William
- **3:00pm - 4:00pm** (b) (5) **(FCPA)** (AW's office) - Stellmach, William
- **4:00pm - 5:00pm Corporate Resolution Metrics Meeting** (AW's office) - Stellmach, William

## Wednesday, March 25

- **9:00am - 9:30am Fin Fraud prep meeting** (OAAG conference room 2017 or dial-in below) - Caldwell, Leslie R
- **1:30pm - 2:30pm Meeting with Criminal Division** (Bond Building - Room 4100) - Klimavicz, Joseph (JMD)
- **2:30pm - 4:30pm DAAG/FRD Weekly** (4th Floor VTC, Bond) - Stellmach, William
- **3:30pm - 4:30pm Meeting re: Training** (AW's office) - Weissmann, Andrew (CRM)
- **6:00pm - 6:15pm Becky/ Andrew** (Becky to call Andrew) - Rohr, Rebecca

## Thursday, March 26

- **9:00am - 9:30am Meeting w/Office of Admin Executive Office** (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 11:00am case management** (b) (6) (1100 L Street) - More, Elizabeth
- **12:00pm - 1:00pm Support Staff Meeting/Meet Andrew Weissmann** (Large 4th Floor conf room 4502/4504) - Washington, Pam
- **1:00pm - 1:30pm Meeting w/Sandra Moser** (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **2:45pm - 3:15pm Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **3:30pm - 4:00pm Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **4:15pm - 4:45pm Executive Interview with** (b) (6) (4421) - Luo, Jessica

## Friday, March 27

- **10:00am - 10:30am Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **10:40am - 11:10am Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **11:20am - 11:50am Executive Interview with** (b) (6) (4421) - Luo, Jessica
- **12:00pm - 1:00pm** (b) (5) **(Fraud)** (OAAG conference room or dial-in below) - Caldwell, Leslie R
- **1:00pm - 2:00pm Lunch with Andrew** (4th Floor VTC) - Gobena, Gejaa
- **2:15pm - 2:45pm** (b) (5) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm FW: Meet and greet with Patrick Temple-West, Politico** (Kathleen's office) - Carr, Peter (OPA)
- **4:00pm - 4:30pm Re: U.S. / UK Litigation Strategy group?**

## Saturday, March 28

## Sunday, March 29

- **5:30pm - 6:30pm You having fun so far?**

# March 30, 2015 - April 5, 2015

March 2015
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

April 2015
SuMo TuWe Th Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, March 30

- **9:00am - 1:00pm** S Ct argument
- **2:30pm - 3:00pm** HR meeting (4421) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** TC re ███ (b) (5) ███ SHS to Call AW) - Suh, Sung-Hee (CRM)

## Tuesday, March 31

- **9:00am - 10:00am** ███ (b) (5) ███ meeting (Aw office) - Weissmann, Andrew (CRM)
- **10:00am - 11:00am** Risk Management Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **11:00am - 11:30am** ███ follow up (OAAG conference room 2107) - Caldwell, Leslie R
- **12:30pm - 1:00pm** call w/Virginia Romano (AW's office - VR to call AW)
- **1:00pm - 1:30pm** CTAS training (AW's office - 4100 ) - Weissmann, Andrew (CRM)
- **2:00pm - 3:00pm** Fraud Section/State IG Meeting (AW's office, Bond Building) - Stellmach, William
- **3:30pm - 4:00pm** ███ (b) (5) ███ (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 5:00pm** ███ (b) (5) ███ meeting (AW's office) - Weissmann, Andrew (CRM)
- ███ (b) (6) ███

## Wednesday, April 1

- **11:45am - 12:45pm** SFF weekly management meeting - just this week (aw's office) - Weissmann, Andrew (CRM)
- **1:00pm - 2:00pm** Fraud Discussion w ███ (b) (6) ███ Teleconference: Passcode: ███ ███ ) - ███ (b) (6) ███
- **1:30pm - 2:30pm** ███ (b) (5) ███ Briefing (AW's office) - Stellmach, William
- **2:30pm - 4:30pm** DAAG/FRD Weekly (4th Floor VTC, Bond) - Stellmach, William
- ███ (b) (6) ███

## Thursday, April 2

- **9:00am - 10:00am** ███ (b) (5) ███ meeting (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am** ███ (b) (5) ███ probation period for ███ plea (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm** ███ (b) (5) ███ letter (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm** Hiring meeting (AW's office) - Weissmann, Andrew (CRM)
- **1:00pm - 2:00pm** ███ (b) (5) ███ BRIEFING (ROOM 2216) - CorporateAgreements
- **2:00pm - 2:30pm** Executive Interview with ███ (b) (6) ███ (Andrew's office) - Luo, Jessica
- **3:00pm - 3:45pm** Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- ███ (b) (6) ███

## Friday, April 3

- **11:30am - 12:00pm** ███ case (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm** SFF Lunch with the New Chief (VTC) - Singer, Benjamin
- **1:00pm - 2:00pm** Training meeting (AW's office) - Weissmann, Andrew (CRM)

## Saturday, April 4

## Sunday, April 5



# April 6, 2015 - April 12, 2015

April 2015
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

May 2015
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, April 6

- 9:15am - 9:30am Conference Call:  Discuss ███ Cases (b) (6) Office or Dial-in # (b) (6)  Access Code: (b) (6)  (b) (6)
- 11:15am - 12:15pm ████████████ - follow-up meeting (AW's office) - Weissmann, Andrew (CRM)
- 12:15pm - 12:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 5:00pm Copy: Criminal Fraud/Civil Fraud Meeting (Liberty Square – 450 5th Street) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm SHS/AW Call re Individual Accountability Projects (AW TO CALL SHS) - Suh, Sung-Hee (CRM)
- 5:30pm - 6:00pm (b) (5)  appeal prep (AW's office) - Weissmann, Andrew (CRM)
- 7:00pm - 7:30pm Call with ████ (b) (6) ████ to call AW) (b) (6)

## Tuesday, April 7

- 10:00am - 11:30am (b) (5)  appeal (4th floor VTC) - Weissmann, Andrew (CRM)
- 11:45am - 12:15pm call, DPA and NPA references in the USAM (AW to call SHS) - Weissmann, Andrew (CRM)
- 12:15pm - 12:45pm Document review request/status/proposed process and timeline  (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm lunch - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm OLA call on (b) (5) case (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:30pm Opening Moot (Bond 4th floor VTC; EDMI VTC; NOLA VTC) - Saulino, Jennifer
- 3:30pm - 4:00pm Meeting re (b) (5) ███████ Main 2107 (AAG Conference Room)) - Suh, Sung-Hee (CRM)
- 3:30pm - 4:00pm SHS to call AW's office phone (AW's office)
- 4:30pm - 5:15pm Hiring meeting follow-up (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 5:45pm (b) (5)  submitters

## Wednesday, April 8

- 9:30am - 10:00am (b) (5)  case and AFMLS civil complaint (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:15pm Filip Factors/USAM (Room 2107, OAAG Conference Room) - Caldwell, Leslie R
- 12:30pm - 1:00pm FCPA paralegal lunch with the Chief (11 large) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm reviewing deputy chief of policy resumes/cooperator press release policy (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 1:45pm (b) (5) monitor (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:45pm ███ post-mortem (AW's office) - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm meeting w/Kathleen (AW's office) - Weissmann, Andrew (CRM)

## Thursday, April 9

- 9:30am - 10:00am Pre (b) (5) Meeting (ATR AAG Conference Room) - Snyder, Brent
- 10:00am - 11:00am Fw: Meeting with (b) (5) ATR-AAG-Conf. Rm. 3109) (b)(6) & (b)(7)(C)
- 11:00am - 11:30am Becky / Andrew (Andrew's office) - Rohr, Rebecca
- 11:30am - 12:00pm Call re: details (SHS's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Individual Accountability Initiative (Conference Call) - Wagner, Ben (USACAE)
- 1:15pm - 2:15pm Consumer Protection meeting (AW's office - 4100 Bond (1400 NY Ave)) - Weissmann, Andrew (CRM)
- 2:30pm - 3:30pm Fw: Meeting with (b)(5) (ATR-AAG-Conf. Rm. 3109) - (b) (6), (b) (7)(C)
- 3:45pm - 4:15pm meeting on status of ████████ (b) (5) ████ matters (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 5:00pm (b) (6) personal mtg
- 5:00pm - 5:30pm meeting with Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm space (AW's office ) - Weissmann, Andrew (CRM)

## Friday, April 10

- 10:00am - 10:30am meeting with (b) (6) ████ (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am coffee with (b) (6) ████ (AW's office)
- 11:00am - 11:30am Working groups: closing the loop (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm (b) (6) lunch - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm SFR (b) (5) paralegal meet and greet (4th VTC) - Weissmann, Andrew (C██
- 3:30pm - 4:00pm prep for (b) (6) meeting (AW's office) - Weissmann, Andrew (CRM)

## Saturday, April 11

## Sunday, April 12



# April 13, 2015 – April 19, 2015

**April 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

**May 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |    |    |    |    |    |    |

## Monday, April 13

- **8:30am - 9:00am** (b) (5) Weissmann, Andrew (CRM)
- **9:00am - 9:30am FRD Executive Management meeting** (AW's office)
- **11:00am - 12:15pm Meeting with** (b) (6) (7)(C) (ATR-AAG-Conf. Rm. 3109) - (b) (6), (6) (7)(C)
- **12:15pm - 3:30pm Compliance Meeting** (4 Large) - Hays, Zachary (CRM)
- **2:00pm - 2:45pm Meeting w** (b) (6) (8 large) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm CFTC call** - Weissmann, Andrew (CRM)
- **4:00pm - 5:00pm CFTC call** - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM) (b) (6)

## Tuesday, April 14

- **AW in NYC**
- **1:00pm - 1:30pm Hiring** - Weissmann, Andrew (CRM)
- **2:00pm - 3:00pm** (b) (5)
- **2:00pm - 2:45pm Financial Fraud Meeting #6-17** (Main Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)
- **3:15pm - 4:15pm Regulatory Law conference** (NYU)

## Wednesday, April 15

- **AW in SC**
- **8:00am - 1:00pm Re: NAC individual accountability conference**
- **8:00am - 8:30am speech - Individual Accountability in Corporate Cases** (NAC in SC)
- **1:00pm - 2:00pm** (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- **2:15pm - 3:15pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Call with** (b) (6) (call (b) (6) )) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** (b) (6) **monitor** (conference call) - Weissmann, Andrew (CRM)
- **5:15pm - 6:15pm** (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- **6:15pm - 6:45pm** (b) (5) **call w/** (b) (6) (call) - Weissmann, Andrew (CRM)

## Thursday, April 16

- **9:30am - 10:00am Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **10:15am - 10:30am Badge pick-up** (1331 F St NW, Suite 300)
- **11:00am - 12:30pm Suh Daag meeting**
- **1:00pm - 1:30pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **2:30pm - 3:30pm** (b) (5) **Delegation** (11th Floor Large Conference Room) - Stokes, Patrick
- **3:30pm - 5:00pm** (b) (5) **new charge evidence presentation** (8 large) - Weissmann, Andrew (CRM)
- **5:15pm - 6:15pm no meetings** (b) (6)

## Friday, April 17

- **AW in NYC**
- **11:00am - 12:30pm Meeting with** (b) (6) (DFS – NYC) - Singer, Benjamin

## Saturday, April 18

## Sunday, April 19

# April 20, 2015 - April 26, 2015

April 2015
Su Mo Tu We Th Fr Sa
            1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

May 2015
Su Mo Tu We Th Fr Sa
                  1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, April 20

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:15am - 11:45am (b) (5) and AFMLS's civil complaint (AW's office ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm ADM Brown Bag (Bond Building - 9th Floor Conference Room) - Melton, Tracy
- 1:00pm - 1:15pm Suh personnel - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Meet re: Policy Deputy interviews (Andrew's office) - Luo, Jessica
- 2:00pm - 3:00pm Meeting re Personnel Matter (AW's office) - Gobena, Gejaa
- 3:30pm - 4:00pm (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 5:00pm (b) (5) Opening Moot (3pm Central) (Bond 9th floor VTC; Chicago VTC) - Saulino, Jennifer
- 5:00pm - 5:30pm meeting  (AW's office ) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm (b)(5) (AW's office ) - Weissmann, Andrew (CRM)

## Tuesday, April 21

- 9:15am - 9:45am FOIA request to FCPA (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm RE: Follow up - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm Travel meeting (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Certification project - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: (b) (6) passcode (b) (6) - Romano, Virginia (ODAG)
- 3:00pm - 5:30pm (b)(5) Compliance Presentation (Bond 11th Floor Large Conference Room ) - Moser, Sandra
- 3:00pm - 4:00pm FW: CRM/TAX meeting re: (b) (5) Program (Room 4141) - Goldberg, Stuart M. (TAX)
- 6:00pm - 6:30pm Hearts and Flowers Fund meeting (AW's office ) - Weissmann, Andrew (CRM)

## Wednesday, April 22

- 9:30am - 10:00am Staffing on the (b) (5) matter (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm meeting with Kelly Currie, Chief AUSA, EDNY (AW's office ) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b)(5) call (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm Overview Fraud's Funding (Bond 5th Floor Conference Room) - Melton, Tracy
- 1:45pm - 2:00pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Corporate Resolution Metrics (AW's office ) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, April 23

- 9:30am - 10:30am Photo Session - (Main 7131) - (b) (6)
- 11:00am - 1:00pm (b) (5) Appeal Meeting (Bond (Room TBD)) - Moser, Sandra
- 1:00pm - 2:30pm (b) (5) demo (4th Floor VTC) - More, Elizabeth
- 1:00pm - 1:30pm JUSTICE DEPARTMENT OFFICIALS TO HOLD CONFERENCE CALL TO DISCUSS (b) (5) WITH (b) (5)
- 2:00pm - 4:00pm Rescue Fraud Working Group Meeting (Confirmed) (SIGTARP Headquarters, 1801 L Street, N.W. ) - Caldwell, Leslie R
- 4:30pm - 5:00pm Honors attorneys program for May 18 (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm Follow-up w (b) (6), (b) (7)(C) call ) - Weissmann, Andrew (CRM)

## Friday, April 24

- 9:00am - 9:30am call (b) (6)
- 11:30am - 12:30pm Training (AW's office ) - Weissmann, Andrew (CRM)
- 12:45pm - 12:50pm call w/ (b) (6) to call AW)
- 1:30pm - 2:30pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- 2:30pm - 2:45pm meet and greet w/Shubhra Shivpuri, HCF attorney (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm meeting with Niall and Brittany (b) (5) AW's office ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)

## Saturday, April 25

## Sunday, April 26

# April 27, 2015 - May 3, 2015

April 2015
SuMo TuWe Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

May 2015
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, April 27

- 9:00am - 9:30am FRD Executive Management meeting (AW's office)
- 9:30am - 10:00am ███ call
- 9:30am - 10:00am Conference Call: Discuss ███ (b) (6)
  (b) (6) A. Weissmann) (Dial-in # (b) (6) Access Code: (b) (6)
- 11:30am - 12:30pm Procurement (AW's office ) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm (b) (5) meeting - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Discussion about transferring to other units (AW's office ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm ███ (b) (5) (AW's office ) - Weissmann, Andre
- 3:00pm - 4:00pm Weissmann - (b) (5) office - 601 4th St NW, Judiciary Square) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Outstanding issues/cases (AW's office ) - Weissmann, Andrew (CRM)
- 5:45pm - 6:15pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)

## Tuesday, April 28

- 9:00am - 10:00am June HCF takedown (AW's office ) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm CFTC meet and greet (CFTC) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) - Romano, Virginia (ODAG))
- 3:00pm - 4:00pm meeting with Jeffrey Sallet (JS' office ) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Meet and greet- Kelly Graves, HCF attorney based in Miami (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Suh catch up - Weissmann, Andrew (CRM)
- 4:30pm - 6:30pm (b) (6) Retirement Reception (8th Floor Large Conference Room) - Gobena, Gejaa
- 5:30pm - 6:00pm (b) (6) (AW's office ) - Weissmann, Andrew (CRM)

## Wednesday, April 29

- 8:00am - 8:30am (b) (6) (b) (6)
- 9:00am - 9:30am Re: Thanks for the message
- 9:30am - 9:45am DPA Template - Weissmann, Andrew (CRM)
- 11:15am - 11:45am Meeting w/Kathleen (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)
- 12:30pm - 1:30pm Call (b) (6)
- 5:00pm - 5:15pm meet and greet - (b) (6) HCF program analyst based in (b) (6) AW's office) - Weissmann, Andrew (CRM) (b) (6)

## Thursday, April 30

- 10:00am - 11:30am INTEGRITY training session (Main 7411)
- 12:00pm - 12:15pm discussion about meet and greet (AW to call PC) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm Hiring meeting (AW's office ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Meet and greet (Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:00pm - 3:30pm Cathy Votaw farewell - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Org chart (AW's office) - Weissmann, Andrew (CRM)
- 6:00pm - 7:30pm Koukios farewell (First Amendment Lounge (13th floor) at the National Press Club, 529 14th St., NW)

## Friday, May 1

- 10:00am - 10:30am Meetings in London (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am (b) (5) / cooperation call (dial-in below) - Miller, Marshall
- 1:00pm - 2:00pm (b) (5) Opening Moot (10am Pacific) (Bond 4th floor VTC; Los Angeles VTC) - Saulino, Jennifer
- 1:15pm - 2:15pm Weissmann (b) (6) meeting: (b) (5) (AW's office - Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM) (b) (6)

## Saturday, May 2

## Sunday, May 3

# May 4, 2015 - May 10, 2015

|  | May 2015 | | | | | | | June 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |

May 2015
Su Mo Tu We Th Fr Sa
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

June 2015
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

## Monday, May 4

- ☐ (b) (5)   complaint filing
- 8:45am - 9:00am Swearing-in of Casey O'Neill, new attorney (AW's office)
- 9:00am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:30am (b) (5) Opening Moot (Alison Anderson) (4th floor VTC) - Saulino, Jennifer
- 11:00am - 12:00pm Overview of the Office of Administration (Bond 5th Floor Conference Room) - Melton, Tracy
- 12:30pm - 2:00pm DOJ AGAC White Collar Subcommittee Meeting - Monday, May 4th, Washington, D.C. (600 E Street NW, Suite 7600)
- 2:15pm - 2:45pm call CRM / ATR (Dial in number below) - Miller, Marshall
- 3:00pm - 4:00pm (b) (5) Matter (Confirmed) (Room 2107, OAAG Conference Room) - Caldwell, Leslie R
- 5:00pm - 5:30pm (b) (5) (OAAG Conference Room) - Miller, Marshall
- 6:00pm - 6:30pm Call with (b) (6) re: (b) (5) (AW's office) - Singer, Benjamin
- 7:00pm - 7:30pm Re: welcome back! - Weissmann, Andrew (CRM)

## Tuesday, May 5

- 9:15am - 9:30am Chain of Review (AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 10:30am (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am 3% fund (b) (5) meeting (AW's office ) - Weissmann, Andrew (CRM)
- 11:15am - 12:00pm Corporate Resolution Metrics (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm Lunch - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) ) - Romano, Virginia (ODAG)
- 3:00pm - 4:00pm transparency International - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, May 6

- 11:30am - 12:30pm (b) (5) (4421 - 4 small) - Weissmann, Andrew (CRM)
- 11:30am - 12:30pm FW: (b) (5) Meeting (3rd Floor Large Conference Room, Bond Building, 1400 New York Ave., NW) - Shaw, Deborah (CRM)
- 12:40pm - 1:40pm (b) (6) lunch
- 4:00pm - 4:30pm meeting with Sandra (AW's office ) - Weissmann, Andrew (CRM)

## Thursday, May 7

- 10:00am - 10:30am (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am FW: (b) (6) discussion (b) (5) (Room 4133/Call in (b) (6) passcode (b) (6) Romano, Virginia (ODAG)
- 12:00pm - 12:30pm Andrew Weissmann (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 1:30pm - 2:30pm Training (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm meetings in London and (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Executive Interview with (b) (6) (Policy Deputy) (Andrew's office) - Luo, Jessica
- 4:15pm - 4:45pm SFO - parallel UK/US cases (Bond 4th floor VTC-B) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Preview and call with (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:45pm - 6:15pm (b) (5) staffing (AW's office) - Weissmann, Andrew (CRM)
- 8:00pm - 9:00pm (b) (5)

## Friday, May 8

- 9:30am - 10:00am Executive Interview with (b) (6) (Policy Deputy) (Andrew's office) - Luo, Jessica
- 10:00am - 10:30am RE: (b) (5) Plea Agreement - Weissmann, Andrew (CRM)
- 10:30am - 11:30am (b) (5) meeting (4 large) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm visit to 1331 (1331 F St) - Weissmann, Andrew (CRM)
- 2:15pm - 3:15pm Gibson Dunn (4 large ) - Moser, Sandra
- 3:15pm - 3:45pm (b) (5) Prep Meeting (OAAG conference room) - Caldwell, Leslie R
- ☐ 3:15pm - 3:45pm Canceled: (b) (5) prep meeting (OAAG conference room) - Miller, Marshall
- 4:00pm - 5:00pm (b) (5) Briefing - Otus2015, AG (SMO)

## Saturday, May 9

## Sunday, May 10

- ☐ 8:30am - 9:00am (b) (5) all (Dial in (b) (6) PIN (b) (6) (b) (6)

# May 11, 2015 - May 17, 2015

May 2015
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

June 2015
SuMo TuWe Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

## Monday, May 11

- 9:00am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Executive Interview with (b) (6) (Policy Deputy) (Andrew's office) - Luo, Jessica
- 2:15pm - 2:45pm Call with (b) (6) (AW to call (b) (6) (2pm EST)) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm pre-meeting for Honors Attorney day (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:15pm Appellate resources (AW's office ) - Weissmann, Andrew (CRM)
- 7:30pm - 9:00pm Re (b) (5)

## Tuesday, May 12

- 10:00am - 10:30am Faculty conference call for Panel 4: Competition & anti-corruption enforcement, Thirteenth Annual Corporate Accountability Conference 2015, Brussels (DIAL IN: Int'l (b) (6) PASS CODE: (b) (6) host code: (b) (6) (b) (6)
- 10:30am - 11:00am Chain of review (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm RE: Training - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)
- 3:15pm - 3:45pm (b) (5) discussion (AW's office ) - Weissmann, Andrew (CRM)
- 4:45pm - 5:30pm (b) (6) resolution - Weissmann, Andrew (CRM)
- 8:00pm - 9:00pm Call w/ SEC (b) (6) ode (b) (6) Miller, Marshall

## Wednesday, May 13

- 8:30am - 9:00am RE: London trip
- 9:00am - 9:30am Discussion (AW's office ) - Weissmann, Andrew (CRM)
- 9:30am - 9:45am Chain of Review/reporting (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm Lunch (Mayur Kabab, 1108 K Street NW) - Weissmann, Andrew (CRM)
- 1:30pm - 3:00pm (b) (5)
- 2:00pm - 3:00pm CALL RE: DISCLOSURE (Dial in (see below)) - (b) (6)
- 3:00pm - 4:00pm Financial Fraud (b) (5) Briefing (Main - 7411 (b) (6) Passcode (b) (6) Dauphin, Dennis E. (JMD)
- 5:00pm - 5:30pm (b) (5)
- 5:45pm - 6:45pm Re: (b) (5)

## Thursday, May 14

- AW in NYC
- 12:00pm - 2:00pm Global Law Week (New York)
- 2:00pm - 2:30pm (b) (5) (Dial-In Below) - (b) (6)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:00pm - 3:30pm Conf. Call - Draft Outline for Conference on Individual Accountability Initiative (Call in (b) (6) participant code: (b) (6) (b) (6), (b) (7)(C)
- 3:00pm - 3:30pm FW: Draft Outline for Conference on Individual Accountability Initiative (b) (6)

## Friday, May 15

- RE: Financial and Healthcare Fraud Priority Goal
- 9:00am - 9:30am FW: 90 Day Deadline for (b) (6) Investigations - Wible, Brent (CRM)
- 10:30am - 11:00am Personnel matter (AW's office ) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm Corporate Fraud Metrics (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 2:00pm - 2:15pm Background call w AP's Eric Tucker (Conf call) - Carr, Peter (OPA)
- 2:30pm - 3:00pm IT - computer - Weissmann, Andrew (CRM) (b) (6)
- 7:00pm - 9:00pm Billy Lynn's Long Halftime Walk/Ben Fountain (666 Fifth Avenue, 17th Floor) (b) (6) (b) (6)

## Saturday, May 16

## Sunday, May 17

# May 18, 2015 - May 24, 2015

| | May 2015 | | | | | | June 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su Mo Tu We Th Fr Sa | | | | | | | Su Mo Tu We Th Fr Sa | | | | | |
| | | | | | 1 2 | | 1 2 3 4 5 6 | | | | | |
| 3 4 5 6 7 8 9 | | | | | | | 7 8 9 10 11 12 13 | | | | | |
| 10 11 12 13 14 15 16 | | | | | | | 14 15 16 17 18 19 20 | | | | | |
| 17 18 19 20 21 22 23 | | | | | | | 21 22 23 24 25 26 27 | | | | | |
| 24 25 26 27 28 29 30 | | | | | | | 28 29 30 | | | | | |
| 31 | | | | | | | | | | | | |

## Monday, May 18

■ 9:00am - 9:45am FRD Executive Management meeting (AW's office)

■ 10:45am - 12:00pm Meeting Honors attorneys (AW's office, then VTC at 11) - Weissmann, Andrew (CRM)

■ 12:15pm - 12:45pm Bank call

■ 1:15pm - 2:00pm Press Conference Prep - Otus2015, AG (SMO)

■ 3:00pm - 3:30pm Employee matter (AW's office ) - Weissmann, Andrew (CRM)

■ 3:30pm - 4:00pm Executive Interview with **(b) (6)** (for Trial Attorney vacancy) (Andrew's office) - Luo, Jessica

■ 5:30pm - 6:30pm Division Happy Hour - Monday, May 18 at 5:30 p.m.

