# July 18, 2016 - July 24, 2016

July 2016
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

August 2016
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, July 18

Intern shadow: (b) (6)

- **10:30am - 11:00am Phone call with Andrew and Pablo** (20 min) (Your office) - Suh, Sung-Hee (CRM)
- **12:00pm - 1:00pm Brown Bag Lunch with Andrew** (4 large (4502/4504)) - Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm Meeting to Discuss** (b) (6) (AW's office ) - Weissmann, Andrew (CRM)
- **2:15pm - 2:30pm Allison Westfahl- Kong (FCPA Detail) Meet & Greet** (AW's office ) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm Meeting with Joe** (AW's office ) - Weissmann, Andrew (CRM)
- **3:30pm - 3:45pm** (b) (6) (AW's Office ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:15pm re HCF** (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:15pm Executive Interview:** (b) (6) (4th floor VTC) - Weissmann, Andrew (CRM)
- **8:00pm - 9:30pm** (b) (6) Weissmann, Andrew (CRM)

## Tuesday, July 19

Intern shadow: (b) (8)

- **10:30am - 11:00am** (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- **12:00pm - 12:15pm Meeting with Kathleen** (AW's Office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm Lunch with** (b) (6) (Woodward Table) - Weissmann, Andrew (CRM)
- **1:30pm - 2:00pm** (b) (6) office
- **2:45pm - 3:00pm Meeting with Jennifer S.** (AW's office ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Meeting with Ben** (AW's Office ) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm Corporate Strike Force** (Andrew's office) - Weissmann, Andrew (CRM)
- **5:20pm - 5:35pm** (b) (5) (AW's Office ) - Weissmann, Andrew (CRM)
- **5:30pm - 8:30pm Farewell Party for Patrick Stokes, July 19 at 5:30 p.m.**

## Wednesday, July 20

- **10:00am - 11:00am Length of Service** (Main Justice, OAAG Conference Room, Room 2107) - Capital, Human (CRM)
- **12:15pm - 12:30pm Kathleen & Sandra** (AW's Office ) - Weissmann, Andrew (CRM)
- **12:30pm - 1:00pm Meeting with Sandra** (AW's Office ) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm** (b) (6) **Resolution** (AW's Office ) - Weissmann, Andrew (CRM)
- **2:30pm - 4:00pm DAAG- FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)
- **3:45pm - 4:30pm NEW TIME:  Prep for Miami press conference** (b) (5) (Main 2107 - call-in number in notes) - Aber, Jessica (CRM)
- **4:15pm - 5:00pm Prep for Miami press conference** (b) (5) (Main 2107) - Aber, Jessica (CRM)
- **7:30pm - 9:00pm Re:** (b) (6)

## Thursday, July 21

- **10:00am - 11:00am Fwd: Fraud Quarterly Finance Report** (5th Floor Conference Room) - (b) (6)
- **11:00am - 11:45am** (b) (6) **Meeting Discussion** (Andrew's Office) - Singer, Benjamin
- **1:45pm - 2:00pm HCF Fraud AC's** (AW's Office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm** (b) (5) **Resolution** (AW's Office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:45pm** (b) (5) **Answering Some, But Not All, of Andrew's Questions** (Andrew's Office) - Singer, Benjamin

## Friday, July 22

- **10:30am - 10:45am Plaque Ceremony for Patrick Pericak** (4th floor VTC (side A) ) - Weissmann, Andrew (CRM)
- **11:30am - 11:45am Meeting to Discuss** (b) (6) (AW's Office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm Compliance Brown Bag Lunch: Interviewing Compliance-Related Personnel** (Bond, 4th floor VTC, sides A and B (4204-A and -B)) - Weissmann, Andrew (CRM)
- **2:30pm - 4:30pm FW:** (b) (5) ** UPDATED TO REFLECT ROOM CHANGE ** (Bond Building (Address Below), 4th Floor VTC) - Aoyagi, Melissa

## Saturday, July 23

## Sunday, July 24

# July 25, 2016 - July 31, 2016



July 2016
Su Mo Tu We Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

August 2016
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, July 25**

Intern shadow: (b) (6)

11:00am - 11:30am re: (b) (5) (AW's office ) - Weissmann, Andrew (CRM)

11:30am - 12:00pm (b) (5) (AW's Office ) - Weissmann, Andrew (CRM)

3:00pm - 3:30pm corporate accountability (call in (b) (6) code (b) (6) McHenry, Teresa

4:00pm - 4:30pm New Orleans Weekly Meeting (AW's Office ) - Weissmann, Andrew (CRM)

4:30pm - 5:00pm Brady Issue (AW's Office) - Weissmann, Andrew (

(b) (6)

**Tuesday, July 26**

Intern shadow: (b) (6)

10:00am - 11:00am WFO United States Attorney's Office Service Awards (FBI @ WFO, 601 4th Street N.W., Washington, D.C)

11:30am - 12:00pm Andrew/SHS TC re NPA - Suh, Sung-Hee (CRM)

12:00pm - 12:30pm USAO call

(b) (6)

**Wednesday, July 27**

Intern shadow: (b) (6)

9:30am - 10:30am MLATs and OECD discussion (Bond Building, 1400 New York Ave NW, Conf room 4204-B ) - Weissmann, Andrew (CRM)

11:30am - 12:00pm (b) (5) (AW's Office) - Weissmann, Andrew (CRM)

12:10pm - 12:40pm RE (b) (5) - follow up

2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)

4:00pm - 4:15pm Meeting with Joe (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:30pm Farewell Toast in honor of Virginia Romano (4111) - Yates, Sally (ODAG)

5:30pm - 6:00pm Re: (b) (5) Indictment and Memo

(b) (6)

**Thursday, July 28**

9:30am - 9:50am (b) (5) (AW's office ) - Weissmann, Andrew (CRM)

9:50am - 10:00am (b) (5) (AW's Office) - Weissmann, Andrew (CRM)

10:30am - 11:15am Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

2:00pm - 2:30pm (b) (5) (AW's Office) - Weissmann, Andrew (CRM)

3:00pm - 4:00pm Meeting with (b) (5) (French Justice Attaché) (AW's office ) - Weissmann, Andrew (CRM)

5:00pm - 5:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

(b) (6)

**Friday, July 29**

10:00am - 10:30am Proposal for Attorney Allocation (AW's Office) - Weissmann, Andrew (CRM)

11:00am - 11:30am re: Attorney Allocation (AW's office ) - Weissmann, Andrew (CRM)

2:00pm - 2:30pm (b) (5) Bi-weekly Meeting (AW's Office) - Weissmann, Andrew (CRM)

2:30pm - 3:00pm (b) (5) (AW's Office) - Weissmann, Andrew (CRM)

4:15pm - 4:30pm Conference Call RE (b) (5) - Goldsmith, Andrew (ODAG)

**Saturday, July 30**

**Sunday, July 31**



# August 1, 2016 - August 7, 2016

**August 2016**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

**September 2016**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

## Monday, August 1

- Intern shadow: (b) (6)
- 9:30am - 10:00am (b) (6) call
- 11:00am - 11:30am (b) (5) (AW's Office) - Kahn, Daniel
- 12:00pm - 12:15pm Meet & Greet; Della Sentilles (AW's Office) - Weissmann, Andrew (CRM)
- 12:30pm - 12:45pm Meeting with Rob & Sally (AW's Office ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Agent Response to (b) (5) (AW's Office )
- 4:15pm - 4:30pm (b) (5) Call (AW's Office) - Weissmann, Andrew (CRM)
- 4:30pm - 4:45pm (b) (5) Memo  (AW's office) - Weissmann, Andrew (CRM)

## Tuesday, August 2

- 10:00am - 10:30am Zink - Weissmann, Andrew (CRM)
- 10:30am - 11:00am Re: Call - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm Meeting with Dan and Sandra (AW's Office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, August 3

- 1:00pm - 2:00pm Civil regarding (b) (5)  (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:00pm - 4:30pm (b) (5) (Reporting Requirements) (AW's Office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Meeting with Joe (AW's Office ) - Weissmann, Andrew
- (b) (6)
- (b) (6)

## Thursday, August 4

- 9:30am - 10:00am Call (b) (6), (b) (7)(C) at FBI (AW's Office ) - Weissmann, Andrew (CRM)
- 10:00am - 11:00am meeting  (2107) - Caldwell, Leslie R
- 12:30pm - 1:00pm London Detail (AW's Ofc or mine) - Quinones, Pablo (CRM)
- 1:00pm - 2:00pm (b) (5) SIGTARP - 1801 L St NW, 4th floor)
- 2:30pm - 3:00pm (b) (5) (AW's Office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, August 5

- 10:30am - 11:00am re: (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm RE: interns (AW office) - Weissmann, Andrew (CRM)

## Saturday, August 6

- (b) (6) →

## Sunday, August 7

- (b) (6) →



# August 8, 2016 – August 14, 2016

| August 2016 | September 2016 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 |

**Monday, August 8**
(b) (6)

**Tuesday, August 9**
(b) (6)

**Wednesday, August 10**
(b) (6)

**Thursday, August 11**
(b) (6)

9:30am - 10:30am OPM Focus Group - Perspectives from CRM Section Leadership (Teleconference (b) (6) / passcode: (b) (6)

**Friday, August 12**
(b) (6)

Fraud Section 2nd Annual File Closing Day Reminder and Summer Event (BOND) - Sheriff-Parker, Jennifer (CRM)

12:00pm - 1:00pm HCF - Lecture Series: Health Care Markets, Part II (4th Floor VTC Room ) - Bowman, Joanna

5:30pm - 7:30pm Fraud Section Summer Event! (Pinstripes in Georgetown) - Ettinger, Derek (CRM)

**Saturday, August 13**
(b) (6)

**Sunday, August 14**
(b) (6)

# August 15, 2016 - August 21, 2016

August 2016
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2016
SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

## Monday, August 15

- **11:00am - 11:15am Swearing-in of Michael Harper &** (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm** (b) (5) (AW Office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:15pm Suh catch up call** - Weissmann, Andrew (CRM)
- **3:45pm - 4:00pm Brief Discussion with Kathleen** (AW Office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm** (b) (6) **offer** (AW's office) - Moser, Sandra

## Tuesday, August 16

- **9:30am - 10:00am Standing Committee on Monitor Selection** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am** (b) (6) **Bi- Weekly Meeting** (AW's Office ) - Weissmann, Andrew (CRM)
- **11:45am - 12:45pm Lunch with Tracy** (TBD) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm ALI Use of Force Principles-- Draft for Comment** (Dial In)
- **4:30pm - 5:00pm** (b) (5) (AW Office) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, August 17

- **12:30pm - 1:30pm Lunch with Hui and** (b) (6) (TBD) - Weissmann, Andrew (CRM)
- **2:30pm - 4:00pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)
- **4:00pm - 4:20pm New Orleans** (AW's Office ) - Weissmann, Andrew (CRM)
- **4:30pm - 4:50pm Discussion** (AW's Office) - Weissmann, Andrew (CRM)

## Thursday, August 18

- **9:30am - 10:00am BOND 12th Floor - PIN** (AW's Office ) - Weissmann, Andrew (CRM)
- **11:00am - 12:00pm** (b) (5) (AW Office) - Weissmann, Andrew (CRM)
- **1:30pm - 1:45pm** (b) (6) **Discussion** (AW's Office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Mandatory meeting regarding office space and redesign** (Andrew's Office) - Moser, Sandra
- **2:30pm - 3:30pm** (b) (5) **Opening Moot (Dubai)** (9th Floor VTC-Detroit VTC) - Quinones, Pablo (CRM)
- **3:00pm - 3:30pm** (b) (6) **Discussion** (AW's Office) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm Personnel Issue** (Andrew's Office) - Moser, Sandra
- **4:00pm - 4:30pm** (b) (6) **Pre-Meet** (AW's Office) - Weissmann, Andrew (CRM)

## Friday, August 19

- **9:30am - 10:00am SEC call**
- **10:30am - 11:30am meeting** - Weissmann, Andrew (CRM)
- **11:45am - 12:15pm** (b) (6) **Meeting (w/Reid)** (Andrew's Office) - Singer, Benjamin
- **12:15pm - 12:45pm Discussion** (AW's Office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm ITM Issues** (AW's Office) - Weissmann, Andrew (CRM)

## Saturday, August 20

## Sunday, August 21

# August 22, 2016 - August 28, 2016

August 2016
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2016
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

## Monday, August 22

- 8:45am - 9:00am Swearing-in of Alexander Kramer (HCF- Miami) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm Strategic Plan Discussion (AW's Office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:15pm SFF Paralegal Meeting (11 Large (room 11111)) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm Meeting (AW's Office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:30pm Meeting with Civil Fraud (4th floor VTC (side b)) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) AW's office - Weissmann, Andrew (CRM)

## Tuesday, August 23

- 12:00pm - 12:30pm Drug Diversion cases (AW's Office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:15pm Strategic Plan Discussion (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Meeting re (b) (6) (OAAG Coneference Room, Room 2107) - Caldwell, Leslie R
- 2:45pm - 3:15pm (b) (6) investigation (call in)
- 3:15pm - 4:00pm Executive round interview (b) (6) (VTC 4204-B) - Smith, Emoni (CRM)
- 4:00pm - 4:45pm Executive Round Interview; (b) (6) VTC 4204-B) - Smith, Emoni (CRM)
- 4:45pm - 5:15pm PWPs (AW's Ofc) - Quinones, Pablo (CRM)

## Wednesday, August 24

- 9:30am - 9:45am Call with (b) (6) (AW's Office) - Weissmann, Andrew (CRM)
- 11:45am - 12:30pm Executive Round Interview; (b) (6) (VTC 4204-B) - Smith, Emoni (CRM)
- 2:00pm - 3:00pm Strategic Plan Discussion (AW's Office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm ITM Memo (AW's Office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:15pm (b) (5) Resolution NPA (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 5:00pm Executive round interview; (b) (6) (VTC 4204-B) - Smith, Emoni (CRM)
- 5:30pm - 6:00pm (b) (5) AW's Office) - Weissmann, Andrew (CRM)
- 6:00pm - 6:30pm Meeting with Ben (AW's office) - Weissmann, Andrew (CRM)

## Thursday, August 25

- 11:00am - 11:45am Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 12:00pm - 1:00pm ADM Brown Bag (Bond, 5th Floor Conference Room) - Melton, Tracy
- 1:00pm - 2:00pm Meeting w/EPA and DOJ re (b) (6) (Main Justice Room 2107) - (b) (6)
- 3:00pm - 3:15pm Call with Sangita (call ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:30pm CRM Investigators Discussion (Keeney Building, 1301 NYA - OCGS Conference Room on 4th Floor) - Melton, Tracy

## Friday, August 26

- 9:30am - 9:45am Lit Support Issues (AW's Office/ Call in) - Weissmann, Andrew (CRM)
- 10:00am - 10:30am Pat Donley Plaque Ceremony (4th floor VTC ) - Weissmann, Andrew (CRM)
- 10:30am - 11:30am Strategic Plan Update (Andrew's Office ) - Moser, Sandra
- 1:20pm - 1:30pm Meeting with Ben (AW's office ) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm RE: (b) (5) Investigation (call ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:15pm Re: (b) (5)
- 3:30pm - 4:00pm Re: (b) (6)
- 5:00pm - 6:30pm Pat Donley's Retirement Party (Joe's Stone Crab (750 15th St., NW)) - Eyler, Gustav (CRM)

## Saturday, August 27

## Sunday, August 28

# August 29, 2016 - September 4, 2016

August 2016
SuMo TuWe Th Fr Sa
  1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2016
SuMo TuWe Th Fr Sa
           1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

## Monday, August 29

- **10:30am - 10:45am** (b) (5) **Case (Detroit)** (AW's Office) - Weissmann, Andrew (CRM)
- **11:00am - 12:00pm** (b) (5) ▇▇▇ (4th floor VTC (Side A)- Bond Building ) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm Meeting with Dan** (AW's Office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm HCF Evaluations** (AW's Office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm Topic: Status of pending FOIA Request** (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:30pm Meeting to Resolve Privilege Issue** (AW's office ) - Weissmann, Andrew (CRM)
- **5:30pm - 6:00pm** (b) (5) ▇▇▇ (AW's Office) - Weissmann, Andrew (CRM)
- **6:00pm - 6:15pm** (b) (5) ▇▇▇ (AW's Office) - Weissmann, Andrew (CRM)

## Tuesday, August 30

- **10:30am - 11:00am DOJ/FCA Collaboration Call** (AW's Office ) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am** (b) (6) **Discussion** (AW's Office) - Kahn, Daniel
- **4:00pm - 4:30pm FW:** (b) (5) ▇▇▇ (Room and Dial-in TBD) - Prober, Raphael (ODAG)
- **4:00pm - 4:30pm** (b) (5) **Updates** (OLA Conference Room, 1137 Main, o (b) (6) ▇▇▇ passcod (b) (6) ▇▇▇ Burton, Faith (OLA)
- **4:30pm - 5:00pm Topic: Trial Skill Development Ideas** (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, August 31

- **9:30am - 10:00am Singer - work streams** (AW's Office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:30pm lunch** - Weissmann, Andrew (CRM)
- **3:45pm - 4:00pm re HCF evaluation** (AW's Office ) - Weissmann, Andrew (CRM)
- **4:00pm - 5:00pm Term/Perm & Extended TDY for HCF Strike Force Cities** (AW's office) - Weissmann, Andrew (CRM)
- **5:45pm - 6:15pm** (b) (6) ▇▇▇ (call in) - Weissmann, Andrew (CRM)

## Thursday, September 1

- (b) (6) ▇▇▇ →
- (b) (6) ▇▇▇

## Friday, September 2

- (b) (6) ▇▇▇
- **2:30pm - 3:00pm RE: Revised Draft of NPA** (call-in ) - Weissmann, Andrew (CRM)

## Saturday, September 3

## Sunday, September 4

# September 5, 2016 - September 11, 2016

September 2016
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

October 2016
Su Mo Tu We Th Fr Sa
                  1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, September 5

- Labor Day

## Tuesday, September 6

- 11:15am - 11:45am (b) (5) AW's Office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm (b) (5) case (AW's Office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Call with (b) (5), (b) (6) (Call in) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Space Design Meeting (Bond 7th Floor Conference Room) - Bass, Stacie
- 4:00pm - 4:30pm (b)(6) Appeal Pre-Meet - Kahn, Daniel
- 4:30pm - 5:30pm Meeting with (b) (6) (AW's Office - Kahn, Daniel
- 5:30pm - 6:30pm (b)(6) Appeal (Confirmed) (11th Floor Large) - Kahn, Daniel

## Wednesday, September 7

- 10:30am - 10:45am (b) (5) call (call in ) - Weissmann, Andrew (CRM)
- 10:45am - 11:00am Swearing In of David Stier (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Call re (b)(5) (Leslie's office ) - Caldwell, Leslie R
- 12:30pm - 2:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 2:20pm - 3:15pm CRM Tour of OJP Space (Meet at Lobby of OJP Building (810 7th Street NW, Washington DC, 20531)) - Bass, Stacie
- 3:30pm - 4:00pm Bi-Weekly (AW's Office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:45pm Fraud Section proposed policy (Call ) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm Space Issues (AW's Office) - Weissmann, Andrew (CRM)

## Thursday, September 8

- 9:30am - 11:00am Monitor Network Call: Reporting Best Practices (b) (6) Participant Code (b) (6) Chen, Hui (CRM)
- 10:45am - 11:00am (b) (5) letter to Judge Linares (AW's office )
- 1:00pm - 2:00pm Meeting with Ben Morgan (SFO) (AW's Office ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm Trial Skills Ideas (AW's office ) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm RE: (b) (5) call in ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:00pm FBI NOLA remarks (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 6:30pm Welcome Brandon Home from Djibouti (Claudia's Steakhouse) - Bass, Stacie
- (b) (6)