■ 6:00pm - 6:30pm Meeting (Conference Call ) - Miller, Marshall

## Tuesday, May 19

■ 12:00pm - 12:30pm Faculty conference calls for Panel 1: Regulatory trends in continental Europe & beyond, Thirteenth Annual Corporate Accountability Conference 2015, Brussels (Dial in: Int'l **(b) (6)** US: **(b) (6)** PASS CODE: **(b) (6)** host code: **(b) (6)** **(b) (6)**

■ 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: **(b) (6)** passcode: **(b) (6)** Romano, Virginia (ODAG)

■ 2:45pm - 3:45pm **(b) (5)** (Main, room 4260) - Weissmann, Andrew (CRM)

■ 5:30pm - 6:00pm **(b) (6)** - Call re: **(b) (6)** Disclosure Notice (Dial-In: **(b) (6)** USA) or **(b) (6)** Int'l); Participant Passcode: **(b) (6)** Leland, David B

■ 5:30pm - 6:00pm **(b) (6)** call (conference call - Dial-In: **(b) (6)** (USA); Participant Passcode: **(b) (6)** Weissmann, Andrew (CRM)

## Wednesday, May 20

■ **AW in NYC**

■ 8:35am - 9:35am ACI's FCPA Conference (NYC)

■ 9:45am - 10:15am Faculty conference calls for Panel 1: Regulatory trends in continental Europe & beyond, Thirteenth Annual Corporate Accountability Conference 2015, Brussels (Dial in: Int'l +1 **(b) (6)** US: **(b) (6)** PASS CODE: **(b) (6)** # host code: **(b) (6)** **(b) (6)** **(b) (6)**

■ 4:00pm - 5:00pm Fraud section

■ 4:00pm - 4:30pm **(b) (5)** pre-briefing - Miller, Marshall

■ 7:30pm - 9:00pm RE **(b) (5)**

## Thursday, May 21

■ 9:00am - 9:15am **(b) (5)** matter (AW's office ) - Weissmann, Andrew (CRM)

■ 10:00am - 11:00am Meeting w/ **(b) (5)** at EDVA (EDVA ) - Weissmann, Andrew (CRM)

■ 1:30pm - 2:00pm **(b) (5)** (AW's office ) - Weissmann, Andrew (CRM)

■ 2:00pm - 3:30pm NTT Data - Capabilities Meeting (Bond 5th Floor Conference Room) - Morrison, Brandon

■ 3:30pm - 4:30pm prep for NYU May Symposium (conference call)

■ 4:00pm - 5:00pm **(b) (5)** Opening Moot (Stokes) (Bond 9th floor VTC; New Jersey VTC) - Saulino, Jennifer

■ 5:00pm - 5:30pm meeting (AW's office ) - Weissmann, Andrew (CRM)

■ **(b) (6)**

## Friday, May 22

■ 9:30am - 10:00am International M&A Conference Planning Call (see dial-in below) (US Dial-in: **(b) (6)** UK Dial-in: **(b) (6)** Participant Passcode: **(b) (6)** Moderator Passcode: **(b) (6)** Knox, Jeffrey H

■ 10:00am - 10:30am Executive Interview with **(b) (6)** (Andrew's office) - Luo, Jessica

■ 11:30am - 12:00pm Call re: cases in **(b) (5)** AW to call **(b) (6)** **(b) (6)** Weissmann, Andrew (CRM)

■ 4:00pm - 4:30pm Scott Armstrong

## Saturday, May 23

■ 11:00am - 12:00pm **(b) (5)** Superseding Indictment

## Sunday, May 24

# May 25, 2015 - May 31, 2015

| May 2015 | | | | | | | | June 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | | 28 | 29 | 30 | | | | |
| 31 | | | | | | | | | | | | | | |

## Monday, May 25

## Tuesday, May 26

- AW in NYC
- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm Faculty conference call for Panel 4: Competition & anti-corruption enforcement, Thirteenth Annual Corporate Accountability Conference 2015, Brussels** (DIAL IN: Int'l (b) (6)  US: (b) (6)  PASS CODE: (b) (6) # host code: (b) (6) - (b) (6)
- **1:30pm - 3:00pm NYU May Symposium** (NYU )
- **2:00pm - 2:45pm Financial Fraud Meeting #6-17** (Main, Room 4133/Conference call number (b) (6) passcode: (b) (6) ) - Romano, Virginia (ODAG)
- **4:30pm - 5:00pm** (b) (5) **call** (call) - Weissmann, Andrew (CRM)

## Wednesday, May 27

- **1:30pm - 2:30pm Suh insider trading** - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, May 28

- **9:30am - 10:00am Working Group on Monitors** (11 Large) - Queler, Matthew
- **10:00am - 10:30am Faculty conference calls for Panel 1: Regulatory trends in continental Europe & beyond, Thirteenth Annual Corporate Accountability Conference 2015, Brussels** (DIAL IN: Int'l (b) (6)  US: (b) (6)  PASS CODE: (b) (6)  host code: (b) (6) - (b) (6)
- **10:45am - 11:45am individual cases** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy
- **1:15pm - 2:00pm Records handling/processing briefing** (AW's office ) - Weissmann, Andrew (CRM)
- **2:15pm - 3:00pm** (b) (5)  (AW's office ) - Weissmann, Andrew (CRM)
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **3:00pm - 3:30pm AFMLS civil forfeiture complaint** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Re: Thanks for the message**
- **5:00pm - 5:30pm RE:**
- **7:30pm - 8:30pm bitkower** - Weissmann, Andrew (CRM)

## Friday, May 29

- **9:30am - 10:00am Would tomorrow morning work for you for a call?**
- **11:20am - 11:50am Re: Your London visit**
- **1:30pm - 2:00pm Re: Hey**
- **2:00pm - 3:00pm** (b) (5) **Opening Moot (Zink) (1pm CT)** (Bond 4th floor VTC; DHTF VTC) - Saulino, Jennifer
- **3:00pm - 3:15pm meeting w/Jennifer** (AW's office) - Weissmann, Andrew (CRM)

## Saturday, May 30

## Sunday, May 31



# June 1, 2015 –
# June 7, 2015

| June 2015 | | | | | | | July 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | | | | 26 | 27 | 28 | 29 | 30 | 31 | |

## Monday, June 1

- **8:45am - 9:00am Swearing-in of Vasanth Sridharan as trial attorney** (AW's office) - Weissmann, Andrew (CRM)
- **9:00am - 9:30am Welcome breakfast for Becky** (4th VTC) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm Hiring Committee Meeting Brown Bag Lunch** (VTC) - Moser, Sandra
- **1:30pm - 2:00pm Intern program discussion** (AW's office ) - Weissmann, Andrew (CRM)
- **2:00pm - 3:00pm SFF Weekly Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 4:00pm FCPA weekly management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Compliance person - next steps** (AW's office ) - Weissmann, Andrew (CRM)
- **5:00pm - 5:15pm LA pros memos** (AW's office) - Weissmann, Andrew (CRM)

## Tuesday, June 2

- **AW flying t** (b) (6)
- (b) (6)
- **2:00pm - 2:45pm Financial Fraud Meeting #6-17** (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)

## Wednesday, June 3

- **AW in London/Brussels**
- **9:00am - 9:30am FFETF-Crim Div Mortgage Fraud Working Groups** (Kathleen to call (b) (6) ) - McGovern, Kathleen

## Thursday, June 4

- **Brussels speech**
- **10:00am - 11:00am 5/14/2015** (b) (5)
- (b) (6)
- **2:00pm - 3:00pm** (b) (5) **Opening Moot (Donley)** (Bond 9th floor VTC; NOLA VTC) - Saulino, Jennifer

## Friday, June 5

- **12:00am AW in** (b) (6) →

## Saturday, June 6

- **AW in** (b) (6) →

## Sunday, June 7

- **12:00am AW in** (b) (6)
- (b) (6)

# June 8, 2015 -
# June 14, 2015

| June 2015 | July 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 4 |
| 7 8 9 10 11 12 13 | 5 6 7 8 9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

## Monday, June 8

- ■ 9:15am - 9:30am (b) (5) curative instruction (AW's office) - Weissmann, Andrew (CRM)
- ■ 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)■
- ■ 11:15am - 11:45am Performance ratings in Fraud (AW's office ) - Weissmann, Andrew (CRM)
- ■ 11:45am - 12:00pm meeting with Dan Kahn (AW's office) - Weissmann, Andrew (CRM)
- ■ 12:00pm - 1:00pm Becky / Andrew lunch - Rohr, Rebecca
- ■ 1:15pm - 5:15pm meeting with FBI in VA (b) (6), (b) (7)(C) (b) (6), will drive to/from ) - Weissmann, Andrew (CRM) (b) (7)

## Tuesday, June 9

- ■ 9:00am - 9:30am RE:
- ■ 9:15am - 9:45am (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- ■ 10:00am - 10:30am meeting with Jill Weissman (AW's office - Bond (1400 New York Ave), 4th floor) - Weissmann, Andrew (CRM)
- ■ 11:00am - 11:45am meet w/AP's (b) (6) (4th floor VTC-B) - Weissmann, Andrew (CRM)
- ■ 12:00pm - 12:30pm meeting with Sandra (AW's office) - Weissmann, Andrew (CRM)
- ■ 12:30pm - 1:00pm (b) (5) discussion
- ■ 1:15pm - 2:00pm FCPA weekly management meeting (AW's office ) - Weissmann, Andrew (CRM)
- ■ 4:00pm - 4:30pm call
- ■ 4:45pm - 5:00pm Web TA training (AW's office ) - Weissmann, Andrew (CRM)
- ■ 8:00pm - 9:00pm Tuesday Night

## Wednesday, June 10

- ■ AW in NYC (NYC)
- ■ 9:00am - 9:45am SFF weekly management meeting (AW's office ) - Weissmann, Andrew (CRM)
- ■ 4:00pm - 5:15pm 14th Annual International Mergers and Acquisitions Conference (Waldorf Astoria, NYC)

## Thursday, June 11

- ■ 9:00am - 9:30am Supervisory titles (AW's office) - Weissmann, Andrew (CRM)
- ■ 9:40am - 10:00am Cnf participants
- ■ 9:45am - 10:00am IT - clear iPhone and iPad (AW's office) - Weissmann, Andrew (CRM)
- ■ 11:40am - 12:10pm Call Sung-Hee
- ■ 12:00pm - 12:30pm Conf. call - Individual Accountability Conf. (Call in no. (b) (6) participant code: (b) (6) (b) (6), (b) (7)(C) )
- ■ 1:00pm - 1:30pm conference call number
- ■ 1:45pm - 2:00pm Procurement fraud assistant chief (AW's office) - Weissmann, Andrew (CRM)
- ■ 2:00pm - 2:15pm meeting w Leo Tsao (AW's office) - Weissmann, Andrew (CRM)
- ■ 2:30pm - 3:00pm (b) (5) AW's office) - Weissmann, Andrew (CRM)
- ■ 3:00pm - 4:00pm HCF - plan for spending (5th floor conference room, Bond) - Frary, Debra
- ■ 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107,
- ■ 4:00pm - 5:00pm Tom - Bloomberg (b) (6) Weissmann,
- ■ 5:00pm - 5:30pm (b) (5) DPA (AW's office ) - Weissmann, Andrew
- ■ 7:30pm - 8:00pm RE: Fraud Section Applicant (b) (6)

## Friday, June 12

- ■ 9:30am - 10:00am FFETF - Fraud Section Working Groups (AW's office) - Weissmann, Andrew (CRM)
- ■ 10:30am - 11:15am (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- ■ 11:15am - 12:00pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- ■ 2:00pm - 2:45pm PREP//Press Conference with HHS - Otus2015, AG (SMO)
- ■ 2:30pm - 3:30pm (b) (5) 4th floor VTC) - More, Elizabeth
- ■ 4:00pm - 4:30pm (b) (5) venue issue - prep for (b) (6) Monday call (Weissmann office) - Weissmann, Andrew (CRM)

## Saturday, June 13

## Sunday, June 14

# June 15, 2015 -
# June 21, 2015

June 2015
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

July 2015
SuMo TuWe Th Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, June 15

- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **11:15am - 12:00pm London** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm RE: Venue**
- **2:15pm - 2:45pm** (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm Weissmann** (b) (6) **call** (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm** (b) (5) (b) (6) (AW's office ) - Weissmann, Andrew (CRM)

## Tuesday, June 16

- **9:45am - 10:00am** (b) (6) **trial staffing** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:45pm Brown bag lunch with summer interns** (4 large (4502)) - Weissmann, Andrew (CRM)
- **2:00pm - 2:45pm Financial Fraud Meeting #6-17** (Main, Room 4133/Conference call number (b) (6) passcode (b) (6) Romano, Virginia (ODAG))
- **5:00pm - 6:00pm Currie - Weissmann meeting** (AW's office) - Weissmann, Andrew (CRM)
- **7:15pm - 8:15pm Lunch with Criminal Procedure NYU Students?**

## Wednesday, June 17

- **10:00am - 12:00pm Installation Ceremony of Attorney General Loretta E. Lynch (starts at 10.30)** (Warner Theater, 513 13th St NW)
- **10:30am - 12:00pm Installation Ceremony for Attorney General Loretta E. Lynch** (Warner Theater (513 13th Street NW)) - Melton, Tracy
- **12:00pm - 12:30pm Reception** (Main)
- **12:35pm - 1:35pm** (b) (5)
- **2:00pm - 2:30pm Training** (AW's ofice) - Weissmann, Andrew (CRM)
- **5:00pm - 5:15pm meeting with Jennifer** (b) (6)

## Thursday, June 18

- **9:00am - 9:30am Longest term cases** (AW's office ) - Weissmann, Andrew (CRM)
- **11:00am - 12:30pm HOLD:  Joint Press Conference with HHS Secretary Sylvia Mathews Burwell** - Otus2015, AG (SMO)
- **1:30pm - 2:00pm Capability demo** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Re: Hey, I'm in town this week ...** - Weissmann, Andrew (CRM)
- **4:45pm - 5:15pm** (b) (5) **spvr** (AW's office) - Weissmann, Andrew (CRM)

## Friday, June 19

- **9:30am - 10:00am Capability Demo -** (b) (6) AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am Capability Demo - Hui Chen** (4th VTC) - Weissmann, Andrew (CRM)
- **4:30pm - 7:00pm Farewell Reception iho Stephen W. Preston, General Counsel, DoD (starts at 5pm)** (Pentagon, Secretary of Defense Large Conference Room, 3E869)

## Saturday, June 20

## Sunday, June 21

# June 22, 2015 -
# June 28, 2015

June 2015
SuMo TuWe Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

July 2015
SuMo TuWe Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, June 22

■ 9:00am - 9:45am FRD Executive Management meeting (AW's office)

■ 9:45am - 10:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)

1:00pm - 1:45pm (b) (5) (4th VTC-B) - Weissmann, Andrew (CRM)

■ 3:00pm - 3:45pm HCF Unit Staffing Plan (AW's office ) - Weissmann, Andrew (CRM)

■ 5:30pm - 6:00pm Fraud Identification Center meeting (AW;s office ) - Weissmann, Andrew (CRM)

(b) (6)

## Tuesday, June 23

■ 6:00pm 2015 D.C. Circuit Judicial Conference (Hilton Philadelphia →
at Penn's Landing, 201 South Columbus Blvd, Philadelphia, PA 19106)

■ 9:30am - 10:00am Capability demo - (b) (6) (4th VTC-B) - Weissmann, Andrew (CRM)

■ 10:30am - 11:00am Hiring (AW's office) - Weissmann, Andrew (CRM)

■ 11:00am - 11:30am Working Group on Monitors (11 large) - Queler, Matthew

■ 11:30am - 12:00pm meet and greet with (b) (6) (4th floor VTC-B (4204-B)) - Weissmann, Andrew (CRM)

■ 2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)

4:00pm - 5:00pm Attorney General's Advisory Committee Healthcare Fraud Working Group - AW and Gejaa to speak (Main, Room 2266, AGAC-1) - Weissmann, Andrew (CRM)

## Wednesday, June 24

■ 2015 D.C. Circuit Judicial Conference (Hilton Philadelphia at →
Penn's Landing, 201 South Columbus Blvd, Philadelphia, PA 19106)

## Thursday, June 25

■ 2015 D.C. Circuit Judicial Conference (Hilton Philadelphia at →
Penn's Landing, 201 South Columbus Blvd, Philadelphia, PA 19106)

■ 5:30pm - 6:00pm Becky / Andrew W call (Becky to call Andrew (b) (6) Rohr, Rebecca

## Friday, June 26

■ 12:00am 2015 D.C. Circuit Judicial Conference (Hilton Philadelphia at Penn's Landing, 201 South Columbus Blvd, Philadelphia, PA 19106)

(b) (6)

## Saturday, June 27

## Sunday, June 28

# June 29, 2015 - July 5, 2015

June 2015
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

July 2015
Su Mo Tu We Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, June 29**

9:00am - 9:30am FRD Executive Management meeting (AW's office)

12:30pm - 1:30pm (b) (5) Opening Moot (Mike O'Neill) (Bond 4th floor VTC; Miami VTC) - Saulino, Jennifer

2:30pm - 3:30pm SIGTARP Quarterly Meeting (AW's office) - Weissmann, Andrew (CRM)

3:30pm - 4:00pm prep for Ruemmler meeting (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm Discovery coordinators (AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:15pm (b) (5) ethics question (AW's office ) - Weissmann, Andrew (CRM)

5:30pm - 6:00pm Re: (b) (6) - Weissmann, Andrew (CRM)

7:00pm - 8:00pm RE: getting together - Weissmann, Andrew (CRM)

**Tuesday, June 30**

10:00am - 11:00am (b) (5) Opening Moot (Brendan Stewart) (Bond 4th floor VTC; Detroit VTC) - Saulino, Jennifer

11:30am - 12:30pm Weissmann - Ruemmler meeting (4th floor VTC) - Weissmann, Andrew (CRM)

2:00pm - 2:45pm Financial Fraud Meeting #6-17 (Main  Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG))

4:00pm - 4:30pm FRD/AFMLS Meeting re (b) (5) Main 2109) - Suh, Sung-Hee (CRM)

5:00pm - 5:30pm (b) (5) Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

8:00pm - 9:00pm bitkower - Weissmann, Andrew (CRM)

**Wednesday, July 1**

9:00am - 9:30am Call for World Bribery & Corruption Compliance Forum - Nov 2015 - London (b) (6) to call Andrew at (b) (6) 9am DC/2pm London) - Weissmann, Andrew (CRM)

10:00am - 10:45am Corporate Resolutions Framework Memo (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

10:45am - 11:45am DOJ-SEC Cyber Meeting (RFK; Room 2109) - Bitkower, David

12:15pm - 12:30pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)

12:30pm - 1:00pm (b) (5) (b) (5) AW's office) - Weissmann, Andrew (CRM)

(b) (6)

**Thursday, July 2**

(b) (6)

**Friday, July 3**

(b) (6)

8:30am - 9:00am Call re (b) (5) Dial in below ) - Rohr, Rebecca

**Saturday, July 4**

**Sunday, July 5**





# July 6, 2015 – July 12, 2015

### July 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

### August 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

## Monday, July 6

- **11:00am - 11:30am** (b) (5) AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm Biweekly Hiring Committee Meeting** (4th floor VTC-B) - Luo, Jessica
- **1:45pm - 2:15pm FRD Executive Management meeting** (AW's office)
- **3:30pm - 4:00pm** (b) (6) (SHS to call AW's office (b) (6)) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm** (AW to call (b) (6) ) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm Executive Interview with** (b) (6) **(HCF)** (Andrew's office) - Luo, Jessica
- **7:30pm - 8:30pm** (b) (6) - Weissmann, Andrew (CRM)

## Tuesday, July 7

- **9:30am - 10:00am Weissmann -** (b) (6) **coffee** (Pleasant Pops - 15th St between NY Ave and H St) - Weissmann, Andrew (CRM)
- **10:45am - 11:45am Sensitive Case Briefing** (Room 2107, OAAG Conference Room) - Caldwell, Leslie R
- **2:00pm - 2:45pm Financial Fraud Meeting #17-21** (Main_Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)
- **3:00pm - 3:30pm SFO issue** (AW's office ) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm Paralegal supervision** (AW's office) - Weissmann, Andrew (CRM)
- **4:15pm - 4:35pm FTEs in FCPA** (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **5:30pm - 6:00pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **6:30pm - 7:30pm** (b) (5) **Team Drinks** (Cafe Mozart, 1331 H Street) - Suh, Sung-Hee (CRM)

## Wednesday, July 8

- (b) (6) Weissmann, Andrew (CRM)
- **9:30am - 10:00am Assistant Chief staffing in SFF** (AW's office) - Weissmann, Andrew (CRM)
- **1:00pm - 1:30pm Review of** (b) **binder** (AW's office ) - Weissmann, Andrew (CRM)
- **1:45pm - 2:00pm Andrew/Nicola** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:45pm SIGAR - Fraud meeting** (4th floor VTC-B) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **5:30pm - 6:00pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica

## Thursday, July 9

- **9:00am - 9:30am RE: Yesterday's meeting**
- **9:30am - 10:15am** (b) (5) AW's office/Chuck to call AW a (b) (6) Weissmann, Andrew (CRM)
- **11:00am - 12:00pm Civil/Crim Fraud meeting** (Conf rm 9509, PHB, 601 D St. N.W) - Weissmann, Andrew (CRM)
- **1:00pm - 2:30pm** (b) (5) **briefing** (4th floor VTC) - Weissmann, Andrew (CRM)
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **4:00pm - 4:20pm** (b) (5) **Q&A** (Conference Line) - Bolinsky, Elizabeth (CRM)
- **4:00pm - 4:15pm RE:** (b) (5) **Discussion**
- **4:15pm - 4:45pm Re: Addendum.v2.docx:** (b) (5)
- **5:00pm - 5:30pm Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **5:30pm - 6:00pm Executive Interview with** (b) (6) **(HCF)** (Andrew's office) - Luo, Jessica
- (b) (6) (b) (6), (b) (7)(C) **FBI**

## Friday, July 10

- **9:30am - 10:00am Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **10:00am - 10:30am** (b) (6) **case issues** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am Executive Interview with** (b) (6) (Andrew's office) - Luo, Jessica
- **11:30am - 11:50am FTEs in SFF** (AW's office) - Weissmann, Andrew (CRM)
- **1:30pm - 2:00pm Exit Interview with** (b) (6) (AW Office Phone) - Bolinsky, Elizabeth (CRM)
- **2:00pm - 2:30pm Discussion re: move to Policy Unit** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm Executive Interview with** (b) (6) **(HCF)** (Andrew's office) - Luo, Jessica

## Saturday, July 11

## Sunday, July 12

# July 13, 2015 - July 19, 2015

July 2015
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

August 2015
Su Mo Tu We Th Fr Sa
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, July 13

- 8:45am - 9:00am Swearing-in of Jon Robell - new FCPA attorney (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 10:15am SIGAR detail (Andrew's office) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm FRD's FY 2016 request to the 3% fund (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm Call for panel on cooperation: ACI FCPA Conference in DC (conference call - (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Call re data privacy (SHS will call AW) - Suh, Sung-Hee (CRM)
- 4:00pm - 4:30pm (b) (6) (AW's office/Jennifer to call AW's office at (b) (6) Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) (AW's office/Jennifer to call AW at (b) (6) Weissmann, Andrew (CRM)

## Tuesday, July 14

- 10:30am - 10:50am Exit interview (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Meet re: (b) (5) Conference Room 2109) - Blanco, Kenneth
- 1:00pm - 1:30pm Andrew/ (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Financial Fraud Meeting #17-21 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)
- 4:30pm - 5:00pm Executive Interview with (b) (6) (Andrew's office) - Luo, Jessica

## Wednesday, July 15

- Integrity.gov: Filing Reminder Assignment
- 9:15am - 9:45am Pro bono program (AW's office (b) (6) to call (b) (6) ) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Swearing In Ceremony (Main Justice, OAAG Conference Room, #2107) - Capital, Human (CRM)
- 3:00pm - 3:30pm Andrew (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm (b) (5)

## Thursday, July 16

- 10:00am - 10:30am Stemler GS level issue (Rohr office) - Weissmann, Andrew (CRM)
- 11:00am - 11:45am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm Corporate Fraud Resolution Guidelines (Room 2109, OAAG Conference Room ) - Caldwell, Leslie R
- 12:40pm - 2:10pm Lunch with Andrew-Jeff (TBD) - Sallet, Jeffrey S. (CID) (FBI)
- 2:30pm - 2:45pm (b) (5) HCF plea (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Andrew/Becky/Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:30pm (b) (5) AW's office ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm (b) (5)
- 5:30pm - 6:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Friday, July 17

- 9:30am - 10:00am (b) (5) settlement issues (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am Taint review on (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am HCF unit structuring project (AW's office) - Weissmann, Andrew (CRM)
- 11:35am - 11:50am (b) (5) trial congrats (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Saturday, July 18

## Sunday, July 19

# July 20, 2015 -
# July 26, 2015

July 2015
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

August 2015
Su Mo Tu We Th Fr Sa
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, July 20**

- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:30pm Weissmann -** (b) (5) **meeting** (AW's office - Bond Building, 1400 New York Ave NW, Office 4100) - Weissmann, Andrew (CRM)
- **1:00pm - 2:00pm** (b)(5) **meeting**

**Tuesday, July 21**

- **10:30am - 10:45am Appellate briefs** (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm** (b) (6) **lunch** - Weissmann, Andrew (CRM)
- **2:00pm - 2:45pm CANCELLED---Financial Fraud Meeting #17-21** (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) - Romano, Virginia (ODAG)
- **3:30pm - 4:00pm Andrew/SHS re Indiv Accountability Conference** (Main 2214) - Suh, Sung-Hee (CRM)
- **4:00pm - 5:00pm DAG Individual Accountability Working Group** (b) (6)