## Friday, September 9

- 9:30am - 10:00am FOIA meeting update (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am (b) (5) Update (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm (b)(6) Monitor Meeting (AW's office ) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm RE: Partnering with (b) (5) case (call in)
- 1:30pm - 2:15pm Admin & Management Weekly Management Meeting (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Meeting with Stacie (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm RE: Department of Labor (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm (b) (5) complaint (call in information below) - Yavelberg, Jamie (CIV)
- 5:30pm - 6:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Saturday, September 10

## Sunday, September 11

# September 12, 2016 - September 18, 2016

September 2016
Su Mo Tu We Th Fr Sa
            1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

October 2016
Su Mo Tu We Th Fr Sa
                  1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, September 12
- **10:30am - 11:00am re** (b)(5) - Weissmann, Andrew (CRM) (AW's Office (Bond Building; 1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- **11:00am - 11:45am Executive round interview;** (b)(6) (VTC 4204-B) - Smith, Emoni (CRM)
- **12:00pm - 1:00pm lunch** - Weissmann, Andrew (CRM)
- **1:30pm - 2:00pm** (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Plea Agreement - DOJ-FRD Not In Signature** (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:45pm Executive round interview;** (b)(6) (VTC 4204-B) - Smith, Emoni (CRM)
- **3:45pm - 4:30pm Executive round interview;** (b)(6) (VTC 4204-B) - Smith, Emoni (CRM)
- **4:30pm - 5:30pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)
- **6:30pm - 7:00pm Re: In DC**

## Tuesday, September 13
- **9:30am - 10:30am Fraud Space** (Bond 5th Floor Conf Room) - Melton, Tracy
- **10:30am - 11:00am Lit Support** (AW's office) - Weissmann, Andrew (CRM)
- **11:00am - 11:45am Executive Round Interview** (b)(6) (VTC 4204-A) - Smith, Emoni (CRM)
- **11:45am - 12:30pm Executive Interview;** (b)(6) (4 large (4502/4504)) - Smith, Emoni (CRM)
- **12:30pm - 12:45pm Status Conference meeting** (AW's office) - Weissmann, Andrew (CRM)
- **1:00pm - 1:15pm Space in New Orleans** (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm Follow Up Call** (AW's Office/ Call in ) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm Meeting with** (b)(6) (AW's office ) - Weissmann, Andrew (CRM)
- **3:30pm - 6:00pm The National Security Division's 10th Anniversary**
- **5:00pm - 6:00pm Jennifer Saulino Farewell Party** (Woodward Table)
- **5:00pm - 5:45pm SEC call re:** (b)(5) **Opinion** (AW's office/ call in ) - Weissmann, Andrew (CRM)
- **5:00pm - 7:00pm Jennifer Saulino Farewell Party** (Woodward Table - 1426 H Street NW, Washington DC) - Cordova, Laura

## Wednesday, September 14
- **8:00am 2016 National HCF Conference** (ATF Building) →
- **12:00pm - 1:15pm Health Care Fraud Training Brown Bag Lunch with Health Care Fraud Supervisors** (ATF, 99 New York Avenue, NE) - McFarlane, Ashlee
- **3:30pm - 4:00pm RE:** (b)(5) **pros memo** (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:15pm Meeting with Pam** (AW's office) - Weissmann, Andrew (CRM)
- **5:45pm - 6:15pm** (b)(5) (AW's office ) - Weissmann, Andrew (CRM)

## Thursday, September 15
- **2016 National HCF Conference** (ATF Building) →
- **12:15pm - 1:30pm Health Care Fraud Training Pizza Lunch with Fraud Section Attorneys Only** (ATF, 99 New York Avenue, NE) - McFarlane, Ashlee
- (b)(6)
- **7:30pm - 8:30pm "What You Don't Know Can Hurt You: Unconscious Bias & the Practice of Law."** (Judge Friedman's courtroom)

## Friday, September 16
- **12:30pm 2016 National HCF Conference** (ATF Building)
- **1:00pm - 1:30pm Plaque Ceremony for Jennifer Saulino** (4th floor VTC (sides A & B)) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm** (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** (b)(5) (Andrew's office ) - Moser, Sandra
- **4:15pm - 4:45pm Meeting with Stuart** (AW's office (Bond Building; 1400 New York Ave NW)) - Weissmann, Andrew (CRM)
- **4:45pm - 5:15pm** (b)(5) (AW's Office) - Weissmann, Andrew (CRM)
- **5:15pm - 5:30pm** (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- **6:00pm - 6:30pm** (b)(5) **Call** (Dial-In) - Tsao, Leo

## Saturday, September 17

## Sunday, September 18
- (b)(6)

# September 19, 2016 - September 25, 2016

September 2016
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

October 2016
Su Mo Tu We Th Fr Sa
                  1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, September 19

- 8:45am - 9:00am Swearing In New Attorneys (AW's Office) - Weissmann, Andrew (CRM)
- 9:15am - 9:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:15am - 12:00pm Executive Round Interview: (b) (6) (4th VTC-B) - Smith, Emoni (CRM)
- 12:00pm - 1:00pm (b) (6) lunch
- 1:00pm - 1:45pm Prep Session for Briefing of the CRAB on CRM's FY 2017 3% Request (5th floor conference room, Bond) - Frary, Debra
- 3:30pm - 4:15pm Executive Round Interview: (b) (6) (VTC 4204-B) - Smith, Emoni (CRM)
- 4:30pm - 4:45pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm Walk out for Paul O'Brien (Main)
- 5:40pm - 6:25pm Executive round interview: (b) (6) (VTC 42404-B) - Smith, Emoni (CRM)
- (b) (6)

## Tuesday, September 20

- 9:00am - 11:00am DOJ/SEC/FBI FCPA training conference speaking Hold (SEC DC) - Weissmann, Andrew (CRM)
- 10:30am - 11:30am (b) (5) (2107) - Caldwell, Leslie R
- 12:00pm - 12:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 3:00pm (b) (5) Meeting (11 large) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Meeting to go over Presentation (AW's Office (4100)) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm Meeting with (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, September 21

- 9:30am - 10:30am (b) (5) Appeal (4th Floor VTC) - Kahn, Daniel
- 9:30am - 10:30am (b) (5) Appeal of Resolution Offer (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:50am Performance Appraisal Review with Dan (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 11:15am (b) (5) teleconference (Conference Call Information: Toll Free: Dia (b) (6) / Local Toll Number: Dial: (b) (6) / Participant pass code: (b) (6) Caldwell, Leslie R
- 11:30am - 12:00pm (b) (5) Request for an Investigation (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- 12:00pm - 12:45pm Executive Round Interview: (b) (6)
- 12:45pm - 1:00pm OPL HCF Funding (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:00pm - 4:45pm Executive round interview (b) (6) (VTC 4204-B) - Smith, Emoni (CRM)
- 4:45pm - 5:30pm Executive Round Interview: (b) (6) (4th VTC-B) - Smith, Emoni (CRM)

## Thursday, September 22

- 10:00am - 10:10am go over Travel with ▓▓ (AW's office ) - Weissmann, Andrew (CRM)
- 10:40am - 11:00am Performance Appraisal Review with Joe (AW's office ) - Weissmann, Andrew (CRM)
- 11:50am - 12:15pm SDFL Matter (b) (6) (AW's office/ call ) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm Call with (b) (6) (call )
- 2:30pm - 3:00pm re: (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Executive Interview: (b) (6) (4 large (4502/4504)) - Smith, Emoni (CRM)
- 3:45pm - 4:15pm RE: London detail (AW's office ) - Weissmann, Andrew (CRM)
- 5:00pm - 6:00pm Coffee with (b) (6) (TBD) - Weissmann, Andrew (CRM)

## Friday, September 23

- 8:30am - 9:30am IBA Registration (Speakers' Desk)
- 9:30am - 12:30pm IBA 2016 Annual Anti-corruption conference (Washington Marriott Wardman Park, 2660 Woodley Road NW, Washington, DC)
- 1:30pm - 2:30pm HOLD: Meeting with (b) (6) General Counsel) (AW's Office) - Kahn, Daniel
- 3:30pm - 4:00pm RE: (b) (5) - press issue (AW's office/ call in ) - Weissmann, Andrew (CRM)

## Saturday, September 24

## Sunday, September 25



# September 26, 2016 - October 2, 2016

September 2016
SuMo TuWe Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

October 2016
SuMo TuWe Th Fr Sa
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, September 26

**10:30am - 10:45am Call with Teresa** (AW's office) - Weissmann, Andrew (CRM)

**10:45am - 11:30am Executive round interview;** **(b) (6)** (VTC 4204-B) - Smith, Emoni (CRM)

**11:30am - 12:15pm Executive Round Interview;** **(b) (6)** (VTC 4204- B) - Smith, Emoni (CRM)

**12:30pm - 1:00pm** (b) (6) (AW's office ) - Weissmann, Andrew (CRM)

**1:30pm - 1:45pm Call with** (b) (6) (AW's Office) - Popolizio, Christina (CRM)

**2:00pm - 2:30pm Trial Skill Ideas** (AW's office) - Weissmann, Andrew (CRM)

**2:30pm - 3:15pm Executive Interview** **(b) (6)** (VTC 4204-B) - Smith, Emoni (CRM)

**3:15pm - 4:00pm Executive round interview** **(b) (6)** (VTC 4204-B) - Smith, Emoni (CRM)

**5:00pm - 5:30pm FW** (b) (5) **Call** (AW's Office) - Popolizio, Christina (CRM)

## Tuesday, September 27

**10:00am - 11:00am Moot courts in Bravo-Fernandez v. United States (S. Ct.)** (OSG Conference Room )

**11:00am - 11:30am CRAB prep** (AW's Office) - Weissmann, Andrew (CRM)

**12:30pm - 12:45pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**1:00pm - 3:00pm FY 2017 Three Percent Presentation to the** (b) (5) (Main Justice Building - Room 1103) - Frary, Debra

**4:50pm - 5:10pm Performance Appraisal Review with Pablo** (AW's

(b) (6)

## Wednesday, September 28

**9:00am - 10:00am Weissmann** (b) (6), (b) **uarterly meeting** (Andrew's office (4100), 1400 New York Ave NW) - Weissmann, Andrew (CRM)

**12:45pm - 1:30pm Executive round interview;** **(b) (6)** (VTC 4204-B) - Smith, Emoni (CRM)

**1:30pm - 2:00pm Qui Tam Relativity Presentation** (4th floor VTC ) - Weissmann, Andrew (CRM)

**2:00pm - 3:30pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)

**4:00pm - 4:20pm** (b) (5) **- Status Update** (Conference Meet-Me: (b) (6) , Pass Code: **(b) (6)** - Goldsmith, Andrew (ODAG)

**4:20pm - 5:00pm re: Restructuring Lit Support** (AW's office) - Weissmann, Andrew (CRM)

**5:00pm - 5:30pm Unit Rotation Meeting (Discussion of Proposal)** (AW's office) - Weissmann, Andrew (CRM)

## Thursday, September 29

(b) (6)

**10:30am - 11:30am** **(b) (5)** **Opening Moot (Hunter)** (4th Floor VTC - USAO Tampa ) - Quinones, Pablo (CRM)

## Friday, September 30

(b) (6)

**3:00pm - 4:00pm Moot courts in** (b) (5) **v. United States (S. Ct.)** (OSG Conference Room )

## Saturday, October 1

## Sunday, October 2

# October 3, 2016 - October 9, 2016

| October 2016 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| November 2016 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

## Monday, October 3
- **11:00am - 11:30am** [redacted] presentation with Hui (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:20pm** Performance Appraisal Review with Ben (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:00pm** Houston Letter to FBI (AW's office) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm** (b) (5): Proposed Declination (AW's office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm** London Prep Meeting (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:15pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm** RE: (b) (5) Correspondence Re Cooperation call (dial in) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** RE (b) (6) Offer (AW's office ) - Weissmann, Andrew (CRM)

## Tuesday, October 4
- **9:00am - 9:30am** FW: ABA Planning Call (Teleconference) - Tumani, Satnam
- **1:00pm - 1:30pm** Off the record meeting w/ Nate Raymond, Reuters (Sandra's office, 4th floor Bond) - Carr, Peter (OPA)
- **1:45pm - 2:15pm** AMS Meeting (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:15pm** discussion about SFF trial attorney review (Andrew's Office ) - Moser, Sandra
- **3:30pm - 4:00pm** RE: (b) (5) AW's office/ dial in ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm** London Meeting (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** Conference Call "Whistleblowing" Panel Oct 21 (call in)
- **5:00pm - 5:15pm** (b) (5) follow up (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, October 5
- **10:30am - 12:00pm** DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- **12:15pm - 1:15pm** Lunch with (b) (6) (TBD)
- **2:00pm - 3:00pm** SES FORUM: Insights and Discussion on the Upcoming Transition (RFK Main - Great Hall ) - Norton, Adele (JMD)
- **4:00pm - 4:30pm** Meeting to go over PWPs (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** Call with Alex Lipman (call)

## Thursday, October 6
- Andrew in NYC
- (b) (6)

## Friday, October 7
- **11:00am - 12:00pm** HOLD: Meeting with FCA/PRA (OAAG Coneference Room, Room 2107) - Caldwell, Leslie R
- **2:00pm - 3:30pm** Hiring Committee Meeting (4th floor VTC (A & B)) - Smith, Emoni (CRM)
- **4:00pm - 4:30pm** Call with (b) (6), (b) (7) (call)
- **4:30pm - 4:45pm** Call with (b) (6) (call )

## Saturday, October 8
- **12:00am** Fifth Annual White Collar Crime Institute (London, UK)

## Sunday, October 9
- Fifth Annual White Collar Crime Institute (London, UK)
- **1:00pm - 4:00pm** London Speakers' Dinner (SUSHISAMBA)

# October 10, 2016 - October 16, 2016

October 2016
SuMo TuWe Th Fr Sa
                1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

November 2016
SuMo TuWe Th Fr Sa
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30



**Monday, October 10**

← Fifth Annual White Collar Crime Institute (London, UK) →

Columbus Day

9:20am - 9:55am Opening Keynote Discussion (The London office of Berwin Leighton Paisner LLP (Adelaide House))

**Tuesday, October 11**

← 12:00am Fifth Annual White Collar Crime Institute (London, UK)

10:00am - 10:30am (b) (5) (call in)

10:30am - 11:00am (b) (5) (Call-in )

**Wednesday, October 12**

(b) (6) →

2:30pm - 3:30pm DAAG-FRD Weekly Meeting (SHS to Call Sandra's Office) - Suh, Sung-Hee (CRM)

**Thursday, October 13**

(b) (6) →

2:00pm - 2:45pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

**Friday, October 14**

(b) (6) →

9:30am - 10:00am (b)(6) call (call) - Weissmann, Andrew (CRM)

1:00pm - 2:30pm HHS-OIG CDAC (b) (5) Presentation (11th floor large conference room (VTC) (Bond Building)) - Beemsterboer, Joseph

**Saturday, October 15**

(b) (6) →

3:00pm - 3:30pm HILTON FRANKFURT (Frankfurt am Main)

**Sunday, October 16**

(b) (6) →

9:00am Discussion on Corporate Compliance (Frankfort, Germany) →

# October 17, 2016 -
# October 23, 2016

October 2016
Su Mo Tu We Th Fr Sa
                    1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

November 2016
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, October 17

- (b) (6)                                →
- Discussion on Corporate Compliance (Frankfort, Germany)   →
- Federation of German Industries (BID) conference (Frankfurt)
- 6:00pm - 8:00pm Corporate Compliance, Investigations and Cooperation with German and U.S. Enforcement Agencies (Verband der Chemischen Industrie e.V.)

## Tuesday, October 18

- (b) (6)
- 11:30pm Discussion on Corporate Compliance (Frankfort, Germany)
- (b) (6)
- 1:00pm - 5:30pm SFF Oktoberfest (3rd floor)

## Wednesday, October 19

- 10:15am - 10:30am Swearing in of Michelle Pascucci and Patrick Mott (AW's office ) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am OPL/HCF (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm call with (b) (6) (call )
- 2:30pm - 4:00pm DAAG-FRD Weekly Meeting (Andrew's Office) - Suh, Sung-Hee (CRM)
- 5:00pm - 7:00pm Farewell Celebration Honoring Paul M. O'Brien (Main)

## Thursday, October 20

- 9:00am - 9:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 9:45am Meeting with Jennifer (AW's office) - Weissmann, Andrew (CRM)
- 10:45am - 11:15am Procurement (AW's office) - Weissmann, Andrew (CRM)
- 11:45am - 12:00pm Meeting with Jennifer (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm Call with (b) (6) (call)
- 1:45pm - 2:00pm (b) (6) resolution update (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:20pm Performance Appraisal Review with Kathleen (AW's office ) - Weissmann, Andrew (CRM)
- 2:30pm - 2:50pm Performance Appraisal Review with Sandra (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Executive Round Interview (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 4:00pm - 4:30pm Prep Call for Building and Retaining Institutional
- 4:30pm - 5:00pm PWP and CSF Case List review (AW's office) -
- 7:00pm - 9:30pm Compliance speaking engagement (invited by (b) (6)

## Friday, October 21

- NYU compliance conference (NYU School of Law)
- 10:20am - 11:30am NYU Law Conference (Lester Pollack Colloquium Room (9th Floor), 245 Sullivan Street)
- 1:50pm - 2:20pm Call with (b) (6) ( call ) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm (b) (6) mtg

## Saturday, October 22

## Sunday, October 23

- (b) (6)

# October 24, 2016 - October 30, 2016

| October 2016 | November 2016 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 | 1 2 3 4 5 |
| 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 |
| 30 31 | |

## Monday, October 24

■ **10:30am - 10:40am Meeting with Kathleen** (AW's office) - Weissmann, Andrew (CRM)

■ **11:00am - 11:45am Executive Round Interview;** (b) (6)

■ **12:00pm - 12:30pm FCPA Personnel Issues** - Kahn, Daniel

■ **1:45pm - 2:00pm Meeting with Naomi** (AW's office) - Weissmann, Andrew (CRM)

■ **3:00pm - 3:30pm** (b) (5) (AW's office ) - Weissmann, Andrew (CRM)

■ **4:00pm - 4:30pm Planning Call for January Pupillage Group Presentation** (Dial-in instructions below) - Raman, Mythili

■ **4:45pm - 5:00pm call with** (b) (6), call)

(b) (6)

## Tuesday, October 25

■ **7:45am - 9:45am Healthcare Enforcement Compliance Institute** (The Capital Hilton: Presidential Ballroom )

■ **12:00pm - 1:00pm** (b) (6) **Meeting** (Main Justice 2107; Call in line information below) - Caldwell, Leslie R

■ **1:30pm - 2:00pm FRD HCF EX-TDY Discussion** (b) (6) Office) - Melton, Tracy

(b) (6)

## Wednesday, October 26

■ **10:00am - 11:00am** (b) (5) **Opening Moot (Chang)** (4th Floor VTC - USAO Houston) - Quinones, Pablo (CRM)

■ **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy

■ **2:30pm - 4:00pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)

■ **4:00pm - 4:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ **4:30pm - 5:15pm Executive Interview Meeting** (4ht floor VTC) - Weissmann, Andrew (CRM)

■ **5:30pm - 5:45pm** (b) (5) AW's office) - Weissmann, Andrew (CRM)

## Thursday, October 27

■ **9:00am - 9:30am** (b) (5) **Individual Prosecutions** (AW's office) - Weissmann, Andrew (CRM)

■ **10:30am - 10:45am RE: Travel Memo (HCF); Revised** (AW's office) - Weissmann, Andrew (CRM)

■ **10:45am - 11:30am Unit Rotation Plan Meeting** (AW's office) - Weissmann, Andrew (CRM)

■ **1:00pm - 1:30pm** (b) (5) AW's office) - Weissmann, Andrew (CRM)