**Wednesday, July 22**

- **3:30pm - 4:00pm** (b) (5) **Monitors Discussion** (Andrew's Office) - Virginkar, Rohan
  (b) (6)

**Thursday, July 23**

- **11:00am - 12:00pm Meeting with** (b) (6) **SSA Office of Anti-Fraud** (Main, Andretta Room 1101) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy
- **2:00pm - 3:00pm Conf. Call - Finalize Individual Accountability Training** (Call In # (b) (6) ; participant: (b) (6) leader: (b) (6), (b) (7)(C) (b) (6) )
- **3:00pm - 3:30pm** (b) (5) **sentencing rec** (conference call: number, (b) (6) / participant code, (b) (6) ) - Weissmann, Andrew (CRM)

**Friday, July 24**

**Saturday, July 25**

**Sunday, July 26**

# July 27, 2015 - August 2, 2015

| | July 2015 | | | | | | | August 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |

**July 2015**
Su Mo Tu We Th Fr Sa
          1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**August 2015**
Su Mo Tu We Th Fr Sa
                   1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, July 27

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:15am - 11:30am Kathleen/Andrew (AW's office ) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Policy on cooperators (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Executive Interview with (b) (6) (Andrew's office) - Luo, Jessica
- 5:15pm - 5:45pm Executive Interview with (b) (6) (Andrew's office) - Luo, Jessica
- 7:30pm - 8:00pm DC

## Tuesday, July 28

- 9:00am - 9:30am Weissmann/Stokes call (Patrick will call Andrew's cell) - Stokes, Patrick
- 10:00am - 11:00am (b) (6) Opening Moot (Donley) (Bond 4th floor VTC; WDNC VTC) - Luo, Jessica
- 2:00pm - 2:45pm Financial Fraud Meeting #17-21 (Main, Room 4133/Conference call number: (b) (6) passcode: (b) (6) Romano, Virginia (ODAG)
- (b) (6)

## Wednesday, July 29

- 9:30am - 10:00am Executive Interview with (b) (6) - Rescheduled (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:45am (b)(6) (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm (b) (5) Opening Moot (Quintero) (9 AM Pacific) (Bond 4th floor VTC; CDCA VTC) - Luo, Jessica
- 2:30pm - 3:00pm (b) (5) irst in leniency policy (call in passcode: (b) (6) #.) - Romano, Virginia (ODAG)
- 4:00pm - 6:30pm Miller farewell (Main 2107)
- 7:30pm - 9:30pm Farewell Dinner with Marshall Miller (Confirmed)

## Thursday, July 30

- 10:00am - 11:00am Compliance counsel background calls (Conf call)
- 11:00am - 11:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Executive Interview with (b) (6) - Rescheduled (VTC-B) - Weissmann, Andrew (CRM)
- 1:45pm - 2:15pm Executive Interview with (b) (6) - Rescheduled (vtc-B) - Weissmann, Andrew (CRM)
- 2:30pm - 2:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm SFF weekly management meeting (AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:30pm Policy, Strategy, and Training unit meeting (AW's office ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 5:15pm - 5:45pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- (b) (6)

## Friday, July 31

- 9:00am - 9:30am Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 9:45am - 10:15am Executive Interview with (b) (6) (LA Assistant Chief internal candidate) (VTC-B) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 11:15am - 11:45am Executive Interview with (b) (6) (VTC-B)
- 1:15pm - 1:45pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 2:00pm - 3:00pm (b) (5) presentation (4th floor VTC-A) - McGovern, Kathleen
- 3:00pm - 3:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Executive Interview with (b) (6) - Rescheduled (Andrew's office ) - Weissmann, Andrew (CRM)
- 4:15pm - 5:00pm follow-up (AW's office) to call AW's office at (b) (6) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm Andrew/Sandra (AW's office) - Weissmann, Andrew (CRM)

## Saturday, August 1

## Sunday, August 2

# August 3, 2015 - August 9, 2015

August 2015
SuMo TuWe Th Fr Sa
                    1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

September 2015
SuMo TuWe Th Fr Sa
       1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**Monday, August 3**

■ (b) (6)

■ 9:00am - 9:30am FRD Executive Management meeting (AW's office)

■ 10:00am - 10:15am Call

■ 12:00pm - 12:15pm Call - Weissmann, Andrew (CRM)

■ 4:00pm - 5:00pm Rohr call - Weissmann, Andrew (CRM)

**Tuesday, August 4**

■ 10:20am - 10:50am Executive Interview with (b) (6) (VTC-B) - Luo, Jessica

■ 11:30am - 12:00pm Executive Interview with (b) (6) (VTC-B)

■ 12:00pm - 1:00pm (b) (5) Opening Moot (Medina) (Bond 9th floor VTC; Miami VTC) - Saulino, Jennifer

■ 1:00pm - 1:30pm Training (AW's office) - Weissmann, Andrew (CRM)

■ 3:45pm - 4:15pm HCF LA assistant chief position (AW's office) - Weissmann, Andrew (CRM)

■ 5:00pm - 6:00pm Review of evaluations (AW's office) - Weissmann, Andrew (CRM)

■ 6:00pm - 6:15pm (b) (5) staffing (AW's office) - Weissmann, Andrew (CRM)

■ 6:15pm - 6:30pm (b)(6) (AW's office) - Weissmann, Andrew (CRM)

■ 7:30pm - 9:00pm (b) (6) - Weissmann, Andrew (CRM)

■ (b) (6)

**Wednesday, August 5**

■ 10:30am - 10:45am (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ 1:00pm - 1:30pm (b) (5)

■ 1:00pm - 1:30pm Meeting re: (b) (5) (Andrew's Office) - Singer, Benjamin

■ 2:30pm - 3:00pm Coffee - Caldwell, Leslie R

■ 4:00pm - 4:30pm Becky / Andrew - Weissmann, Andrew (CRM)

■ 4:30pm - 5:00pm (b) (5) issue (AW's office) - Weissmann, Andrew (CRM)

■ 5:00pm - 5:30pm (b) (5) AW's office) - Weissmann, Andrew (CRM)

**Thursday, August 6**

■ (b) (6)

■ 11:15am - 11:45am RE: (b) (5), (b) (6) #

■ 11:30am - 12:00pm (b) (5) nvestigation (VTC-B / call AW at (b) (6) Weissmann, Andrew (CRM)

■ 2:00pm - 3:00pm Becky / Andrew re HCF (Becky to call Andrew) - Rohr, Rebecca

■ 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

**Friday, August 7**

■ (b) (6)

**Saturday, August 8**

**Sunday, August 9**



# August 10, 2015 - August 16, 2015

| August 2015 | September 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 | 1 2 3 4 5 |
| 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 |
| 30 31 | |

**Monday, August 10**
■ **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)■

**Tuesday, August 11**

**Wednesday, August 12**

**Thursday, August 13**

**Friday, August 14**
■ **12:00pm - 12:30pm (b) (5) Call** (Dial-In Information Below) - Kahn, Daniel

**Saturday, August 15**

**Sunday, August 16**

# August 17, 2015 - August 23, 2015

August 2015
Su Mo Tu We Th Fr Sa
                      1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

September 2015
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, August 17

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 4:00pm Farewell
- 4:30pm - 5:00pm FW: Pre- brief re: (b) (5) Meeting with U/Sec Treasury Szubin - 8/25/15 (Room changed to CID Conf. Room 3853) - Anderson, Robert (DO) (FBI)
- 5:15pm - 6:00pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 6:00pm - 6:45pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- (b) (6)

## Tuesday, August 18

- 9:15am - 9:45am (b) (6) staffing (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:45pm (b) (5) case review (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Training (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:15pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 5:15pm - 6:00pm Executive Interview with (b) (6) (VTC-B)
- 6:30pm - 7:30pm August 18 (b) (6)

## Wednesday, August 19

- 9:00am - 9:45am Stokes metrics - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:30pm (b) (5) monthly meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:15pm Executive Interview with (b) (6) (for SFF Procurement Chief) (VTC-B) - Luo, Jessica
- 5:15pm - 6:00pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 7:45pm - 8:45pm (b) (5) Weissmann, Andrew (CRM)

## Thursday, August 20

- 10:00am - 10:30am HCF personnel matter (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Andrew/ (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Individual Accountability Conference (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Lunch
- 1:45pm - 2:15pm (AW's office (b) (6) to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 4:30pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 6:00pm Executive Interview with (b) (6) (for SFF Procurement Chief) (VTC-B) - Luo, Jessica
- 7:00pm - 8:00pm (b) (6)

## Friday, August 21

- 9:00am - 9:30am RE: (b) (6)
- 9:15am - 9:45am Re: phone call
- 9:30am - 12:00pm Meeting with (b) (5) audit committee counsel
- 2:00pm - 2:45pm Executive Interview with (b) (6) (for SFF Procurement Chief) (VTC-B) - Luo, Jessica
- 4:30pm - 5:00pm Becky / Andrew (Becky to call Andrew) - Rohr, Rebecca

## Saturday, August 22

## Sunday, August 23

# August 24, 2015 -
# August 30, 2015

August 2015
Su Mo Tu We Th Fr Sa
                     1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

September 2015
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, August 24

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 1:15pm - 1:30pm (b) (6)/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Call re: panel for Individual Accountability Conference (Conference call; number: , participant code: (b) (6) - Weissmann, Andrew (CRM)
- 2:30pm - 2:45pm Books for training (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm chat (Phone - Pls send me best # to call. Thx!) - (b) (6), (b) (7)(C) FBI)
- 5:00pm - 5:15pm Reviews 2014-2015 (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 6:00pm Executive Interview with (b) (6) (for SFF Procurement Chief) (VTC-B) - Luo, Jessica (b) (6)

## Tuesday, August 25

- 10:15am - 11:00am (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm Becky / Andrew - Rohr, Rebecca
- 12:00pm - 12:30pm Executive Interview with (b) (6) (SFF Detail) (VTC-B) - Luo, Jessica
- 2:00pm - 2:30pm departure (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 4:30pm - Treasury Briefing
- 3:00pm - 3:45pm briefing with U/Sec Treas Szubin (Treasury Confrere (b) (5) 7) (b) (6), (b) (7) FB )
- 5:15pm - 6:00pm Executive Interview with (b) (6) (for SFF Procurement Chief) (VTC-B) - Luo, Jessica
- (b) (6)

## Wednesday, August 26

- 9:00am - 10:00am Weissmann (b) (6), (b) (7)(C) meeting (Office 4100, Bond Building (1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm (b) (5) Opening Moot (Cordova) (10 am CDT)
- 1:00pm - 1:15pm Fwd: Judging National Security
- 2:30pm - 3:00pm (b) (6) (5) DPA (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Discussion re: remaining candidates (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm Call w/ (b) (6) at Gibson Dunn (Conference call; number: (b) (6) passcode: (b) (6) ) (b) (6)

## Thursday, August 27

- 9:30am - 10:00am Weissmann (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Lunch with attorneys (Old Ebbitt Grill) - Weissmann, Andrew (CRM)
- 1:30pm - 3:00pm meeting with (b) (6), (b) (5) lead counsel (4th floor VTC-B) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Bitkower/Weissmann/Singer call (Conference call: call-in number, (b) (6) ; participant code (b) (6) ) - Weissmann, Andrew (CRM)
- 3:30pm - 5:00pm Appeal meeting with (b) (5) counsel (Bond Building (1400 NY Ave NW), 4th floor VTC-B) - Weissmann, Andrew (CRM)
- 5:00pm - 6:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Friday, August 28

- (b) (6)
- (b) (6)

## Saturday, August 29

## Sunday, August 30

# August 31, 2015 - September 6, 2015

August 2015
Su Mo Tu We Th Fr Sa
                       1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

September 2015
Su Mo Tu We Th Fr Sa
       1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, August 31

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:15am Call re: panel for Individual Accountability Conference (to call AW at ____) - Weissmann, Andrew
- 11:30am - 11:45am Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Andrew/Patrick (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:15pm Weissmann/Mace (4th floor VTC-A, Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm Executive Interview with (b) (6) (SFF Assistant Chief) (VTC-B) - Luo, Jessica
- 3:15pm - 4:00pm Mix (AW's office (office 4100, 1400 NY Ave NW) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Cassie/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm (b) (5) - cooperator sentencings (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 5:45pm Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)
- 7:30pm - 8:00pm (b) (6)

## Tuesday, September 1

- 9:00am - 12:45pm NSI and SCI briefs, Andrew Weissmann, CRM (SSC, Room 6222, Main Justice) - SSC (JMD)
- 2:00pm - 2:30pm Call with (b) (6) to call AW at (b) (6)
- 3:00pm - 3:45pm HCF staffing (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, September 2

- Fraud Section File Closing Day - Weissmann, Andrew (CRM)
- 9:00am - 9:15am Brian Kidd
- 10:30am - 11:00am Becky/ Andrew re evaluations (Andrew's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b) (6) corporate separation issue (AW's office to call AW's office at (b) (6) - Weissmann, Andrew (CRM)
- 3:15pm - 3:30pm Andrew/Becky/Ed (AW's office) - Weissmann, Andrew (CRM)

## Thursday, September 3

- 11:00am - 11:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b) (5) presentation (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 4:30pm - 5:15pm Executive Interview with (b) (6) (SFF Assistant Chief) (4th floor VTC) - Luo, Jessica
- 5:00pm - 7:00pm Fwd: Happy Hour for Anna Kaminska before her EDVA Detail (Joe's Stone Crab - 750 15th St NW) (b) (6)
- 5:15pm - 5:45pm FBI ICU/ICS discussion (AW's office) - Weissmann, Andrew (CRM)
- 5:45pm - 6:00pm Andrew/Gejaa (b) (6) call (b) (6) to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

## Friday, September 4

## Saturday, September 5

## Sunday, September 6

# September 7, 2015 - September 13, 2015

September 2015
SuMo TuWe Th Fr Sa
      1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

October 2015
SuMo TuWe Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, September 7

- Labor Day

## Tuesday, September 8

- 8:45am - 9:00am Swearing-in of Malisa Chokshi, new HCF Detroit attorney (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am FRD Executive Management meeting (AW's office)
- 11:45am - 12:45pm (b) (5) Order of Proof (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Becky/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 2:45pm Andrew/Cassie (AW's office)
- 5:15pm - 6:00pm Executive Interview with (b) (6) (VTC-B) - Luo, Jessica
- 6:00pm - 6:30pm Andrew/Ben/Thomas (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, September 9

- 12:00am National Health Care Fraud Training Conference by HCF Unit (ATF headquarters, Washington, DC) - Weissmann, Andrew (CRM) →
- 9:00am - 10:00am Annual Health Care Fraud Training Conference - AAG Opening Remarks - Confirmed (ATF Building, 99 NY Avenue NE) - Caldwell, Leslie R
- 10:00am - 10:45am ABA White Collar Crime Committee's DOJ Dialogue Group Meeting - Otus2015, AG (SMO)
- 11:45am - 1:15pm HCF-hosted luncheon for USAO HCF coordinators (ATF HQ)
- 4:00pm - 4:30pm (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm (b) (5) meeting on (AW's office/conference call; call-in number: (b) (6), passcode: (b) (6)) - Weissmann, Andrew (CRM)
- 5:30pm - 7:30pm HCF happy hour (Poste Moderne, 555 8th St NW)
- 5:30pm - 6:00pm HCF Assistant Chief staffing (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, September 10

- National Health Care Fraud Training Conference by HCF Unit (ATF headquarters, Washington, DC) - Weissmann, Andrew (CRM) →
- 11:45am - 1:15pm Fraud Section attorney lunch (ATF HQ)
- 4:30pm - 7:00pm Daniel Hawke farewell reception (5-7pm) (Auditorium foyer, SEC, 100 F St NE)

## Friday, September 11

- 12:00am National Health Care Fraud Training Conference by HCF Unit (ATF headquarters, Washington, DC) - Weissmann, Andrew (CRM)
- (b) (6)
- 12:00pm - 1:00pm (b) (5) Opening Moot (Alison Anderson) (4502 (4 large)) - Saulino, Jennifer
- 3:30pm - 4:15pm Andrew/Becky call (Becky to call Andrew) - Weissmann, Andrew (CRM)

## Saturday, September 12

- (b) (6)
- 7:00pm - 9:00pm (b) (6) Weissmann, Andrew (CRM)

## Sunday, September 13

# September 14, 2015 - September 20, 2015

September 2015
Su Mo Tu We Th Fr Sa
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

October 2015
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, September 14

9:00am - 9:30am FRD Executive Management meeting (AW's office)

9:30am - 10:00am Call for panel at Indiv Accountability Conf (conference call; call-in number: (b) (6) ; participant code: (b) (6) ) - Weissmann, Andrew (CRM)

1:00pm - 1:45pm Executive Interview with (b) (6) (SFF & FCPA Detail) (VTC-B) - Luo, Jessica

2:30pm - 3:00pm (b) (5) update (AW's office ) - Weissmann, Andrew (CRM)

4:00pm - 4:30pm Review of (b)(5)(6) evaluation (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm (b) (5) update (AW's office ) - Weissmann, Andrew (CRM)

5:00pm - 5:45pm Executive Interview with (b) (6) (FCPA Detail) (VTC-B) - Luo, Jessica

(b) (6)

## Tuesday, September 15

10:00am - 10:15am Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)

11:20am - 11:50am Andrew/Becky/Kathleen/Laura (AW's office) - Weissmann, Andrew (CRM)

1:45pm - 2:00pm Andrew/Becky/Kathleen (AW's office) - Weissmann, Andrew (CRM)

3:00pm - 3:30pm Review of (b)(5)(6) evaluation (AW's office) - Weissmann, Andrew (CRM)

3:30pm - 4:00pm Andrew/Gejaa/Ben (AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:45pm Executive Interview with (b) (6) (Trial Attorney) (VTC-B) - Luo, Jessica

5:45pm - 6:30pm Executive Interview with (b) (6) (FCPA Detail) (VTC-B) - Luo, Jessica

## Wednesday, September 16

12:00am Individual Accountability Conference - Weissmann, Andrew (CRM)

9:30am - 10:30am Panel: Leveraging Corporate Cooperation to Advance Individual Accountability

## Thursday, September 17

12:00am Individual Accountability Conference - Weissmann, Andrew (CRM)

12:30pm - 1:30pm Strike Force

2:45pm - 3:15pm (b) (5) briefing (AW's office) - Weissmann, Andrew (CRM)

3:45pm - 4:00pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)

4:00pm - 5:00pm (b)(5) call-in info below/AW's office - room 4100 (4th floor), Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM)

(b) (6)

## Friday, September 18

(b) (6)

9:30am - 10:30am (b) (5) Opening Moot (Alison Anderson) (Bond 4th floor VTC) - Saulino, Jennifer

12:00pm - 1:40pm Lunch

12:30pm - 2:00pm Hiring Committee Meeting (4th floor VTC-B) - Luo, Jessica

2:10pm - 2:30pm Evaluations (AW to call (b)(5) at (b) (6) ) - Weissmann, Andrew (CRM)

2:30pm - 3:00pm FW: CONFIRMED: CONFERENCE CALL w/Chicago (CONFERENCE CALL NUMBER IS BELOW) - Swartz, Bruce

3:30pm - 4:00pm (b)(5) (Conf call; call-in number (b) (6) participant code, (b) (6) ) - Weissmann, Andrew (CRM)

4:15pm - 4:30pm Dan/Andrew re London (Dan to call Andrew at (b) (6) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm Becky / Andrew re 3% slides (Becky to call Andrew)

6:00pm - 7:00pm (b) (6) drink

## Saturday, September 19

## Sunday, September 20

# September 21, 2015 - September 27, 2015

September 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

October 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |



**Monday, September 21**

8:45am - 9:00am Swearing-in of Scott Anderson and Diidri Robinson (HCF) and Jessee Alexander-Hoeppner (SFF) (AW's office) - Weissmann, Andrew (CRM)

9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM) (b) (5)

10:00am - 10:15am (FCPA)  - Weissmann, Andrew (CRM)

11:15am - 11:45am Discussion re: topics for (b) (5) meeting (AW's office, Bond) - Weissmann, Andrew (CRM)

1:15pm - 1:45pm Review of evaluation (AW's office) - Weissmann, Andrew (CRM)

2:00pm - 2:30pm (b) (5) AW's office/dial-in info below) - Weissmann, Andrew (CRM)

2:30pm - 2:45pm Discussion re: FBI ICS training (AW's office) - Weissmann, Andrew (CRM)

3:00pm - 3:30pm AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:30pm Training Conference meeting (AW's office) - Weissmann, Andrew (CRM)

5:30pm - 6:00pm Call re: FCPA policy (AW to call in) a (b) (6)
(b) (6)

**Tuesday, September 22**

9:00am - 10:00am Corporate Metrics training for FCPA unit (11 large) - Weissmann, Andrew (CRM)

10:30am - 11:00am Call with David Green and Alex Lipman (conf call; number (b) (6) , leader code for AW (b) (6) )

11:00am - 12:00pm Meeting w (b) (5) financial team (1399 New York Ave NW) - Weissmann, Andrew (CRM)

12:45pm - 1:00pm Call with (b) (6) and Andrew Weissmann (b)(6) to call Andrew (b) (6) ) (b) (6)

2:00pm - 2:45pm Executive Interview with (b) (6) (FCPA Detail) (VTC-B) - Luo, Jessica

4:30pm - 5:00pm Patrick Stokes evaluation review (AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:30pm FCA discussion (AW's office) - Weissmann, Andrew (CRM)

5:30pm - 6:00pm Laura/Andrew re HCF (AW's office) - Weissmann, Andrew (CRM)

**Wednesday, September 23**

FBI ICS In-Service Training (Tampa, FL)

9:45am - 10:15am Arrive at FBI for VTC with Tampa (616 H St NW; call SSA (b) (6), (b) (7)(C) when you arrive)

10:15am - 11:00am Panel

3:00pm - 3:30pm Ben Singer evaluation review (AW's office) - Weissmann, Andrew (CRM)

**Thursday, September 24**

9:00am - 9:30am (b) (6) AW's office) - Weissmann, Andrew (CRM)

10:00am - 10:15am Kathleen evaluation (AW's office ) - Weissmann, Andrew (CRM)

10:30am - 11:00am Gejaa evaluation review (AW's office) - Weissmann, Andrew (CRM)

11:30am - 12:00pm Becky / Andrew re exception list - Rohr, Rebecca

1:30pm - 1:45pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)

1:45pm - 2:00pm (b) (6) /Weissmann meeting (AW's office) - Weissmann, Andrew (CRM)

2:15pm - 3:15pm Meet w/Fraud (OIA) - Rodriguez, Mary

2:15pm - 3:15pm Oia fraud coordination meeting (Oia) - Weissmann, Andrew (CRM)

(b) (6)

**Friday, September 25**

(b) (6)

2:00pm - 3:00pm (b) (5) Meeting with Appellate (Dial-In) - Tsao, Leo

3:30pm - 4:00pm Call with Andrew Weissmann and (b) (6) to call Andrew at (b) (6)

4:00pm - 4:30pm Becky / Andrew (Becky to call Andrew) - Rohr, Rebecca

**Saturday, September 26**

(b) (6)

**Sunday, September 27**

(b) (6)

# September 28, 2015 - October 4, 2015

September 2015
Su Mo Tu We Th Fr Sa
        1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

October 2015
Su Mo Tu We Th Fr Sa
              1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, September 28

(b) (6)

**9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)

**3:00pm - 4:00pm** (b) (5) **conference call** (b) (6) ( Participant: (b) (6)

## Tuesday, September 29

(b) (6)

**10:00am - 10:30am** (b) (5) **NPA call** (9am CST/10am EST/3pm London; dial-in (b) (6) participant code, (b) (6) ) - Weissmann, Andrew (CRM)

**12:30pm - 3:00pm SFO Seminar** ( Lincoln's Inn, The Great Hall, London, WCA 3TL)

**1:00pm - 2:00pm** (b) (5) **Opening Moot (Blanca Quintero) (10 a.m. PDT)** (Bond 4502; FBI Long Beach Field Office) - Saulino, Jennifer

## Wednesday, September 30

(b) (6)

## Thursday, October 1

**9:00am - 9:30am FCPA** (b) (5) **request** (AW's office) - Weissmann, Andrew (CRM)

**9:30am - 10:00am Stokes performance review** (AW's office) - Weissmann, Andrew (CRM)

**10:00am - 10:30am** (b) (5) Conf call - dial-in, (b) (6) ; participant code, (b) (6) ) - Weissmann, Andrew (CRM)

**12:00pm - 12:20pm Andrew/Ben call** (Ben to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**12:30pm - 12:45pm Andrew/Kathleen** (AW's office) - Weissmann, Andrew (CRM)

**1:00pm - 1:15pm Andrew/Brent** (AW's office) - Weissmann, Andrew (CRM)

**2:15pm - 2:45pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**2:45pm - 3:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

**4:00pm - 5:00pm FCPA Pilot** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

## Friday, October 2

(b) (6)

**12:00pm - 1:15pm Lunch**

**1:30pm - 2:00pm** (b) (5) **Monitorship Conference Call** (Call-in number, (b) (6) ; participant code, (b) (6) ) - Weissmann, Andrew (CRM)

**2:15pm - 2:45pm** (b) (5) (Becky's office/Call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**2:45pm - 3:30pm Becky/Andrew** (Becky to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**3:30pm - 3:45pm Detailee for HCF case** (Becky's office/Call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**4:00pm - 4:30pm Andrew/Ben** (Ben to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**5:00pm - 5:30pm Smith/Weissmann/Singer call** (Call, 4pm TN time, 5pm DC time; dial-in, (b) (6) participant code, (b) (6) ) - Weissmann, Andrew (CRM)