■ **1:30pm - 2:00pm Discuss** (b) (5) - Kahn, Daniel

■ **3:00pm - 3:45pm Fraud Section Bi-Weekly Meeting** (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R

■ **4:00pm - 7:30pm Save the Date: Farewell to John P. Carlin** (Main)

■ **4:00pm - 4:30pm Meeting for Recusal Policy** (Main Justice ) - Weissmann, Andrew (CRM)

(b) (6)

## Friday, October 28

■ **9:45am - 10:00am** (b) (5) **pre-call** - O'Shea, Aisling

■ **10:00am - 11:00am** (b) (5) **appeal meeting** (11 large) - O'Shea, Aisling

■ **11:00am - 11:30am Planning Call** - (b) (6)

■ **12:00pm - 1:00pm Intern Lunch (brown bag)** (4 large (4502/4504)) - Weissmann, Andrew (CRM)

■ **1:00pm - 1:30pm LA Space meeting** (AW's office) - Weissmann, Andrew (CRM)

■ **1:30pm - 2:30pm HOLD (TENTATIVE): FBI Recording Meeting** - Kahn, Daniel

■ **3:00pm - 5:00pm 3rd Annual Fraud Halloween Event** (VTC 4th Floor)

■ **3:00pm - 4:30pm Live Criminal Discovery Training** (Main Justice ) - Larson, Amy

## Saturday, October 29

(b) (6)

## Sunday, October 30

# October 31, 2016 - November 6, 2016

October 2016
SuMo TuWe Th Fr Sa
                1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

November 2016
SuMo TuWe Th Fr Sa
      1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, October 31

■ **9:00am - 11:30am Foreign Bribery and Corruption Conference 2016 Hold** (SEC DC) - Weissmann, Andrew (CRM)

■ **11:50am - 12:00pm Swearing in Sarah Edwards** (AW's office) - Weissmann, Andrew (CRM)

■ **12:00pm - 12:30pm** ᴬᵂᶜ **Update Meeting** (AW's office) - Weissmann, Andrew (CRM)

■ **12:30pm - 1:00pm** (b) (5) AW's office) - Weissmann, Andrew (CRM)

■ **1:30pm - 3:00pm** (b) (5) (call) - Weissmann, Andrew (CRM)

■ **3:30pm - 4:00pm New Orleans case** (AW's office) - Weissmann, Andrew (CRM)

■ **4:00pm - 4:30pm Call with** (b) (6) (call ) - Weissmann, Andrew (CRM)

■ **5:00pm - 5:30pm Call with** (b) (6) (call )

■ (b) (6)

## Tuesday, November 1

☐ **Intern Shadowing with** (b) (6)

■ **9:30am - 10:00am Meeting** (AW's office (Bond Building)) - Weissmann, Andrew (CRM)

■ **1:00pm - 2:00pm DAAG-FRD Weekly Meeting** (Sung-Hee's Office) - Suh, Sung-Hee (CRM)■

■ **3:00pm - 4:30pm Celebrating the Life and Career of David Margolis** (Great Hall (Main))

■ **4:15pm - 5:00pm Executive Round Interview:** (b) (6) 3 large (3504)) - Smith, Emoni (CRM)

☐ **5:30pm - 8:30pm Drinks with SFO** (Joe's Stone Crab (15th & H, NW)) - Stieglitz, Albert

■ (b) (6)

## Wednesday, November 2

■ **8:30am - 5:00pm Fraud Training Hold (New Attorney)** - Weissmann, Andrew (CRM)

■ **9:00am - 5:30pm 2nd Annual Fraud Section New Attorney Training**

■ **6:00pm - 8:00pm New Attorney Training Cocktail Party** (Andrew Weissmann's apartment ) - Weissmann, Andrew (CRM)

## Thursday, November 3

☐ **call Ken**

■ **8:45am - 9:00am Swearing In Tarsha Phillibert** (AW's office ) - Weissmann, Andrew (CRM)

■ **9:15am - 9:45am Fraud Section Photo** (Great Hall (Main)) - Weissmann, Andrew (CRM)

■ **10:00am - 5:30pm Fraud Section Training** (DOJ Conference Center, 7th Floor, Main Justice) - Mott, Patrick (CRM)

☐ **10:00am - 5:30pm Fraud Section Training** (DOJ Conference Center, 7th Floor, Main Justice) - Weissmann, Andrew (CRM)

■ (b) (6)

## Friday, November 4

■ **48th Annual Institute on Securities Regulation** (The New York Roosevelt Hotel)

■ **9:00am - 10:30am PLI Speech** (The New York Roosevelt Hotel)

■ **2:00pm - 2:30pm call with Ben** (call ) - Weissmann, Andrew (CRM)

■ **4:30pm - 5:00pm** (b) (5) **follow-up** - O'Shea, Aisling

## Saturday, November 5

## Sunday, November 6

■ (b) (6)

# November 7, 2016 - November 13, 2016

November 2016
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

December 2016
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, November 7

- 9:00am - 9:30am EDNY (271 Cadman Plaza E, Brooklyn, NY 11201)
- 11:15am - 12:00pm Executive Round Interview; (b) (6)
- 12:30pm - 1:00pm Planning Call for CFTC Conference (Nov 15th) -Parallel Proceedings: Challenges and Best Practices (dial in ) - Weissmann, Andrew (CRM)
- 2:00pm - 3:00pm Panel (Dial in (b) (6) Code (b) (6) (b) (6)
- 3:00pm - 3:45pm Executive Round Interview; (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 4:00pm - 4:45pm Executive Round Interview; (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 5:00pm - 5:30pm Meeting with OTG (4th floor VTC (Bond) - Weissmann, Andrew (CRM)

## Tuesday, November 8

- 10:45am - 11:00am Pre (b) (5) Meeting (dial in/ 4th floor VTC) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Evaluation Discussion (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm Meeting with (b) (5) Room 4060 (EDNY)/ 4th floor VTC(Bond)) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Updates on Strategic Plan Accomplishments (AW's office ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:45pm Executive Round (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 4:00pm - 4:45pm Executive Round Interview; (b) (6) (b) (6) 4 VTC-A) - Smith, Emoni (CRM)

## Wednesday, November 9

- 11:30am - 12:15pm Updates on Strategic Plan Accomplishments (AW's office ) - Weissmann, Andrew (CRM)
- 12:15pm - 12:30pm Meeting with Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:15pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room ) - Caldwell, Leslie R
- 2:15pm - 2:30pm DAAG-FRD Weekly Meeting (Main 2109) - Suh, Sung-Hee (CRM)
- 2:30pm - 3:00pm (b) (5) (Main 2109) - Moser, Sandra
- 4:00pm - 4:45pm Executive Round Interview; (b) (6) (4 VTC-B) - Smith, Emoni (CRM)

## Thursday, November 10

- Intern Shadowing with (b) (6)
- 10:00am - 10:45am Executive Round Interview; (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 11:30am - 12:00pm RE: OECD (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 2:00pm Lunch Meeting at World Bank (World Bank's Visitors' Center (corner of 18th St and Penn))
- 1:30pm - 3:00pm RE: AG awards
- 3:00pm - 4:00pm (b) (5) (Andrew's Office) - Kahn, Daniel
- 4:30pm - 4:40pm HCF Hold Candidates (AW's office) - Weissmann, Andrew (CRM)
- 4:40pm - 4:50pm Meeting with Kathleen (AW's office) - Weissmann, Andrew (CRM)
- 4:50pm - 5:10pm (b) (5) AW's office) - Weissmann, Andre

## Friday, November 11

- Veterans Day
- 4:30pm - 5:30pm Call re (b) (5) (Dial-In Below) - Kahn, Daniel

## Saturday, November 12

## Sunday, November 13

# November 14, 2016 - November 20, 2016

November 2016
SuMo TuWe Th Fr Sa
            1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

December 2016
SuMo TuWe Th Fr Sa
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, November 14

Intern Shadowing with (b) (6)

- **8:45am - 9:00am Swearing in David Snider and Nikhi Raj** (AW's office ) - Weissmann, Andrew (CRM)
- **10:30am - 11:00am singer** - Weissmann, Andrew (CRM)
- **11:00am - 11:30am (b) (5) Follow Up** (Andrew's Office) - Kahn, Daniel
- **12:15pm - 1:30pm Brown Bag Lunch with the Assistant Attorney General** (RFK, Room 2107) - Mann, James (CRM)
- **2:00pm - 2:45pm Executive Round Interview; (b) (6)** (4th VTC-B) - Smith, Emoni (CRM)
- **2:45pm - 3:30pm (b) (6)** (AW) - Weissmann, Andrew (CRM)
- **3:30pm - 4:15pm Executive Round Interview; (b) (6)** (4th VTC-B) - Smith, Emoni (CRM)
- **4:15pm - 4:45pm (b) (5)** - Weissmann, Andrew (CRM)
- **5:00pm - 5:15pm CSF: Recusal Cases** (AW's office) - Weissmann, Andrew (CRM)
- **8:00pm - 9:00pm Julian and Ben**

## Tuesday, November 15

CFTC conference

- **11:00am - 11:15am Call with (b) (6)** (call ) - Weissmann, Andrew (CRM)
- **11:30am - 11:45am call with (b) (6)** (call) - Weissmann, Andrew (CRM)
- **12:15pm - 1:00pm Executive Round Interview; (b) (6)** (9th floor) - Smith, Emoni (CRM)
- **1:15pm - 2:00pm Executive Round Interview; (b) (6)** (4 VTC-A) - Smith, Emoni (CRM)
- **2:30pm - 3:30pm Travel**
- **3:30pm - 5:00pm Parallel Proceedings: Challenges and Best Practices** (CFTC)

## Wednesday, November 16

Intern Shadowing with (b) (6)

- **9:00am - 9:30am Pilot Program Meeting** (AW's office ) - Weissmann, Andrew (CRM)
- **9:30am - 10:00am Interview with (b) (6)** (AW's office) - Weissmann, Andrew (CRM)
- **10:45am - 11:30am Executive Round Interview; (b) (6)** (4 VTC-B) - Smith, Emoni (CRM)
- **11:30am - 12:00pm (b) (6) conference discussion** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm SPT Unit Meeting** (4th Floor - VTC) - Quinones, Pablo (CRM)
- **12:45pm - 1:30pm Executive Round Interview; (b) (6)** (4 VTC-B) - Smith, Emoni (CRM)
- **2:30pm - 4:00pm DAAG-FRD Weekly Meeting** (Andrew's Office) - Suh, Sung-Hee (CRM)
- **5:00pm - 8:00pm FCPA Unit Happy Hour** (Joe's Seafood, Prime Steak & Stone Crab, 750 15th Street NW) - Stieglitz, Albert
- **(b) (6)**

## Thursday, November 17

- **9:00am - 9:30am RE: (b) (5) discussions** - Weissmann, Andrew (CRM)
- **9:30am - 10:00am (b) (5) nvestigation** (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 10:45am Executive Round Interview; (b) (6)** (4 VTC-B) - Smith, Emoni (CRM)
- **11:00am - 12:00pm Monitor Network Call - "Maximizing Use of Forensic Firms" (b) (6)** Participant Code (b) (6) #) - Chen, Hui (CRM)
- **12:00pm - 1:00pm Lunch** (Asia Nine ) - Weissmann, Andrew (CRM)
- **1:10pm - 1:55pm Executive Round Interview; (b) (6)** (4 VTC-B) - Smith, Emoni (CRM)
- **2:00pm - 2:45pm Executive Round Interview; (b) (6)** (4th VTC-B) - Smith, Emoni (CRM)
- **3:00pm - 3:45pm Executive Round Interview; (b) (6)** (4 VTC-B) - Smith, Emoni (CRM)
- **3:50pm - 4:00pm RE: FBI ICU (b) (6) Funding** (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- **5:15pm - 5:30pm Meeting with (b) (6)** (AW's office ) - Weissmann, Andrew (CRM)
- **(b) (6)**
- **(b) (6)**

## Friday, November 18

- **10:00am - 10:30am FCPA Meeting** (RFK Room 2107 or (b) (6) passcode (b) (6) ) - Caldwell, Leslie R
- **10:30am - 11:00am US v. (b) (5) pre meeting** (AW's office ) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am US v. (b) (5)** 4th floor VTC (side A) - Bond Building ) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm Lunch with (b) (6)** (Woodward Table) - Weissmann, Andrew (CRM)
- **1:00pm - 1:45pm Executive Round Interview; (b) (6)** (4 VTC-A) - Smith, Emoni (CRM)
- **1:45pm - 2:30pm Executive Round Interview; (b) (6)** (4 VTC-A)
- **2:45pm - 2:55pm Meeting with Pam for Attorney Bar Certifications**
- **3:00pm - 3:45pm Executive Round Interview; (b) (6)** (4th VTC-A) - Smith, Emoni (CRM)
- **3:45pm - 4:00pm Alex Porter's Plaque Ceremony** (Bond: 4th Floor VTC (a), LA: 17th floor Conf. Room ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:45pm Updates on Strategic Plan Accomplishments** (AW's office ) - Weissmann, Andrew (CRM)
- **4:45pm - 5:45pm (b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- **5:45pm - 6:15pm Meeting with Joe** (AW's office) - Weissmann, Andrew (CRM)
- **6:15pm - 6:30pm Meeting with Ben** (AW's office) - Weissmann,

## Saturday, November 19

## Sunday, November 20

- **4:30pm - 5:00pm Call: Joe and Andrew Call** (Andrew Number) - Beemsterboer, Joseph

# November 21, 2016 - November 27, 2016



| November 2016 | | | | | | | December 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, November 21

**9:00am - 9:30am EDNY** (271 Cadman Plaza E, Brooklyn, NY 11201) - (b) (6)

**12:30pm - 1:00pm Call with Greg Andres** (call ) - Weissmann, Andrew (CRM)

**2:00pm - 2:30pm Laura's eval call** (dial in ) - Weissmann, Andrew (CRM)

**4:45pm - 5:15pm** (b) (5) (dial in ) - Weissmann, Andrew (CRM)

## Tuesday, November 22

**9:30am - 10:00am Sandra and Andrew Meeting** (Dial in ) - Weissmann, Andrew (CRM)

**10:00am - 10:30am French proposal re: working group on** (b) (5) Dial in/ AW's office ) - Weissmann, Andrew (CRM)

**11:00am - 11:30am Call with Ben** (call ) - Weissmann, Andrew (CRM)

**11:30am - 12:30pm DAAG-FRD Weekly Meeting** (By Phone) - Suh, Sung-Hee (CRM)

**1:00pm - 1:30pm** (b) (5) **Staffing** (dial in/ EDNY: room 5037) - Weissmann, Andrew (CRM)

## Wednesday, November 23

(b) (6) →

**10:45am - 11:15am** (b) (5) (Telephone) - Laryea, Lorinda

**2:00pm - 3:00pm** (b) (5) **Appeal** (Telephone) - Laryea, Lorinda

## Thursday, November 24

(b) (6) →

**Thanksgiving**

## Friday, November 25

(b) (6)

## Saturday, November 26

## Sunday, November 27

# November 28, 2016 - December 4, 2016

November 2016
Su Mo Tu We Th Fr Sa
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

December 2016
Su Mo Tu We Th Fr Sa
              1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## Monday, November 28

- 10:30am - 11:00am Re: Are you around tomorrow to talk?
- 12:30pm - 1:00pm Re: you free - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm TC Andrew/Sung-Hee re (b) (5) - Suh, Sung-Hee (CRM)
- 2:00pm - 2:30pm Laura's eval (AW's office ) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm (b) (5) Disclosure (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm (b) (5) meeting (4th floor VTC)

(b) (6)

## Tuesday, November 29

- 11:30am - 12:00pm Personnel Meeting (AW's office ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Meeting with SFO (Ben Morgan and David Green) (AW's office ) - Weissmann, Andrew (CRM)
- 1:30pm - 2:30pm Fraud Quarterly Finance Report and FY17 Budget Meeting (Bond 5th Floor Conference Room) - (b) (6)
- 2:45pm - 4:15pm (b) (5) Roundtable Hold (5th floor at 1331 F Street NW) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) Appeal (4th floor VTC side B) - Weissmann, Andrew (CRM)
- 5:00pm - 8:00pm Pat Pericak's going away happy hour (Toro Toro, 1300 Eye Street (downstairs bar)) - Helou, Tarek

(b) (6)

## Wednesday, November 30

- 9:30am - 10:00am (b) (5) Resolution Memorandum (AW's office ) - Weissmann, Andrew (CRM)
- 10:45am - 11:15am (b) (5) outstanding decisions (Andrew's Office ) - Moser, Sandra
- 12:30pm - 1:30pm Lunch with (b) (6) (TBD)
- 3:15pm - 3:30pm Call with (b) (6) re (b) (5) - Kahn, Daniel
- 3:30pm - 4:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm Hiring Memos (AW's office ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm DAAG-FRD Weekly Meeting (By Phone) - Suh, Sung-Hee (CRM)
- 5:30pm - 5:45pm Meeting with Ben (AW's office ) - Weissmann, Andrew (CRM)
- 5:45pm - 6:00pm Meeting with Dan (AW's office ) - Weissmann, Andrew (CRM)

(b) (6)

## Thursday, December 1

- 8:00am - 11:00am ACI FCPA conference (Gaylord National Hotel & Convention Center)
- 9:30am - 10:00am strategy plan
- 11:45am - 12:00pm US delegation call (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm (b) (5) call (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Brown Bag Training Lunch for Volunteering at the D.C. Bar Advice & Referral Clinic (4th Floor VTC Room) - Bowman, Joanna
- 1:30pm - 2:00pm (b) (5) Update (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm (b) (5) - Kahn, Daniel
- 2:30pm - 3:00pm call with (b) (6) (Call)
- 4:00pm - 4:15pm Meeting with Ben (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 5:00pm (b) (5) Opening Moot (Miller) (4th Floor VTC - USAO Ft. Lauderdale ) - Quinones, Pablo (CRM)
- 4:45pm - 5:00pm Call with Peter Carr (call ) - Weissmann, Andrew (CRM)

## Friday, December 2

- 9:30am - 10:00am HCF matters (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am Meeting - Leslie/Andrew re (b) (5) (Leslie's Office) - Caldwell, Leslie R
- 11:30am - 12:00pm call with (b) (6) (call )
- 1:30pm - 3:00pm (b) (5) Disclosure Presentation (4th floor VTC) - Weissmann, Andrew (CRM)
- 1:30pm - 2:30pm (b) (5) Opening Moot (Aoyagi) (Room 8206 w/ VTC - USAO Detroit) - Quinones, Pablo (CRM)
- 3:30pm - 4:15pm Executive Round Interview (b) (6) (3 large (3504)) - Smith, Emoni (CRM)
- 5:00pm - 5:30pm (b) (6) call (AW's office/ call ) - Weissmann, Andrew (CRM)

(b) (6)

## Saturday, December 3

## Sunday, December 4

(b) (6)



# December 5, 2016 - December 11, 2016

**December 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**January 2017**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |



## Monday, December 5

- 8:10am - 11:40am Amtrak to NYC (Union Station )
- 12:00pm - 1:30pm (b) (6)
- 2:30pm - 3:00pm call with (b) (6) dial in) - Weissmann, Andrew (CRM)
- 4:00pm - 4:15pm re: (b) (5) dial in ) - Weissmann, Andrew (CRM)
- 5:00pm - 6:00pm (b) (5)

## Tuesday, December 6

- NYU School of Law Seminar (NYU)
- 12:15pm - 12:30pm Meet, Greet & Lunch (NYU- Vanderbilt Hall (40 Washington Square South) in room 202)
- 12:30pm - 1:00pm Speaker Presentation (NYU- Vanderbilt Hall (40 Washington Square South) in room 202)
- 1:00pm - 1:40pm Q&A (NYU- Vanderbilt Hall (40 Washington Square South) in room 202)
- (b) (6)
- (b) (6)