## Saturday, October 3

**10:30am - 11:00am Re:** (b) (6)

## Sunday, October 4

# October 5, 2015 - October 11, 2015

October 2015
Su Mo Tu We Th Fr Sa
            1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

November 2015
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

## Monday, October 5

PLI's White Collar Crime 2015: Prosecutors and Regulators Speak (Practising Law Institute, 1177 Avenue of the Americas, New York, NY 10036)

10:15am - 11:15am Panel - Policing the Markets:  Trading Violations in Securities, Commodities, and Derivatives Markets (PLI)

1:30pm - 2:00pm (b) (5) call (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)

(b) (6)

## Tuesday, October 6

9:00am - 9:30am CONFIRMED: Conference Call w/ (b) (6) (CONFERENCE CALL IS BELOW) - Swartz, Bruce

9:45am - 10:15am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

11:00am - 11:30am Meet and greet with Financial Times (b) (6) (Bond - 4421) - Weissmann, Andrew (CRM)

11:30am - 12:00pm Pre-meeting for (b) (5) (AW's office) - Weissmann, Andrew (CRM)

12:00pm - 12:45pm lunch - Weissmann, Andrew (CRM)

1:00pm - 3:00pm FY 2016 Three Percent Meeting with the Collection Resources Allocation Board (Main - Rm 7411) - Frary, Debra

5:15pm - 6:00pm Executive Interview; (b) (6) (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

6:00pm - 6:15pm Meeting w/ (b) (6) (AW's office) - Weissmann, Andrew (CRM)

(b) (6)

## Wednesday, October 7

7:30am - 8:30am Wood floor

9:00am - 9:30am Status of records at 1301 (AW's office (4100 Bond Building, 1400 NY Ave NW)) - Weissmann, Andrew (CRM)

11:00am - 10:00pm Detroit

11:00am - 12:00pm (b) (5) Opening Moot (Sipperly) (Bond 4th Floor VTC; SDNY VTC; NOLA VTC) - Saulino, Jennifer

3:30pm - 5:30pm (b) (5) planning meeting (20th Floor, USAO Detroit) - (b) (6), (b) (7)(C)

6:00pm - 8:00pm Boston Marathon bombing memorial event (701 Penn Ave NW)

## Thursday, October 8

10:00am - 10:30am Presentation of new HCF intranet website (4th VTC-A) - Weissmann, Andrew (CRM)

10:30am - 11:00am (b) (5) NPA (AW's office/Patrick to call at (b) (6) if available) - Weissmann, Andrew (CRM)

1:00pm - 1:30pm Meeting w/AD Joseph S. Campbell (FBI) and Chief Fraud Section Andrew Weissmann (CRM) re: Program Issues (CIS Conference Room 3645) - Campbell, Joseph S. (CID) (FBI)

3:00pm - 3:45pm Executive Interview; (b) (6) (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

3:45pm - 4:30pm Executive Interview; (b) (6) (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

4:30pm - 5:15pm Executive Interview (b) (6) (4th fl VTC-B)

5:15pm - 6:00pm Executive Interview HCF Assistant Chief- (b) (6) (4th floor VTC-B) - Bolinsky, Elizabeth (CRM)

## Friday, October 9

(b) (6)

2:00pm - 2:30pm Cross-Exam Training Prep (Andrew's Office) - Wernick, Ephraim (CRM)

## Saturday, October 10

## Sunday, October 11

# October 12, 2015 - October 18, 2015

October 2015
SuMo TuWe Th  Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

November 2015
SuMo TuWe Th  Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

## Monday, October 12

- ■ Columbus Day
- ■ **1:00pm - 2:00pm Conference Call re PLI London - January 21-22, 2016** ((see dial-in information below)) - Khuzami, Robert

## Tuesday, October 13

- ■ Rabo trial ny
- ■ **8:15am - 9:15am (b) (5) Discussion** (Conference Call) (b) (6), (b) (7)(C) FBI)
- ■ **1:00pm - 2:00pm FW: Invitation: (b) (5) Investigation Call** (Oct 13 01:00 PM EDT in U.S. Dial-in: (b) (6) ; passcode - (b) (6) ) (U.S. Dial-in (b) (6) ; passcode - (b) (6) Int'l Dial-in: (b) (6) /JonesDay
- ■ **1:00pm - 2:00pm** (b) (6)
- ■ **1:00pm - 2:00pm call**
- ■ **2:30pm - 3:00pm Company counsel panel** (Jennifer's office/group to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- ■ **4:00pm - 4:30pm FRD Executive Management meeting** (AW's office)
- ■ **5:15pm - 5:45pm (b) (5)** (4th floor VTC-B/group to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- ■ **5:45pm - 6:15pm (b) (5)** (4th floor VTC-B/group to call AW at 2 ) - Weissmann, Andrew (CRM)
- ■ (b) (6)

## Wednesday, October 14

- ■ **Mandatory Fraud Section Training: Introductory training for attorneys** (Training Center, 1301 New York Ave N.W., DC) - Weissmann, Andrew (CRM)
- ■ **6:00pm - 6:30pm Weissmann (b) (6) call** (b) (6) to call AW at (b) (6) Weissmann, Andrew (CRM)

## Thursday, October 15

- ■ **Mandatory Fraud Section Training: Section-wide** (Office of Justice Programs Conference Center, 810 7th Street, N.W., DC) - Weissmann, Andrew (CRM)
- ■ **9:00am - 9:45am Fraud Section's 60th Anniversary: Opening Remarks by AAG Leslie Caldwell** (Office of Justice Program Conference Center, 810 7th Street, N.W. ) - Caldwell, Leslie R
- ■ **11:00am - 11:30am Conference Call on WSJ story** - Pierce, Emily (OPA)
- ■ **12:00pm - 1:00pm ADM Brown Bag** (Bond, 5th Floor Conference Room) - Melton, Tracy
- ■ **5:15pm - 5:30pm Andrew/Nick** (training center) - Weissmann, Andrew (CRM)
- ■ (b) (6)

## Friday, October 16

- ■ (b) (6)
- ■ **1:35pm - 2:00pm (b) (5)** (conf call; dial-in, (b) (6) participant code, (b) (6) ) - Weissmann, Andrew (CRM)
- ■ **2:15pm - 2:45pm Proposed revisions to Filip/Yates factors** (conf call; dial-in, (b) (6) participant code (b) (6) ) - Weissmann, Andrew (CRM)
- ■ **3:00pm - 3:30pm (b) (6)** (Ben to call Andrew at (b) (6) ) - Weissmann, Andrew (CRM)
- ■ **4:30pm - 5:00pm (b) (5)** (conf call; dial-in, (b) (6) participant code, (b) (6) ) - Weissmann, Andrew (CRM)

## Saturday, October 17

## Sunday, October 18

# October 19, 2015 - October 25, 2015

October 2015
SuMo TuWe Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

November 2015
SuMo TuWe Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30



**Monday, October 19**

8:45am - 9:00am Swearing-in of Aleza Remis (HCF Houston) (AW's office) - Weissmann, Andrew (CRM)

9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

11:00am - 11:30am Office space (Andrew's office) - Rohr, Rebecca

11:30am - 12:15pm Executive Interview with ██ (b) (6) ██ (VTC-B) - Luo, Jessica

1:00pm - 1:45pm Executive Interview; ██ (b) (6) ██ (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

2:00pm - 3:00pm Meeting to Discuss (b) (6) Investigation / Strategic Path Forward ██ (b) (6) ██ Conference code: (b) (6) #) - Cruden, John (ENRD)

3:30pm - 4:15pm Executive Interview ██ (b) (6) ██ (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

4:30pm - 5:00pm (b)(6) GJ witness immunity request (AW's office/conf call - dial-in below) - Weissmann, Andrew (CRM)

5:00pm - 5:30pm Weissmann ██ (b) (6) ██ call (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)

(b) (6)

**Tuesday, October 20**

8:00am - 8:30am RE: Book

8:45am - 9:15am Weissmann ██ (b) (6) ██ Coffee (Le Pain Quotidien, 10th and F St) - Weissmann, Andrew (CRM)

9:30am - 10:00am (b)(6) (AW's office) - Weissmann, Andrew (CRM)

10:30am - 11:00am Prep: FCPA Pen and Pad Briefing (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

11:00am - 11:30am Meeting (5228 (OLC Conference Room)) - Lan, Iris (ODAG)

12:00pm - 1:15pm Weissmann (b) (6) lunch - Weissmann, Andrew (CRM)

2:00pm - 2:45pm Executive Interview; ██ (b) (6) ██ (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)

2:00pm - 3:00pm ██ (b) (5) ██ Opening Moot (Buford) (Bond 9th floor VTC; EDNY VTC) - Saulino, Jennifer

3:30pm - 3:45pm Meet and greet with Washington Post (Ellen Nakashima) (Bond - 4421) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm Fraud's quarterly validation process (AW's office) - Weissmann, Andrew (CRM)

5:30pm - 6:30pm Sec call

(b) (6)

**Wednesday, October 21**

3:30pm - 4:30pm Discussion re: Securities and Commodities Fraud working group (4 large)

(b) (6)

**Thursday, October 22**

8:30am - 9:00am Andrew/Joe coffee (Starbucks at NW corner of 14th St and NY Ave NW (across from Bond at 1400 NY Ave)) - Weissmann, Andrew (CRM)

1:30pm - 2:00pm (b) (5) AW's office) - Weissmann, Andrew (CRM)

2:00pm - 2:30pm ██ (b) (5) ██ meeting (PHB (601 D St NW) Room 8502/dial-in below)

4:30pm - 5:15pm Executive Interview (b) (6) 4th floor VTC-B) - Bolinsky, Elizabeth (CRM)

**Friday, October 23**

(b) (6)

(b) (6)

1:30pm - 1:45pm Call ██ (b) (6) ██ at Gibson Dunn ██ (b) (6) ██ to call AW's cell at ██ (b) (6) ██)

1:45pm - 2:00pm MLAT Timing (conf call; dial-in below) - Weissmann, Andrew (CRM)

2:00pm - 2:15pm Call w/ Michael Harper (new hire) (Michael to call AW cell, ██ (b) (6) ██)

2:15pm - 2:45pm USAM discussion (conf call, dial-in below) - Weissmann, Andrew (CRM)

2:45pm - 3:15pm Proposed revisions to Filip factors (conf call; dial-in ██ (b) (6) ██ participant code, (b) (6) ) - Weissmann, Andrew (CRM)

4:15pm - 4:45pm Call w (b) (6), (b) (7) re: questions for panel on 10/27 (b)(6) to call AW's work cell)

4:45pm - 5:15pm (b)(6) call to call AW at ██ (b) (6) ██) - Weissmann, Andrew (CRM)

**Saturday, October 24**

**Sunday, October 25**

# October 26, 2015 - November 1, 2015

| October 2015 | November 2015 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 | 1 2 3 4 5 6 7 |
| 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | 29 30 |



**Monday, October 26**

■ 8:30am - 9:00am RE: lunch the 21st? - Weissmann, Andrew (CRM)

■ 11:30am - 12:00pm FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

■ 1:00pm - 2:30pm SIGTARP Rescue Fraud Working Group (Confirmed) (SIGTARP, U.S. Department of Treasury, 1801 L Street, N.W. - First Floor Conference Room ) - Caldwell, Leslie R

■ 2:45pm - 3:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ 3:00pm - 3:30pm (AW's office) - Weissmann, Andrew (CRM)

■ 3:30pm - 4:15pm Executive Interview: (b) (6) (4 Large (4502/4504)) - Bolinsky, Elizabeth (CRM)

■ 4:15pm - 5:00pm Executive Interview (b) (6) (4504/4502 (4 Large)) - Bolinsky, Elizabeth (CRM)

■ 5:00pm - 5:45pm Executive Interview: (b) (6) (4 Large (4504/4502)) - Bolinsky, Elizabeth (CRM)

■ 5:45pm - 6:00pm Weissmann (b) (6), (b) (7) call re: FCPA pilot program (Ben to call Andrew at (b) (6) )) - Weissmann, Andrew (CRM)

■ 6:00pm - 6:15pm Weissmann/ (b) (6), (b) call re: FCPA pilot program

■ 6:15pm - 6:30pm Weissmann/ (b) (6) call re: FCPA pilot program (Brent to call AW at (b) (6) Weissmann, Andrew (CRM)

**Tuesday, October 27**

■ Ethics and Compliance Initiative Best Practice Forum (New Orleans, LA)
(b) (6)

■ 1:00pm - 2:00pm (b) (5) oral argument moot (conf call, dial-in below; 1-2pm EST/12-1pm CST) - Weissmann, Andrew (CRM)

■ 3:00pm - 4:15pm Panel: How Can You Show the Government That Your Program is Working? (3-4.15pm CST/4-5.15pm EST)

■ 3:30pm - 3:45pm Weissmann (b) (6) call re: FCPA pilot program (AW to call (b) (6) at (b) (6) ) - Weissmann, Andrew (CRM)

■ 7:00pm - 7:15pm Weissmann/Fardon/Wagner call re: FCPA pilot program (conf call, 6pm CST; dial-in below) - Weissmann, Andrew (CRM)
(b) (6)

**Wednesday, October 28**

■ 9:00am - 10:00am Meeting with (b) (6) and (b) (6) (4 small - 4421 - Bond Building ) - Weissmann, Andrew (CRM)

■ 10:00am - 10:30am REMINDER: Faculty Conference Call re: SEC & DOJ Hot Topics Breakfast Briefing, New York (Dial in: (b) (6) pass code: (b) (6) host code: (b) (6) (b) (6)

■ 10:00am - 12:00pm FW: SEC Municipal Securities Presentation (9th floor conf room) (9TH Floor Conf Room) - Dimock, Nathan

■ 11:00am - 12:00pm (b) (5) Opening Moot (Ritesh Srivastava) (11th floor VTC (DC)- CAC VTC) - Saulino, Jennifer

■ 11:15am - 11:30am Weissmann/AAG Carlin call (Andrew to call 4-4263) - Weissmann, Andrew (CRM)

■ 12:15pm (b) (5) Case (Conference Call to (b) (6) ) - Caldwell, Leslie R

■ 12:30pm - 1:30pm (b) (5) (AW office) - Weissmann, Andrew (CRM)

■ 4:00pm - 4:15pm Call with Sung-Hee (Sung-Hee to call Andrew's office ) - Weissmann, Andrew (CRM)

■ 4:30pm - 5:15pm Executive Interview: (b) (6) (4th Floor Large (4502/4504)) - Bolinsky, Elizabeth (CRM)

■ 5:15pm - 6:00pm Executive Interview: (b) (6) (4 Large) - Bolinsky, Elizabeth (CRM)

■ 6:00pm - 6:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
(b) (6)

**Thursday, October 29**

■ 10:00am - 11:00am (b) (5) Opening Moot (Shubhra Shivpuri) (11th floor VTC (DC) ) - Saulino, Jennifer

■ 10:15am - 10:30am Call re: civil coordination issues (Joe to call Andrew at (b) (6) ) - Weissmann, Andrew (CRM)

■ 10:30am - 11:30am SIGTARP quarterly meeting (AW's office) - Weissmann, Andrew (CRM)

■ 11:30am - 12:00pm (b) (5) analysis (AW's office) - Weissmann, Andrew (CRM)

■ 12:00pm - 12:30pm lunch

■ 1:00pm - 1:15pm Weissmann/ (b) (6) call (b) (5) to call Andrew at (b) (6) at 1pm EST/10am CST) - Weissmann, Andrew (CRM)

■ 1:45pm - 2:45pm (b) (5) AW's office) - Weissmann, Andrew (CRM)

■ 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

■ 4:00pm - 4:30pm Andrew/Jim/Ben (AW's office) - Weissmann, Andrew (CRM)

■ 4:30pm - 6:30pm Fraud Section 2nd Annual Halloween Party (Bond Building/9th floor conference room) - Weissmann, Andrew (CRM)

**Friday, October 30**

(b) (6)

■ 12:30pm - 2:00pm Lunch with (b) (6) (Morgan Library Dining Room)
(b) (6)

■ 2:15pm - 2:45pm FW: (b) (6) call w/Sung-Hee/ (b) (6) (call in numbe (b) (6) code (b) (6)

■ 2:45pm - 3:15pm (b) (5) (Jennifer's office/call AW at (b) (6) ) - Weissmann, Andrew (CRM)

■ 3:30pm - 4:00pm (b) (5) (call; Kathleen's office/call AW at (b) (6) ) - Weissmann, Andrew (CRM)

■ 4:15pm - 5:00pm Coffee

**Saturday, October 31**

**Sunday, November 1**

# November 2, 2015 - November 8, 2015

| November 2015 | December 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1  2  3  4  5  6  7 |        1  2  3  4  5 |
| 8  9 10 11 12 13 14 |  6  7  8  9 10 11 12 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
| 29 30 | 27 28 29 30 31 |

## Monday, November 2

- **11:30am - 12:00pm Meeting with Rob** (AW's office) - Weissmann, Andrew (CRM)
- **1:15pm - 1:45pm FRD Executive Management meeting** (AW's office)
- **3:00pm - 3:30pm Backgrounder call on compliance counsel** (reporter to call AW's office number)
- **4:00pm - 4:30pm** (b) (5) **monitorship** (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm Compliance counsel contract** (AW's office/call-in below) - Weissmann, Andrew (CRM)
- **5:00pm - 5:45pm Executive Interview;** (b) (6) (4th Floor VTC-B) - Bolinsky, Elizabeth (CRM)
- **5:45pm - 6:15pm Meeting** (AW's office) - Weissmann, Andrew (CRM)
- **6:15pm - 6:45pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Tuesday, November 3

- **7:00am - 5:00pm NYC**
- **2:30pm - 3:30pm Sila Luis v. United States (Dreeben moot)**
- **4:45pm - 5:15pm Meeting with Hui Chen** (AW's office ) - Weissmann, Andrew (CRM)
- **5:15pm - 5:45pm Call with** (b) (6) **, Andrew Weissmann and** (b) (6) (Dial in: 8 (b) (6) Pass Code: (b) (6) # Host Code: (b) (6)
- **5:45pm - 6:15pm London trip in December** (AW's office) - Weissmann, Andrew (CRM)
- **7:30pm - 8:30pm** (b) (6), (b) (7)(C) Weissmann, Andrew (CRM)

## Wednesday, November 4

- **10:45am - 11:00am Pre-FY2016 budget meeting** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:45am Fraud - FY16 Budget Meeting** (Bond 4th floor VTC (4204-A) Conference Room) - (b) (6)
- **4:00pm - 4:45pm** (b) (5) (b) (6) s office, Main Justice) - Weissmann, Andrew (CRM)
- **5:00pm - 5:45pm Call w/ Utah USAO and prep call** (5-5.15pm: prep; 5.15-5.45pm, conf call, dial-in below) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, November 5

- **8:15am - 8:45am** (b) (5)
- **10:30am - 11:00am Mtg w/ Andrew Weissmann** (Au Bon Pain) - (b) (6)
- **11:30am - 12:00pm Executive Interview** (b) (6) (4th fl VTC) - Bolinsky, Elizabeth (CRM)
- **12:00pm - 1:15pm Intern brown-bag lunch with the Chief** (4 large (4502/4504)) - Weissmann, Andrew (CRM)
- **1:30pm - 2:00pm** (b) (5) **Bi-weekly Meeting** (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm Andrew/Stacie** (AW's office) - Weissmann, Andrew (CRM)
- **2:45pm - 3:00pm Meeting w Ben and FBI agent on** (b) (6)
- **3:45pm - 4:00pm Meeting to discuss** (b) (6) **interview** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:15pm Andrew/Gejaa** (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 5:45pm Term to perm and on-hold candidates** (AW's office) - Weissmann, Andrew (CRM)

## Friday, November 6

- (b) (6)
- **1:45pm - 2:00pm Call re: FCPA** (Dan to call AW at (b) (6) Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Mail fraud, wire fraud, and the Travel Act** (conf call) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm NSD -- to call me.**
- **3:00pm - 3:30pm Status call w/ENRD re: coordination issues and anticipated resource needs** (conf call, dial-in below)
- **3:45pm - 4:15pm** (b) (6) (Room 2216, OAAG Conference Room ) - Caldwell, Leslie R
- **4:30pm - 5:00pm** (b) (5) (conf call; dial-in below) - Weissmann, Andrew (CRM)
- (b) (6)

## Saturday, November 7

## Sunday, November 8

# November 9, 2015 - November 15, 2015

| November 2015 | | | | | | | | December 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | | | | | | | 27 | 28 | 29 | 30 | 31 | | |

## Monday, November 9

- **9:00am - 9:30am Your Panel-ACI's 32nd FCPA Conference** (Dial-In Details) - (b) (6)
- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 10:30am RR 2015 Appraisal review** (AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am Faculty Conference Call re: SEC & DOJ Hot Topics Breakfast Briefing, New York** (Dial in: (b) (6) pass code: (b) (6) host code: (b) (6) #) - (b) (6)
- **12:30pm - 1:00pm (b) (5) trial team congratulations** (AW's office (office 4100, 1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- **1:15pm - 2:00pm Executive Interview;** (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- **3:00pm - 3:45pm Executive Interview;** (b) (6) (4 Large (4502/4504)) - Bolinsky, Elizabeth (CRM)
- **4:45pm - 5:15pm Executive Interview;** (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- (b) (6)

## Tuesday, November 10

- **8:00am - 9:00am Coffee Andrew/Ray** (Corner Bakery) - Hulser, Raymond
- **11:00am - 11:30am HCF unit** (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm Asset Forfeiture fund** (AW's office) - Weissmann, Andrew (CRM)
- **12:15pm - 1:15pm lunch** - Weissmann, Andrew (CRM)
- **2:15pm - 2:45pm Executive Interview;** (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- **3:00pm - 3:30pm (b) (5) trial team congratulations** (AW's office/conference call - dial-in below) - Weissmann, Andrew (CRM)
- **3:30pm - 3:45pm Plaque ceremony for Brent Wible** (4th floor VTC-A) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Executive Interview;** (b) (6) (4th fl VTC) - Bolinsky, Elizabeth (CRM)
- **4:30pm - 5:00pm (b) (5) prep for Friday** - Weissmann, Andrew (CRM)
- **5:00pm - 6:00pm (b) (5) meeting** (4th floor VTC-A) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, November 11

- Veterans Day

## Thursday, November 12

- NYC
- **9:00am - 11:30am Sandpiper Partners' DOJ & SEC Hot Topics Conference** (The Metropolitan Club, One East 60th Street) - (b) (6)
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **3:00pm - 3:40pm Hui/Andrew call re: NYU roundtable** (AW to call Hui at 646-584-0963) - Weissmann, Andrew (CRM)
- **3:45pm - 4:15pm Call with (b) (6) , Andrew Weissmann, Andrew Ceresney (b) (6) re Leaders Council** (Dial in (b) (6) Pass Code (b) (6) Host Code: (b) (6) (b) (6) ) - 
- **4:15pm - 4:45pm Call re FCPA (b) (6) /Passcode (b) (6) )** - Caldwell, Leslie R
- **5:00pm - 5:30pm Weissmann/NSD call on FCPA pilot program** (conf call; dial-in below) - Weissmann, Andrew (CRM)

## Friday, November 13

- (b) (6)
- **12:30pm - 2:00pm Roundtable discussion on compliance at NYU Law** (Lester Pollack Colloquium, NYU School of Law, 245 Sullivan Street, 9th Floor, NYC)
- (b) (6)

## Saturday, November 14

## Sunday, November 15

# November 16, 2015 - November 22, 2015

| November 2015 | December 2015 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2  3  4  5  6  7 | 1  2  3  4  5 |
| 8  9 10 11 12 13 14 | 6  7  8  9 10 11 12 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
| 29 30 | 27 28 29 30 31 |

## Monday, November 16

- 8:45am - 9:00am Swearing-in of Alexis Gregorian (HCF), Dennis Kihm (FCPA) and Brian Kidd (SFF) (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM),
- 10:00am - 10:30am Cnf call
- 1:00pm - 1:30pm Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:15pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 2:15pm - 3:00pm Executive Interview (b) (6) (4th fl VTC) - Bolinsky, Elizabeth (CRM)
- 3:00pm - 3:30pm Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 5:30pm (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:30pm (b) (6), (b) (7)(C)

## Tuesday, November 17

- 9:00am - 9:15am Weissmann, (b) (6) call re: (b) (6) to call Andrew at (b) (6) ) - Weissmann, Andrew (CRM)
- 9:30am - 9:45am Andrew/Sandra (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:15pm Lunch with (b) (6)
- 2:30pm - 3:00pm Meet and greet w/ FBI and compliance counsel (FBI) - Weissmann, Andrew (CRM)
- 4:00pm - 4:45pm HCF AC recommendations (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm Andrew (b) (6) (AW to call (b) (6) ) - Weissmann, Andrew (CRM)

## Wednesday, November 18

- 32nd International Conference on the Foreign Corrupt Practices Act (National Harbor, MD)
- 8:00am - 8:30am (b) (6)
- 10:30am - 11:15am Interview, ACI FCPA conference (Gaylord Hotel and Convention Center, National Harbor, MD)
- 1:00pm - 2:00pm (b) (6) lunch
- 3:00pm - 3:30pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:15pm Re: your message
- 4:15pm - 4:45pm Technology (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm Spending of 3% funds (AW's office) - Weissmann, Andrew (CRM)

## Thursday, November 19

- 10:00am - 10:10am Welcome for Brian Kidd (new SFF employee) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Meet and greet with Andrew Weissmann (Andrew's office, 4100 ) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm (b) (5) Opening Moot (Young) (11 Large (11111))
- 2:00pm - 3:00pm Weissmann (b) (6), (b) (7)(C) meeting (Office 4100, Bond Building (1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- 3:45pm - 4:15pm Executive Interview: (b) (6) (4 Small (4421)) - Bolinsky, Elizabeth (CRM)
- 5:30pm - 6:30pm Intern Happy Hour (Woodward Table) - McDonald, James (b) (6)