## Wednesday, December 7

- 10:30am - 11:00am (b) (5) (Andrew's office) - Weissmann, Andrew (CRM)
- 11:15am - 12:00pm Fraud Section Bi-Weekly Meeting (RFK Main Room 2216 ) - Caldwell, Leslie R
- 12:00pm - 12:30pm DAAG-FRD Weekly Meeting (SHS Office) - Suh, Sung-Hee (CRM)
- 1:15pm - 2:00pm Executive Round Interview (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 2:00pm - 2:30pm (b) (5) - Kahn, Daniel
- 2:30pm - 2:45pm PWP issue (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm re: (b) (6) (AW's ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Plea (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm (b) (6) AW's office ) - Weissmann, Andrew (CRM)
- (b) (6)
- (b) (6)

## Thursday, December 8

- ALI Use of Force Principles (Philadelphia )
- 10:00am - 10:45am Executive Round Interview: (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 11:30am - 12:00pm call with (b) (6), (b) (7)C call ) - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 4:00pm OEO Holiday Party (1301 New York Ave, 4th floor Conference Room)
- 1:00pm - 1:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:15pm - 1:30pm Welcome call to Joe McFarlane (call )
- 1:30pm - 2:30pm (b) (5) Opening Moot (Markopoulos) (9th Floor VTC - USAO Detroit) - Quinones, Pablo (CRM)
- 1:45pm - 2:30pm Executive Round Interview: (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 2:30pm - 3:00pm hiring/FTE (AW's office ) - Weissmann, Andrew (CRM)
- 4:00pm - 7:00pm Criminal Division's Holiday Open House (Main - 2107) - Weissmann, Andrew (CRM)
- 5:30pm - 6:30pm (b) (5)

## Friday, December 9

- 10:30am - 11:00am Meeting (Andrew's Office) - Singer, Benjamin
- 2:15pm - 2:30pm Meet & Greet Mike Gunnison (SIGAR detail) (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm (b) (5) meeting (Andrew's office) - Helou, Tarek

### (b) (6)

- 5:00pm - 5:30pm meeting (AW's office ) - Weissmann, Andrew (CRM)

## Saturday, December 10

## Sunday, December 11

# December 12, 2016 - December 18, 2016

December 2016
Su Mo Tu We Th Fr Sa
             1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

January 2017
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, December 12

- 8:45am - 9:00am Swearing in for Leslie Wright (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am Strategy plan mtg - Weissmann, Andrew (CRM)
- 10:30am - 11:00am HCF OPL Positions (Jamie's Office) - Melton, Tracy
- 11:30am - 12:00pm Update (SCIF 2213 at DOJ Main) - Swartz, Bruce
- 12:30pm - 1:00pm SDFL Hearing Issues (AW Office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm Welcome call to Leslie Garthwaite (call )
- 2:30pm - 3:00pm JLSP Performance Review (AW's office) - Weissmann, Andrew (CRM)
- 3:15pm - 3:30pm RE: Grievance (call ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:15pm Laura's Plaque Ceremony (AW's office ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) AW's office ) - Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, December 13

- 10:00am - 10:30am (b) (6) Andrew's Office) - Kahn, Daniel
- 11:30am - 12:00pm New Strike Force Locations (AW's Office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm End of Year Brown Bag with Andrew and Sandra
- 1:15pm - 2:00pm Strategy, Policy and Training Weekly Management meeting (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm OECD (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Transition Meeting with FRD Section (Room 2109) - Mann, James (CRM)
- (b) (6)

## Wednesday, December 14

- 9:45am - 10:00am monitor timeline proposals (AW's office)
- 2:30pm - 6:00pm Public Integrity Section Holiday Party (12th floor )
- 2:30pm - 3:00pm post mortem - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (5) meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 5:00pm (b) (5) (4th Floor VTC B) - Kahn, Daniel
- 5:15pm - 5:45pm (b) (5) pre-meet (AW's office) - Weissmann, Andrew (CRM)
- 5:45pm - 6:00pm Meeting with Dan (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, December 15

- 9:30am - 10:00am call with (b) (6) (call )
- 12:00pm - 1:15pm Fwd: Reminder: Brown Bag - Victim-Witness Training (4th Floor VTC Conf. Room) - Quinones, Pablo (CRM)
- 1:15pm - 1:30pm 4.2 Response Letter (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm (b) (5) Pre-Meet - Kahn, Daniel
- 2:00pm - 5:00pm ICITAP/OPDAT Holiday Party (1331 F Street, 5th Floor Conference Room)
- 2:00pm - 3:00pm (b) (5) (4th floor VTC (side B)) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm DAAG-FRD Weekly Meeting (TC; Sung-Hee will call Andrew's Office) - Suh, Sung-Hee (CRM)
- 4:00pm - 6:00pm ADM Holiday Party (5th Floor)
- 4:15pm - 4:45pm (b) (6) Call (DHS and DOJ) (Conference Number: (b) (6) PIN (b) (6) ) - General Counsel Scheduler
- 5:00pm - 5:30pm (b) (6) case (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, December 16

- 9:30am - 9:45am Plaque Ceremony for Matthew Thuesen (4 large (4502/4504)) - Weissmann, Andrew (CRM)
- 9:45am - 10:45am (b) (6) Appeal (4th Floor VTC B) - Kahn, Daniel
- 1:30pm - 2:00pm Trial Recap (AW's office ) - Weissmann, Andrew (CRM)
- 2:00pm - 5:30pm Organized Crime and Gang Section Holiday Party
- 2:30pm - 3:00pm (b) (5) (11 large ) - Weissmann, Andrew (CRM)
- 3:15pm - 3:45pm (b) (6) matter (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:45pm Call with (b) (6) (AW's office/ dial in ) - Weissmann, Andrew (CRM)

## Saturday, December 17

- (b) (6)

## Sunday, December 18

# December 19, 2016 -
# December 25, 2016

December 2016
SuMo TuWe Th  Fr Sa
              1   2   3
  4   5   6   7   8   9  10
11  12  13  14  15  16  17
18  19  20  21  22  23  24
25  26  27  28  29  30  31

January 2017
SuMo TuWe Th  Fr Sa
  1   2   3   4   5   6   7
  8   9  10  11  12  13  14
15  16  17  18  19  20  21
22  23  24  25  26  27  28
29  30  31

## Monday, December 19

- **9:00am - 9:30am** (b) (5) - Weissmann, Andrew (CRM)
- **2:00pm - 2:30pm** call with (b) (6)
- **3:30pm - 4:00pm Call with** (b) (5) - Kahn, Daniel
- **5:30pm - 6:00pm Call** - Weissmann, Andrew (CRM)
- (b) (6)

## Tuesday, December 20

- **SAVE the DATE - FRAUD HOLIDAY PARTY** (Fraud Section) - Sheriff-Parker, Jennifer (CRM)
- **10:00am - 10:30am** bj
- **11:00am - 11:30am Meeting** (AW's office (4100, Bond Building)) - Weissmann, Andrew (CRM)
- **11:30am - 12:00pm NOLA** (AW's office) - Weissmann, Andrew (CRM)
- **12:15pm - 1:00pm Executive Round Interview;** (b) (6) (8 large (8423)) - Smith, Emoni (CRM)
- **1:00pm - 1:30pm** (b) (5) (2107 and Conference Call) - Caldwell, Leslie R
- **2:00pm - 2:30pm** (b) (5) **Monitor Memo to Standing Committee Conference Call** (Conference Call) - Suh, Sung-Hee (CRM)
- **2:30pm - 6:30pm Fraud Holiday Party** (4th floor )
- **3:30pm - 6:30pm AFMLS Holiday Party** (9th floor Conference Room )
- (b) (6)
- **8:00pm - 9:30pm** Ceresney

## Wednesday, December 21

- **9:00am - 9:30am meeting** (1400 NY Avenue) - Weissmann, Andrew (CRM)
- **9:30am - 10:15am Corp Strike Force/ CSF/** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm** (b) (5) AW's Office) - Kahn, Daniel
- **1:00pm - 1:30pm** (b) (5) pen and pad
- (b) (6)
- **3:15pm - 4:15pm DAAG-FRD Weekly Meeting** (Phone Meeting) - Suh, Sung-Hee (CRM)

## Thursday, December 22

- **10:00am - 10:30am Call with** (b) (6) - Kahn, Daniel
- **10:00am - 10:30am Call with** (b) (6) - Kahn, Daniel
- **2:00pm - 2:30pm 2017 strategy and 2016 year in review status** (Sandra's office ) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm Performance Awards** (Teleconference) - Sheriff-Parker, Jennifer (CRM)

## Friday, December 23

- (b) (6)

## Saturday, December 24

## Sunday, December 25

# December 26, 2016 - January 1, 2017

December 2016
Su Mo Tu We Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

January 2017
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31



**Monday, December 26**

Christmas

10:00am - 11:00am Conference Call - 10am EST ███ (b) (6)
Passcode: (b) (6) ) - Yates, Sally (ODAG)

**Tuesday, December 27**

(b) (6)

9:30am - 10:30am Conference Call (Room 4133, or ███ (b) (6)
Passcode: (b) (6) ) - Mogil, Joshua (ODAG)
3:00pm - 4:00pm Meeting (b) (6) or toll free
(b) (6) Passcode: (b) (6) # ) - Mogil, Joshua (ODAG)

**Wednesday, December 28**

(b) (6)

**Thursday, December 29**

(b) (6)

4:00pm - 5:30pm Fwd: Discussion re (b) (5) (PHB, Room 2708) -
Blackwell, Jennifer L. (ENRD)

**Friday, December 30**

(b) (6)

3:15pm - 3:45pm Conference Call (2107) - Caldwell, Leslie R
4:00pm - 4:30pm (b) (5) Call (Team to call Andrew's cell) - Singer,
Benjamin

**Saturday, December 31**

(b) (6)

**Sunday, January 1**

# January 2, 2017 -
# January 8, 2017

| January 2017 | February 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1  2  3  4  5  6  7 | 1  2  3  4 |
| 8  9 10 11 12 13 14 | 5  6  7  8  9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 |

**Monday, January 2**

New Years

**Tuesday, January 3**

- 11:15am - 12:00pm Executive Round Interview; (b) (6) (4 vtc-b) - Smith, Emoni (CRM)
- 12:00pm - 12:30pm TC re (b)(5) (ENRD Conference Room) - Caldwell, Leslie R
- 12:00pm - 12:30pm (b)(5) call
- 1:30pm - 1:45pm call with (b) (6) (call)
- 1:45pm - 2:00pm HCFAC Report (AW's office ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm Executive Round Interview; (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- 3:00pm - 3:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Settlement negotiations call (dial in ) - Weissmann, Andrew (CRM)

**Wednesday, January 4**

- 8:30am - 9:00am (b)(5) Pre-Meeting (RFK-2143) - Cruden, John (ENRD)
- 9:00am - 12:00pm (b)(5) Meeting RFK-2143 (Visitors entrance on Constitution Avenue, between 9th & 10th)) - Cruden, John (ENRD)
- 9:00am - 10:30am (b)(5) meeting
- 2:00pm - 2:30pm HCFAC numbers (Andrew's office (4100 Bond)) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm (b)(5) Meeting (Andrew, Sandra, Dan) - Kahn, Daniel
- 5:15pm - 5:45pm call with Michael Granston (call )
- 5:45pm - 6:15pm call with Lanny (call in ) - Weissmann, Andrew (CRM)
- (b) (6)

**Thursday, January 5**

- 8:30am - 9:00am Call re (b) (5) t (Call in below) - Blackwell, Jennifer L. (ENRD)
- 12:30pm - 1:00pm (b)(5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm (b)(5) (b) (6) Meeting (AW's office) - Weissmann, Andrew (CRM)
- 1:30pm - 2:15pm SPTU Weekly Management Meeting (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:15pm Fraud Section Bi-Weekly Meeting (Room 2107, OAAG Conference Room) - Caldwell, Leslie R
- 3:30pm - 5:00pm Farewell Toast for Sung-Hee Suh (Room 2107) - Caldwell, Leslie R
- 4:30pm - 6:30pm Farewell Reception for Andrew J. Ceresney (U.S. Securities and Exchange Commission)

**Friday, January 6**

- 11:00am - 11:30am Call with (b) (6) Andrew's office) - Winters, Gary
- 1:30pm - 2:00pm SFO Issues - Kahn, Daniel
- 2:00pm - 2:15pm Swearing in for Leila Babaeva (AW's office ) - Weissmann, Andrew (CRM)
- 2:15pm - 2:30pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:30pm (b) (5) Opening Moot (Tynan) (4th Floor VTC) - Quinones, Pablo (CRM)
- 3:30pm - 4:00pm Executive Round Interview; (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- (b) (6)
- 4:30pm - 5:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm Executive Round Interview Discussion (b)(5) (4 VTC-B) - Smith, Emoni (CRM)
- 6:00pm - 7:30pm RE: (b) (5)

**Saturday, January 7**

**Sunday, January 8**

- 3:15pm - 3:45pm (b)(5) team call (b) (6) PIN: (b) (6) ) - Kidd, Brian
- 4:00pm - 4:30pm Call re (b) (6) , Code (b) (6) ) - Winters, Gary

# January 9, 2017 - January 15, 2017

| January 2017 | February 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 |

## Monday, January 9

- **8:50am - 9:00am Swearing in for Kyle Hankey** (AW's office ) - Weissmann, Andrew (CRM)
- **9:00am - 9:20am** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **9:20am - 9:40am** (b) (5) AW's office) - Weissmann, Andrew (CRM)
- **9:40am - 10:00am** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **10:15am - 11:00am Conference call RE:** Overall Press Strategy - Goldsmith, Andrew (ODAG)
- **10:30am - 11:30am** (b) (5) **Opening Moot (O'Neill)** (9th Floor VTC - Newark USAO) - Quinones, Pablo (CRM)
- **11:00am - 11:30am** (b) (5) **call** (dial in) - Weissmann, Andrew (CRM)
- **11:00am - 11:20am Conference call RE:** (b) (5) **Story** - Goldsmith, Andrew (ODAG)
- **11:30am - 12:00pm Call re** (b) (5) (b) (6) / passcode (b) (6) - Mann, James (CRM)
- **12:15pm - 1:00pm 3% funding** (TBD) - Sheriff-Parker, Jennifer (CRM)
- **1:45pm - 2:00pm New Orleans recusal case** (AW's office/ call in) - Weissmann, Andrew (CRM)
- **2:00pm - 3:30pm Meeting with** (b) (6) (b) (5) **monitor**
- **3:30pm - 4:00pm 3% funding hold** (AW's office ) - Weissmann,
- **4:00pm - 4:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Tuesday, January 10

- **9:50am - 10:00am Danny Nguyen (SFF detail) meet & greet** (AW's office ) - Weissmann, Andrew (CRM)
- **11:00am - 11:30am** (b) (5) **call** (dial in) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm** (b) (5) **Monitor Standing Committee Meeting** (dial-in below) - Kahn, Daniel
- **12:30pm - 1:00pm** (b) (5) **Monitor Standing Committee Meeting** (dial-in below) - Kahn, Daniel
- **1:00pm - 1:30pm** (b) (5) **Monitor Standing Committee Meeting** (b) (6) passcode (b) (6) ) - Mann, James (CRM)
- **1:30pm - 1:45pm call with Carolyn Pokorny** (call)
- **1:45pm - 2:30pm meeting with Dan** (AW's office)
- **3:00pm - 5:00pm *Thank you for those who have already sent RSVPs* Farewell Reception Honoring** (b) (6) **General Counsel** (NAC Building 1, Room 44) - General Counsel Scheduler
- **4:30pm - 5:00pm call with Tracy** (call)

## Wednesday, January 11

- **9:30am - 9:45am Meeting with Fry** (AW's office) - Weissmann, Andrew (CRM)
- **9:45am - 10:00am Meeting with Linder** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 12:30pm PRESS CONFERENCE PREP** - Otus2015, AG (SMO)
- **1:30pm - 2:30pm PRESS CONFERENCE** - Otus2015, AG (SMO)
- **1:30pm - 2:30pm Press Conference:** (b) (5) 7th Floor Conference Room) - Caldwell, Leslie R
- **1:30pm - 2:30pm** (b) (5) **Opening Moot (Hall)** (4th Floor VTC) - Quinones, Pablo (CRM)
- **3:00pm - 5:00pm Farewell Ceremony for Loretta E. Lynch** (Great Hall (Main))
- **3:30pm - 4:00pm Lit Support Meeting** (Bond 5th Floor Conference Room) - Melton, Tracy

## Thursday, January 12

- **9:00am - 9:30am** (b) (5) (Call) - Zink, Robert
- **9:15am - 9:30am Brooklyn AC Meeting** (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 11:30am Meeting with** (b) (6), (b) (5) **monitor candidate** (Bond Room TBD) - Winters, Gary
- **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy
- **12:00pm - 1:00pm** (b) (6) **lunch**
- **12:00pm - 12:30pm Call with OEMs** (AW Office) - Zink, Robert
- **1:15pm - 1:45pm** (b) (5) **Proposal** (AW's office) - Weissmann, Andrew (CRM)
- **1:45pm - 2:15pm Pre-meet for London Interviews** (AW's office) - Weissmann, Andrew (CRM)
- **2:15pm - 3:00pm First Round Interview:** (b) (6) (4 VTC-B) - Smith, Emoni (CRM)
- **3:00pm - 3:45pm First Round Interview:** (b) (6) 4 VTC-B) - Smith, Emoni (CRM)
- **4:30pm - 7:30pm Farewell Celebration Honoring Leslie R. Caldwell** (Office of the Assistant Attorney General)
- **4:30pm - 5:30pm** (b) (5) **Opening Moot (Sridharan)** (4th Floor VTC (b) (6) )

## Friday, January 13

- **9:30am - 9:45am Plaque Ceremony for Jennifer Sheriff-Parker and** (b) (6) (4th floor VTC) - Weissmann, Andrew (CRM)
- **10:00am - 11:00am Monitor Call** (call )
- **10:00am - 11:00am Placeholder: Monitor Network Call** Participant Code (b) (6) - Chen, Hui (CRM)
- **11:00am - 12:30pm Meeting with** (b) (6) **Monitor candidate** (Bond, Room TBD) - Winters, Gary
- **12:45pm - 1:15pm** (b) (5) **Issue call** (dial in ) - Weissmann, Andrew (CRM)
- **1:15pm - 2:00pm First Round Interview:** (b) (6) 4 VTC-A) - Smith, Emoni (CRM)
- **2:00pm - 2:45pm First Round Interview:** (b) (6) 4 VTC-A) - Smith, Emoni (CRM)
- **3:00pm - 3:45pm First Round Interview:** (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- **4:00pm - 4:45pm First Round Interview:** (b) (6) 4 VTC A) - Smith, Emoni (CRM)
- **4:45pm - 4:55pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **4:55pm - 5:25pm SFF Business Plan** (AW's office) - Weissmann, Andrew (CRM)
- **5:25pm - 5:55pm Meeting with Lisa** (AW's office) - Weissmann, Andrew (CRM)

## Saturday, January 14

## Sunday, January 15

# January 16, 2017 - January 22, 2017

| January 2017 | February 2017 |
|---|---|
| Su Mo TuWe Th Fr Sa | Su Mo TuWe Th Fr Sa |
| 1  2  3  4  5  6  7 |          1  2  3  4 |
| 8  9 10 11 12 13 14 | 5  6  7  8  9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 |