## Friday, November 20

- (b) (6)
- 2:00pm - 2:30pm (b) (6) Bi-weekly Meeting (Ben to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Call w/ (b) (6) at Cooley (AW to call (b) (6) at (b) (6) )

## Saturday, November 21

## Sunday, November 22

# November 23, 2015 - November 29, 2015

November 2015
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

December 2015
Su Mo Tu We Th Fr Sa
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, November 23**

(b) (6)    →
(b) (6)

**11:00am - 11:30am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)

**11:30am - 12:00pm Becky / Andrew** - Rohr, Rebecca

**12:15pm - 12:35pm Suh call** (Suh to call aw. On cell. ) - Weissmann, Andrew (CRM)

**1:00pm - 1:10pm Call w/** (b) (6) **re:** (b) (5) (b) (6) to call AW at (b) (6)

**1:30pm - 2:00pm Weissmann/Singe** (b) (6) **call** (Ben (b) (7) to call AW a (b) (6) Weissmann, Andrew (CRM)

**3:30pm - 3:45pm SFO training** (conf call; dial-in below) - Weissmann, Andrew (CRM)

6:00pm - 9:00pm Fall 2015 Leaders Council (NYC)

**Tuesday, November 24**

(b) (6)    →
(b) (6)

**8:30am - 9:30am New Event**

**9:30am - 10:00am** (b) (5) **Monitor Selection** (conf call; dial-in below) - Weissmann, Andrew (CRM)

**10:30am - 11:30am Singer** - Weissmann, Andrew (CRM)

**11:00am - 11:30am HCF** (b) (5) **discussion** (conf call; info below) - Weissmann, Andrew (CRM)

**12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy

**12:00pm - 1:00pm Car service**

**3:00pm - 3:30pm** (b) (5) (conf call; dial-in below) - Weissmann, Andrew (CRM)

**Wednesday, November 25**

(b) (6)

**12:30pm - 2:00pm Lunch**

**Thursday, November 26**

Thanksgiving

**Friday, November 27**

(b) (6)

**1:00pm - 2:00pm** (b) (5) **- Re-Circulating call-in information - for 1:00 PM (DC TIME) TODAY** (Call-in number below ) - Burke, Betsy

**Saturday, November 28**

**Sunday, November 29**

# November 30, 2015 - December 6, 2015

**November 2015**
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**December 2015**
Su Mo Tu We Th Fr Sa
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, November 30

**9:00am - 9:30am FIC** (conf call; dial-in below) - Weissmann, Andrew (CRM)

**9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)

**10:00am - 11:00am Call - NYU Law, Center on Law and Security** (conf call; dial-in below)

**12:00pm - 1:00pm** (b) (5) **Pros memo** (4th floor VTC/conf call, dial-in below) - Weissmann, Andrew (CRM)

**2:30pm - 3:00pm Weekly DAAG-FRD check-in** (AW to call SHS office) - Suh, Sung-Hee (CRM)

**4:15pm - 4:30pm Holiday party discussion** (conf call; dial-in below) - Weissmann, Andrew (CRM)

## Tuesday, December 1

**10:15am - 10:45am FCPA Pilot Program Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

**2:30pm - 2:45pm Weissmann/**(b) (6)**call** (b) (6) to call (b) (6) - Weissmann, Andrew (CRM)



## Wednesday, December 2

**12:00pm - 1:15pm Lunch** (b) (6) (tbd)

**1:30pm - 2:00pm Andrew/Patrick** (AW's office) - Weissmann, Andrew (CRM)

**2:00pm - 2:30pm Meeting** (AW's office) - Weissmann, Andrew (CRM)

**3:30pm - 4:00pm Andrew/Becky/Patrick** (AW's office) - Weissmann, Andrew (CRM)

**4:30pm - 5:00pm HCF term to perm conversions** (AW's office) - Weissmann, Andrew (CRM)

## Thursday, December 3

**11:00am - 11:30am** (b) (5) (Andrew's Office) - Chen, Hui (CRM)

**12:00pm - 1:00pm kahn meeting** - Weissmann, Andrew (CRM)

(b) (6)

## Friday, December 4

(b) (6)

(b) (6)

**2:30pm - 3:15pm Coffee w/Pablo Quinones** (Despaña, 408 Broome St)

**3:30pm - 4:00pm** (b)(6) **Bi-weekly Meeting** (Ben to call AW at (b) (6) - Weissmann, Andrew (CRM)

## Saturday, December 5

## Sunday, December 6



# December 7, 2015 - December 13, 2015

| December 2015 | January 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|           1  2  3  4  5 |                 1  2 |
|  6  7  8  9 10 11 12 |  3  4  5  6  7  8  9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 |
| | 31 |

## Monday, December 7

- **8:45am - 9:00am Swearing-in of Steve Cincotta (HCF)** (AW's office) - Weissmann, Andrew (CRM)
- **9:00am - 9:30am FRD Executive Management meeting** (AW's office)
- **9:30am - 10:00am Performance Appraisal discussion** (AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am Meeting with CEO/General Counsel** (b) (5) **(Confirmed)** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **11:15am - 12:00pm Executive Interview:** (b) (6) (4th Fl VTC) - Bolinsky, Elizabeth (CRM)
- **1:15pm - 1:30pm** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **2pm - 4:00pm 2015 Criminal Division AAG Awards** (Great Hall, Main Justice) - Weissmann, Andrew (CRM)
- **4:45pm - 5:00pm Andrew/Dan** (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm Jennifer/Andrew** (AW's office) - Weissmann, (b) (6)

## Tuesday, December 8

- **8:00am - 9:00am RE: lunch/coffee?**
- **9:15am - 9:30am Bitkower call** - Weissmann, Andrew (CRM)
- **12:45pm - 2:45pm Hold for Director OIA Interviews** (Main 2216) - (b) (6)
- **1:30pm - 2:15pm Break** (1:30-2:15pm)
- **3:00pm - 6:00pm Criminal Division's Holiday Open House** (OAAG, Main Justice)
- (b) (6)

## Wednesday, December 9

- **11:30am - 12:00pm** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **3:45pm - 4:15pm Executive Interview** (b) (6) (4 Large (4502/4504)) - Bolinsky, Elizabeth (CRM)
- **4:45pm - 5:30pm ACTS** (4th floor VTC-A) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, December 10

- **FW: DOMESTIC TERRORISM EXECUTIVE COMMITTEE MEETING** (AGAC II Conference Room # 2517 / RFK Main Justice Bldg / Elevator bank # 4 ) (b) (6)
- **8:00am - 9:00am breakfast**
- **9:15am - 10:00am** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 10:30am Fraud Section office space** (AW's office) - Weissmann, Andrew (CRM)
- **10:45am - 11:00am Talk w/** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm Becky / Andrew re SFO** - Rohr, Rebecca
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **4:30pm - 5:00pm Call w/** (b) (6) AW to call (b) (6) at (b) (6)
- (b) (6)

## Friday, December 11

- **10:00am - 11:00am Annual Ethics Training** (1301 NY Ave NW - Training Center) - doj-crm-training
- **11:30am - 12:00pm Becky / Andrew re checklist** - Rohr, Rebecca
- **12:00pm - 1:00pm Compliance Brown Bag Lunch** (11th floor large conf room (11111), Bond Building) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm Call with Andrew Weissmann and** (b) (6) to call Andrew at (b) (6)
- **3:00pm - 3:30pm Term/perm timeline discussion** (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Saturday, December 12

- (b) (6)

## Sunday, December 13

- **4:30pm - 4:45pm Kahn to call** (b) (6) - Weissmann, Andrew (CRM)
- **5:00pm - 5:15pm Zink to call** (b) (6) - Weissmann, Andrew (CRM)

# December 14, 2015 - December 20, 2015

| December 2015 | January 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 | 1 2 |
| 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 |
| | 31 |

## Monday, December 14

Reserved for DAAG Sung-Hee Suh and Chief Andrew Weissmann (Confirmed) (Room 2109, OAAG Conference Room ) - Caldwell, Leslie R

9:15am - 9:45am pre-meet - Weissmann, Andrew (CRM)

9:45am - 10:15am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

10:30am - 12:00pm Hold for Director OIA Interviews (Main 2216 ) - (b) (6)

12:15pm - 1:15pm SDNY meeting (4th floor VTC-A) - Weissmann, Andrew (CRM)

1:30pm - 4:00pm Hold for Director OIA Interviews  (Location TBD ) - (b) (6)

3:00pm - 6:00pm Fraud Section Annual Holiday Party (Bond, 4th floor) - Weissmann, Andrew (CRM)

## Tuesday, December 15

12:00am DOJ/SFO/FCA Symposium (London)   →

7:00pm Hold Dates for DOJ/SFO/FCA Symposium (SFO) - Stokes, Patrick   →

## Wednesday, December 16

DOJ/SFO/FCA Symposium (London)   →

Hold Dates for DOJ/SFO/FCA Symposium (SFO) - Stokes, Patrick   →

11:00am - 11:45am SFF Weekly Management meeting (Kathleen's office) - Weissmann, Andrew (CRM)

## Thursday, December 17

12:00am DOJ/SFO/FCA Symposium (London)   →

7:00pm Hold Dates for DOJ/SFO/FCA Symposium (SFO) - Stokes, Patrick   →

## Friday, December 18

8:00am - 8:30am OIA Discussion  (Conference Call) - (b) (6)

10:15am - 11:00am OIA (b)(6) Meeting/Call with Leslie (OAAG Conference Room, Room 2107) - Caldwell, Leslie R

## Saturday, December 19

## Sunday, December 20

# December 21, 2015 - December 27, 2015

December 2015
SuMo TuWe Th Fr Sa
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

January 2016
SuMo TuWe Th Fr Sa
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, December 21
- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **12:15pm - 1:15pm Lunch with attorneys** (Old Ebbitt Grill) - Weissmann, Andrew (CRM)
- **1:30pm - 2:00pm** (b) (5) (AW's office/dial-in below if needed) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Andrew (b) (6) call (b) (6)** to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm Call hcf selectees**
- **2:45pm - 3:00pm Andrew/Gejaa/Shubhra** (AW's office) - Weissmann, Andrew (CRM)
- **4:15pm - 4:30pm Andrew/Gejaa/Jon call** (AW's office/AW to call Jon a (b) (6) Weissmann, Andrew (CRM)
- **4:30pm - 4:45pm Andrew/Gejaa/Sally call** (AW's office/AW to call (b) (6) ) - Weissmann, Andrew (CRM)
- **4:45pm - 5:00pm Andrew/Gejaa/Malisa call** (AW's office/AW to call Malisa at (b) (6) ) - Weissmann, Andrew (CRM)
- **5:00pm - 5:15pm Andrew/Gejaa/Ashlee** (AW/Gejaa to call Ashlee at
- **5:15pm - 5:30pm Andrew/Gejaa/Brendan call** (AW's office/AW to
- **5:30pm - 6:00pm Andrew/Ben** (AW to cell Ben at (b) (6) ) - (b) (6)

## Tuesday, December 22
- **9:00am - 9:30am Call with** (b) (6) to call AW at (b) (6) )
- **9:30am - 9:45am** (b) (6) - Weissmann, Andrew (CRM)
- **10:15am - 10:30am** (b) (6) to call AW's office)
- **12:00pm - 1:00pm Lunch with Andrew Weissman** (Casa Luca, 1099 New York Avenue, N.W. 202-628-1099) - Caldwell, Leslie R
- **2:30pm - 3:00pm Kathleen/Andrew** (Kathleen to call AW at (b) (6) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** (b) (5) **Monitor Memo** (conf call/dial-in below) - Weissmann, Andrew (CRM)
- **3:30pm - 5:30pm Training**
- **6:30pm - 7:30pm Caldwell**

## Wednesday, December 23
- **10:00am - 10:15am RE: Vaughn Ary**
- **12:30pm - 1:00pm Fwd: Hello from** (b) (6) cousin)
- **1:30pm - 2:00pm Mtg** - Weissmann, Andrew (CRM)

## Thursday, December 24
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

## Friday, December 25
- Christmas

## Saturday, December 26

## Sunday, December 27

# December 28, 2015 - January 3, 2016

December 2015
Su Mo Tu We Th Fr Sa
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

January 2016
Su Mo Tu We Th Fr Sa
                 1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, December 28**

(b) (6)

3:30pm - 4:30pm (b) (5) **Opening Moot (Maurer)** *(4th Fl VTC)* - Saulino, Jennifer

**Tuesday, December 29**

(b) (6)

9:30am - 10:30am (b) (5) **Opening Moot (Stewart)** *(4th fl VTC (DC)- VTC Miami)* - Saulino, Jennifer

**Wednesday, December 30**

(b) (6)

**Thursday, December 31**

(b) (6)

1:30pm - 2:00pm (b) (6) **Bi-weekly Meeting** *(AW's office)* - Weissmann, Andrew (CRM)

**Friday, January 1**

(b) (6)

**Saturday, January 2**

**Sunday, January 3**

11:00am - 11:30am Call re (b) (6) *(Details Below)* - Hall, Thomas

12:45pm - 1:15pm FW: FBI/DOJ Call on (b) (5) *(Dial-in:* (b) (6) Participant Code: (b) (6) - Jansen, Alexia (C

1:15pm - 1:45pm Call with FCC IG *(Dial-In Included)* - Hall, Thomas

8:00pm - 8:30pm FW: DOJ/FBI/FCC Call *(Dial-in:* (b) (6) Participant Code (b) (6) - Jansen, Alexia (CRM)



# January 4, 2016 - January 10, 2016

January 2016
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

February 2016
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29

## Monday, January 4

- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **11:15am - 11:45am** (b)(6) (AW's office/dial-in below if needed) - Weissmann, Andrew (CRM)
- **1:30pm - 2:15pm Discussion re: 2015 Performance Award Recommendations** (AW's office) - Weissmann, Andrew (CRM)
- **2:15pm - 2:45pm** (b)(5) Bank (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** (b)(5) Resolution (AW's Office) - Stokes, Patrick
- **3:30pm - 4:00pm** (b)(5) (AW's office/AW to call SHS at (b)(6)) - Weissmann, Andrew (CRM)
- **4:15pm - 4:45pm Executive Interview:** (b)(6) (4th Floor VTC) - Bolinsky, Elizabeth (CRM)
- **5:00pm - 5:30pm** (b)(6) (AW's office) - Weissmann, Andrew (CRM)
- **5:45pm - 6:00pm Rob/Andrew** (AW's office) - Weissmann, Andrew (CRM)

## Tuesday, January 5

- **9:30am - 10:00am Call**
- **10:30am - 11:00am Call re: Chicago white collar crime conf in April**
- **11:15am - 11:30am Kathleen/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm call**
- **12:00pm - 1:15pm Weissmann/** (b)(6) **lunch** (tbd) - Weissmann, Andrew (CRM)
- **3:00pm - 4:00pm Fraud Items** (Bond 5th Floor Conference Room) - Melton, Tracy
- **7:00pm - 7:30pm** (b)(6) **communicating potential offer/position to Company** (AW's office/conf call, call-in info below) - Weissmann, Andrew (CRM)

## Wednesday, January 6

- **11:00am - 11:30am Weissmann** (b)(6) **call** (b)(6) to call AW at (b)(6) Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm** (b)(6) **Prosecution Team Position** (AW's office/conf call; dial-in below) - Weissmann, Andrew (CRM)
- **2:30pm - 3:15pm** (b)(6) (AW's office/conf call; info below) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm Weissmann/Goldberg call** (AW to call (b)(6)) - Weissmann, Andrew (CRM)
- **4:15pm - 5:00pm Executive Interview:** (b)(6) (4th Floor VTC) - Bolinsky, Elizabeth (CRM)
- **5:00pm - 5:30pm Becky / Andrew** - Rohr, Rebecca

## Thursday, January 7

- **9:30am - 10:00am Re: Two things**
- **11:00am - 11:15am Plaque ceremony for Wade Weems and John-Alex Romano** (4th floor VTC-A) - Weissmann, Andrew (CRM)
- **12:00pm - 12:15pm Rob/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **1:00pm - 1:15pm Ben/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **1:15pm - 2:00pm Executive Interview:** (b)(6) (4th Floor VTC) - Bolinsky, Elizabeth (CRM)
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **4:30pm - 5:00pm Discussion re: Paris conference, June 2016** (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 5:30pm Rob/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **5:30pm - 6:00pm Interview Hold:** (b)(6) (VTC 4th Floor ) - Bolinsky, Elizabeth (CRM)

## Friday, January 8

- **9:30am - 10:00am Meeting** (AW's office, (b)(6) to call (b)(6) if not in DC) - Weissmann, Andrew (CRM)
- **10:00am - 10:30am** (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am Jill meeting** (on 5th floor) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm Call re: speaking at Virginia Journal of Criminal Law Symposium** (b)(6) to call AW at (b)(6) Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm Farewell to Chuck La Bella** (11 large - VTC with SDCA) - Weissmann, Andrew (CRM)
- (b)(6)

## Saturday, January 9

## Sunday, January 10

# January 11, 2016 - January 17, 2016

| January 2016 | | | | | | | | February 2016 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | | 28 | 29 | | | | | |
| 31 | | | | | | | | | | | | | |

## Monday, January 11

- 8:45am - 9:00am Swearing-in of new attorneys (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 11:00am DATE/TIME CHANGE: London PLI Prep Call w/Rob Khuzami ((see dial-in information below)) - Khuzami, Robert
- 1:00pm - 1:15pm **(b)(6)** and discovery - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm SIFMA Culture Panel Prep Call with Andrew Weissmann **(b) (6)** ) - **(b) (6)**
- 2:30pm - 3:00pm **(b) (5)** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:00pm - 3:30pm Interview with Melissa Anderson, Financial Times Agenda (Main room 1213 (Nicole Navas' office)) - Carr, Peter (OPA)
- 3:30pm - 4:00pm Interview with Anne-Marie Zell, TRACE International (Main room 1213 (Nicole Navas' office)) - Carr, Peter (OPA)
- 4:15pm - 4:30pm Kahn - Weissmann, Andrew (CRM)
- **(b) (6)**
- **(b) (6)**

## Tuesday, January 12

- 9:30am - 9:45am Intro to New Attorney training (4th floor VTC)
- 12:00pm - 1:15pm Andrew **(b) (6)** lunch (tbd) - Weissmann, Andrew (CRM)
- 1:30pm - 1:45pm Andrew **(b) (6)** (AW's office)
- 4:00pm - 4:30pm **(b) (5)**     **(b) (6)** Prober, Raphael (ODAG)

## Wednesday, January 13

- 9:00am - 9:30am Compliance Contractor meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:45am - 12:30pm Performance awards (AW's office/Gejaa to call **(b) (6)** ) - Weissmann, Andrew (CRM)
- 1:00pm - 1:15pm Call re: Fraud applicant waiver denied (AW's office **(b) (6)** to call AW at **(b) (6)** ) - Weissmann, Andrew (CRM)
- 1:15pm - 1:45pm **(b) (5)** (AW's office/conf call; dial-in below) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Weissmann **(b) (6)** call **(b) (6)** to call AW at **(b) (6)** - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Pre-Meet FCPA (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

## Thursday, January 14

- 10:00am - 10:30am **(b) (6)** Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Suh - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm ABA White Collar Conference Call (Call-in Below) - **(b) (6)**
- 11:30am - 12:00pm Call
- 12:30pm - 1:30pm Pablo/Andrew/Sung-Hee Lunch (Central, 1001 Pennsylvania) - Suh, Sung-Hee (CRM)
- 2:00pm - 2:30pm Space in DC (AW's office/conf call, dial-in below) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm FCPA Pilot Project Meeting (Room 4111) - Yates, Sally (ODAG)
- 4:30pm - 5:00pm Patrick/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm HUD/FHA Certification (AW's office) - Weissmann, Andrew (CRM)

## Friday, January 15

- 9:15am - 10:00am Executive Interview **(b) (6)** (3 Large (3504)) **(b) (6)** CRM)
- 10:00am - 10:30am **(b) (5)** (AW'S office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Unit meetings (AW's office) - Weissmann, Andrew (CRM)
- **(b) (6)**
- 2:30pm - 3:00pm PCC Panel Planning Call- Meeting of the Enforcement Minds (Please call **(b) (6)** Access Code **(b) (6)** - **(b) (6)**
- **(b) (6)**

## Saturday, January 16

## Sunday, January 17

# January 18, 2016 - January 24, 2016

| January 2016 | | | | | | | February 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | | | | | |
| 31 | | | | | | | | | | | | | |

## Monday, January 18

- MLK Day

## Tuesday, January 19

- 9:00am - 9:30am FRD Executive Management meeting (AW's office) ■
- 9:30am - 10:15am Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 10:15am - 11:00am Executive Interview; (b) (6) (4th Floor VTC) - Bolinsky, Elizabeth (CRM)
- 11:00am - 11:45am Executive Interview; (b) (6) (4th Floor VTC) - Bolinsky, Elizabeth (CRM)
- 12:00pm - 12:30pm (b) (7) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm (b) (5) Opening Moot (M. O'Neill) ( 4th floor VTC (DC), NOLA VTC, EDVA VTC (2nd fl training room)) - Quinones, Pablo (CRM)
- 3:00pm - 4:00pm FW: Next Diversity Committee meeting (1301 NY Ave, training center on the 5th Floor) - Stemler, Patty
- 3:30pm - 4:15pm CONFIRMED: Ukraine Prosecutors Delegation (ROOM CHANGE AGAIN: Room 2216, Andretta Room (Main Justice)) - Swartz, Bruce
- 5:00pm - 5:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 6:00pm - 7:00pm (b) (6)
- 7:30pm - 9:00pm (b) (6)

## Wednesday, January 20

- 9:00am - 9:30am Asset Forfeiture Attorney Pilot Program (Andrew's office (4100) ) - Weissmann, Andrew (CRM)
- 9:30am - 10:00am Pre-meet for AAG meeting (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Mid-year reviews (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 8:30pm Reception and dinner for (b) (6) , recipient of Marshall Award for Innovation in Corporate Ethics (The Westin Crystal City, 1800 Jefferson Davis Highway, Arlington, VA)

## Thursday, January 21

- Travel to London
- 9:00am - 9:30pm (b) (6)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- (b) (6)

## Friday, January 22

- PLI's 15th Annual Institute on Securities Regulation in Europe (London)
- 9:15am - 10:00am (b) (7) Call re Corporate Resolution Timing (John & Ben to Call Andrew) - Singer, Benjamin
- 9:30am - 10:30am Panel - "Enforcement Priorities and Programs Impacting European Issuers"
- 10:30am - 11:00am Jennifer/Andrew re: (b) (5) (Jennifer to call Andrew at 12:00 DC/5:00 London time at (b) (6) ) - Weissmann, Andrew (CRM)

## Saturday, January 23

## Sunday, January 24

- (b) (6)

# January 25, 2016 - January 31, 2016

| January 2016 | | | | | | | | February 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | | 28 | 29 | | | | | |
| 31 | | | | | | | | | | | | | | |



**Monday, January 25**

(b) (6)
(b) (6)
(b) (6)
(b) (6)
12:30pm - 5:24pm (b) (6) (tentative - will be canceled if not needed)
(b) (6)

**Tuesday, January 26**

(b) (5) meeting (Atlanta) - Weissmann, Andrew (CRM)
11:00am - 12:00pm FW: (b) (5) Pre-Meeting (#601) (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
(b) (6)

**Wednesday, January 27**

9:30am - 10:00am Singer sff strategy mtg and (b) (5) update - Weissmann, Andrew (CRM)
10:45am - 11:00am Meet and greet - (b) (6) (SFF detail) (AW's office) - Weissmann, Andrew (CRM)
1:45pm - 2:15pm FRD Executive Management meeting (AW's office)
4:00pm - 4:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
5:00pm - 5:30pm (b) (5) pre-meet (AW's office) - Weissmann, Andrew (CRM)

**Thursday, January 28**

10:00am - 10:30am (b) (5) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
10:30am - 10:45am Sandra/Andrew (AW's office) - Weissmann, Andrew (CRM)
11:00am - 11:30am Diversity (AW's office) - Weissmann, Andrew (CRM)
12:30pm - 1:30pm (b) (5) (11 large) - Weissmann, Andrew (CRM)
2:00pm - 2:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
2:30pm - 3:15pm Executive Interview: (b) (6) (3 Large (3504) - Bolinsky, Elizabeth (CRM)
3:15pm - 4:00pm Executive Interview: (b) (6) (3 Large (3504) - Bolinsky, Elizabeth (CRM)
4:15pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
5:15pm - 5:30pm Ben to call Andrew re: (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**Friday, January 29**

10:00am - 10:30am Meeting with (b) (5), (b) (6) monitor) (AW's office)
11:00am - 11:30am Nick/Andrew (AW's office) - Weissmann, Andrew (CRM)
12:00pm - 1:00pm Compliance Brown Bag Lunch: How Can Compliance Functions Assist In Your Investigations? (Bond, 11 large (11111)) - Weissmann, Andrew (CRM)
2:00pm - 2:30pm 21st Century Law Firm (Phone (Tracy will call (b) (6))) - Melton, Tracy
2:45pm - 3:00pm Call with (b) (6) and Andrew Weissmann (b) (6) to call Andrew (b) (6) (b) (6)
3:30pm - 4:30pm Conference Call re: (b) (5) (OIA Conference Line)

**Saturday, January 30**

**Sunday, January 31**

# February 1, 2016 - February 7, 2016

February 2016

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 |    |    |    |    |    |

March 2016

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

## Monday, February 1

- 9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Interview with Dylan Tokar **(Reporter, GIR Just Anti-Corruption)** (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm US v. (b) (5) conf call; dial-in below) - Weissmann, Andrew (CRM)
- 12:00pm - 12:15pm HUD certification call (FRD to call Sung-Hee) - Rohr, Rebecca
- 12:45pm - 1:15pm Meeting (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Cert. Petition re 18 U.S.C. 1344(1) (AW's office) - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm Phone call with Andrew and (b) (6) to call (b) (6)
- 5:15pm - 5:45pm US v. (b) (5) AW's office) - Weissmann, Andrew (CRM)