## Monday, January 16
- MLK
- 10:00am - 11:00am (b) (6) selection committee call (dial in ) - Weissmann, Andrew (CRM)

## Tuesday, January 17
- 8:50am - 9:00am Swearing in for Sarah Wilson, Leslie Garthwaite, Adam Yoffie and Justin Weitz (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am Standing Committee call on the (b) (6) monitor (call ) - Weissmann, Andrew (CRM)
- 12:30pm - 12:45pm Meeting with Tracy (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:30pm First Round Interview (b) (6) 4 VTC-B) - Smith, Emoni (CRM)
- 3:00pm - 3:15pm (b) (6) reference) (call ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (6) Monitor Followup call (Dial in ) - Winters, Gary
- 5:00pm - 5:30pm (b) (6) Standing Committee call (dial in ) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, January 18
- 9:15am - 9:30am (b) (5) meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:15am Mid year Review with Dan (AW's office ) - Weissmann, Andrew (CRM)
- 11:15am - 12:00pm First Round Interview (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 1:45pm - 2:45pm Singer business plan (AW's office
  718 14th St NW
  Washington DC 20005
  United States) - Weissmann, Andrew (CRM)
- 2:45pm - 3:30pm First Round Interview (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 3:30pm - 4:15pm First Round Interview (b) (6) (4 VTC-A) - Smith, Emoni (CRM)
- 4:15pm - 5:00pm Executive Round Interview (b) (6) (4 VTC-A) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm London Detail Candidates (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 5:45pm Meeting (AW's office) - Weissmann, Andrew (CRM)

## Thursday, January 19
- 8:50am - 9:00am Swearing in for Jennifer Farer and Somil Trivedi (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am call with (b) (6) (call)
- 9:30am - 10:00am (b) (5) part 2 (AW's office ) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Re: Personal
- 11:00am - 11:15am Kahn
- 11:30am - 12:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 1:00pm singer meeting - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm call with Joe (call ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Call re (b) (6) (AW office: will call James) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm Meeting with (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (6) Weissmann, Andrew (CRM)
- 5:15pm - 5:30pm Panel question (AW's office) - Weissmann, Andrew (CRM)

## Friday, January 20
- Inauguration

## Saturday, January 21

## Sunday, January 22

# January 23, 2017 - January 29, 2017

| January 2017 | February 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 |

## Monday, January 23

- 11:00am - 11:30am Misc with Dan (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 2:45pm (b) (5) Team Meeting (Andrew Weissmann's office (4100)) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Call with Andrew Weissmann (call) - Weissmann, Andrew (CRM)
- 5:30pm - 6:30pm (b) (6)
- 8:00pm - 8:30pm (b) (5) Call w/ AW (b) (6) - Beemsterboer, Joseph

## Tuesday, January 24

- 9:30am - 10:00am Meeting re (b) (5) Indictment (Room 2109) - Blanco, Kenneth
- 10:00am - 12:00pm (b) (5) Moot (Main Justice 1704) - Young, Brian
- 1:45pm - 2:15pm (b) (5) Grand Jury Issue (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:30pm coffee with (b) (6) (Pleasant Pops)
- 5:15pm - 5:45pm Call with Sandra and Dan (dial in ) - Weissmann, Andrew (CRM)

## Wednesday, January 25

- 11:30am - 1:00pm Lunch - Weissmann, Andrew (CRM)
- 1:00pm - 1:15pm Mid Year Review: Kathleen (AW's office ) - Weissmann, Andrew (CRM)
- 1:15pm - 1:30pm Mid Year Review: Joe (AW's office ) - Weissmann, Andrew (CRM)
- 1:30pm - 1:45pm Mid Year Review: Pablo (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm Mid Year Review: Ben (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:15pm Mid Year Review: Sandra (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm HCF Mid Year Review Discussion (AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:15pm New Orleans recusal meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:15pm - 4:30pm NDGA Update (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Suh

## Thursday, January 26

- 9:00am - 9:15am call with Phil Trout (call)
- 9:40am - 10:00am (b) (5) AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 10:30am SPT Unit Strategy Meeting (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am SFF Unit Strategy Meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am (b) (6) call hold (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm FCPA Unit Strategy Meeting (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm HCF Unit Strategy Meeting - Kahn, Daniel
- 2:00pm - 3:15pm Meeting with Sandra and Andrew (Andrew's office (4100 Bond)) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm Health Care Fraud Unit Strategy Meeting (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 4:45pm Hiring Discussion (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, January 27

- 9:00am - 9:30am (b) (5) meeting
- 10:30am - 11:30am Blanco - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm call - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Brown Bag Lunch: Giglio Training (4th Floor VTC (Room 4204)) - Popolizio, Christina (CRM)
- (b) (6)
- 1:30pm - 2:00pm call (call ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (6) call (call) - Weissmann, Andrew (CRM)

## Saturday, January 28

## Sunday, January 29

# January 30, 2017 - February 5, 2017

January 2017
SuMo TuWe Th  Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

February 2017
SuMo TuWe Th  Fr Sa
         1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

**Monday, January 30**

■ **11:30am - 12:15pm Executive Round Interview;** ▉ (b) (6) 4 VTC-A) - Panoc, Nicole Marie (CRM)

■ **3:00pm - 3:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ **3:30pm - 4:00pm CACI meeting** (AW's office (4100 Bond) ) - Weissmann, Andrew (CRM)

■ **4:00pm - 4:30pm Immunity Requests Discussion** (AW's office) - Weissmann, Andrew (CRM)

■ **4:30pm - 5:00pm** (b) (5) (AW's office/ call ) - Weissmann, Andrew (CRM)

**Tuesday, January 31**

■ **11:30am - 12:00pm Meeting w/** ▉ (b) (6) - Swartz, Bruce

■ **2:30pm - 3:00pm** (b) (5) AW's office) - Weissmann, Andrew (CRM)

■ **3:00pm - 3:10pm Detail Questions with Kathleen** (AW's office) - Weissmann, Andrew (CRM)

■ **4:00pm - 6:00pm Retirement party for Eileen Ruleman** (4th Floor in 1301 New York Avenue )

**Wednesday, February 1**

■ **9:00am - 9:30am** (b) (5) **Call** - Kahn, Daniel

■ **12:00pm - 12:30pm** (b) (5) **DOJ/FBI Meeting** (SCIF 2213 ) - Ahmad, Zainab (CRM)

■ **3:00pm - 3:30pm Case/Motion** (2109) - Blanco, Kenneth

▉ (b) (6)

**Thursday, February 2**

■ **9:00am - 9:30am** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ **1:30pm - 2:00pm Call re** (b) (5) (Call-in Below) - Blanco, Kenneth

■ **2:30pm - 3:00pm Pilot Program** (AW's office) - Weissmann, Andrew (CRM)

■ **3:45pm - 4:05pm Pending Contracts** (AW's office) - Weissmann, Andrew (CRM)

■ **4:30pm - 7:00pm David Bitkower's Farewell Event** (2107) - Blanco, Kenneth

**Friday, February 3**

■ **10:00am - 11:00am iPhone 6 Training Confirmation** (Bond - 7301) - ITMtrain

■ **10:00am - 10:15am Mid-Year Review** (dial in ) - Weissmann, Andrew (CRM)

■ **11:00am - 11:30am** (b) (5) **Review)** (AW's office) - Weissmann, Andrew (CRM)

■ **11:30am - 11:45am Shubhra Shivpuri's Plaque Ceremony** (4th floor VTC) - Weissmann, Andrew (CRM)

■ **12:00pm - 1:00pm** (b) (6) **lunch**
▉ (b) (6)

**Saturday, February 4**

▉ (b) (6)

**Sunday, February 5**

# February 6, 2017 - February 12, 2017

February 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

March 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, February 6

- 11:30am - 12:00pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 2:00pm - 2:45pm **(b) (5)** statute - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm **(b) (5)** Download (AW's Office) - Kahn, Daniel
- 4:00pm - 4:30pm **(b) (5)** next steps (AW office ) - Moser, Sandra

## Tuesday, February 7

- 12:15pm - 12:45pm **(b) (5)** (Andrew's office (4100 Bond) ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm **(b) (6)** (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm **(b) (5)** Victim Issue (AW's office) - O'Shea, Aisling
- 4:30pm - 5:00pm **(b) (5)** - Kahn, Daniel
- 5:00pm - 5:30pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, February 8

- 9:30am - 10:00am Relations call (dial in ) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm Meeting with James Mann (James' office)
- 4:30pm - 6:30pm Aitan Goelman's Farewell Event (U.S. Commodity Futures Trading Commission)
- **(b) (6)**

## Thursday, February 9

- 9:30am - 10:00am **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 10:00am - 11:00am **(b) (5)** Investigation (Video Conference Room - 4007) **(b) (6), (b) (7)(C)** USANYE
- 10:00am - 11:00am re **(b) (5)** Investigation (4th floor VTC / EDNY) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am Digital Evidence Policy Meeting (Andrew's office (4100, Bond Building)) - Weissmann, Andrew (CRM)
- 12:15pm - 1:15pm Brown Bag Lunch with the Section Chiefs and DAAGS (Room 2107, OAAG Conference Room ) - Blanco, Kenneth
- 1:30pm - 2:15pm **(b) (5)** with Atlanta (4th floor VTC) - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm Fraud Quarterly Finance Report Meeting (Bond 5th Floor Conference Room) - Walker, Lindsey
- **(b) (6)**

## Friday, February 10

- 1:30pm - 2:00pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:15pm Call re: NYU Law Seminar (call )
- **(b) (6)**

## Saturday, February 11

## Sunday, February 12

# February 13, 2017 - February 19, 2017

February 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

March 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31



**Monday, February 13**
- (b) (6)
- 8:30am - 9:30am Dentist
- 10:00am - 11:00am FPCA Unit Meeting (11 large)
- 12:30pm - 1:30pm (b) (5)
- 5:00pm - 6:00pm (b) (5) mtg.
- 6:00pm - 8:00pm NYU Law Seminar
- 9:00pm - 12:00am Amtrak
- 9:15pm - 9:45pm Call re: FCPA Memo (Dan to call Andrew) - Kahn, Daniel

**Tuesday, February 14**
- (b) (6)
- 10:45am - 11:15am (b) (5) (Main Room 2109) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Quarterly Monitorship Updates (4th floor VTC) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm (b) (5) Pre-Meet (AW's Office) - Kahn, Daniel
- 2:00pm - 3:30pm (b) (5) 4th Floor VTC, side B) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b)(5) Monitor Selection Discussion (AW's Office) - Kahn, Daniel
- 4:15pm - 5:00pm (b) (5) (Room 2107; OAAG Conference Room) - Blanco, Kenneth
- 5:15pm - 5:45pm Pilot Program (AW's office) - Weissmann, Andrew (CRM)

**Wednesday, February 15**
- 9:00am - 10:00am ABA Prep Session (b) (6) / Participant's Code: (b) (6)  (b) (6)
- 11:00am - 12:00pm Length of Service Celebration (2107) - Blanco, Kenneth
- 12:00pm - 12:15pm (b)(6) Monitor Issue call (call ) - Weissmann, Andrew (CRM)
- 12:15pm - 1:30pm Lunch with Lanny Breuer (Momofuku (1090 I ST NW)) - Weissmann, Andrew (CRM)
- 1:30pm - 2:00pm Swearing In Ceremony (2107) - Blanco, Kenneth
- 3:45pm - 4:15pm Discussion re: (b)(6) Questions (2121) - McFadden, Trevor N. (CRM)
- 5:00pm - 6:00pm HOLD - Call re: (b)(6) Teleconference - details below) - Swartz, Bruce
- 5:30pm - 6:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**Thursday, February 16**
- 1:30pm - 2:30pm UPDATE: (b)(6) will be about 5 minutes late to the call** SIFMA Conference Planning Call ((see dial-in information below)) (b) (6)
- (b) (6)
- 2:30pm - 3:00pm Talk with (b) (6) (call ) - Weissmann, Andrew (CRM)
- (b) (6)
- (b) (6)

**Friday, February 17**
- New Event
- 8:00am - 8:30am Working from EDNY - Weissmann, Andrew (CRM)
- 9:00am - 9:30am (b) (5) (Call in ) - Weissmann, Andrew (CRM)
- 9:30am - 10:00am Chat - Weissmann, Andrew (CRM)
- 10:00am - 10:30am Call with (b) (6). call) - Weissmann, Andrew (CRM) (b) (7)
- 11:00am - 11:30am (b)(6) meeting (dial in) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Lunch - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm Call - Weissmann, Andrew (CRM)
- 3:00pm - 4:00pm (b)(6) Call - Kahn, Daniel
- 4:00pm - 4:45pm (b) (6)

**Saturday, February 18**

**Sunday, February 19**

# February 20, 2017 - February 26, 2017

February 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

March 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31



**Monday, February 20**

- Federal Holiday
- 11:00am - 11:30am Call re FBI - Kahn, Daniel

**Tuesday, February 21**

- 11:00am - 11:30am Selective Waiver Letter Discussion (Optional for Anyone Who Doesn't Want to Come) (updated with latest version including redlines from Pablo) (AW's Office) - Kahn, Daniel
- 11:30am - 12:00pm (b) (6) Monitor Selection Discussion (AW's office ) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm Kahn Trial - Houston (AW's office 1400–1496 New York Ave NW Washington DC 20005 United States) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm call with Jeffrey Sallet (call)
- 4:45pm - 7:45pm D.C. Court
- (b) (6)

**Wednesday, February 22**

- 1:00pm - 1:30pm Talk with Peter Carr re: Del Wilber (call ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Naomi's Role and Potential Public Speaking (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm call with (b) (6) call) - Weissmann, Andrew (CRM)
- 5:30pm - 6:30pm Intern Happy Hour (Woodward Table) - McDonald,
- (b) (6)

**Thursday, February 23**

- 10:00am - 11:00am Diversity Meeting (AW's office (4100 Bond)) - Weissmann, Andrew (CRM)
- 11:00am - 11:30am call with (b) (6) (call)
- 11:30am - 12:00pm (b) (5) Audit (AW's office) - Weissmann, Andrew (CRM)
- 12:30pm - 2:00pm Lunch with (b) (6) (Woodward Table ) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm (b) (5) (AW's office ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm ABA Prep Meeting (AW's office) - Kahn, Daniel
- 4:00pm - 4:30pm Fraud Section Space Review (AW's office ) - Weissmann, Andrew... M)
- 5:45pm - 6:15pm (b) (5) Superseding Indictment (AW's office) - Weissmann, Andrew (CRM)

**Friday, February 24**

- 9:00am - 3:00pm HOLD DATE: Monitor Network Meeting/New Monitor Orientation (Washington DC 1400 New York Ave NW) - Chen, Hui (CRM)
- 11:00am - 12:00pm HCF Unit Meeting (11 large)
- 3:30pm - 4:00pm (b) (5) AW's Office) - Kahn, Daniel
- 3:30pm - 4:30pm (b) (5) Opening Moot (Armstrong) (8th Floor Large Conference Room (8423) - USAO Houston) - Quinones, Pablo (CRM)
- 4:00pm - 4:30pm (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm Brief Meeting - Swartz, Bruce
- 5:00pm - 5:30pm Meeting with Bruce (SCIF - 2213)
- 5:30pm - 6:00pm Chat w/ Dan Kahn re: (b) (6) Swartz, Bruce

**Saturday, February 25**

- (b) (6)

**Sunday, February 26**

# February 27, 2017 - March 5, 2017

February 2017
Su Mo Tu We Th Fr Sa
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

March 2017
Su Mo Tu We Th Fr Sa
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, February 27

- 9:00am - 9:30am State-DOJ call re. (b) (5) (Dial-in below) - Stieglitz, Albert
- 12:30pm - 1:00pm Contracts (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm Meeting with (b) (6), (b) Andrew's office (4100 Bond Building)) - Weissmann, Andrew (CRM)
- 2:45pm - 3:00pm call with (b) (6) call )
- 3:00pm - 3:30pm (b) (6) Update/Briefing in Anticipation of OECD (AW's Office) - Kahn, Daniel
- 4:30pm - 5:30pm (b) (6) Meeting Prep (OAGG Conference Room; 2107; Conference Call Info Added) - Blanco, Kenneth
- 5:30pm - 6:00pm (b) (6) call
- 6:00pm - 6:30pm call with (b) (6) (call)

## Tuesday, February 28

- 9:00am - 9:30am call with Deb Connor (call )
- 9:30am - 10:30am (b) (5) Oral Argument Moot (Main) - Kahn, Daniel
- 11:15am - 11:45am Pilot Program Discussion (AW's Office) - Kahn, Daniel
- 12:00pm - 1:00pm (b) (5) Opening Moot (Anderson) (9th Floor VTC - USAO Los Angeles) - Quinones, Pablo (CRM)
- 12:30pm - 1:30pm (b) (6) Weissmann Lunch - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm call with Matt Skidmore(SEC) (call )
- 2:00pm - 5:30pm (b) (6) Monitor Interviews (Bond - 4th Floor VTC) - Lom, Peter (CRM)
- 6:45pm - 7:15pm call with Sung-Hee (call) - Weissmann, Andrew (CRM)

## Wednesday, March 1

- 9:15am - 9:30am (b) (6) Detention Status (AW office ) - Moser, Sandra
- 10:30am - 11:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:30pm (b) (6) Monitor Interview (Bond - 4th Floor VTC) - Lom, Peter (CRM)
- 1:30pm - 2:00pm Unit Discussion (Andrew's office (4100 - Bond) ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Call with Jill Weissman (Dial in ) - Moser, Sandra (b) (6)

## Thursday, March 2

- oral argument in Second Circuit (NYC)
- 10:00am - 11:00am Court (b) (6)
- 2:30pm - 2:45pm AP Story (call in ) - Weissmann, Andrew (CRM)

## Friday, March 3

- 8:30am - 9:00am (b) (5) Call (call ) - Weissmann, Andrew (CRM)
- 9:00am - 9:30am Introduction with Ambassador Prosper (Andrew's office (4100)) - Weissmann, Andrew (CRM)
- 10:00am - 11:00am (b) (5) (OAAG Conference Room; 2107) - Blanco, Kenneth
- 12:15pm - 1:15pm (b) (6) Weissmann, Andrew
- 1:30pm - 2:00pm (b) (5) uperseded (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm OECD Prep Meeting (AW's Office) - Kahn, Daniel
- 3:30pm - 4:00pm Electronic Discovery issue (dial in ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm (b) (5) Update/Briefing (AW's Office) - Kahn, Daniel
- 5:20pm - 5:50pm meeting with Andrew (AW's office) - Weissmann, Andrew (CRM)

## Saturday, March 4

## Sunday, March 5

# March 6, 2017 - March 12, 2017



March 2017
SuMo TuWe Th Fr Sa
           1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

April 2017
SuMo TuWe Th Fr Sa
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30



## Monday, March 6

- **9:15am - 9:30am Length of Service Awards- HCF** (AW's office) - Weissmann, Andrew (CRM)
- **9:30am - 10:00am New Orleans Recusal case update** (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 11:00am SFF Unit Meeting** (4 large)
- **11:00am - 11:30am** **(b) (6)** **Monitor Selection call** (call ) - Weissmann, Andrew (CRM)
- **1:00pm - 1:30pm Meeting with Deb Connor** (AW's office) - Weissmann, Andrew (CRM)
- **4:25pm - 4:35pm HCF meeting** (AW's office) - Weissmann, Andrew (CRM)
- **5:00pm - 6:00pm Follow-Up SIFMA Conference Planning Call Availability** ((see dial-in information below)) - **(b) (6)**

## Tuesday, March 7

- **9:00am - 9:45am (b) (6) Document Walk-Through** - Kahn, Daniel
- **10:30am - 11:00am Phone call: Andrew Weissman/DSFO [Official]** (Telcon) - David Green
- **11:30am - 12:00pm Cont.** (AW's office) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm Intern Brown Bag Lunch** (4 large (4502/4504)) - Weissmann, Andrew (CRM)
- **2:00pm - 3:00pm Diversity Meeting** (AW's office (4100 Bond)) - Weissmann, Andrew (CRM)
- **3:00pm - 3:10pm Personnel Issue** (AW's office) - Weissmann, Andrew (CRM)
- **4:45pm - 5:15pm (b) (6) monitor memo call** (dial in ) - Weissmann, Andrew (CRM)
- **(b) (6)**