## Tuesday, February 2

- 10:00am - 10:30am (b) (6) call
- 10:30am - 11:15am Mid-year reviews (HCF) (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:15pm Becky / Andrew re topic list (Andrew's office) - Rohr, Rebecca
- 3:45pm - 4:00pm Meeting w/ (b) (6) (intern) (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:45pm - 5:30pm Executive Interview; (b) (6) (4th floor VTC) - (b) (6) (CRM)

## Wednesday, February 3

- 10:00am - 10:30am Swearing-in of new CRM employees (Great Hall, Main)
- 12:00pm - 1:30pm ADM Brown Bag (Bond Building 5th Floor Conference Room) - Melton, Tracy
- 4:30pm - 4:45pm Compliance Statement of Work (Conference Call (See Below)) - Bass, Stacie
- 5:15pm - 6:15pm FBI Recording Policy (AW's office/call; dial-in below) - Weissmann, Andrew (CRM)
- 6:15pm - 6:45pm Stokes meeting - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, February 4

- 10:15am - 10:45am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Monitor Review Committee - (b) (5) AW's office/conf call; dial-in below) - Weissmann, Andrew (CRM)
- 12:00pm - 1:30pm Re: Happy new year
- 1:35pm - 1:45pm Pre-meet, Mid-year reviews (FCPA) (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:30pm Mid-year reviews (FCPA) (AW's office) - Weissmann, Andrew (CRM)
- 2:45pm - 3:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:15pm - 3:45pm (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:15pm (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Patrick/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:15pm Mid-year reviews (SFF) (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm leave office (b) (6)

## Friday, February 5

- 9:15am - 4:55pm NYU forum - 2016 Public Interest Legal Career Fair (Vanderbilt Hall )
- 11:00am - 12:00pm FW: VIP Discussion (USA Toll-Free (b) (6) USA Caller Paid (b) (6) Access Code (b) (6)
- 2:00pm - 2:30pm Compliance Week 2016 Keynote Panel: Discuss moderator/format (b) (6)
- 3:30pm - 4:00pm Sandra/Andrew re: hiring (Sandra to call Andrew at (b) (6) Weissmann, Andrew (CRM)

## Saturday, February 6

- (b) (6)

## Sunday, February 7

# February 8, 2016 - February 14, 2016

| February 2016 | March 2016 |
| --- | --- |
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 4 5 |
| 7 8 9 10 11 12 13 | 6 7 8 9 10 11 12 |
| 14 15 16 17 18 19 20 | 13 14 15 16 17 18 19 |
| 21 22 23 24 25 26 27 | 20 21 22 23 24 25 26 |
| 28 29 | 27 28 29 30 31 |

## Monday, February 8

- 9:15am - 9:45am FRD Executive Management meeting (AW's office)
- 9:45am - 10:00am Meet and greet with (b) (6) (SPT detail)
- 10:15am - 10:45am Call re (b) (6) Passcode (b) (6)
- 11:00am - 12:00pm (b) (5) Opening Moot (Saulino) (4th floor VTC (A & B)) - Quinones, Pablo (CRM)
- 1:30pm - 2:30pm (b) (6) Opening Moot (Kanellis) (11 large (11111)) - Quinones, Pablo (CRM)
- 2:00pm - 2:30pm (b) (5) AW's office ) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Bank meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:15pm Andrew/Laura (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:15pm Executive Interview; (b) (6) (4th floor VTC) -
- 5:15pm - 6:00pm Call with (b) (5) - Weissmann, Andrew (CRM)
- 5:15pm - 5:45pm Call with DOJ and (b) (5) ( Participant code:
- 6:00pm - 6:15pm Call w/Jennifer and Gary (AW's office/Jennifer to
- (b) (6)
- 7:30pm - 9:30pm GIR Live Official Speakers' Dinner (DBGB, 931 H St

## Tuesday, February 9

- GIR conference (DC)
- 9:00am - 9:45am SIFMA Culture Panel Prep Call (iConf 0001313 167494) (b) (6)
- 11:00am - 12:30pm Upping the ante - a fireside chat with the DoJ's new compliance consultant and tips for success post-Yates Memo (Pablo speaking on panel)
- 12:30pm - 1:00pm Lunchtime keynote address (GIR Live. 850 10th St NW)
- 5:00pm - 5:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 5:45pm - 6:00pm Andrew/BJ (AW's office) - Weissmann, Andrew (CRM)
- 6:00pm - 6:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, February 10

- 10:00am - 11:00am (b) (5) Trial Review (AW's office/conf call; dial-in below) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm lunch - Weissmann, Andrew (CRM)
- 1:15pm - 2:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm Pre-meet (AW's office) - Weissmann, Andrew (CRM)
- 2:15pm - 2:45pm Mid-year review (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:15pm Law Review article (AW's office) - Weissmann, Andrew (CRM)
- 3:15pm - 3:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:15pm Summer intern program (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:45pm hold: Interview with SIGAR detail (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm Pre-meet (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 5:45pm Mid-year review (AW's office) - Weissmann, Andrew (CRM)
- 5:45pm - 6:15pm Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 7:30pm - 9:00pm (b) (6), (b) (6)(C) dinner

## Thursday, February 11

- 10:00am - 10:30am Rohr mtg - Weissmann, Andrew (CRM)
- 10:20am - 10:50am Tour of temp HCF space at 1425 NY Ave (meet at AW's office at 10:15; meet (b) (6) in lobby of 1425 NY Ave) - Weissmann, Andrew (CRM)
- 11:45am - 12:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm Fraud (b) (5) call (Andrew and Ben to call (b) (6). office (b) (6) - Weissmann, Andrew (CRM) (b) (7)
- 1:00pm - 2:00pm FW: Meeting with (b) (6), (b) (5) 1 Small) - Ettinger, Derek (CRM)
- 2:30pm - 3:00pm CRM application of Yates memo cooperation standard (Main 5738) - Weissmann, Andrew (CRM)
- 3:15pm - 4:00pm OSG meeting (Main 1704) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Pre-meet (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Mid-year review (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 5:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, February 12

- 9:00am - 10:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 10:30am Call with (b) (6) (AW to call (b) (6) at (b) (6)
- 10:30am - 11:00am (b) (6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Meeting/call with (b) (6) (AW's office/call (if it's snowing)) - Weissmann, Andrew (CRM)
- 11:45am - 12:00pm check in with Dan Kahn about Olivier (AW office ) - Bolinsky, Elizabeth (CRM)
- 12:00pm - 12:15pm Meeting with Kathleen (AW's office) - Bolinsky, Elizabeth (CRM)
- 12:30pm - 1:00pm call with Dan Kahn and Olivier (aw office) - Bolinsky, Elizabeth (CRM)
- 1:00pm - 1:30pm (b) (5) Follow-Up Call with DOJ (Dial-In: (b) (6) ; Participant Code: (b) (6) ) - (b) (6) (b) (6)
- 1:55pm quick talk with Leo Tsao about (b) (5) (AW office) - Bolinsky, Elizabeth (CRM)

## Saturday, February 13

- (b) (6)

## Sunday, February 14

# February 15, 2016 – February 21, 2016

February 2016
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29

March 2016
Su Mo Tu We Th Fr Sa
       1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31



**Monday, February 15**

President's Day

1:30pm - 2:00pm (b) (5) call (b) (6) ; participant code (b) (6) - Rohr, Rebecca

**Tuesday, February 16**

10:30am - 11:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

11:45am - 12:00pm Plaque ceremony for Matt Queler (4th floor VTC) - Weissmann, Andrew (CRM)

1:00pm - 1:30pm pre-meet for CES meeting FRD and AFMLS (Andrew's office) - Day, M. Kendall

1:00pm - 1:30pm RE: pre-meet - Weissmann, Andrew (CRM)

2:00pm - 2:30pm Strategic plan - Weissmann, Andrew (CRM)

3:00pm - 4:00pm Paralegal and Other Hiring (Main 4525) - Tyrangiel, Elana (OAAG)

3:15pm - 3:45pm CES/AFMLS/FRD discussion re voluntary disclosure policy (CRM will call (b) (6) ) - Day, M. Kendall

4:15pm - 4:45pm Law review article (AW and (b)(6) to call (b) (6) ) - Weissmann, Andrew (CRM)

5:30pm - 6:15pm Executive Interview; (b) (6) (FCPA term) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

6:30pm - 6:45pm Stokes update - Weissmann, Andrew (CRM)

**Wednesday, February 17**

9:15am - 9:30am Andrew/Niall (AW's office) - Weissmann, Andrew (CRM)

9:30am - 10:00am Pre-meet for (b) (5) meeting with Civil (AW's office) - Weissmann, Andrew (CRM)

12:15pm - 1:30pm DAAG-FRD Weekly Meeting (By phone) - Suh, Sung-Hee (CRM)

1:30pm - 2:30pm Meeting with Civil re: (b) (5) (4th floor VTC-B) - Weissmann, Andrew (CRM)

2:00pm - 3:00pm Questions for Litigators (Main 4525) - Tyrangiel, Elana (OAAG)

4:00pm - 4:30pm Mid-year review (AW's office) - Weissmann, Andrew (CRM)

4:45pm - 5:00pm Plaque ceremony for Ken Kaplan (4th floor VTC-B)

5:00pm - 5:30pm Call w (b) (6), (b) (7)(C) conf call, dial-in below) - Weissmann, Andrew (CRM)

5:30pm - 6:00pm Call with Mark Mendelsohn (AW to call Mark's cell, (b) (6) )

**Thursday, February 18**

Virginia Journal of Criminal Law Annual Symposium (UVa Law, Charlottesville)

12:00pm - 1:30pm Keynote Q&A with Mark Mendelsohn (UVA Law)

3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room) - Caldwell, Leslie R

5:30pm - 6:00pm Patrick/Andrew (AW's office) - Weissmann, Andrew (CRM)

(b) (6)

**Friday, February 19**

9:00am - 11:30am FCPA interview with French TV (Andrew's office, 4100, Bond) - Weissmann, Andrew (CRM)

9:30am - 10:00am (b)(6) - Call with (b) (6) (dial in below) - Fuhr, David

1:15pm - 2:00pm (b) (5) (Becky's office; Becky to call AW at (b) (6) Rohr, Rebecca

2:00pm - 2:30pm NYU Law Seminar Prep Call (b) (6)

3:00pm - 3:30pm Call with (b) (6) to call AW at (b) (6)

**Saturday, February 20**

**Sunday, February 21**

# February 22, 2016 – February 28, 2016

**February 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 |    |    |    |    |    |

**March 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

## Monday, February 22

NYC

10:30am - 11:30am (b) (6), (b) (7)(C) Andrew meeting (b) (6), (b) (7)(C) office - Fifth Floor -- Room 5029)

11:00am - 3:00pm (VTC with EDNY) (4th floor VTC A and B (Bond Building)) - Weissmann, Andrew (CRM)

12:00pm - 1:00pm Re: Next Monday - Weissmann, Andrew (CRM)

12:30pm - 4:30pm Day 1: Automated Litigation Support Services Pilot Showcase (Main Conference Event Center- RFK Main Justice > 7th Floor > Room 7411) - OCIO ALS PMO (JMD)

1:00pm - 3:00pm Visit to Brooklyn Strike Force (Brooklyn) - Weissmann, Andrew (CRM)

4:00pm - 4:45pm ABA Internal Investigations Panel Call (Call-In Information Below) - (b) (6)

6:00pm - 8:00pm NYU Class: FCPA (Furman Hall, 245 Sullivan Street, Room 316) - (b) (6)

6:00pm - 8:00pm NYU Law Seminar- FCPA session of 'Criminal Enforcement of the Securities & Commodities Laws' (NYU)

## Wednesday, February 24

9:45am - 10:00am Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)

10:45am - 11:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)

12:00pm - 1:00pm pre-meet for DAAG / FRD meeting (working lunch) (AW's office) - Rohr, Rebecca

1:15pm - 1:30pm Andrew/David Bitkower call (AW to call David back at (b) (6)

4:00pm - 5:00pm Fraud Quarterly Finance Report (5th Floor Conference Room) - (b) (6)

5:00pm - 6:00pm Drink with (b) (6), (b) (7)(C) FBI) (Elephant and Castle (1201 Pennsylvania) ) - Weissmann, Andrew (CRM)

7:00pm - 8:00pm

## Friday, February 26

10:00am - 10:15am Meeting (AW's office) - Weissmann, Andrew (CRM)

11:00am - 11:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)

11:45am - 1:00pm Lunch with attorneys (Old Ebbitt Grill ) - Weissmann, Andrew (CRM)

12:30pm - 2:00pm Hiring Committee Meeting (4th floor VTC (Side-B)) - Bolinsky, Elizabeth (CRM)

## Tuesday, February 23

9:00am - 12:00pm Out of office (NYC to DC)

9:30am - 10:00am FRD Executive Management meeting (AW's office) - Weissmann, Andrew (CRM)

12:30pm - 4:30pm Day 2: Automated Litigation Support Services Pilot Showcase (Event Main Conference Center- RFK Main Justice > 7th

1:30pm - 2:15pm Executive Interview; (b) (6) (4 Large (4504/4502)) - Bolinsky, Elizabeth (CRM)

2:15pm - 2:45pm Conf Call re FCPA Pilot (See dial-in info below) - Suh, Sung-Hee (CRM)

2:45pm - 3:00pm Swearing-in of Caitlin Cottingham (SFF) (AW's office) - Weissmann, Andrew (CRM)

3:00pm - 3:30pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)

3:45pm - 4:15pm HCF matters (AW's office) - Weissmann, Andrew (CRM)

4:15pm - 4:30pm SIFMA conference (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm (b) (6) Call (Dial in: (b) (6) ; passcode (b) (6) )

5:00pm - 5:45pm Executive Interview with (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

5:45pm - 6:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

7:00pm - 8:00pm (b) (6)

## Thursday, February 25

10:00am - 11:00am FBI Recording Policy (Bond, 4 large (4502/4)) - Weissmann, Andrew (CRM)

11:00am - 11:30am (b) (5) staffing (AW's office) - Weissmann, Andrew (CRM)

11:00am - 12:00pm (b) (5) Opening Moot (Hunter) (4th floor VTC - FL VTC) - Quinones, Pablo (CRM)

12:30pm - 12:45pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)

1:00pm - 1:30pm (b) (6) indictment (AW's office) - Weissmann, Andrew (CRM)

1:30pm - 2:00pm ENRD/Fraud call (conf call, 1:30pm DC time; dial-in below) - Weissmann, Andrew (CRM)

2:00pm - 2:30pm (b) (6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)

2:30pm - 2:45pm Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)

3:00pm - 3:15pm Andrew/Kathleen/Henry (AW's office) - Weissmann, Andrew (CRM)

3:30pm - 4:30pm Weissmann (b) (6), (b) (7)(C) quarterly meeting (Office 4100, Bond Building) - Weissma rew (CRM)

4:30pm - 5:00pm Andrew/Becky (AW's office) - Weissmann, Andrew (CRM)

5:30pm - 7:00pm Matt Queler's farewell (Laughing Man)

## Saturday, February 27

## Sunday, February 28

# February 29, 2016 - March 6, 2016

**February 2016**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 |    |    |    |    |    |

**March 2016**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

## Monday, February 29

NYC

**9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)

**10:10am - 10:15am Call**

**11:00am - 11:15am** (b) (5) (4 large/conf call) - Weissmann, Andrew (CRM)

**11:15am - 11:45am t/c with AFMLS, CES, and FRD** (b) (6) ; (b) (6) #) - Day, M. Kendall

**1:00pm - 2:00pm** (b) (5) **Opening Moot** (4th floor VTC) - Quinones, Pablo (CRM)

**2:00pm - 3:00pm** (b) (5) **Opening Moot (Cottingham)** (4th floor VTC) - Quinones, Pablo (CRM)

**3:00pm - 3:30pm** (b) (5) (Kathleen to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**5:00pm - 5:30pm Call with** (b) (6) s (conf call; (b) (6) passcode, (b) (6) )

**7:00pm - 8:00pm Chat with NYCBA White Collar Crime Committee** (NYCBA, 42 W 44th St, New York, NY 10036)

## Tuesday, March 1

**8:00am - 4:00pm In NYC/NJ**

**11:00am - 12:00pm Olympus Press Conference** (U.S. Attorney's Office, 970 Broad Street, Newark, NJ)

**2:00pm - 2:30pm** (b) (5) **update** (Kathleen's office/conf call; dial-in below) - Weissmann, Andrew (CRM)

**2:30pm - 3:00pm** (b) (5) **resolution discussion** (Kathleen's office/conf call; dial-in below) - Weissmann, Andrew (CRM)

**3:15pm - 4:00pm Procurement fraud business plan** (Kathleen's office/call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**5:15pm - 5:45pm London detail** (AW's office) - Weissmann, Andrew (CRM)

**5:45pm - 6:15pm Follow-up re** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**6:15pm - 6:45pm** (b) (5) AW's office) - Weissmann, Andrew (CRM)

## Wednesday, March 2

**12:00am ABA 30th Annual National Institute on White Collar Crime** (Marriott Marquis and Marina, San Diego, CA)

(b) (6)

**4:30pm - 7:30pm Cocktail hour at ABA conference** (Roy's San Diego Waterfront, Big Island Room, 2nd floor at hotel)

**5:00pm - 6:00pm Duty Station Travel Policy change** (4 large (4502/4)/conf call, 5pm DC time/2pm San Diego time) - Weissmann, Andrew (CRM)

## Thursday, March 3

ABA 30th Annual National Institute on White Collar Crime (Marriott Marquis and Marina, San Diego, CA)

**12:15pm - 1:45pm Lunch w/panel** (Roy's San Diego (in hotel))

**3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room) - Caldwell, Leslie R

**3:15pm - 4:30pm Panel, "Internal Investigations in 2016 - What's New?"**

## Friday, March 4

**12:00am ABA 30th Annual National Institute on White Collar Crime** (Marriott Marquis and Marina, San Diego, CA)

(b) (6)

## Saturday, March 5

**9:00am - 9:30am Kahn call** - Weissmann, Andrew (CRM)

## Sunday, March 6

# March 7, 2016 - March 13, 2016

| March 2016 | April 2016 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2  3  4  5 | 1  2 |
| 6  7  8  9 10 11 12 | 3  4  5  6  7  8  9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 |

## Monday, March 7

■ 8:45am - 9:00am Swearing-in for Debra Jaroslawicz (HCF Strike Force - Brooklyn) (AW's office) - Weissmann, Andrew (CRM)

■ 11:00am - 12:00pm Meet re: OECD/Paris (Andrew's Office) - Kahn, Daniel

■ 1:30pm - 1:45pm Compliance Questions Discussion (AW's office) - Weissmann, Andrew (CRM)

■ 3:30pm - 4:00pm Meeting re FRD Press Release Policy Proposal (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

■ 5:00pm - 5:30pm Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)

■ (b) (6)

## Tuesday, March 8

■ 9:30am - 10:15am Pin and certificate ceremony (4th floor VTC A and B) - Weissmann, Andrew (CRM)

■ 11:00am - 11:30am Diversity (AW's office) - Weissmann, Andrew (CRM)

■ (b) (6)

## Wednesday, March 9

■ 10:45am - 11:00am Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)

■ 11:30am - 12:00pm Call with Andrew Weissmann (b) (6) (b) (6) to call Andrew on (b) (6) (b) (6)

■ 4:00pm - 4:45pm Executive Interview: (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

■ 4:45pm - 5:30pm Executive Interview: (b) (6) (TBD) - Bolinsky, Elizabeth (CRM)

## Thursday, March 10

■ 9:30am - 10:00am (b) (6) (Confirmed) (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

■ 1:00pm - 1:15pm Re: Three Percent Fund - Weissmann, Andrew (CRM)

■ 1:15pm - 1:45pm Requests for Production/Discovery (b) (6) (conf call - dial-in below) - Weissmann, Andrew (CRM)

■ 2:00pm - 2:45pm Executive Interview: (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

■ 2:45pm - 3:30pm Executive Interview: (b) (6) (TBD) - Bolinsky, Elizabeth (CRM)

■ 3:30pm - 4:15pm Executive Interview: (b) (6) (TBD) - Bolinsky, Elizabeth (CRM)

■ 4:30pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ 5:00pm - 5:30pm coffee - Weissmann, Andrew (CRM)

■ (b) (6)

## Friday, March 11

■ 8:15am - 8:45am Re: DC on Friday March 11

■ 9:15am - 9:45am FCA/DOJ call (Conference call; 9:15am DC/2:15pm London) - Weissmann, Andrew (CRM)

■ 10:30am - 11:00am (b) (6) Bi-weekly Meeting (AW to call Ben's cell, (b) (6) ) - Weissmann, Andrew (CRM)

■ 11:30am - 12:00pm SFO/DOJ call (Conference call; 11:30am DC/4:30pm London time ) - Weissmann, Andrew (CRM)

■ 12:00pm - 1:00pm Compliance Brown Bag Lunch: Monitorship Discussion, Part I (Bond, 4th floor VTC, sides A and B (4204-A and -B)) - Weissmann, Andrew (CRM)

■ 1:00pm - 2:00pm OECD Ministerial (conf call/Bond Building, 1400 New York Ave NW, room 4502/4) - Weissmann, Andrew (CRM)

■ 2:30pm - 3:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ 3:00pm - 3:30pm (b) (6) matter (AW's office; (b) (6) to call (b) (6) ) - Weissmann, Andrew (CRM)

■ 3:30pm - 3:45pm zink

## Saturday, March 12

## Sunday, March 13

# March 14, 2016 - March 20, 2016

March 2016
SuMo TuWe Th Fr Sa
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

April 2016
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, March 14**

- Flight to Paris
- **1:30pm - 3:00pm AGAC HCF Working Group** (EOUSA - 600 E St NW)
  - Weissmann, Andrew (CRM)

**Tuesday, March 15**

- 12:00am Paris meeting →

**Wednesday, March 16**

- Paris meeting →

**Thursday, March 17**

- Paris meeting →
- **12:00pm - 1:00pm Monitor Network Initial Call - Topics Below**
  - (b) (6)   Participant Code (b) (6)   - Chen, Hui (CRM)
  - (b) (6)

**Friday, March 18**

- 12:00am Paris meeting

**Saturday, March 19**

- **7:15pm - 8:15pm** (b) (6)

**Sunday, March 20**

# March 21, 2016 - March 27, 2016

**March 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

**April 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## Monday, March 21

- 8:45am - 9:00am Swearing-in of new attorney Richard Powers (HCF Brooklyn) (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am Wounded Warrior (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm FCPA declinations (AW's office/Laura to call (b) (6) ) - Weissmann, Andrew (CRM)
- 1:00pm - 1:15pm Andrew/Joe (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Executive Interview, Director of A&M - (b) (6) (4th floor VTC-B (4204-B)) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Meeting with (b) (6) (AW's office)
- 4:00pm - 4:30pm French coordination (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 5:45pm Kathy/Andrew (AW's office (4100), 1400 New York Ave NW) - Weissmann, Andrew (CRM)

## Tuesday, March 22

- 10:30am - 11:30am (b) (5) Weissmann, Andrew (CRM)
- 11:30am - 12:00pm Becky / Andrew - Rohr, Rebecca
- 12:30pm - 1:00pm (b) (5) matter (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 3:00pm Civil Cooperation (RFK 5706 / dial-in information below) - Delery, Stuart F. (OAAG)
- 4:30pm - 5:15pm Executive Interview; (b) (6) (4 large (4502/4504)) - Bolinsky, Elizabeth (CRM)
- 6:30pm - 7:00pm (b) (5) Andrew's office / dial-in below) - Rohr, Rebecca

## Wednesday, March 23

- 9:30am - 9:45am Staffing for NOLA case (AW's office) - Weissmann, Andrew (CRM)
- 9:45am - 10:00am GULC class (AW's office) - Weissmann, Andrew (CRM)
- 10:45am - 11:00am (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm RE: (b) (5)
- 12:00pm - 1:15pm Lunch (tbd) - Weissmann, Andrew (CRM)
- 3:15pm - 3:30pm (b) (6) plea in Boston (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:45pm Executive Interview; (b) (6) (4 Large) - Bolinsky, Elizabeth (CRM)
- 6:00pm - 6:30pm NDCA call (dial-in (b) (6) , code (b) (6) )

## Thursday, March 24

- 12:30pm - 2:00pm Lunch: Andrew Weissmann/Vaughn Ary (Old Ebbitt Grille) - Ary, Vaughn (CRM)
- 3:45pm - 4:00pm Update on call with NOLA USAO (AW's office; Didi to call (b) (6) if available) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Hui Chen speaking at NAC (4:30pm DC/1:30pm LA - AW's office (b) (6) o call (b) (6) ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Call - DOJ Fraud and FBI NOLA (Conf call; dia-in below) - Weissmann, Andrew (CRM)

## Friday, March 25

- 10:00am - 10:30am Andrew/Naomi (AW's office (4100 Bond)) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Andrew (b) (6) call (9am El Paso/11am DC time conf call; dial-in below) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Brown-bag lunch with interns and mentors (4 large) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Proposal for Prime Minister Cameron's anti-corruption summit (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 3:00pm (b) (5) Opening Moot (Miller) (4th floor VTC (Bond)- VTC Miami) - Quinones, Pablo (CRM)

## Saturday, March 26

## Sunday, March 27



# March 28, 2016 - April 3, 2016

**March 2016**
SuMo TuWe Th Fr Sa
      1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**April 2016**
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