## Wednesday, March 8

- **(b) (6)**
- **8:00am ABA National White Collar Crime Institute** (Miami, FL)
- **9:00am - 9:15am (b) (5) Search Warrant Response** (AW's office ) - Weissmann, Andrew (CRM)
- **9:15am - 9:45am National Prescription Drug Database** (AW's office) - Weissmann, Andrew (CRM)
- **10:45am - 11:15am Healthcare meeting** (Andrew's office) - Weissmann, Andrew (CRM)
- **11:15am - 11:45am** **(b) (5)** **Call** (Dial In Below) - Kahn, Daniel
- **1:55pm - 4:55pm Flight to Miami**
- **6:00pm - 6:30pm Fontainebleau** (4441 Collins Ave, Miami Beach, FL 33140)

## Thursday, March 9

- **(b) (6)**
- **ABA National White Collar Crime Institute** (Miami, FL)
- **8:30am - 9:00am 31st Annual National Institute on White Collar Crime** (Fontainebleau in Miami Beach, FL. )
- **9:00am - 9:20am HCF Unit; Regional Strike Force** (Call Andrew's Cell ) - Beemsterboer, Joseph
- **11:15am - 11:30am Pre call RE (b) (5)** (Conference call ) - Weissmann, Andrew (CRM)
- **11:30am - 11:45am RE: (b) (5)** (conference call ) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm SPT Unit meeting** (4 large)
- **1:45pm - 3:15pm Breakout Session II (C)** (Miami Beach, FL )

## Friday, March 10

- **(b) (6)**
- **11:00am ABA National White Collar Crime Institute** (Miami, FL)
- **11:25am - 1:55pm Flight to DC**
- **2:30pm - 3:00pm (b) (5)** (call ) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm Re: (b) (5)** (dial in ) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm Meeting with Zainab** (SCIF - Bond) - Weissmann, Andrew (CRM)
- **4:10pm - 4:30pm (b) (5) Trial Staffing** (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm (b) (5)** - Kahn, Daniel
- **5:00pm - 5:15pm Lisa Miller's Plaque Ceremony** (4th floor VTC) - Weissmann, Andrew (CRM)
- **5:15pm - 5:45pm (b) (6)** (AW's office) - Weissmann, Andrew (CRM)

## Saturday, March 11

- **(b) (6)**

## Sunday, March 12

- **(b) (6)**
- **12:00am OECD** (Paris, France)
- **(b) (6)**



# March 13, 2017 - March 19, 2017

March 2017
Su Mo Tu We Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

April 2017
Su Mo Tu We Th Fr Sa
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

## Monday, March 13

(b) (6)

OECD (Paris, France)

7:00am (b) (6)

10:00am - 11:00am Meet with (b) (6) (Westin) - Gentin, Andrew

10:00am - 10:30am Meeting with (b) (6) (Westin )

11:00am - 12:00pm Meet with U.S. Delegation (Westin) - Gentin, Andrew

2:30pm - 4:30pm Dinner with US Delegation (Grand Colbert) - Gentin, Andrew

## Tuesday, March 14

(b) (6)

OECD (Paris, France)

9:00am - 10:00am Meeting with (b) (5) Authorities (OECD) - Gentin, Andrew

1:00pm - 2:00pm Meeting with (b) (6)

1:30pm - 2:30pm Call with (b) (5) (Dial-in Below) - Last, David (CRM)

2:30pm - 4:30pm Dinner with (b) (6) and US delegation (TBD) - Gentin, Andrew

## Wednesday, March 15

(b) (6) (Paris, France)

OECD (Paris, France)

4:30am - 5:30am Meeting with (b) (5) Authorities (OECD) - Gentin, Andrew

7:30am - 8:30am Lunch with (b) (5) authorities (tentative) (TBD) - Gentin, Andrew

9:00am - 12:30pm Meeting with (b) (5) French MOJ) - Gentin, Andrew

2:30pm - 4:30pm Dinner with U.S. Delegation (Petit Pontoise) - Gentin, Andrew

## Thursday, March 16

(b) (6)

OECD (Paris, France)

8:00am - 9:30am Lunch/Meet with (b) (5) authorities (AG to attend GLEN2 working group) (OECD) - Gentin, Andrew

10:30am - 11:00am call with (b) (6) (call )

2:30pm - 4:30pm Dinner with (b) (6) (b) (6) - Gentin, Andrew

(b) (6)

## Friday, March 17

(b) (6)

12:00am OECD (Paris, France)

4:30am - 7:30am Tour de Table and Compliance Presentation (OECD) - Gentin, Andrew

2:30pm - 4:30pm Dinner with U.S. Delegation (TBD) - Gentin, Andrew

## Saturday, March 18

(b) (6)

(b) (6)

## Sunday, March 19

(b) (6)

# March 20, 2017 - March 26, 2017

March 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

April 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

## Monday, March 20

(b) (6) →

■ 12:00am SIFMA (San Diego, CA)

■ 8:50am - 9:00am Swearing In for Benjamin Saltzman and Phil Trout (AW's office ) - Weissmann, Andrew (CRM)

■ 9:00am - 9:30am call with (b) (6) (call) - Weissmann, Andrew (CRM)

■ 9:30am - 10:00am meeting with (b) (6) (AW's office)

■ 10:00am - 10:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)

■ 10:30am - 11:00am Call with Dan (call) - Weissmann, Andrew (CRM)

■ 11:00am - 11:30am Pre-conference Prep Call (call )

■ 2:15pm - 2:30pm Call with Ben (call ) - Weissmann, Andrew (CRM)

■ 2:30pm - 3:00pm call with (b) (6) (call )

(b) (6)

## Tuesday, March 21

(b) (6) →

■ SIFMA (San Diego, CA)

■ 11:00am - 11:30am FCA Symposium: presentation call (dial in )

■ 11:55am - 1:00pm Enforcement Priorities

■ 2:00pm - 2:30pm CNN request on (b) (5) (Conference call ) - Weissmann, Andrew (CRM)

■ 4:30pm - 5:00pm call with (b) (6), (b) (7) (call)

## Wednesday, March 22

(b) (6) →

■ 12:00am SIFMA (San Diego, CA)

■ 12:00pm - 12:30pm (b)(6) call (conference call ) - Weissmann, Andrew (CRM)

▌3:00pm - 3:30pm Meeting (ODAG Conference Room (4133)) - Lan, Iris (ODAG)

■ 3:45pm - 8:45pm Flight to DC

## Thursday, March 23

(b) (6)

■ Intern Shadow (b) (6) (AW's office) - Weissmann, Andrew (CRM)

■ 8:30am - 9:00am FCA Symposium: presentation call (dial in )

■ 9:30am - 11:00am (b)(6) case (11 large) - Weissmann, Andrew (CRM)

■ 12:00pm - 1:00pm ADM Brown Bag (Bond Building, 5th Floor Conference Room) - Melton, Tracy

■ 1:15pm - 1:30pm (b)(6) (AW's office ) - Weissmann, Andrew (CRM)

■ 2:00pm - 2:15pm (b) (5) ) - Blanco, Kenneth

■ 4:45pm - 5:15pm Meeting with Joe (AW's office) - Weissmann, Andrew (CRM)

■ 5:15pm - 5:45pm call with (b) (6) (call)

## Friday, March 24

■ Intern Shadow (AW's office ) - Weissmann, Andrew (CRM)

■ 9:00am - 9:30am AUDIF Summit (Main )

■ 12:00pm - 1:00pm Compliance Brown Bag (4th floor VTC ) - Weissmann, Andrew (CRM)

■ 2:45pm - 3:15pm (b) (5) Draft Motions (AW's office ) - Weissmann, Andrew (CRM)

■ 4:00pm - 4:30pm Call RE: Speaking Engagement (Ken's Office) - Blanco, Kenneth

## Saturday, March 25

## Sunday, March 26

# March 27, 2017 - April 2, 2017

March 2017
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

April 2017
Su Mo Tu We Th Fr Sa
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

## Monday, March 27

Intern Shadow Day (AW's office ) - Weissmann, Andrew (CRM)

9:00am - 9:30am SIGAR IG meeting  (AW's office) - Weissmann, Andrew (CRM)

10:30am - 10:35am Meet with Joe (AW's office) - Weissmann, Andrew (CRM)

11:00am - 11:30am (b) (6)  Weissmann, Andrew (CRM)

12:00pm - 12:30pm (b) (5)  - Kahn, Daniel

2:30pm - 3:15pm  (b) (5)  Standing Committee MTG (MAIN 2109) - McFadden, Trevor N. (CRM)

4:00pm - 4:30pm Brooklyn Meeting (AW's office) - Weissmann, Andrew (CRM)

4:30pm - 5:30pm FW: Panel Preparation Call re: Rutgers Panel  (See WebEx Information Below)  (b) (6)
(b) (6)

## Tuesday, March 28

Intern Shadow Day (AW's office) - Weissmann, Andrew (CRM)

11:00am - 12:00pm Fraud Space Plan  (9th floor conference room ) - Weissmann, Andrew (CRM)

12:00pm - 12:30pm Tolling Agreements  (AW's office) - Weissmann, Andrew (CRM)

2:00pm - 2:45pm (b) (5)  Standing Committee MTG (MAIN 2109) - McFadden, Trevor N. (CRM)

3:30pm - 4:00pm Meeting with Joe & Kathleen (AW's office) - Weissmann, Andrew

5:30pm - 7:30pm (b) (6)  farewell happy hour -- rescheduled  (Laugh             (1306 G Street NW)) - Helou, Tarek

## Wednesday, March 29

11:00am - 12:00pm (b) (5) Opening Moot (Harper)  (Bond, 4th Floor VTC (4204-B)) - Quinones, Pablo (CRM)

1:00pm - 1:15pm Meeting with Jason  (AW's office) - Weissmann, Andrew (CRM)

1:30pm - 2:00pm CRM Policy on Use of Monitorships (2107) - Blanco, Kenneth

5:00pm - 5:30pm  (b) (5)  ability to pay  (AW's office/ dial in ) - Weissmann, Andrew (CRM)

6:00pm - 6:30pm Personnel Issue  (AW's office/ call ) - Weissmann, Andrew (CRM)

(b) (6)

## Thursday, March 30

9:00am - 10:00am personnel matter (4150) - Weissmann, Andrew (CRM)

10:00am - 11:00am Coordination Meeting  (Bond 4204-B) - Ahmad, Zainab (CRM)

11:45am - 12:00pm Meeting  (AW's office) - Weissmann, Andrew (CRM)

12:00pm - 12:45pm Executive Round Interview (b) (6)     4 VTC-B) - Panoc, Nicole Marie (CRM)

12:45pm - 1:15pm Personnel Meeting hold  (AW's office) - Weissmann, Andrew (CRM)

(b) (6)

## Friday, March 31

NYU Program on Corporate Compliance and Enforcement  (NYU )

8:00am - 8:30am Mitigation Strategy Call  (b) (6)
)) - Beemsterboer, Joseph

8:30am - 9:00am Breakfast and Registration  (245 Sullivan Street (Furman Hall))

12:40pm - 1:40pm Networking Lunch  ((Lipton Hall, 110 West 3rd Street (basement))

1:50pm - 3:00pm NYU Panel  (Furman Hall)

5:15pm - 5:45pm (b) (5)  pre-pre-meet/call (FRD Only)  (dial in ) - Weissmann, Andrew (CRM)

## Saturday, April 1

(b) (6)

## Sunday, April 2

# April 3, 2017 - April 9, 2017

April 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

May 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

## Monday, April 3

- Intern Shadow Day (AW's office) - Weissmann, Andrew (CRM)
- 8:50am - 9:00am Swearing In for Jason Manning, David Johnson and Joseph McFarlane (AW's office) - Weissmann, Andrew (CRM)
- 9:30am - 10:15am Pilot Program Meeting (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:15pm Executive Round Interview **(b) (6)** (4 VTC-A) - Panoc, Nicole Marie (CRM)
- 12:15pm - 1:00pm **(b) (5)** Pre-Meet (FRD and EDVA) - Kahn, Daniel
- 1:00pm - 1:15pm Fry - Weissmann, Andrew (CRM)
- 1:30pm - 2:30pm **(b) (5)** Opening Moot (Dubal) (Bond, 4th Floor VTC - USAO Detroit) - Quinones, Pablo (CRM)
- 2:00pm - 2:30pm call with **(b) (6)** (call)
- 2:15pm - 2:30pm RE: **(b) (5)**
- 2:30pm - 3:00pm Personnel Matter (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Pilot Program Meeting (11 large) - Weissmann, Andrew (CRM)
- 6:00pm - 6:30pm Zebley
- 8:00pm - 9:00pm **(b) (6)**

## Tuesday, April 4

- 9:00am - 4:00pm **(b) (5)** (Placeholder While We Determine Exact Time of Meeting) (11th Floor Large) - Kahn, Daniel
- 4:45pm - 5:00pm call with **(b) (6)** (call)
- 5:00pm - 7:00pm A Farewell Celebration Honoring Denise Cheung (Main Room 2107) **(b) (6)**

## Wednesday, April 5

- FCA bullet points
- Intern Shadow Day (AW's office) - Weissmann, Andrew (CRM)
- 8:30am - 8:45am **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 8:45am - 9:00am Pros Memo Review (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm **(b) (5)** (dial in ) - Weissmann, Andrew (CRM)
- 12:00pm - 12:30pm **(b) (6)** Resolution Discussion (AW's Office) - Kahn, Daniel
- 12:30pm - 1:00pm **(b) (6)** (AW's office) - Weissmann, Andrew (CRM)
- 1:45pm - 2:00pm call with **(b) (6)** (call ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Pilot Discussion (4th Floor VTC-B) - Kahn, Daniel
- 4:00pm - 4:30pm Personnel Meeting (AW's office ) - Weissmann, Andrew (CRM)
- 5:00pm - 5:45pm Executive Round Interview: **(b) (6)** (Tony) (4 VTC-A) - Panoc, Nicole Marie (CRM)
- 5:45pm - 6:15pm Sharing Evidence call (call) - Weissmann, Andrew (CRM)
- 6:15pm - 6:30pm **(b) (5)** Force (AW's office) - Weissmann, Andrew (CRM) **(b) (6)**

## Thursday, April 6

- 8:30am - 9:00am call with James Mann (call)
- 12:00pm - 12:30pm Legal Affairs (dial in ) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
- 2:30pm - 3:00pm **(b) (5)** (AW office ) - Moser, Sandra
- 3:00pm - 3:15pm **(b) (5)** prep (AW's office) - Weissmann, Andrew (CRM)
- 3:15pm - 3:30pm Call with **(b) (6)** (call ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm call re: **(b) (5)** investigation (dial in ) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm **(b) (5)** discussion ( **(b) (6)** ) Pass Code **(b) (6)** - Day, M. Kendall
- 6:00pm - 6:30pm Brief **(b) (5)** follow up (dial in ) - Moser, Sandra

## Friday, April 7

- Rutgers Law School Center for Corporate Law & Governance (Rutgers Law School, Camden, NJ))
- 8:30am - 3:30pm Second Annual Corporate Compliance Institute (Rutgers Law School)
- 1:00pm - 2:00pm **(b) (5)** (Dial-In Below) - Kahn, Daniel

## Saturday, April 8

## Sunday, April 9

# April 10, 2017 - April 16, 2017

| April 2017 | May 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 | 1 2 3 4 5 6 |
| 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

## Monday, April 10

- **10:45am - 11:15am** (b) (5) Meeting (AW's office) - Weissmann, Andrew (CRM)
- **12:30pm - 1:00pm** Personnel Meeting (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 4:00pm** SIGTARP Meeting (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:30pm** LA Space (AW's office) - Weissmann, Andrew (CRM)
- **4:30pm - 5:00pm** Case (AW's office) - Weissmann, Andrew (CRM)
- **5:15pm - 5:45pm** call with Bruce Ohr (call) - Weissmann, Andrew (CRM)

## Tuesday, April 11

- Intern Shadow Day (AW's office) - Weissmann, Andrew (CRM)
- **8:30am - 9:00am** call with (b) (6) (call) - Weissmann, Andrew (CRM)
- **9:00am - 10:30am** (b) (5) 4th floor VTC (4204)) - Weissmann, Andrew (CRM)
- **12:00pm - 1:00pm** Meet (b) (6) and hear about the case (b) (5) Main Justice- DOJ Conference Center- Room 7411)
- **2:00pm - 2:30pm** (b) (5) call (AW's office) - Weissmann, Andrew (CRM)
- **2:30pm - 3:00pm** FBI electronic discovery policy (Andrew's office (4100 Bond)) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** re: (b) (6) cases (AW's office) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm** re: (b) (5) (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, April 12

- **9:00am - 9:30am** Chicago USAO (AW's office) - Weissmann, Andrew (CRM)
- **9:30am - 10:00am** Meeting (AW's office) - Weissmann, Andrew (CRM)
- **12:15pm - 1:15pm** Section Chiefs' Brown Bag with the A/AAG (Room 2107, OAAG Conference Room) - Blanco, Kenneth
- **2:30pm - 3:15pm** Fwd: Violent Crime Initiatives (Main, Rm 2107) - McFadden, Trevor N. (CRM)
- **4:00pm - 4:30pm** (b) (5) Investigation Status (AW's office/ dial in ) - Weissmann, Andrew (CRM)
- (b) (6)

## Thursday, April 13

- **9:00am - 9:30am** OECD (b) (5) Proposal (AW's Office) - Kahn, Daniel
- **9:30am - 9:45am** re: (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- **10:00am - 11:30am** (b) (5) Call (Dial-In Below) - Kahn, Daniel
- **12:00pm - 12:30pm** RE: Hello... Are you in NY this week?
- **12:30pm - 1:00pm** singer meeting (AW office) - Weissmann, Andrew (CRM)
- **2:30pm - 2:50pm** (b) (5) non-pros (AW's office) - Weissmann, Andrew (CRM)
- **3:00pm - 3:30pm** Honors Attorneys meeting (AW's office) - Weissmann, Andrew (CRM)
- **3:30pm - 4:00pm** Personnel Meeting (AW's office) - Weissmann, Andrew (CRM)
- **4:00pm - 4:15pm** meeting with Fry (AW's office) - Weissmann, Andrew (CRM)
- (b) (6)

## Friday, April 14

- (b) (6)
- **3:30pm - 4:00pm** OECD/DOJ 40th Anniversary Conference - Kahn, Daniel

## Saturday, April 15

## Sunday, April 16

# April 17, 2017 - April 23, 2017

April 2017
SuMo TuWe Th Fr Sa
                1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

May 2017
SuMo TuWe Th Fr Sa
   1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, April 17

- 8:50am - 9:00am Swearing in Ceremony for Robyn Pullio, Steven Scott and Vanessa Synder (AW's office) - Weissmann, Andrew (CRM)
- 10:30am - 10:45am Sarah Hall (call ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:30pm Lunch with (b) (6) (1350 I street Penn 6, I street)
- 1:30pm - 2:00pm (b) (5) Pre-Call (Dial In Below) - Kahn, Daniel
- 4:30pm - 5:00pm (b) (5) Pre-Meet (AW Office) - Kahn, Daniel
- 6:30pm - 7:30pm Bondy

## Tuesday, April 18

- 9:00am - 5:00pm (b) (5) (11 Large) - Kahn, Daniel
- 12:00pm - 2:00pm World Bank Lunch (The World Bank) - Weissmann, Andrew (CRM)
- 3:15pm - 3:45pm AG's remarks to ECI annual conference next Monday (Trevor's office (b) (6) - McFadden, Trevor N. (CRM)
- 4:30pm - 4:45pm Meeting with Laura (AW's office) - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm Prep meeting (AW's office ) - Weissmann, Andrew (CRM)
- (b) (6)