## Monday, March 28

- 12:00pm - 12:30pm FCPA Strategy (Room 2107, OAAG Conference Room or call-in below) - Caldwell, Leslie R
- 1:00pm - 2:00pm (b) (6) Memorandum (AW's office/Dustin to call (b) (6) Weissmann, Andrew (CRM)
- 2:15pm - 2:30pm Meeting re (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:15pm Andrew/Dan (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Meet and greet with WaPo reporter Matt Zapotosky (4 large (4502/4504)) - Weissmann, Andrew (CRM)
- 5: 15pm Andrew (b) (6) e: victim witness (AW to call at (b) (6) Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, March 29

- 10:00am - 10:30am (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Plaque ceremony for Kevin Muhlendorf (4th floor VTC-A) - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm (b) (6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, March 30

- 2:00pm - 3:00pm DAAG-FRD Weekly Meeting (Main 2214) - Suh, Sung-Hee (CRM)
- 4:30pm - 5:00pm Public corruption recusal matter (AW's office to call (b) (6) ) - Weissmann, Andrew (CRM)
- 7:30pm - 8:30pm RE: Hi Andrew! - Weissmann, Andrew (CRM)

## Thursday, March 31

- 10:30am - 11:00am Andrew (b) (6) coffee - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm Kick-off meeting: Symphonic Strategies for Fraud Section training (4th floor VTC-B (4204-B), Bond Building (1400 New York Ave NW, Washington, DC)) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:00pm - 3:30pm TC Andrew/Sung-Hee re (b) (5) - Suh, Sung-Hee (CRM)
- (b) (6)

## Friday, April 1

- (b) (6)
- 9:30am - 10:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 10:45am - 11:30am Suh - Weissmann, Andrew (CRM)
- 11:30am - 11:45am Plaque ceremony for Kelly Graves (4th floor VTC-A) - Weissmann, Andrew (CRM)
- 12:15pm - 1:15pm Lunch - Weissmann, Andrew (CRM)

## Saturday, April 2

- (b) (6)

## Sunday, April 3

# April 4, 2016 - April 10, 2016

**April 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**May 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |

## Monday, April 4

- 8:45am - 9:00am Swearing-in of Jessica Collins (HCF) (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:15am Meet and greet with David Last (FCPA detail) (AW's office) - Weissmann, Andrew (CRM)
- 9:15am - 10:00am Executive Interview; (b) (6) (4th floor VTC b) - Bolinsky, Elizabeth (CRM)
- 10:15am - 11:00am Prep for HLS Event (Room 2107, OAAG Conference Room or call-in below) - Caldwell, Leslie R
- 11:00am - 11:45am Executive Interview; (b) (6) (4th floor VTC B) - Bolinsky, Elizabeth (CRM)
- 12:10pm - 12:30pm Prep for (b)(6) Meeting (OAAG Conference Room, Room 2107) - Caldwell, Leslie R
- 12:30pm - 1:00pm Fwd: (b)(6) Meeting (Room 2107, OAAG Conference Room/Conference Meet-Me at (b) (6), pass code
- 1:15pm - 2:45pm FCPA case docket (AW's office) - Weissmann, Andrew (CRM)
- 3:15pm - 4:00pm Executive Interview; (b) (6) (4th floor VTC- B)
- 4:45pm - 5:30pm Executive Interview; (b) (6) (4th floor VTC
- 6:15pm - 6:30pm Becky/Andrew (AW's office) - Weissmann, Andrew
- 6:30pm - 6:45pm (b) (5) update (AW's office) - Weissmann, Andrew

## Tuesday, April 5

- 9:00am - 9:45am (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- 9:45am - 10:30am Executive Interview; (b) (6) 4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 11:00am - 12:00pm HOLD - Caldwell, Leslie R
- 11:30am - 1:30pm FBI Virtual Squad Meeting (11th Floor Large Conference Room) - Kahn, Daniel
- 2:00pm - 2:30pm Recusal (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm FW: Individual Accountability - civil corporate cooperation (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) - Romano, Virginia (ODAG)
- 2:45pm - 3:30pm Executive Interview; (b)(6) 4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 3:30pm - 4:00pm Brazil and Argentina Prep Meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm PCC Panel Refresher Call (Please call (b) (6) Access Code (b)(6)
- 4:30pm - 5:00pm FCPA meeting (11 large)
- 5:15pm - 6:00pm Executive Interview; (b) (6) (4th floor VTC B) - Bolinsky, Elizabeth (CRM)
- 6:30pm - 7:30pm (b) (6)

## Wednesday, April 6

- 9:00am - 9:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:15am - 11:30am Andrew/Ben (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:15pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 12:15pm - 12:30pm Andrew (b)(6) (AW's office (4100), 1400 New York Ave NW, DC) - Weissmann, Andrew (CRM)
- 1:00pm - 2:30pm DAAG-FRD Weekly Meeting (Bond, Andrew's Office) - Suh, Sung-Hee (CRM)
- 2:45pm - 3:00pm HCF matters (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Andrew/Kathleen/Ben (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:30pm (b) (6) Opening Moot (Aoyagi) (4th floor VTC (Bond) - Detroit VTC) - Quinones, Pablo (CRM)
- 3:30pm - 4:30pm (b) (6) Opening Moot (Aoyagi) (4th floor VTC (Bond) - Detroit VTC) - Quinones, Pablo (CRM)
- 4:00pm - 4:30pm Meeting with (b) (6) and team on (b) (5) (Main 2216) - Swartz, Bruce
- 4:30pm - 5:00pm (b) (5) Meeting (Room 2216) - Swartz, Bruce
- 5:30pm - 6:15pm Executive Interview; (b) (6) (4th floor VTC) -

## Thursday, April 7

- 9:15am - 10:15am FW: FBI ICS/FCPA Quarterly - Please note time and location (ICU - Gallery Place ste 700 (616 H St NW)) (b) (6), (b) (7)(C) (b)(6), (b)(6), (7)(C) FBI)
- 1:30pm - 3:00pm HCF/24 month cases (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Meeting with Argentina Director of Transparency
- 3:30pm - 4:15pm HCF travel (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm (b)(6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm Andrew (b) (6) (AW's office) - Weissmann, Andrew (CRM)

## Friday, April 8

- (b) (6)
- 5:00pm - 8:00pm Kevin Muhlendorf Going Away Party - Save the Date (Laughing Man) - Singer, Benjamin

## Saturday, April 9

## Sunday, April 10

# April 11, 2016 – April 17, 2016



| April 2016 | | | | | | |
|--|--|--|--|--|--|--|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| May 2016 | | | | | | |
|--|--|--|--|--|--|--|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## Monday, April 11

(b) (6)

(b) (6)

## Tuesday, April 12

In NYC - available for calls

(b) (6)

2:00pm - 2:45pm Updated Invitation: Compliance Week Speaker Prep Call - Monday Keynote: "Are ... @ Tue Apr 12, 2016 2pm - 2:45pm (b) (6) (b) (6) ) (The Library, OR (b) (6) Participant Passcode: (b) (6) ost (b) (6)

2:00pm - 2:45pm Individual Accountability - civil corporate cooperation (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) #) - Romano, Virginia (ODAG)

## Wednesday, April 13

9th Annual White Collar Crime + Corporate Governance Conference (Swissotel, 323 E. Wacker Dr., Chicago)

12:00pm - 1:30pm FW: Asset Forfeiture Training (Bond Building - 4th Fl. VTC (Please contact Liz Bolinsky if you want to participate by VTC)) - Quinones, Pablo (CRM)

1:00pm - 2:00pm Interview on HCF

## Thursday, April 14

9:45am - 10:00am Call on foreign detail (Conf call; dial-in below) - Weissmann, Andrew (CRM)

10:00am - 10:30am FCA symposium call (conf call - dial in below)

11:15am - 12:00pm Executive Interview; (b) (6) (4th floor VTC (side B)) - Bolinsky, Elizabeth (CRM)

12:00pm - 12:30pm (b)(6) (AW's office) - Weissmann, Andrew (CRM)

12:45pm - 1:00pm Ceresney/Weissmann call (call)

1:30pm - 2:15pm Executive Interview; (b) (6) (4th floor VTC side B)) - Bolinsky, Elizabeth (CRM)

2:15pm - 2:30pm HCF items (AW's office) - Weissmann, Andrew (CRM)

2:30pm - 3:30pm DAAG-FRD Weekly Meeting (By Phone) - Suh, Sung-Hee (CRM)

3:30pm - 4:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

4:00pm - 4:30pm HCF travel (AW's office/conf call; dial-in below) - Weissmann, Andrew (CRM)

4:30pm - 5:15pm Executive Interview; (b) (6) (4th floor VTC (side B)) - Bolinsky, Elizabeth (CRM)

5:15pm - 5:45pm Attorney issue (AW's office) - Weissmann, Andrew

5:45pm - 6:15pm (b) (5) (AW's office) - Weissmann, Andrew (b) (6)

## Friday, April 15

9:00am - 9:30am 09:00 EST Meeting: Andrew Weissmann / (b) (6) (Bond Building, 1400 New York Ave, NW) -

9:30am - 10:00am Hiring issues (AW's office) - Weissmann, Andrew (CRM)

10:00am - 10:15am Plaque ceremony for Becky Rohr (4 large (4502/4504), Bond Building) - Weissmann, Andrew (CRM)

10:15am - 11:00am Executive Interview; (b) (6) (4th floor VTC- side B) - Bolinsky, Elizabeth (CRM)

10:30am - 11:30am USAO/Crim Div (b) (5) Coordination Meeting (Conference Call) - Aloi, Elizabeth

11:00am - 12:30pm Meeting with (b) (6) (Counsel for (b)(6) Board of Directors) re: Report to (b) (5) Board of Directors (Bond

12:30pm - 1:00pm (b)(6) meeting (AW's office) - Weissmann, Andrew (CRM)

1:00pm - 1:30pm Becky / Andrew - Rohr, Rebecca

1:30pm - 2:15pm Executive Interview; (b) (6) (4th floor VTC-B)

2:30pm - 3:30pm (b)(6) Strategy Meeting (PHB, 601 D Street, Room

2:30pm - 3:30pm (b) (5) Opening Moot (Kanellis) (4th floor VTC- B)

4:15pm - 4:30pm Andrew/Kendall (AW's office (or call AW at (b)(6) -

4:30pm - 5:00pm (b)(5) (AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Saturday, April 16

## Sunday, April 17

# April 18, 2016 – April 24, 2016

April 2016
Su Mo Tu We Th Fr Sa
               1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

May 2016
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, April 18
- 8:45am - 9:00am Swearing-in of Katherine Nielsen (FCPA) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:30am FW: PRAO Ethics Training - April 18th (1301 New York Ave, NW, 5th Floor - Training Ctr ) - Quinones, Pablo (CRM)
- 12:00pm - 12:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:15pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 2:15pm - 3:00pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 3:00pm - 3:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:00pm - 5:00pm FCPA 24+ months (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, April 19
- 10:15am - 11:00am Executive Interview; (b) (6) (4th floor VTC-B) - Bolinsky, Elizabeth (CRM)
- 12:30pm - 1:30pm FCPA 24+ month cases (AW's office) - Weissmann, Andrew (CRM)
- 2:15pm - 2:30pm HHS agent issue (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:15pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 3:15pm - 4:00pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:00pm - 4:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:45pm - 5:30pm Discussion re: Individual Accountability (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, April 20
- 10:30am - 11:00am NO recusal (AW's office (b) (6) to call (b) (6) ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Re: Moser lunch
- 1:30pm - 2:15pm Executive Interview; (b) (6) (4th floor VTC-B side ) - Bolinsky, Elizabeth (CRM)
- 2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:00pm - 4:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:45pm - 5:30pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- (b) (6)

## Thursday, April 21
- 9:30am - 10:00am Interagency (b) (5) Call (Conference Call) - Aloi, Elizabeth
- 10:30am - 11:00am (b) (5) Coordination (conf call; dial-in below) - Weissmann, Andrew (CRM)
- 11:00am - 11:45am Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 11:45am - 12:30pm Executive Interview (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 12:30pm - 12:45pm Interview with (b) (6) (4th floor VTC) - Weissmann, Andrew (CRM)
- 12:45pm - 1:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 2:15pm - 2:45pm mid-year performance review (DAAG Suh's office) - Suh, Sung-Hee (CRM)
- 3:00pm - 3:45pm Executive Interview; (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)
- 4:00pm - 5:00pm Andrew (b) (6) (tbd)
- 5:00pm - 5:30pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, April 22
- 9:30am - 10:00am (b) (6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b) (5) (AW's office to call (b) (6) ) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm Cooperating Witnesses Brownbag (Room 4502/4504 Conference Room, Bond Building, ) - Frandsen, Peter
- 1:30pm - 2:15pm Executive Interview (b) (6) (4th floor VTC-B) - Bolinsky, Elizabeth (CRM)
- 2:30pm - 3:30pm (b) (5) meeting (4th floor VTC-B (4204-B), Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Call with (b) (6), (b) (7)(C) call)
- 4:00pm - 4:30pm FCA (AW's office) - Weissmann, Andrew (CRM)

## Saturday, April 23
- 9:00am - 9:30am (b) (6)

## Sunday, April 24

# April 25, 2016 – May 1, 2016

April 2016
Su Mo Tu We Th Fr Sa
                 1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

May 2016
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31



## Monday, April 25

- 11:00am - 11:45am Executive Interview; (b) (6) (4th floor VTC)
- 12:15pm - 1:15pm Lunch (tbd - meet in Bond lobby at 12:15pm) - Weissmann, Andrew (CRM)
- 1:15pm - 2:00pm Executive Interview; (b) (6) (4th floor VTC- Side B) - Bolinsky, Elizabeth (CRM)
- 2:00pm - 2:45pm Executive Interview; (b) (6) (4th floor VTC- Tucson USAO (via VTC)) - Bolinsky, Elizabeth (CRM)
- 2:45pm - 3:30pm Executive Interview; (b) (6) (4th floor VTC- Side B) - Bolinsky, Elizabeth (CRM)
- 3:30pm - 4:00pm HCF travel issue (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 5:00pm Fraud Quarterly Finance Report (5th Floor Conference Room) - (b) (6)
- (b) (6)

## Tuesday, April 26

- 8:00am - 8:30am April 29 Panel Conference Call - (b) (6)
- 9:30am - 10:15am Executive Interview; (b) (6) (4 large (4502/4504)) - Bolinsky, Elizabeth (CRM)
- 10:15am - 11:00am Executive Interview; (b) (6) (4th floor VTC -) - Bolinsky, Elizabeth (CRM)
- 11:15am - 12:15pm Coffee (TBD) - Quinones, Pablo (CRM)
- (b) (6)
- 2:00pm - 2:30pm Call with Chairman Kaye, Consumer Product Safety Commission (AW to call (b) (6)
- 2:00pm - 2:45pm Individual Accountability - civil corporate cooperation (Main, Room 4260/conference line number: (b) (6) #) - Romano, Virginia (ODAG)
- 2:30pm - 3:00pm HCF unit matters (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm PCC Meeting of the Enforcement Minds Quick Update (b) (6) PIN (b) (6)
- 5:45pm - 6:00pm Weissmann/Atlanta call (b) (6) to call AW at (b) (6) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, April 27

- 8:30am - 9:15am Meeting of the Enforcement Minds - Moderated Q&A (CBI's 2016 Pharmaceutical Compliance Congress, Ritz-Carlton, 1150 22nd Street NW, DC)
- 1:45pm - 2:00pm Call re: (b) (5) (Lanny to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- 2:00pm - 3:30pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:30pm - 5:30pm AG Lynch's Anniversary (Room 5111, Main Justice)

## Thursday, April 28

- 11:00am - 11:30am Re: Meeting with (b) (6) (b) (6) on Monday
- 12:00pm - 1:00pm FinCEN Brownbag Lunch (Room 4204 VTC Conference Room) - Frandsen, Peter
- 2:30pm - 3:15pm (b) (6) resolution (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 3:15pm - 3:45pm Hiring (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 6:30pm Passing of the Gavel reception - Judge Beryl A. Howell (US Courthouse, William B. Bryant Annex Atrium - 1st floor)
- 6:00pm - 6:30pm Re: Do you have a few minutes -57
- (b) (6)

## Friday, April 29

- Enforcement 2016: Perspectives from Government Agencies (PLI conference center, 1177 Avenue of the Americas, NYC)
- 9:15am - 10:30am Panel: Enforcement Priorities
- 4:00pm - 4:30pm RE: PLI Compliance Institute - Weissmann, Andrew (CRM)

## Saturday, April 30

## Sunday, May 1



# May 2, 2016 – May 8, 2016

May 2016
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2016
SuMo TuWe Th Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, May 2**

in NYC

**11:00am - 12:00pm DAAG-FRD Weekly Meeting** (By Phone) - Suh, Sung-Hee (CRM)

**2:45pm - 3:15pm** (b) (6) **Bi-weekly Meeting** (Ben to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**4:45pm - 5:00pm Stacie/Andrew re** (b) (5) Stacie to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

**5:00pm - 6:00pm** (b) (5) **Coordination Call** (T/c (Dial In #: (b) (6) Pass (b) (6) - Paes, Winston (USANYE)

**9:00pm - 9:30pm** (b) (5), (b) (6) to call AW's cell at (b) (6) ) - Weissmann, Andrew (CRM)

**Tuesday, May 3**

Flight to London

**9:00am - 11:00am FW: Monitor Network Call: Formulating Workplans** (b) (6) Participant Code (b) (6) - Chen, Hui (CRM)

**2:00pm - 2:45pm Individual Accountability - civil corporate cooperation** (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) ) - Romano, Virginia (ODAG)

**Wednesday, May 4**

**12:00am FCA International Enforcement Symposium 2016** →
(b) (6)

**Thursday, May 5**

**FCA International Enforcement Symposium 2016** (b) (6) →
(b) (6)

**12:15pm - 1:15pm** (b) (6)

**1:30pm - 2:00pm Zink call** (1:30pm DC/6:30pm London)

**Friday, May 6**

**12:00am FCA International Enforcement Symposium 2016**
(b) (6)

**1:00pm - 1:30pm NO recusal** (b) (6) to call (b) (6) and (b) (6) at 10:00am LA/1:00pm DC/6:00pm London time) - Weissmann, Andrew (CRM)

**1:45pm - 2:15pm** (b) (5) **call** (dial-in below) - Oberembt, Laurie (CIV)

**Saturday, May 7**

**Sunday, May 8**

# May 9, 2016 -
# May 15, 2016

| | May 2016 | | | | | | | June 2016 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | |

## Monday, May 9

- 9:20am - 9:30am Meet and greet with James Gelber (SIGAR) (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Ratification issue (AW's office) - Weissmann, Andrew (CRM)
- 11:45am - 12:00pm Andrew/Ben/Brian (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm (b) (5) Miami HCF (AW's office )
- 1:30pm - 2:00pm Premeet: (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 3:30pm (b) (5) Meeting (Bond Building + VTC) - McDonald, James
- 3:30pm - 4:30pm 2015 CRM Federal Employee Viewpoint Survey (4th floor VTC-B (4204-B), Bond Building) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Weissmann/Kahn/Stein call (Dan Stein to call (b) (6) ) - Weissmann, Andrew (CRM)
- 5:00pm - 5:45pm Executive Interview; (b) (6) (4th floor VTC ) - Bolinsky, Elizabeth (CRM)
- 5:45pm - 6:00pm Andrew/Ben (AW's office) - Weissmann, Andrew
- 6:00pm - 6:30pm (b) (5) call with Civil (AW's office) - Weissmann, (b) (6)

## Tuesday, May 10

- 9:00am - 9:30am Andrew/Kathleen re: FRD Exec management meeting topics (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 10:30am FY 2017 3% Request (4th floor VTC-B (4204-B)) - Weissmann, Andrew (CRM)
- 10:45am - 11:00am Andrew/Ben/Henry (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Compliance Overflow Planning (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm (b) (5) Mtg. (PHB, 601 D St. , N.W.  Rm. 10329) - Oberembt, Laurie (CIV)
- 3:15pm - 3:45pm (b) (5) call (AW to call (b) (6) ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:15pm - 5:45pm Patrick/Andrew (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, May 11

- 9:00am - 9:30am (b) (5) individuals (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am (b) (5) Call (Andrew's Office) - Kahn, Daniel
- 1:00pm - 1:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm US v Blumberg (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Meeting re: (b) (5) Motion to Compel (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:00pm - 5:00pm SIGAR/Fraud meeting on FCPA (4th floor VTC-B (4204-B), Bond Building, 1400 New York Ave NW) - Weissmann, Andrew (CRM)
- 5:00pm - 5:45pm Executive Interview; (b) (6) (4 large) - Bolinsky, Elizabeth (CRM)
- 6:00pm - 6:30pm Andrew/Sally (AW's office) - Weissmann, Andrew (CRM)
- 7:00pm - 7:30pm (b) (5) call (conf call; dial-in below) - Weissmann, Andrew (CRM)

## Thursday, May 12

- 9:00am - 9:45am Executive Interview; (b) (6) (TBD) - Bolinsky, Elizabeth (CRM)
- 9:45am - 10:00am (b) (5) (conf call)
- 10:00am - 10:15am NO recusal (conf call)
- 10:15am - 10:45am Ethics issue (conf call; dial-in below) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Meet and Greet with (b) (6), (b) (7)(C) (Confirmed) (Room 2107, OAAG Conference Room ) - Bitkower, David
- 12:30pm - 1:30pm Lunch with USAEDNY and Criminal Division (confirmed) (Oyamel, 401 7th Street, N.W.  (202) 628-1005) - Bitkower, David
- 2:00pm - 3:00pm Speaking at ADM meeting (1331 F Street, Suite 800)
- 3:00pm - 5:00pm (b) (5) coordination meeting with Fraud, AFMLS, EDVA, SDNY, and EDNY (4th floor VTC (4204-A/B), Bond
- 3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R.
- 5:00pm - 5:15pm Andrew/Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 7:00pm Farewell happy hour for Becky and Dan Braun (W Hotel patio bar)

## Friday, May 13

- 9:00am - 9:15am Andrew/Jennifer (AW's office) - Weissmann, Andrew (CRM)
- 9:15am - 9:30am Stacie/Andrew re: NO office space (AW's office/call; dial-in below) - Weissmann, Andrew (CRM)
- 9:30am - 10:30am Health Care Brown Bag Breakfast: Business of Health Care (Naomi Adaniya) (4502/4504 (Bond Building)) - Beemsterboer, Joseph
- 10:30am - 10:45am Kathleen/Andrew (AW's office) - Weissmann, Andrew (CRM)
- 10:45am - 11:00am Weissmann/Ceresney call re: (b) (6) (AW to call (b) (6) at (b) (6) )
- 11:00am - 11:45am (b) (5) corporate resolution (AW's office (b) (5) to call (b) (6) if not in DC) - Weissmann, Andrew (CRM)
- 11:15am - 11:45am Kahn
- 12:00pm - 1:30pm Compliance Brown Bag Lunch: Monitorship Discussion, Part II (Bond, 4th floor VTC, sides A and B (4204-A and -B))
- 1:30pm - 1:45pm Dan/Andrew (Dan to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm Re: follow up (b) (6)

## Saturday, May 14

## Sunday, May 15

# May 16, 2016 - May 22, 2016

| | May 2016 | | | | | | June 2016 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SuMo TuWe Th Fr Sa | | | | | | | SuMo TuWe Th Fr Sa | | | | | |
| 1 2 3 4 5 6 7 | | | | | | | 1 2 3 4 | | | | | |
| 8 9 10 11 12 13 14 | | | | | | | 5 6 7 8 9 10 11 | | | | | |
| 15 16 17 18 19 20 21 | | | | | | | 12 13 14 15 16 17 18 | | | | | |
| 22 23 24 25 26 27 28 | | | | | | | 19 20 21 22 23 24 25 | | | | | |
| 29 30 31 | | | | | | | 26 27 28 29 30 | | | | | |

## Monday, May 16

**8:45am - 9:00am Swearing-in of Bruce Searby (FCPA) and Jennifer Sheriff-Parker (Director of A&M)** (AW's office) - Weissmann, Andrew (CRM)

**9:30am - 10:00am Re:** (b) (5) **issue summary and relevant documents**

**10:45am - 12:00pm Honors Attorneys visit to Fraud Section** (4 large (4502/4504)) - Weissmann, Andrew (CRM)

**12:00pm - 12:30pm** (b) (5) (conf call; AW dials in as leader)

**12:30pm - 1:00pm Re:** (b) (5) **issue summary and relevant documents** - Weissmann, Andrew (CRM)

**1:00pm - 2:00pm** (b) (5) **taint team and process/coordinat** ial-in below)/4 large conf room (4502/4504), Bond Building (1400 NY Ave NW)) - Weissmann, Andrew (CRM)

**3:00pm - 3:30pm** (b) (6) AW's office) - Weissmann, Andrew (CRM)

**3:30pm - 4:00pm** (b) (5) **call** (dial-in below) - Weissmann, Andrew (CRM)

**4:30pm - 5:15pm Executive Interview;** (b) (6) (4 large) - Bolinsky, Elizabeth (CRM)

**5:30pm - 6:00pm Weissmann** (b) (6) **call** (b) (6) to call AW at (b) (6) - Weissmann, An RM)

## Tuesday, May 17

**9:00am - 5:00pm The Principles and Practices That Guide Effective Managers Training** (4th Floor VTC) - Quinones, Pablo (CRM)

**2:00pm - 2:45pm Individual Accountability - civil corporate cooperation** (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) - Romano, Virginia (ODAG)