## Wednesday, April 19

- 9:15am - 10:00am Executive Interview: (b) (6) (4 VTC-A) - Panoc, Nicole Marie (CRM)
- 12:00pm - 1:00pm (b) (5) Opening Moot (Laryea) (Bond Building, 11th Floor VTC - USAO SDNY) - Quinones, Pablo
- 1:00pm - 1:30pm Potential NCA Cases - Kahn, Daniel
- 2:30pm - 3:00pm Joe and Tracy (AW's office ) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm Brooklyn (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 4:30pm Meeting to discuss FBI training (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm (b) (5) FOIA - Kahn, Daniel
- 5:00pm - 5:30pm (b)(5) (AW's office/ call ) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm call with Carol (call) - Weissmann, Andrew (CRM)

## Thursday, April 20

- 9:00am - 9:30am call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Lunch with (b) (6) (Woodward Table) - Weissmann, Andrew (CRM)
- 2:00pm - 2:30pm Sarah Hall (AW's office) - Weissmann, Andrew (CRM)
- 4:00pm - 7:00pm Farewell "File Review" For Zainab (Room 2107, OAAG Conference Room) - Mann, James (CRM)
- 5:00pm - 8:00pm Happy Hour with FBI (WFO) ICU (Joe's (15th & H Sts., NW)) - Stieglitz, Albert
- 6:00pm - 8:00pm (b) (6) Cocktail Reception (1099 New York Ave NW, Suite 900 )
- (b) (6)

## Friday, April 21

- 9:30am - 10:00am Coffee (Starbucks at 1401 New York Ave NW) - Weissmann, Andrew (CRM)
- 10:30am - 11:00am Witness Proffer call (Call ) - Weissmann, Andrew (CRM)
- 12:00pm - 1:30pm Trial Skills Workshop: Opening Statements (Bond Building, 4th Floor VTC ) - Quinones, Pablo (CRM)
- 2:00pm - 3:00pm (b) (5) Discussion (U.S. Dial-in: (b) (6) ; passcode (b) (6) Int'l Dial-in: + (b) (6) /JonesDay
- 2:00pm - 3:00pm Hiring Committee Meeting (4 VTC-A&B (4204)) - Panoc, Nicole Marie (CRM)
- 3:00pm - 3:20pm Presentation to CRAB pre-meet (AW's office) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- (b) (6)

## Saturday, April 22

## Sunday, April 23

- 2:45pm - 3:15pm Call

# April 24, 2017 – April 30, 2017

April 2017

SuMo TuWe Th Fr Sa
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

May 2017

SuMo TuWe Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, April 24

- 10:30am - 11:00am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 5:00pm (b) (5) Opening (Tentative) - Kahn, Daniel
- 1:45pm - 2:45pm (b) (6) Meeting (AW's office (4100 Bond) ) - Weissmann, Andrew (CRM)
- 3:15pm - 5:15pm ECI's Annual Conference (901 Massachusetts Avenue, NW)
- 5:30pm - 6:30pm (b) (6)

## Tuesday, April 25

- 9:00am - 9:30am Zero Trial Attorneys (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 12:00pm HOLD - Monitor Network Call (b) (6) (US) / (b) (6) (international), participant code (b) (6) - Chen, Hui (CRM)
- 12:00pm - 12:30pm Chicago SF (AW's office ) - Weissmann, Andrew (CRM)
- 2:00pm - 3:30pm Briefing the CRAB - CRM's FY 2017 Mid-Year Three Percent Request (Main Justice - Room 1103) - Frary, Debra
- 3:00pm - 4:00pm Meeting w/ James McDonald Director of Enforcement (CFTC-Three Lafayette Center, 1155 21st Street, NW Washington, DC 20581)
- 3:00pm - 4:00pm Private Appointment
- 4:30pm - 5:00pm Correction of Letter to (b) (5) Authorities (call ) - Weissmann, Andrew (CRM)
- 5:00pm - 5:30pm PLI 2017 Enforcement Panel Call - (b) (6)

## Wednesday, April 26

- 9:00am - 5:00pm HCF Unit's Training (Office of Justice Program's Main Conference Room (3101) ) - Weissmann, Andrew (CRM)
- 9:00am - 9:15am Opening Remarks to New HCF Prosecutors (Office of Justice Program's Main Conference Room (3101) )
- 5:30pm - 7:30pm HCF Training Cocktail Party (Andrew's apartment )

## Thursday, April 27

- 9:00am - 5:00pm HCF Unit's Training (Office of Justice Program's Main Conference Room (3101) ) - Weissmann, Andrew (CRM)
- 9:00am - 11:45am Train (Union Station )
- 2:00pm - 3:00pm FW: (b) (5) Status Call on Monitorship Terms (U.S. Dial-in: (b) (6) passcode - (b) (6) Int'l Dial-in: (b) (6)
- 6:00pm - 8:50pm Train (Penn Station )
- 6:30pm - 7:00pm call with Andrew Ceresney (call )

## Friday, April 28

- 9:00am - 9:45am (b) (5) (Andrew's Office ) - Moser, Sandra
- 10:30am - 11:00am (b) (5) case (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 11:40am Meeting with Kathleen (AW's office 1400–1496 New York Ave NW Washington DC 20005 United States) - Weissmann, Andrew (CRM)
- 3:00pm - 6:00pm Train
- 5:00pm - 5:30pm (b) (5) discussion with Ben (call ) - Weissmann, Andrew (CRM)

## Saturday, April 29

- (b) (6)

## Sunday, April 30

# May 1, 2017 -
# May 7, 2017

May 2017
Su Mo Tu We Th Fr Sa
　　1　2　3　4　5　6
7　8　9　10　11　12　13
14　15　16　17　18　19　20
21　22　23　24　25　26　27
28　29　30　31

June 2017
Su Mo Tu We Th Fr Sa
　　　　1　2　3
4　5　6　7　8　9　10
11　12　13　14　15　16　17
18　19　20　21　22　23　24
25　26　27　28　29　30



**Monday, May 1**

■ **9:00am - 9:30am** (b) (5) **call**  (AW's office/ call ) - Weissmann, Andrew (CRM)

■ **10:30am - 11:00am Confidential call** (dial in ) - Weissmann, Andrew (CRM)

■ **11:00am - 11:30am call with** (b) (6)  (call ) - Weissmann, Andrew (CRM)

■ **11:30am - 12:00pm** (b) (5)  (AW's office) - Weissmann, Andrew (CRM)

■ **12:00pm - 12:15pm London detail** - Weissmann, Andrew (CRM)

■ **1:00pm - 2:00pm FRD Space Design Review** (Bond 5th Floor Conference Room) - Weissmann, Andrew (CRM)

■ **3:00pm - 3:30pm Press Strategies Meeting**  (AW's office) - Weissmann, Andrew (CRM)

■ **3:30pm - 4:00pm** (b) (5)  (AW's office) - Weissmann, Andrew (CRM)

■ **4:30pm - 6:30pm Kara Brockmeyer's Farewell Reception** (U.S. Securities and Exchange Commission)

■ **7:00pm - 9:00pm** (b) (5)

**Tuesday, May 2**

▨ **12:00am The FCA International Enforcement Symposium 2017**　→
■ (b) (6)

**Wednesday, May 3**

▨ ← **The FCA International Enforcement Symposium 2017**　→

**Thursday, May 4**

▨ ← **The FCA International Enforcement Symposium 2017**　→

■ **1:30pm - 2:00pm** (b) (5)  (Sandra's office (b) (6) International (b) (6)  Participant (b) (6) ) - Helou, Tarek

**Friday, May 5**

▨ ← **The FCA International Enforcement Symposium 2017**

■ **7:00am - 8:00am Nca** (National Crime Agency Spring Gardens, Units 1-6 Citadel Place, Tinworth Street, London. SE11 5EF)

■ **10:00am - 11:00am** (b) (6)

**Saturday, May 6**

▨ ← **The FCA International Enforcement Symposium 2017**

**Sunday, May 7**

▨ ← **12:00am The FCA International Enforcement Symposium 2017**

# May 8, 2017 - May 14, 2017

May 2017
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

June 2017
SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30



**Monday, May 8**
■ 9:00am - 9:30am Follow Up Call  (call ) - Weissmann, Andrew (CRM)
■ 10:30am - 11:00am Honors Visits meeting (AW's office) - Weissmann, Andrew (CRM)
■ 11:30am - 1:00pm Fraud Section Legal Writing Training (4th Floor VTC) - Bowman, Joanna
■ 2:00pm - 2:45pm Executive Interview: **(b) (6)** (4 VTC-A)
■ 3:00pm - 3:45pm Executive Interview: **(b) (6)** (4 VTC-A) - Panoc, Nicole Marie (CRM)
■ 4:00pm - 4:30pm Call with **(b) (6)** (call ) - Weissmann, Andrew (CRM)
■ 5:00pm - 5:30pm call with  **(b) (6)** (call ) - Weissmann, Andrew (CRM)
■ 6:00pm - 7:00pm **(b) (6)**
**(b) (6)**

**Tuesday, May 9**
■ 9:00am - 9:45am FRD London Detail Discussion (Bond 5th Floor Conference Room) - Melton, Tracy
■ 11:00am - 11:45am Executive Round Interview: **(b) (6)** (4 VTC-A) - Panoc, Nicole Marie (CRM)
■ 11:45am - 12:15pm Takedown Review Process  (AW's office ) - Weissmann, Andrew (CRM)
■ 1:00pm - 1:10pm Zainab
■ 5:00pm - 5:15pm AAG HCF Speech  (AW's office) - Weissmann, Andrew (CRM)
**(b) (6)**

**Wednesday, May 10**
■ 1:00pm - 1:30pm **(b) (5)** (AW's office) - Weissmann, Andrew (CRM)
■ 1:30pm - 1:45pm Fincen (AW's office) - Weissmann, Andrew (CRM)
■ 4:00pm - 6:00pm Farewell Reception in Honor of Mary McCord (7th Floor Conference Center (RFK 7411))

**Thursday, May 11**
■ 9:30am - 10:00am Hiring Funding  (AW's office ) - Weissmann, Andrew (CRM)
■ 10:00am - 10:30am Compliance Meeting (AW's office) - Weissmann, Andrew (CRM)
■ 11:15am - 11:45am FCPA Enforcement Policy Cover Letter (AW's office ) - Weissmann, Andrew (CRM)
■ 12:00pm - 1:30pm Lunch with Andrew Weissman (Woodward Table - 1426 H Street NW  Ph: 202-347-5353) - **(b) (6)**
■ 3:00pm - 3:30pm **(b) (5)** Kahn, Daniel
■ 4:00pm - 4:45pm Executive Interview: **(b) (6)** (4 VTC-A) - Panoc, Nicole Marie (CRM)
**(b) (6)**

**Friday, May 12**
PLI  (NYC)
■ 9:00am - 10:30am PLI Panel
■ **(b) (6)**
■ 1:00pm - 2:00pm **(b) (5)** i Moot (Remis) (Bond, 4th Floor VTC - USAO Houston) - Quinones, Pablo (CRM)

**Saturday, May 13**

**Sunday, May 14**

# May 15, 2017 -
# May 21, 2017

May 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

June 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

## Monday, May 15

**8:50am - 9:00am Swearing in for Andrew Estes** (AW's office) - Weissmann, Andrew (CRM)

**9:30am - 10:15am Honors Program Open House** (4th floor VTC (A+B)) - Weissmann, Andrew (CRM)

**11:00am - 11:30am Chicago Strike Force (Fraud Section and NDIL** (b) (6) )) - Beemsterboer, Joseph

**12:30pm - 1:00pm** (b) (5) **Discussion** - Kahn, Daniel

**1:45pm - 2:00pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**2:00pm - 2:45pm Executive Interview:** (b) (6) 4 VTC-A) - Panoc, Nicole Marie (CRM)

**3:00pm - 4:00pm Fraud Quarterly Finance Report Meeting** (Bond 5th Floor Conference Room) - Bass, Stacie

**4:15pm - 5:00pm Fraud Monitor Training Discussion** (b) (6)

**5:00pm - 5:15pm Staffing** (AW's office) - Weissmann, Andrew (CRM)

**6:00pm - 7:00pm Honors Program Happy Hour** (Proper 21 ) (b) (6)

## Tuesday, May 16

**9:30am - 10:00am Budget** (AW's office) - Weissmann, Andrew (CRM)

**11:00am - 11:45am Executive Interview:** (b) (6) (4 VTC-A)

**11:45am - 12:30pm Executive Interview:** (b) (6) (4 VTC-A) - Panoc, Nicole Marie (CRM)

**12:30pm - 1:00pm OECD/FCPA Call** - Kahn, Daniel

**2:00pm - 2:30pm** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**3:00pm - 3:30pm FBI Compliance Academy presentation call** (call ) - Weissmann, Andrew (CRM)

**3:30pm - 4:00pm Personnel meeting** (AW's office) - Weissmann, Andrew (CRM)

**4:30pm - 5:00pm Takedown Review Process** (AW's office) - Weissmann, Andrew (CRM)

## Wednesday, May 17

**9:00am - 10:00am SFF Supervisors Meeting** (MAIN - Room 2216) - McFadden, Trevor N. (CRM)

**10:45am - 11:00am call with** (b) (6) (call ) - Weissmann, Andrew (CRM)

**11:00am - 11:30am Meeting with NYT** (TBD) - Weissmann, Andrew (CRM)

**12:00pm - 12:30pm Call with** (b) (6) (AW's Office (+ (b) (6) )) (b) (6)

## Thursday, May 18

**10:15am - 11:00am** (b) (5) **Declination discussion** (Andrew's Office ) - Moser, Sandra

**12:15pm - 12:30pm SPT Unit meeting drop in** (4th floor VTC)

**4:30pm - 5:00pm call with** (b) (6) (call ) (b) (6)

## Friday, May 19

**9:15am - 9:45am** (b) (5) **Monitor Selection Materials** (BOND 4204) - McFadden, Trevor N. (CRM)

**9:45am - 10:45am Old FCPA Cases review** (BOND 4204) - McFadden, Trevor N. (CRM)

**11:00am - 11:30am** (b) (5) (AW's office) - Weissmann, Andrew (CRM)

**11:30am - 12:00pm call with** (b) (6) (call )

**12:00pm - 1:30pm Trial Skills Workshop: Evidence** (Bond Building, 4th Floor VTC) - Quinones, Pablo (CRM) (b) (6)

**3:30pm - 4:00pm Call re** (b) (5) (SFF to Call Andrew's Work Cell) - Singer, Benjamin

## Saturday, May 20

## Sunday, May 21

# May 22, 2017 -
# May 28, 2017

May 2017
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

June 2017
SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

## Monday, May 22

- 8:00am - 9:00am Mtg
- 9:30am - 10:00am (b) (5) - Weissmann, Andrew (CRM)
- 10:00am - 10:30am fcpa meeting
- 11:00am - 11:30am (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 11:30am - 12:00pm call with James Mann (call)
- 12:00pm - 12:30pm (b) (5) : Prep Call (b) (6)
  (b) (6)
- 2:00pm - 2:45pm Executive Interview: (b) (6) (4 Large (b) (6) - Panoc, Nicole Marie (CRM)
- 2:45pm - 3:15pm (b) AW's Office) - Moser, Sandra
- 3:45pm - 4:00pm Meeting with (b) (6) (AW's office) - Weissmann, Andrew (CRM)
- 4:30pm - 5:00pm Topic List (dial in) - Weissmann, Andrew (CRM)
- 5:30pm - 5:45pm (b) (5), (b) (7) AW's office) - Weissmann, Andrew (CRM)
  (b) (6)

## Tuesday, May 23

- 1:00pm - 1:15pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 3:00pm - 3:30pm HCF LA Potential (AW's office ) - Weissmann, Andrew (CRM)
- 3:30pm - 4:00pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 5:00pm - 7:00pm Happy Hour (Proper 21 @ 1319 F St. NW, Washington, DC 20004 ) - Melton, Tracy
  (b) (6)

## Wednesday, May 24

- 9:30am - 10:00am Meeting with Nathan (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 1:00pm Compliance Contract meeting (AW's office (4100 Bond)) - Weissmann, Andrew (CRM)
- 2:00pm - 3:00pm (b) (6) Discussion FRD/EDNY (AW's Office (Dial-In Below)) - Kahn, Daniel
- 3:00pm - 3:30pm (b) (6) Meeting with (b) (6) (4th Floor VTC) - Singer, Benjamin
- 4:00pm - 4:30pm DC (AW's office) - Weissmann, Andrew (CRM)
- 4:45pm - 5:15pm Conference Call (b) (6) / Participants passcode (b) (6) ) - Blanco, Kenneth
- 5:15pm - 5:45pm Call with (b) (6) ) (call )

## Thursday, May 25

- 10:30am - 11:00am Call with Zainab (call) - Weissmann, Andrew (CRM)
- 11:30am - 12:30pm (b) (6)
- 12:30pm - 1:00pm Ritesh's plaque ceremony (4th floor VTC) - Weissmann, Andrew (CRM)
- 3:30pm - 4:30pm Weissmann/Mueller Meeting (Patrick Henry Bldg, 601 D Street, NW) - RSMSC

## Friday, May 26

- (b) (6)
- 12:00pm - 1:00pm Recent Trials Brown Bag (4-VTC) - Griswold, Sarah (CRM)

## Saturday, May 27

## Sunday, May 28

# May 29, 2017 - June 4, 2017

| May 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| June 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

## Monday, May 29
- Memorial Day

## Tuesday, May 30
- 8:50am - 9:00am Jared Hasten and Emily Culberton swearing in ceremony (AW's office) - Weissmann, Andrew (CRM)
- 11:00am - 11:45am Executive Interview (b) (6) (4 VTC-A) - Panoc, Nicole Marie (CRM)
- 11:45am - 12:00pm Exec management - Weissmann, Andrew (CRM)
- 12:00pm - 12:15pm (b) (5) - Weissmann, Andrew (CRM)
- 12:30pm - 1:30pm CRM/CIV Health Care Fraud meeting (MAIN Room 2107) - McFadden, Trevor N. (CRM)
- 1:00pm - 1:30pm (b) (5) Weissmann, Andrew (CRM)
- 2:15pm - 2:45pm FRD/OAAG meeting (MAIN 2107) - McFadden, Trevor N. (CRM)
- 3:00pm - 3:45pm (b)(5) AW's office) - Weissmann, Andrew (CRM)
- 3:45pm - 4:00pm call with James Mann (call ) - Weissmann, Andrew (CRM)
- 4:30pm - 5:30pm Andrew and Sandra (AW's office) - Weissmann, Andrew (CRM)
- 5:30pm - 6:00pm meeting with Deb

## Wednesday, May 31
- 8:30am - 9:00am London Detail (AW's office) - Weissmann, Andrew (CRM)
- 9:00am - 9:15am call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- 11:45am - 11:55am meeting with Tarek (AW's office) - Weissmann, Andrew (CRM)
- 12:00pm - 12:45pm (b) (5) (AW's office) - Weissmann, Andrew (CRM)
- 12:45pm - 1:00pm Personnel Matter (AW's office) - Weissmann, Andrew (CRM)
- 1:00pm - 1:30pm call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- 1:30pm - 1:35pm Rob
- 3:45pm - 4:15pm (b) (5) Follow Up - Kahn, Daniel
- 4:45pm - 5:00pm meeting with Henry (AW's office) - Weissmann, Andrew (CRM)
- 6:05pm - 9:35pm Amtrak to Penn Station
- 6:30pm - 7:00pm call with Jason Manning (call) - Weissmann, Andrew (CRM)
- 7:00pm - 7:30pm call with Tarek (call ) - Weissmann, Andrew (CRM)
- 7:30pm - 8:00pm call with Vijay Shanker (call) - Weissmann, Andrew