**5:00pm - 5:30pm Meeting for pre-call with Chicago USA** (AW's office) - Weissmann, Andrew (CRM)

**5:30pm - 6:00pm Pre-call with Chicago USA** (AW's office/conf call; d (b) (6) nn, Andrew (CRM)

**7:00pm - 9:00pm Farewell party for Becky and Dan Braun** (AW's apt)

## Wednesday, May 18

**10:00am - 10:15am** (b) (5) **proprietary products referrals** (AW's office) - Weissmann, Andrew (CRM)

**11:30am - 12:00pm FCA/SSA** (AW's office) - Weissmann, Andrew (CRM)

**12:30pm - 2:30pm** (b) (5) **meeting - VTC with Chicago** (4th floor VTC (11:30am CST)) - Weissmann, Andrew (CRM)

**2:30pm - 4:00pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)

**4:00pm - 4:30pm Summer interns** (AW's office (b) (6) to call (b) (6) - Weissmann, Andrew (CRM)

**4:45pm - 5:30pm Executive Interview;** (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

**5:30pm - 5:45pm** (AW's office) - Weissmann, Andrew (CRM)

(b) (6)

## Thursday, May 19

**1:30pm 2016 Forum on Financial Institutions Enforcement** (The J House, Greenwich, CT)

**10:30am - 11:00am** (b) (6) **ability to pay** (AW's office/Gary to call (b) (6) ) - Weissmann, Andrew (CRM)

**11:00am - 12:00pm Meeting - Jennifer Sheriff-Parker and Senior Fraud team** (4 large) - Weissmann, Andrew (CRM)

**12:00pm - 1:00pm ADM Brown Bag** (Bond Bulding, 5th Floor Conference Room) - Melton, Tracy

**1:00pm - 1:30pm Dan/Jennifer/Andrew** (aw's office) - Weissmann, Andrew (CRM)

**2:30pm - 2:45pm Call w/Yisel Valdes** (Honors attorney) (Yisel to call AW at (b) (6) )

**3:00pm - 3:30pm** (b) (6) **will call Andrew** (b) (6) ) (b) (6)

**3:30pm - 4:30pm Fwd: Fraud Section position in London** (b) (6) office, 1301 New York Ave., Room 842) - Carter, Jason

**4:30pm - 5:00pm** (b) (6) **Bi-weekly Meeting** (Ben to call (b) (6) - Weissmann, Andrew (CRM)

**5:00pm - 5:30pm** (b) (5) **call** (Sally/Rob to call AW at (b) (6)

**5:30pm - 6:00pm Declinations** (Dan to call (b) (6) Weissmann, Andrew (CRM)

(b) (6)

## Friday, May 20

**10:30pm 2016 Forum on Financial Institutions Enforcement** (The J House, Greenwich, CT)

**10:20am - 11:40am Panel** (10:20-11:40am)

**12:30pm - 1:00pm Call re: Declinations** (Dan to Call Andrew -- (b) (6) ) - Kahn, Daniel

**2:00pm - 2:30pm Contract approval discussion** (Jennifer to call AW at (b) (6) and SHS a (b) (6) ) - Weissmann, Andrew (CRM)

## Saturday, May 21

## Sunday, May 22

# May 23, 2016 - May 29, 2016

**May 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**June 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## Monday, May 23

- **5:00pm 2nd Circuit Judicial Conference** (Saratoga Springs, NY)
- **8:45am - 9:40am Compliance Week 2016 Keynote** (Mayflower Hotel, DC)
- **11:00am - 11:15am Chris/Dan/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:15pm Fraud (b) (6) meeting re (b) (5)** ( 4 large (4502/4504) conference room, Bond Building (1400 NY Ave NW, DC)) - Weissmann, Andrew (CRM)
- **12:15pm - 1:00pm Executive Interview; (b) (6)** (4th floor VTC- side B) - Bolinsky, Elizabeth (CRM)
- **1:00pm - 1:30pm Prep (b)(6) Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **1:30pm - 2:00pm (b)(6) Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **2:15pm - 2:45pm Jason/Dan/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **3:15pm - 3:45pm HCF takedown themes** (AW's office) - Weissmann, Andrew (CRM)
- **3:45pm - 5:00pm Meeting with (b) (5) re: Monitor** (Bond - 9th Floor VTC; USAO NDGA VTC Room 502) - Molloy, Sally (CRM)
- **3:45pm - 4:45pm Meeting with Kathy Ruemmler** (4th floor VTC-B) - Weissmann, Andrew (CRM)

## Tuesday, May 24

- **2nd Circuit Judicial Conference** (Saratoga Springs, NY)
- **8:00am - 9:00am US v. Pikus** (Dial-in Below) - Stewart, Brendan
- **10:00am - 10:30am (b) (5)** (Dan's office/group to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- **10:40am - 10:55am Call w/ Chairman Kaye (Consumer Product Safety Commission) re (b) (5)** (Kaye to call AW)
- **11:00am - 11:30am TC Andrew/Sung-Hee re FRD Deputy ERB** (SHS to call Andrew's personel cell) - Suh, Sung-Hee (CRM)
- **11:30am - 12:00pm (b) (5)** (Dan's office/group to call AW at (b) (6) ) - Kahn, Daniel
- **12:00pm - 1:00pm (b) (5)** (FBI HQ 7426 or Conference Call (info below)) - Baker, James A. (OGC) (FBI)
- **2:00pm - 2:45pm Individual Accountability - civil corporate cooperation** (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) - Romano, Virginia (ODAG)
- **2:15pm - 2:45pm (b) (5) follow-up** (Kathleen's office; group to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

## Wednesday, May 25

- **2nd Circuit Judicial Conference** (Saratoga Springs, NY)
- **5:00pm - 5:30pm Weissmann/Horn call** (AW to call John at (b) (6) ) - Weissmann, Andrew (CRM)

## Thursday, May 26

- **2nd Circuit Judicial Conference** (Saratoga Springs, NY)
- **12:30pm - 1:00pm Call with Kathy Ruemmler** (conf call; dial-in below) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Call re (b)(6)** (Kevin and Dan to call Andrew) - Kahn, Daniel
- **2:30pm - 3:30pm DAAG-Fraud telecon** (Andrew to Call SHS) - Suh, Sung-Hee (CRM)
- **2:30pm - 3:30pm DAAG-FRD Weekly Meeting** (Andrew to Call SHS) - Suh, Sung-Hee (CRM)
- **3:45pm - 4:00pm Andrew/Ben re (b)(6)** (Ben to call AW at (b) (6) ) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm FRD Principal Deputy ERB** (see conference call information below) - Suh, Sung-Hee (CRM)
- **5:00pm - 5:30pm (b) (5) follow-up call with Chicago USA** (Dan's office/conf call; dial in below) - Weissmann, Andrew (CRM)
- **6:00pm - 6:15pm Andrew/ (b) (6) to call AW at (b) (6) )** - Weissmann, Andrew (CRM)

## Friday, May 27

- **2:00am 2nd Circuit Judicial Conference** (Saratoga Springs, NY)
- **(b) (6)**
- **10:00am - 11:00am Meeting re: France/FCPA - briefing materials attached to this invite** (Conference Room 2216 - or - teleconference details below) - Swartz, Bruce

## Saturday, May 28

## Sunday, May 29

# May 30, 2016 - June 5, 2016

| May 2016 | June 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

## Monday, May 30
Memorial Day

## Tuesday, May 31
9:45am - 10:00am Meet and greet with Kevin Lowell (HCF detail) (AW's office) - Weissmann, Andrew (CRM)

11:30am - 12:00pm Pre-meet for Civil/Crim Fraud meeting (AW's office) - Weissmann, Andrew (CRM)

12:00pm - 12:45pm Presentation for the FBI Compliance Academy (b) (6), (b) (7)(C) to call AW at (b) (6) Weissmann, Andrew (CRM)

2:00pm - 2:45pm Individual Accountability - civil corporate cooperation (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) Romano, Virginia (ODAG)

2:15pm - 3:00pm Civil Fraud/Criminal Fraud meeting (9th floor conference room (9505), PHB, 601 D St NW) - Weissmann, Andrew

3:30pm - 4:00pm Conference call re: (b)(7)(E) Criminal Investigation - Goldsmith, Andrew (ODAG)

4:15pm - 4:30pm (b)(6) (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

5:00pm - 5:30pm Andrew/ (b) (5) FCPA conf Nov 2016 (b) (6) to call AW at (b) (6) ) - Weissmann, Andrew (CRM)

5:30pm - 5:45pm Fraud/FBI call (call, 5:30pm DC/4:30pm NO/2:30pm LA time - dial-in below) - Weissmann, Andrew (CRM)

5:45pm - 6:15pm Andrew/Dan (AW's office) - Weissmann, Andrew (CRM)

7:30pm - 9:30pm Dinner EDNY

## Wednesday, June 1
9:00am - 10:00am Telephone Conference to Prepare for Panel at Paris Conference - (b) (6)

10:15am - 10:45am OIG Referral re: Travel (AW's office,(b) (6) to call (b) (6) Weissmann, Andrew (CRM)

10:45am - 11:15am (b)(6) Bi-weekly Meeting (AW's office) - Weissmann, Andrew (CRM)

1:45pm - 3:15pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)

4:30pm - 5:30pm ases (AW's office) - Weissmann, Andrew (CRM)

5:30pm - 6:00pm Andrew/Ben/Casey (AW's office) - Weissmann, Andrew (CRM)

6:15pm - 6:45pm Call with (b) (6) (b) (6) to call AW at (b) (6) Weissmann, Andrew (CRM)

6:45pm - 7:00pm Call re (b) (5) (5:45pm CST/6:45pm EST - Joyce to call AW at (b) (6) Weissmann, Andrew (CRM)

## Thursday, June 2
9:00am - 9:45am HCF travel policy (AW's office) - Weissmann, Andrew (CRM)

10:00am - 10:45am (b) (5) AW's office/conf call - dial-in below) - Weissmann, Andrew (CRM)

11:00am - 12:00pm Andrew/Gejaa/Kathleen (AW's office) - Weissmann, Andrew (CRM)

12:30pm - 1:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM) (b) (6)

## Friday, June 3
(b) (6)

## Saturday, June 4

## Sunday, June 5

# June 6, 2016 – June 12, 2016



**June 2016**

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
| | 1 | 2 | 3 | 4 |
| 5 6 | 7 8 | 9 | 10 | 11 |
| 12 13 | 14 15 | 16 | 17 | 18 |
| 19 20 | 21 22 | 23 | 24 | 25 |
| 26 27 | 28 29 | 30 | | |

**July 2016**

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
| | | | 1 | 2 |
| 3 4 | 5 6 | 7 | 8 | 9 |
| 10 11 | 12 13 | 14 | 15 | 16 |
| 17 18 | 19 20 | 21 | 22 | 23 |
| 24 25 | 26 27 | 28 | 29 | 30 |
| 31 | | | | |

**Monday, June 6**

(b) (6)

**Tuesday, June 7**

(b) (6)

12:00pm - 1:00pm Request from (b) (6) for meeting with (b) (5)

1:00pm - 2:00pm Call meeting for speakers and moderator: Corporate Compliance Programs session (See call-in number below) - (b) (6)

2:00pm - 2:45pm Individual Accountability - civil corporate cooperation (Main, Room 4260/conference line number: (b) (6) passcode (b) (6) Romano, Virginia (ODAG)

3:30pm - 4:00pm Conference call re: Criminal Investigation - Goldsmith, Andrew (ODAG)

**Wednesday, June 8**

(b) (6)

**Thursday, June 9**

(b) (6)

**Friday, June 10**

(b) (6)

**Saturday, June 11**

**Sunday, June 12**

# June 13, 2016 –
# June 19, 2016

June 2016
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

July 2016
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**Monday, June 13**

12:00am Paris Anti-corruption Practitioner Conference

**Tuesday, June 14**

Paris Anti-corruption Practitioner Conference

1:15pm - 1:45pm Meeting re: Panel on settlements and other administrative sanctions (Lunch room (1:15pm Paris time))

**Wednesday, June 15**

Paris Anti-corruption Practitioner Conference

12:30pm - 1:00pm Meeting re: Compliance Panel for International Anti-Corruption Practitioners' Conference (Lunch reception (12:30pm Paris time))

**Thursday, June 16**

12:00am Paris Anti-corruption Practitioner Conference

**Friday, June 17**

11:15am - 11:45am (b) (6) (AW's office) - Weissmann, Andrew (CRM)

11:45am - 12:00pm Swearing-in of Claire Yan (HCF-LA) (tbd) - Weissmann, Andrew (CRM)

12:15pm - 12:30pm Brief Meeting with (b) (6) (AW's office) - Bolinsky, Elizabeth (CRM)

12:30pm - 1:00pm Meeting with Ben (AW's Office ) - Bolinsky, Elizabeth (CRM)

1:00pm - 1:45pm Executive Interview (b) (6) (4th floor VTC) - Bolinsky, Elizabeth (CRM)

1:45pm - 2:15pm New Orleans (AW's office) - Weissmann, Andrew (CRM)

4:15pm - 4:45pm ABA event on Deepwater Horizon (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm Meeting with Jennifer Saulino (AW's office) - Bolinsky, Elizabeth (CRM)

5:00pm - 5:30pm Meeting with Rob and Sally (AW's office) - Bolinsky, Elizabeth (CRM)

**Saturday, June 18**

**Sunday, June 19**

# June 20, 2016 - June 26, 2016

| June 2016 | July 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 | 1 2 |
| 5 6 7 8 9 10 11 | 3 4 5 6 7 8 9 |
| 12 13 14 15 16 17 18 | 10 11 12 13 14 15 16 |
| 19 20 21 22 23 24 25 | 17 18 19 20 21 22 23 |
| 26 27 28 29 30 | 24 25 26 27 28 29 30 |
| | 31 |

## Monday, June 20

- **10:00am - 10:45am Executive Interview** (b) (6) 9th floor VTC) - Bolinsky, Elizabeth (CRM)
- **10:30am - 12:30pm hold: VTC with** (b) (6) **(SFF detail candidate)**
- **12:00pm - 12:30pm** (b) (5) **Meeting** (AW's Office ) - Bolinsky, Elizabeth (CRM)
- **12:30pm - 1:00pm RE** (b) (5) Weissmann, Andrew (CRM)
- **1:00pm - 2:30pm** (b) (5) **Meeting** (11 large (11111)) - Bolinsky, Elizabeth (CRM)
- **1:00pm - 1:30pm HCF Weekly Management meeting** (AW's office) - Bolinsky, Elizabeth (CRM)
- **3:30pm - 4:00pm Conference call re:** (b) (5) **Criminal Investigation** - Goldsmith, Andrew (ODAG)
- **4:15pm - 4:45pm OIG Meeting** (OIG's 4th floor conference room.) - Bolinsky, Elizabeth (CRM)

## Tuesday, June 21

- **9:00am - 9:30am UK Regulations, re: liability** (AW's office ) - Bolinsky, Elizabeth (CRM)
- **10:15am - 11:00am Sandra/Andrew** (AW's office ) - Weissmann, Andrew (CRM)
- **11:00am - 11:15am** (b) (5) **Plea Agreement Negations** (AW's Office )
- **12:00pm - 12:30pm Pre Meeting for Ag Press Conference Group** (AW's Office) - Bolinsky, Elizabeth (CRM)
- **12:30pm - 1:00pm Kahn- Suh meeting** - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm HCF Takedown Press Conference Prep** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **3:30pm - 4:00pm** (b) (5) **Criminal Investigation Conference Call** (Dial-in # (b) (6) - Pass code # (b) (6) - Gamble, Nathaniel (ODAG)
- **5:00pm - 5:15pm Assistant candidate interviews** (AW's office) - Weissmann, Andrew (CRM)
- **5:15pm - 5:30pm Assistant candidate interviews** (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, June 22

- (b) (6)
- **10:15am - 12:00pm 2016 HCF Takedown Pre-Meet and Press Conference** (Main) - Weissmann, Andrew (CRM)
- **10:15am - 11:00am Prep for Medicare Fraud Press Conference** - Otus2015, AG (SMO)
- **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy
- **2:00pm - 3:00pm DAAG-FRD Weekly Meeting** (Main 2214) - Suh, Sung-Hee (CRM)
- **3:00pm - 5:30pm Deputy Chief, Fraud Section Interviews** (Main Justice, Conference Room 2109) - Jackson, Kimberly
- **3:15pm - 3:45pm Pablo Quinones**
- **3:55pm - 4:25pm** (b) (6)
- **4:35pm - 5:05pm Kathleen McGovern**
- **5:45pm - 6:15pm Weissmann/Sallet/Horowitz meeting** (Main Justice, MH's office) - Weissmann, Andrew (CRM)
- **6:30pm - 7:00pm Andrew/Dan** (AW's office) - Weissmann, Andrew (CRM)

## Thursday, June 23

- **9:00am - 10:00am Meeting with** (b) (6) **(Council on Foreign Relations)** (AW's office 4100) - Weissmann, Andrew (CRM)
- **10:00am - 10:30am Andrew/Jason** (AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am** (b) (5) (AW's Office ) - Bolinsky, Elizabeth (CRM)
- **11:00am - 11:20am Suh** - Weissmann, Andrew (CRM)
- **11:15am - 11:30am Andrew** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm Brown-bag lunch with summer interns** (4th floor VTC) - Weissmann, Andrew (CRM)
- **2:30pm - 4:30pm Deputy Chief, Fraud Section Interviews** (Main Justice, Conference Room 2109) - Jackson, Kimberly
- **2:30pm - 3:00pm Sandra Moser**
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **3:10pm - 3:40pm Ben Singer**
- **5:00pm - 5:30pm Fraud - Ratifications Discussion** (Andrew's Office) - Bass, Stacie
- **6:00pm - 6:15pm Meeting** (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, June 24

- **Deadline to file Public Financial Disclosure Report**
- **File**
- **9:45am - 10:00am Plaque ceremony for Gejaa Gobena** (4th floor VTC-B) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am Discovery Review** (AW's Office ) - Bolinsky, Elizabeth (CRM)
- **11:30am - 11:45am Dan Kahn** - Weissmann, Andrew (CRM)

## Saturday, June 25

## Sunday, June 26

# June 27, 2016 - July 3, 2016

June 2016
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

July 2016
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, June 27

- **11:30am - 12:30pm Carlin lunch** - Weissmann, Andrew (CRM)
- **1:00pm - 1:45pm Executive Interview** (b) (6) (4 large) - Weissmann, Andrew (CRM)
- **1:45pm - 2:00pm Andrew/Dan re: FBI Compliance Academy** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm Meeting re FRD Principal Deputy ERB** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **4:00pm - 4:45pm Executive Interview;** (b) (6) (4 large) - Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, June 28

- **Intern shadow:** (b) (6)
- **9:00am - 10:00am Weissmann** (b) (6), (b) (7)(C) **quarterly meeting** (4100 Bond (1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- **10:15am - 10:30am** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:00pm** (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm Personnel issue** (AW's office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm Weissmann** (b) (6) **call** (Andrew to call at (b) (6) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm Call re SDNY filter process** (AW's office/call-in info below) - Weissmann, Andrew (CRM)
- **4:00pm - 5:00pm** (b) (6), (b) (7)(C) **meeting** (Bond Building) - Weissmann, Andrew (CRM)
- **5:00pm - 5:45pm Hui prep** - Weissmann, Andrew (CRM)
- **6:00pm - 8:00pm Annual Reunion Dinner** (TBD) (b) (6), (b) (7) (b) FBI)
- (b) (6)

## Wednesday, June 29

- **Intern shadow:** (b) (6)
- **9:15am - 10:30am FBI Compliance Academy: Panel with (b) (6), (b) (7)(C) on FCPA** (OJP (7th and H St NW)) - Weissmann, Andrew (CR
- **10:45am - 11:45am FBI Compliance Academy: Compliance Town Hall** (OJP) - Weissmann, Andrew (CRM)
- **5:00pm - 6:00pm Office of Administration - 80th Anniversary - Wine and Cheese Celebration** (5th Floor of Bond Building (1400 New York Avenue NW)) - Casart, Jasmine (CRM)
- (b) (6)

## Thursday, June 30

- **10:30am - 10:45am Pat/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am** (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- **11:45am - 12:00pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:30pm Lunch with** (b) (6)
- **2:30pm - 3:00pm HCF Corporate Cases** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** (b) (6) **Bi-weekly Meeting** (AW's office) - Weissmann, Andrew (CRM)
- **3:45pm - 4:00pm meeting** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:15pm Discussion with Kevin** (AW's office ) - Weissmann, Andrew (CRM)
- **5:00pm - 6:30pm Toast the HCF Unit!**

## Friday, July 1

- **10:00am - 10:30am Romania** (AW's office) - Weissmann, Andrew (CRM)
- **10:30am - 10:45am Plaque ceremony for Patrick Stokes** (4 large ) - Weissmann, Andrew (CRM)
- (b) (6)
- **2:30pm - 2:45pm Call with** (b) (6) to call AW)
- **3:00pm - 3:15pm Call with** (b) (6) to call AW) - Weissmann, Andrew (CRM)
- **3:30pm - 3:45pm Call with** (b) (6) to call AW)

## Saturday, July 2

## Sunday, July 3



# July 4, 2016 -
# July 10, 2016

July 2016
Su Mo Tu We Th Fr Sa
                 1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

August 2016
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, July 4

- 4th of July

## Tuesday, July 5

- (b) (6)
- (b) (6)
- **3:30pm - 4:00pm** (b) (5) **meeting** (AW's office ) - Bolinsky, Elizabeth (CRM)
- **5:15pm - 5:30pm** (b) (6) **Conference Call** - Goldsmith, Andrew (ODAG)

## Wednesday, July 6

- Intern shadow: (b) (6)
- **9:00am - 9:30am London Vacancy** (AW's office/conf call, dial-in below) - Weissmann, Andrew (CRM)
- **11:00am - 11:15am Call w/AAG Caldwell** (AW to call)
- **1:30pm - 1:45pm Kathleen/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **1:45pm - 2:00pm Sandra/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **2:45pm - 3:00pm Andrew/Dan** (AW's office) - Weissmann, Andrew (CRM)
- **4:45pm - 5:15pm Ben/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **5:15pm - 5:45pm Fraud London Vacancy Phone Call** ( Andrew call Tracy at (b) (6) ) - Melton, Tracy

## Thursday, July 7

- **10:30am - 11:00am RE: Howard University School of Law Information Fair**
- **11:00am - 12:00pm** (b) (5) **Opening Moot Hold (Armstrong)** (4th floor VTC - Houston ) - Quinones, Pablo (CRM)
- **11:30am - 12:00pm**
- **1:30pm - 1:45pm Kathleen/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- **5:30pm - 5:45pm Meeting with Dan and BJ** (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, July 8

- **9:30am - 10:00am Meeting with** (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- **10:00am - 10:15am Issue in Chicago** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am Meeting with Ben** (AW's office ) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:00pm Meeting with Kathleen** (AW's office) - Weissmann, Andrew (CRM)
- **1:00pm - 1:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Saturday, July 9

## Sunday, July 10

# July 11, 2016 – July 17, 2016

| July 2016 | August 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|            1 2 |  1 2 3 4 5 6 |
| 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 |
| 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 24 25 26 27 28 29 30 | 28 29 30 31 |
| 31 | |

## Monday, July 11

- **8:45am - 9:00am Swearing-in of Ankush Khardori (SFF)** (AW's office) - Weissmann, Andrew (CRM)
- **9:30am - 10:00am FRD Executive Management meeting** (AW's office) - Weissmann, Andrew (CRM)
- **10:15am - 11:00am HCF Weekly Management meeting** (AW's office)
- **11:00am - 11:15am Laura/Andrew** (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 11:45am Meeting with Joe** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm Andrew/Sung-Hee Catch-Up Call** (SHS to Call AW) - Suh, Sung-Hee (CRM)
- **12:00pm - 12:30pm Re: Catch up call today?**
- **1:00pm - 1:30pm** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm New Orleans Call** (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, July 12

- **Intern shadow:** (b) (6)
- **9:00am - 11:00am Monitor Network Call: Managing Relationship With Companies** (b) (6) Participant Code (b) (6) Chen, Hui (CRM)
- **12:45pm - 1:00pm Meeting with Kathleen** (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm civil corp working group** (Main, Room 4133/conference number: (b) (6) 7 passcode: (b) (6) #) - Romano, Virginia (ODAG)
- **2:30pm - 3:00pm** (b) (6)
- **3:30pm - 4:00pm Andrew** (6) (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm call re** (b) (6)
- (b) (6)

## Wednesday, July 13

- **Intern shadow:** (b) (6)
- **9:30am - 10:00am Company Counsel as Potential Trial Witnesses** (AW's office ) - Weissmann, Andrew (CRM)
- **12:10pm - 12:25pm Chicago Issue** (AW's Office ) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm Lunch with FCPA Unit** (11 large) - Weissmann, Andrew (CRM)
- **2:30pm - 4:00pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)
- **3:30pm - 3:45pm FCPA call** (AW's Office) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, July

- **11:30am - 12:00pm** (b) (6) **Reference** (AW's Office)
- **3:30pm - 3:45pm Chicago Issue** (AW's office ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm re:** (6) (AW's Office ) - Weissmann, Andrew (CRM)
- **7:30pm - 8:00pm** (b) (6)

## Friday, July 15

- **9:00am - 9:30am** (b) (6) (Rare Sweets)
- **10:00am - 10:30am re:** (b) **Global Resolution** (AW's Office ) - Weissmann, Andrew (CRM)
- **10:15am - 10:30am** (7) (C)
- **10:30am - 11:00am** (6) (b) **Bi-weekly Meeting** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:15am** (6) **Giglio Issue** (AW's Office) - Weissmann, Andrew (CRM)
- **1:15pm - 1:30pm Meeting with Joe** (AW's Office) - Weissmann, Andrew (CRM)
- **1:30pm - 1:45pm Length of Service- 5 years** (AW's Office ) - Weissmann, Andrew (CRM)
- **1:45pm - 2:45pm** (b) (5) - Weissmann, Andrew (CRM)
- **4:15pm - 4:45pm** (6) (6) (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 6:30pm Gejaa Gobena Farewell Party** (Laughing Man Tavern)

## Saturday, July 16

## Sunday, July 17

- **8:30am - 9:00am Re:** (b) (6)