## Thursday, June 1
- PLI (New York, NY)
- 10:00am - 10:30am call with Judge Shwartz (call )
- 10:30am - 11:00am (b) (5) (call ) - Weissmann, Andrew (CRM)
- 11:00am - 11:45am Meeting with Bruce Swartz (Large Conference Room) - RSMSC
- 1:00pm - 1:45pm Luncheon Segment: The Government's Perspective on Effective C&E Programs (PLI NY Center)
- 2:00pm - 3:00pm Fbi call
- 3:00pm - 6:00pm Penn Station to Union Station
- 4:15pm - 4:45pm call with (b) (6) (call ) - Weissmann, Andrew (CRM)
- 4:45pm - 5:00pm call with Rush (call) - Weissmann, Andrew (CRM)
- 5:00pm - 5:15pm call with James Mann (call ) - Weissmann, Andrew (CRM)
- 5:30pm - 8:00pm Lorinda (b)(6) Happy Hour (Pinea) - Stieglitz, Albert (CRM)

## Friday, June 2
- 10:30am - 12:00pm Investigative Team Meet (Special Counsel Office) - Weissmann, Andrew (CRM)
- 1:00pm - 2:00pm Call with cdcal
- 1:00pm - 2:00pm Conference Call with USAO CDCA re: (b) (6), Investigation (Large Conference Room/Dial In #: (b) (6), (b) (7) ; Passcode: (b) (6)
- 2:00pm - 2:30pm (b) (6), (b) (7)(A), (b) (7)(C), (b) (7)

## Saturday, June 3
- 4:00pm - 5:00pm Weissman (b) (6) call re subpoena (b) (6)
- 6:00pm - 8:00pm (b) (6) (b) (6)

## Sunday, June 4
- 9:00am - 10:00am (b)(6) call - Weissmann, Andrew (CRM)

# June 5, 2017 – June 11, 2017

June 2017
SuMo TuWe Th Fr Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

July 2017
SuMo TuWe Th Fr Sa
                  1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, June 5**

■ **1:00pm - 1:45pm Interview with** (b) (6) (Special Counsel Office ) - Weissmann, Andrew (CRM)

■ **2:00pm - 3:30pm Strategy Meeting** (Large Conference Room) - RSMSC

■ **2:00pm - 2:45pm Interview with Kyle Freeny** (Special Counsel Office ) - Weissmann, Andrew (CRM)

■ **6:30pm - 7:30pm** (b) (6) **dinner** - Weissmann, Andrew (CRM)

**Tuesday, June 6**

■ **5:30pm - 7:30pm Toast to Andrew!** (Joe's 750 15th Street NW) - Moser, Sandra (CRM)

**Wednesday, June 7**

■ **6:00pm - 7:30pm Federal Bar Council Panel: "Navigating Multi-Agency Enforcement Actions: Strategy, Policy and What Lies Ahead"** (DNY Courthouse at 500 Pearl Street, Room 850)

**Thursday, June 8**

**Friday, June 9**

**Saturday, June 10**

**Sunday, June 11**

# June 12, 2017 - June 18, 2017

| June 2017 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

| July 2017 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

**Monday, June 12**

**Tuesday, June 13**

**Wednesday, June 14**

12:15pm - 1:15pm Section Chiefs' Brown Bag with the A/AAG (Room 2107, OAAG Conference Room ) - Blanco, Kenneth

**Thursday, June 15**

11:30am - 12:30pm (b) (7)(E)

**Friday, June 16**

11:00am - 12:30pm Trial Skills Workshop: Direct Examinations (Bond Building, 4th Floor VTC) - Quinones, Pablo (CRM)

11:15am - 12:00pm HCF Unit Meeting (Joe's office)

12:30pm - 1:30pm Pizza Lunch (4th floor VTC ) - Zink, Robert

**Saturday, June 17**

**Sunday, June 18**

# June 19, 2017 - June 25, 2017

June 2017
SuMo TuWe Th Fr Sa
              1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

July 2017
SuMo TuWe Th Fr Sa
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, June 19**

(b) (6)

**Tuesday, June 20**

■8:00pm - 9:00pm (b) (6) here

**Wednesday, June 21**

■12:00pm - 1:30pm  (b) (5)  **Presentation** (TBD)

(b) (6)

**Thursday, June 22**

■12:00pm - 1:00pm ADM Brown Bag (Bond Building, 5th Floor Conference Room) - Melton, Tracy (CRM)

**Friday, June 23**

■12:00pm - 1:30pm HOLD:  CRM Leadership Panel - Alice Fisher, Kathy Ruemmler, and Judge Valerie Caproni (7th Floor Conference Room) - Blanco, Kenneth

(b) (6)

**Saturday, June 24**

**Sunday, June 25**

# June 26, 2017 -
# July 2, 2017

| June 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

| July 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**Monday, June 26**

**Tuesday, June 27**

12:00am DC Circuit Court (Lancaster, PA )

**Wednesday, June 28**

DC Circuit Court (Lancaster, PA )

5:30pm - 7:30pm **Farewell to Rohan Virginkar** (Pinea) - Laryea, Lorinda (CRM)

**Thursday, June 29**

DC Circuit Court (Lancaster, PA )

**Friday, June 30**

12:00am DC Circuit Court (Lancaster, PA )

**Saturday, July 1**

**Sunday, July 2**

# July 3, 2017 –
# July 9, 2017

July 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

August 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**Monday, July 3**

**Tuesday, July 4**

4th of July

**Wednesday, July 5**

**Thursday, July 6**

**Friday, July 7**

**Saturday, July 8**

**Sunday, July 9**

**12:00am 30th International Conference (July 9-13)** (San Francisco )

# July 10, 2017 –
# July 16, 2017

July 2017
SuMo TuWe Th Fr Sa
                  1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
SuMo TuWe Th Fr Sa
       1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, July 10**

30th International Conference (July 9-13) (San Francisco )
12:00am HCF Take Down →

**Tuesday, July 11**

30th International Conference (July 9-13) (San Francisco )
HCF Take Down →

**Wednesday, July 12**

30th International Conference (July 9-13) (San Francisco )
HCF Take Down →
3:30pm - 4:30pm FW: (b) (7)(E) Discussion (Conference Room) - RSMSC
5:30pm - 7:30pm Hui Chen's farewell happy hour (Joe's Seafood, 750 15th Street NW ) - Helou, Tarek (CRM)

**Thursday, July 13**

12:00am 30th International Conference (July 9-13) (San Francisco )
HCF Take Down →
9:30am - 10:30am HCF Press Conference  (Main Justice Building Room 7411) - Moser, Sandra (CRM)

**Friday, July 14**

12:00am HCF Take Down

**Saturday, July 15**

**Sunday, July 16**

# July 17, 2017 -
# July 23, 2017

July 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

August 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**Monday, July 17**

12:00am FBI Compliance Academy presentation (TBD)

**Tuesday, July 18**

12:00am FBI Compliance Academy presentation (TBD)

**Wednesday, July 19**

**Thursday, July 20**

**Friday, July 21**

**Saturday, July 22**

**Sunday, July 23**

# July 24, 2017 -
# July 30, 2017

July 2017
SuMo TuWe Th Fr Sa
                1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
SuMo TuWe Th Fr Sa
       1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, July 24**

■ **4:30pm - 6:00pm ACI** (DC)

**Tuesday, July 25**

■ **8:30am - 9:30am ACI** (DC)

**Wednesday, July 26**

**Thursday, July 27**

**Friday, July 28**

**Saturday, July 29**

**Sunday, July 30**

# July 31, 2017 – August 6, 2017

July 2017
Su Mo Tu We Th Fr Sa
                  1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2017
Su Mo Tu We Th Fr Sa
         1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, July 31**

**Tuesday, August 1**

**Wednesday, August 2**

**Thursday, August 3**

■ **5:30pm - 7:30pm Save the Date -- Cheerio to BJ Stieglitz**  (Joe's Stone Crab (15th and H Streets NW) (Palm Court)) - Moser, Sandra (CRM)

**Friday, August 4**

**Saturday, August 5**

**Sunday, August 6**

# August 7, 2017 -
# August 13, 2017

| August 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| September 2017 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Monday, August 7**

**Tuesday, August 8**

**Wednesday, August 9**

**Thursday, August 10**

Conference hold

**Friday, August 11**

**Saturday, August 12**

**Sunday, August 13**

# August 14, 2017 - August 20, 2017

August 2017
SuMo TuWe Th Fr Sa
1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

September 2017
SuMo TuWe Th Fr Sa
1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, August 14**

**Tuesday, August 15**

**Wednesday, August 16**

**Thursday, August 17**

**Friday, August 18**

**Saturday, August 19**

**Sunday, August 20**

# August 21, 2017 - August 27, 2017

August 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

September 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Monday, August 21**

**Tuesday, August 22**

**Wednesday, August 23**

**Thursday, August 24**

**Friday, August 25**

**Saturday, August 26**

**Sunday, August 27**

# August 28, 2017 - September 3, 2017

August 2017
SuMo TuWe Th Fr Sa
         1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

September 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, August 28**

**Tuesday, August 29**

**Wednesday, August 30**

**Thursday, August 31**

**Friday, September 1**

**Saturday, September 2**

**Sunday, September 3**

# September 4, 2017 - September 10, 2017

September 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
SuMo TuWe Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, September 4**

Labor Day

**Tuesday, September 5**

9:30am - 12:30pm Criminal Division Leadership Summit  (Main Justice Great Hall) - Brown, Alexandria (CRM)

**Wednesday, September 6**

(b)(6) & (b)(7)(C)

**Thursday, September 7**

**Friday, September 8**

**Saturday, September 9**

**Sunday, September 10**

# September 11, 2017 – September 17, 2017

September 2017
SuMo TuWe Th Fr Sa
              1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, September 11**

**Tuesday, September 12**

**Wednesday, September 13**

**Thursday, September 14**

■ 5:30pm – 7:30pm Happy Hour for Sarah Griswold (Pinea Outdoor Patio Bar Behind W Hotel, Entrance on Pennsylvania Ave. at 15th St NW)

**(b) (6)**

**Friday, September 15**

**Saturday, September 16**

**Sunday, September 17**

# September 18, 2017 - September 24, 2017

September 2017

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
|      |      |    | 1  | 2  |
| 3 4  | 5 6  | 7  | 8  | 9  |
| 10 11 | 12 13 | 14 | 15 | 16 |
| 17 18 | 19 20 | 21 | 22 | 23 |
| 24 25 | 26 27 | 28 | 29 | 30 |

October 2017

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
| 1 2  | 3 4  | 5  | 6  | 7  |
| 8 9  | 10 11 | 12 | 13 | 14 |
| 15 16 | 17 18 | 19 | 20 | 21 |
| 22 23 | 24 25 | 26 | 27 | 28 |
| 29 30 | 31   |    |    |    |

**Monday, September 18**

**Tuesday, September 19**

**Wednesday, September 20**

**Thursday, September 21**

**Friday, September 22**

**Saturday, September 23**

**Sunday, September 24**

# September 25, 2017 - October 1, 2017

September 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

October 2017
SuMo TuWe Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, September 25**

(b) (6)

**Tuesday, September 26**
- 9:00am - 5:30pm FRAUD SECTION ANNUAL FILE CLOSING DAY SEPTEMBER 26, 2017 (FRAUD SECTION) - Crews, Edward (CRM)
- 4:00pm - 5:30pm Closing File Closing Day (4 Large) - Moser, Sandra (CRM)

**Wednesday, September 27**

**Thursday, September 28**
- 5:30pm - 8:00pm Farewell Happy Hour for Aisling and Jim (Pinea) - Kahn, Daniel (CRM)

**Friday, September 29**

**Saturday, September 30**

**Sunday, October 1**

# October 2, 2017 – October 8, 2017

October 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

November 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**Monday, October 2**

(b) (6) ███████████████████

**Tuesday, October 3**

**Wednesday, October 4**

**Thursday, October 5**

**Friday, October 6**

panel on corporate liability (NYU)

**Saturday, October 7**

**Sunday, October 8**

# October 9, 2017 -
# October 15, 2017

October 2017
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

November 2017
Su Mo Tu We Th Fr Sa
1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, October 9**

Columbus Day

**Tuesday, October 10**

**Wednesday, October 11**

**Thursday, October 12**

**Friday, October 13**

**Saturday, October 14**

**Sunday, October 15**

# October 16, 2017 -
# October 22, 2017

October 2017
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

November 2017
SuMo TuWe Th Fr Sa
          1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, October 16**

**Tuesday, October 17**

**Wednesday, October 18**

**Thursday, October 19**
4:00pm - 6:00pm **SFF Oktoberfest** (Bond 3rd Floor) - Hall, Thomas (CRM)

**Friday, October 20**

**Saturday, October 21**

**Sunday, October 22**

# October 23, 2017 -
# October 29, 2017

October 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |

November 2017

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

**Monday, October 23**

**Tuesday, October 24**

**Wednesday, October 25**

**Thursday, October 26**

- **9:00am - 5:30pm Fraud Section All Attorney Training** (Main Justice, 7th Floor Conference Center) - Quinones, Pablo (CRM)
- **12:00pm - 1:00pm ADM Brown Bag** (Bond Building, 5th Floor Conference Room) - Melton, Tracy (CRM)

**Friday, October 27**

- **3:00pm - 5:00pm 4th Annual Halloween Extravaganza** (4th Floor VTC) - Hall, Thomas (CRM)

**Saturday, October 28**

**Sunday, October 29**

# October 30, 2017 - November 5, 2017

October 2017

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
| 1 | 2 3 | 4 | 5 | 6 7 |
| 8 | 9 10 | 11 | 12 | 13 14 |
| 15 16 | 17 18 | 19 | 20 | 21 |
| 22 23 | 24 25 | 26 | 27 | 28 |
| 29 30 | 31 | | | |

November 2017

| SuMo | TuWe | Th | Fr | Sa |
|------|------|----|----|----|
| | 1 | 2 | 3 | 4 |
| 5 | 6 7 | 8 | 9 | 10 11 |
| 12 13 | 14 15 | 16 | 17 | 18 |
| 19 20 | 21 22 | 23 | 24 | 25 |
| 26 27 | 28 29 | 30 | | |

**Monday, October 30**

**Tuesday, October 31**

**Wednesday, November 1**

**Thursday, November 2**

**Friday, November 3**

**Saturday, November 4**

**Sunday, November 5**

# November 6, 2017 – November 12, 2017

November 2017
SuMo TuWe Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, November 6**

**Tuesday, November 7**

**Wednesday, November 8**
**11:30am - 12:00pm All Hands Meeting** (2107) - Blanco, Kenneth (CRM)

**Thursday, November 9**
**12:00am FCPA 40th Anniversary Event**
**ALI Policing** (Philadelphia, PA)

**Friday, November 10**
**12:00am FCPA 40th Anniversary Event**
**Veterans Day**

**Saturday, November 11**

**Sunday, November 12**

# November 13, 2017 – November 19, 2017

November 2017
SuMo TuWe Th Fr Sa
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
SuMo TuWe Th Fr Sa
                  1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, November 13**

**Tuesday, November 14**

**Wednesday, November 15**

| 12:00pm - 1:00pm November ADM Brown Bag (Bond Building - 5th Floor Conference Room) - Melton, Tracy (CRM)

**Thursday, November 16**

**Friday, November 17**

**Saturday, November 18**

**Sunday, November 19**

# November 20, 2017 – November 26, 2017

November 2017
SuMo TuWe Th Fr Sa
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2017
SuMo TuWe Th Fr Sa
               1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, November 20**

**Tuesday, November 21**

**Wednesday, November 22**

**Thursday, November 23**
Thanksgiving

**Friday, November 24**

**Saturday, November 25**

**Sunday, November 26**

# November 27, 2017 - December 3, 2017

November 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

December 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |    |    |    |    |    |    |

**Monday, November 27**

**Tuesday, November 28**

**Wednesday, November 29**

**Thursday, November 30**

**Friday, December 1**

**Saturday, December 2**

**Sunday, December 3**

# December 4, 2017 –
# December 10, 2017

December 2017
SuMo TuWe Th Fr Sa
1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

January 2018
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, December 4**

**Tuesday, December 5**

**Wednesday, December 6**

**Thursday, December 7**

**Friday, December 8**
■12:00pm - 1:30pm Trial Skills Brown Bag Lunch - **Recent Trials Discussion** (4th Floor VTC) - Bowman, Joanna (CRM)

**Saturday, December 9**

**Sunday, December 10**

# December 11, 2017 –
# December 17, 2017

December 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

January 2018
SuMo TuWe Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, December 11**

**Tuesday, December 12**

**Wednesday, December 13**

**Thursday, December 14**

**Friday, December 15**

**SAVE THE DATE - FRAUD SECTION HOLIDAY PARTY** (Fraud Section 4th Floor) - Crews, Edward (CRM)

**Saturday, December 16**

**Sunday, December 17**

# December 18, 2017 - December 24, 2017

| December 2017 | January 2018 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2 | 1  2  3  4  5  6 |
| 3  4  5  6  7  8  9 | 7  8  9 10 11 12 13 |
| 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 24 25 26 27 28 29 30 | 28 29 30 31 |
| 31 | |

**Monday, December 18**

**Tuesday, December 19**

**Wednesday, December 20**

**Thursday, December 21**

**Friday, December 22**

**Saturday, December 23**

**Sunday, December 24**

# December 25, 2017 -
# December 31, 2017

December 2017
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

January 2018
SuMo TuWe Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, December 25**

Christmas

**Tuesday, December 26**

**Wednesday, December 27**

**Thursday, December 28**

**Friday, December 29**

**Saturday, December 30**

**Sunday, December 31**

# January 1, 2018 - January 7, 2018

January 2018

SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018

SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**Monday, January 1**

**Tuesday, January 2**

**Wednesday, January 3**

**Thursday, January 4**

**Friday, January 5**

**Saturday, January 6**

**Sunday, January 7**

# January 8, 2018 –
# January 14, 2018

January 2018
SuMo TuWe Th Fr Sa
   1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
SuMo TuWe Th Fr Sa
             1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**Monday, January 8**

**Tuesday, January 9**

**Wednesday, January 10**

**Thursday, January 11**

**Friday, January 12**

| **12:00pm - 1:30pm Virtual Currency Training** (4th Floor VTC room) - Bowman, Joanna (CRM)

**Saturday, January 13**

**Sunday, January 14**

# January 15, 2018 –
# January 21, 2018

**January 2018**
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**February 2018**
SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

| **Monday, January 15** | **Tuesday, January 16** |
|---|---|
| **Wednesday, January 17**<br>■ **5:00pm - 7:00pm Farewell Happy Hour for Pablo Quiñones** (Indoor Bar at Pinea, downstairs at the W, at 15th and Penn.) - Acker, Nicholas S (CRM) | **Thursday, January 18**<br>■ **5:30pm - 8:30pm Thomas Hall Going Away Party** (Joe's Seafood (15th and H St. NW)) - Singer, Benjamin |
| **Friday, January 19** | **Saturday, January 20** |
| | **Sunday, January 21** |

# January 22, 2018 - January 28, 2018

| January 2018 | February 2018 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 |

**Monday, January 22**

**Tuesday, January 23**

**Wednesday, January 24**

**Thursday, January 25**

▋12:00pm - 1:00pm January ADM Brown Bag (Bond Building - 5th Floor Conference Room) - Melton, Tracy (CRM)

**Friday, January 26**

**Saturday, January 27**

**Sunday, January 28**

# January 29, 2018 - February 4, 2018

January 2018
SuMo TuWe Th Fr Sa
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2018
SuMo TuWe Th Fr Sa
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**Monday, January 29**

**Tuesday, January 30**

**Wednesday, January 31**

**Thursday, February 1**

**Friday, February 2**

**Saturday, February 3**

**Sunday, February 4**